AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____05 - 747_____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

___OCT 2 5 2005___  
(Date forms issued)         (Signature of Party or their Representative)

_____John Dillon_____  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action