IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TruePosition, Inc.<br>    Plaintiff,<br><br>v.<br><br>Andrew Corporation,<br>    Defendant. | Civil Action No. 05-747 |

## CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P 7.1

Plaintiff TruePosition, Inc. ("TruePosition"), by its attorneys, in accordance with Federal Rule of Civil Procedure 7.1(a), states as follows:

Liberty Media Corporation, located at 12300 Liberty Boulevard, Englewood, CO 80112, is a publicly held corporation that owns more than 10% of TruePosition's stock.

1

Dated: October 25, 2005

**CONNOLLY BOVE LODGE & HUTZ LLP**
Rudolf E. Hutz (# 484)
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff TruePosition, Inc.*

Of Counsel:
Paul B. Milcetic
WOODCOCK WASHBURN LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100