# RETURN OF SERVICE

| | | DATE | 10-26-05 |
|---|---|---|---|
| Service of the Summons and Complaint was made by me[1] | | | |
| NAME OF SERVER *(PRINT)* | **James D. Heisman (# 2746)** | TITLE | **Partner** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

**X** Other *(specify)*: **Defendant Andrew Corporation ("Andrew") was served electronically through its attorneys of record, Duane Morris, LLP. Attached is the Acknowledgement of Service received from Andrew's attorney evidencing his authority to accept service of process on behalf of Andrew.**

## STATEMENT OF SERVICE FEES

| TRAVEL: -0- | SERVICES: -0- | TOTAL: -0- |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-11-05
           Date

*signature*
Signature of Server
James D. Heisman (# 2746)

Address of Server
**Connolly Bove Lodge & Hutz LLP**
**1007 N. Orange Street**
**P. O. Box 2207**
**Wilmington, DE 19899**

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TruePosition, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-747 |
| | ) | |
| v. | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| Andrew Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## ACKNOWLEDGEMENT OF SERVICE

I, Patrick D. McPherson, am a partner in the law firm of Duane Morris LLP and serve as counsel to Andrew Corporation ("Andrew"). In my capacity as counsel, I have been authorized to accept service of process on Andrew's behalf in connection with the above-referenced matter. I received Service of Process in this matter electronically on October 26, 2005.

By accepting service in this manner, Andrew Corporation expressly retains all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the Summons or in the service of process.

Duane Morris, LLP

Patrick D. McPherson, Esquire
1667 K Street, N.W.
Washington, DC 20006-1608
(202) 776-7800

Dated: November 4, 2005