IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC.,               )<br>                                                  )<br>        Plaintiff,                         )<br>                                                  )   C.A. No. 05-747<br>v.                                            )<br>                                                  )   DEMAND FOR JURY TRIAL<br>ANDREW CORPORATION,      )<br>                                                  )<br>        Defendant.                     ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Carl Riehl, Esquire of Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York 10022, to represent Andrew Corporation in this matter.

DUANE MORRIS LLP

Dated: December 14, 2005

/s/ Matt Neiderman
Matt Neiderman, Esq. (Del. I.D. No. 4018)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:  (302) 657-4900
Facsimile:   (302) 657-4901

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                                                               United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and, pursuant to Local Rule 83.5, submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

DATED: 12/12/05              **DEBEVOISE & PLIMPTON**

_____
Carl Riehl

## CERTIFICATE OF SERVICE

I, Matt Neiderman, Esq. hereby certify this 14th day of December, 2005, that a copy of the foregoing "Motion and Order for Admission *Pro Hac Vice*" was served by e-filing on the following counsel of record:

>Rudolf E. Hutz
>James D. Heisman
>Connolly, Bove, Lodge & Hutz LLP
>1007 N. Orange Street
>Wilmington, Delaware 19899

>/s/ Matt Neiderman
>MATT NEIDERMAN (Del. I.D. No. 4018)

WLM\212882.1