## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TRUEPOSITION, INC. ,                        )
                                            )
                                            )
            Plaintiff/                      )
        Counterclaim Defendant,             )
                                            )
    v.                                      )          C. A. No. 05-747
                                            )
ANDREW CORPORATION,                         )
                                            )
            Defendant/                       )
        Counterclaim Plaintiff.             )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## OF PATRICK D. MCPHERSON

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Patrick D. McPherson to represent Andrew Corporation in this matter.

DUANE MORRIS LLP

/s/ Matt Neiderman
Matt Neiderman (Del. No. 4018)
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
(302) 657-4900

Dated: December 15, 2005                     Attorneys for Andrew Corporation

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                United States District Judge

WLM\212910.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bar of Maryland and

pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any

alleged misconduct which occurs in the preparation or course of this action. I also certify

that I am generally familiar with this Court's Local Rules.  In accordance with Standing

Order for District Court Fund effective 1/1/05, I further certify that the annual fee of

$25.00 has been paid __ to the Clerk of Court, or, if not paid previously, the fee payment

will be submitted  X  to the Clerk's Office upon the filing of this motion.


Signed: _____


DATED:        December 15, 2005

Patrick D. McPherson
**DUANE MORRIS LLP**
1667 K Street, NW, Suite 700
Washington, DC 20006-1608
(202) 776-7800


2

WSH\149619 1

# CERTIFICATE OF SERVICE

I,.Matt Neiderman, Esq. hereby certify this 15th day of December, 2005, that a copy of the foregoing "Motion and Order for Admission *Pro Hac Vice*" was served by e-filing on the following counsel of record:

> Rudolf E. Hutz
> James D. Heisman
> Connolly, Bove, Lodge & Hutz LLP
> 1007 N. Orange Street
> Wilmington, Delaware  19899

> /s/  Matt Neiderman
> MATT NEIDERMAN  (Del. I.D. No. 4018)

WLM\212910 1