IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC., <br><br> Plaintiff/ <br> Counterclaim Defendant, <br><br> v. <br><br> ANDREW CORPORATION, <br><br> Defendant/ <br> Counterclaim Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 05-747 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF DIANOOSH SALEHI

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Dianoosh Salehi to represent Andrew Corporation in this matter.

DUANE MORRIS LLP

/s/ Matt Neiderman
Matt Neiderman (Del. No. 4018)
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
(302) 657-4900

Dated: December 15, 2005          Attorneys for Andrew Corporation

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                    United States District Judge

WLM\212911.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid __ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Dianoosh_

DATED:	November 14, 2005

Dianoosh Salehi
**DUANE MORRIS LLP**
1667 K Street, NW, Suite 700
Washington, DC 20006-1608
(202) 776-7800

WSH\147981.1

## CERTIFICATE OF SERVICE

I, Matt Neiderman, Esq. hereby certify this 14th day of December, 2005, that a copy of the foregoing "Motion and Order for Admission *Pro Hac Vice*" was served by e-filing on the following counsel of record:

>Rudolf E. Hutz
>James D. Heisman
>Connolly, Bove, Lodge & Hutz LLP
>1007 N. Orange Street
>Wilmington, Delaware 19899

>/s/ Matt Neiderman
>MATT NEIDERMAN (Del. I.D. No. 4018)

WLM\212911.1