IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **TRUEPOSITION, INC.**, | : | |
| Plaintiff/ Counterclaim Defendant, | : | |
| v. | : | C.A. No. 05-747-SLR |
| **ANDREW CORPORATION**, | : | |
| Defendant/ Counterclaim Plaintiff. | : | |

**ANDREW CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Defendant, Andrew Corporation, by its undersigned attorneys, states as follows in accordance with Federal Rule of Civil Procedure 7.1(a):

Andrew Corporation, located at 10500 West 153rd Street, Orland Park, Illinois 60462, is a publicly held corporation.

| | |
|---|---|
| DATED: December 19, 2005 | **DUANE MORRIS LLP** |
| | |
| | /s/Matt Neiderman |
| | Matt Neiderman (Del. No. 4018) |
| | 1100 N. Market Street, Suite 1200 |
| | Wilmington, DE 19801 |
| | (302) 657-4900 |

**OF COUNSEL**:

Patrick Dennis McPherson (Pro Hac Vice Pending)
**DUANE MORRIS LLP**
1667 K Street, NW, Suite 700
Washington, DC 20006-1608
(202) 776-7800

Dianoosh Salehi (Pro Hac Vice Pending)
**DUANE MORRIS LLP**
1667 K Street, NW, Suite 700
Washington, DC 20006-1608
(202) 776-7800

WLM\212968.1