## CERTIFICATE OF SERVICE

I, Matt Neiderman, Esq. hereby certify this 19th day of December, 2005, that a copy of the foregoing "Andrew Corporation's Corporate Disclosure Statement" was served by e-filing on the following counsel of record:

>Rudolf E. Hutz
>James D. Heisman
>Connolly, Bove, Lodge & Hutz LLP
>1007 N. Orange Street
>Wilmington, Delaware  19899

/s/ Matt Neiderman
MATT NEIDERMAN  (Del. I.D. No. 4018)

WLM\212967.1