IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition, Inc.,** | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 05-747 |
| v. | ) ) | DEMAND FOR JURY TRIAL |
| **Andrew Corporation,** | ) ) ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Gary H. Levin, Esquire to represent TruePosition, Inc. in this matter.

**CONNOLLY BOVE LODGE & HUTZ LLP**

*/s/ James D. Heisman*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Plaintiff TruePosition, Inc.*

Dated: Jan. 10, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of January 2006, that counsel's motion for admission *pro hac vice* is granted.

_____
District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TruePosition, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-747 |
| | ) | |
| v. | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| Andrew Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Pennsylvania and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and the annual *Pro Hac Vice* fee is enclosed herewith.

Date: January 10, 2006

Gary H. Levin, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
17th & Market Streets
Philadelphia, PA 19103
(215) 568-3100

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on the 10th day of January, 2006, I caused a true and correct copy of the foregoing **Motion and Order for Admission *Pro Hac Vice*** to be served upon the following individual in the manner indicated below:

| | |
|---|---|
| *Via Hand-Delivery & CM/ECF* <br> Matt Neiderman, Esquire <br> Duane Morris LLP <br> 100 N. Market Street <br> Suite 1200 <br> Wilmington, DE 19801 | *Via Facsimile Only* <br> Patrick D. McPherson, Esquire <br> Duane Morris LLP <br> 1667 K Street, N.W. <br> Washington, DC 20006-1608 |

                                        */s/ James D. Heisman*
                                        James D. Heisman (# 2746)