## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TruePosition Inc. | ) | |
| | ) | |
| Plaintiff/, | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-00747-SLR |
| | ) | |
| Andrew Corporation, | ) | |
| | ) | |
| Defendant/. | ) | |
| Counterclaim-Plaintiff. | ) | |
| | ) | |

### NOTICE OF SERVICE

I, Scott G. Wilcox, Esquire, hereby certify that on the 6th day of February, 2006, a true and correct copy of **TruePosition's First Set of Interrogatories to Andrew Corporation (Nos. 1-15), TurePosition's First Set of Requests for Production of Documents and Things to Andrew Corporation (Nos. 1-102) and TruePosition's First Set of Requests for Admission to Andrew Corporation (Nos. 1-58)** were served upon the below listed counsel of record in the following manner:

*Via hand-delivery*
Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*Via Electronic Mail*
John Kiernan, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
JSkiernan@debevoise.com

*Via Electronic Mail*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via Electronic Mail*
Carl Riehl, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
CRiehl@debevoise.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

_/s/ Scott G. Wilcox_
James D. Heisman (# 2746)
Scott G. Wilcox (# 3882)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated: Feb. 7, 2006

## CERTIFICATE OF SERVICE

I, Scott G. Wilcox, hereby certify that on this 7th day of February, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following as indicated below:

***Via Hand-delivery & E-filing***
Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

***Via E-filing***
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

_/s/ Scott G. Wilcox_
Scott G. Wilcox (# 3882)