# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**            ) | |
| ) | |
| **Plaintiff/,**                  ) | |
| **Counterclaim-Defendant,**      ) | |
| ) | |
| **v.**                           ) | C.A. NO. 05-00747-SLR |
| ) | |
| **Andrew Corporation,**          ) | |
| ) | |
| **Defendant/.**                  ) | |
| **Counterclaim-Plaintiff.**      ) | |
| ) | |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 24th day of February, 2006, David L. Marcus, Esquire, served a true and correct copy of **TruePosition's Rule 26(a)(1) Initial Disclosures** upon the below listed counsel of record in the following manner:

*Via Electronic Mail*
Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*Via Electronic Mail*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via Electronic Mail*
Catherine Amirfar, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
cmamirfa@debevoise.com

*Via Electronic Mail and Overnight Mail*
John Kiernan, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
JSkiernan@debevoise.com

*Via Electronic Mail*
Carl Riehl, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
CRiehl@debevoise.com

                                            **CONNOLLY BOVE LODGE & HUTZ LLP**

                                            */s/ James D. Heisman*

                                            James D. Heisman (# 2746)
                                            1007 N. Orange Street
                                            P. O. Box 2207
                                            Wilmington, DE 19899
                                            (302) 658-9141
                                            *Attorneys for Plaintiff*

Dated: Feb. 28, 2006

## **CERTIFICATE OF SERVICE**

I, James d Heisman, hereby certify that on this 28th day of February, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following individuals as indicated below:

***Via Hand-delivery & E-filing***
Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

***Via E-filing***
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

                                          */s/ James D. Heisman*
                                          James D. Heisman (# 2746)