IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition Inc.** | ) | |
| | ) | |
| Plaintiff/ | ) | |
| Counterclaim-Defendant, | ) | Civil Action No. 05-00747-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| Defendant/ | ) | |
| Counterclaim-Plaintiff. | ) | |
| | ) | |

## PARTIES' PROPOSED SCHEDULING ORDER

This 10th day of March, 2006, the parties jointly submit the Proposed Scheduling Order attached as Exhibit A, which incorporates the rulings made and dates provided by the Court during the Rule 16 conference, as well as a mutually agreed upon date for the filing of *Daubert* motions in this case.

Respectfully submitted,

| | |
|---|---|
| /s/ James D. Heisman | /s/ Carl Riehl |
| **CONNOLLY BOVE LODGE & HUTZ LLP** | **DUANE MORRIS LLP** |
| Rudolph E. Hutz, Esq. (#484) | Matt Neiderman, Esq. (#4018) |
| James D. Heisman, Esq. (#2746) | 1100 N. Market Street, Suite 1200 |
| 1007 N. Orange Street | Wilmington, DE 19801 |
| P.O. Box 2207 | (302) 657-4900 |
| Wilmington, DE 19899 | |
| (302) 658-9141 | Patrick D. McPherson, Esq. (Pro Hac Vice) |
| | 1667 K Street, NW, Suite 700 |
| | Washington, DC 20006-1608 |
| **WOODCOCK WASHBURN LLP** | (202) 776-7800 |
| Paul B. Milcetic, Esq. (Pro Hac Vice) | |
| Gary H. Levin, Esq. (Pro Hac Vice) | **DEBEVOISE & PLIMPTON LLP** |
| David L. Marcus, Esq. (Pro Hac Vice) | John S. Kiernan, Esq. (Pro Hac Vice) |
| One Liberty Place, 46th Floor | Carl Riehl, Esq. (Pro Hac Vice) |
| Philadelphia, PA 19103 | Catherine Amirfar, Esq. (Pro Hac Vice) |
| (215) 568-3100 | 919 Third Avenue |
| | New York, NY 10022 |
| *Attorneys for Plaintiff TruePosition Inc.* | (302) 657-4900 |
| | |
| | *Attorneys for Defendant, Andrew Corporation* |