IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW CORPORATION, )<br>)<br>Defendant. )<br>)<br>)<br>) | C.A. No 05-0747-SLR<br><br>JURY DEMAND |

### TRUEPOSITION'S UNOPPOSED MOTION SEEKING LEAVE TO FILE A FIRST AMENDED COMPLAINT

Plaintiff TruePosition, Inc. hereby moves pursuant to Fed. R. Civ. P. 15(a), and Local Rule 15.1, for leave to file a First Amended Complaint for Patent Infringement against Andrew Corporation.

TruePosition's unopposed motion is accompanied by a supporting brief and proposed form of order.

| | |
|---|---|
| Dated: March 31, 2006 | **/s/ James D. Heisman** |

CONNOLLY BOVE LODGE &
HUTZ LLP
James D. Heisman (#2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Paul B. Milcetic, Esq. (pro hac vice)
Gary H. Levin, Esq. (pro hac vice)
David L. Marcus, Esq. (pro hac vice)
WOODCOCK WASHBURN LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

*Attorneys for Plaintiff
TruePosition, Inc*