IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No 05-0747-SLR |
| ) | |
| ANDREW CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PROPOSED ORDER

AND NOW, this __ day of _____, 2006 upon consideration of Plaintiff TruePosition's Unopposed Motion Seeking Leave To File a First Amended Complaint, the brief in support thereof, and in view of the Defendant not having opposed the motion, it is hereby ORDERED that:

1.  TruePosition's Unopposed Motion Seeking Leave to File a First Amended Complaint is GRANTED; and

2.  TruePosition's First Amended Complaint for Patent Infringement, attached as Exhibit A to the foregoing motion, is hereby entered.

_____
Sue L. Robinson
United States District Judge