## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 31st day of March, 2006, I caused a true and correct copy of the foregoing **TruePosition's Unopposed Motion Seeking Leave to File a First Amended Complaint** to be served upon the following individuals in the manner indicated below:

*Via Hand-Delivery*
Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*Via Electronic Mail*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via Electronic Mail*
John Kiernan, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
JSkiernan@debevoise.com

*Via Electronic Mail*
Carl Riehl, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
CRiehl@debevoise.com

/s/ James D. Heisman
James D. Heisman (# 2746)