IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.** )<br>)<br>**Plaintiff/,** )<br>**Counterclaim-Defendant,** )<br>)<br>v. )<br>)<br>**Andrew Corporation,** )<br>)<br>**Defendant/.** )<br>**Counterclaim-Plaintiff.** )<br>_____) | Civil Action No.  05-00747-SLR |

## NOTICE OF SERVICE

  I, James D. Heisman, Esquire, hereby certify that on the 3rd day of April, 2006, a true and correct copy of **TruePosition's Responses to Defendant's First Request for Production of Documents** were served upon the below listed counsel of record in the following manner:

*Via Hand-Delivery*
Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*Via Electronic Mail*
John Kiernan, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
JSkiernan@debevoise.com

*Via Electronic Mail*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via Electronic Mail*
Carl Riehl, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
CRiehl@debevoise.com

             **CONNOLLY BOVE LODGE & HUTZ LLP**

              */s/ James D. Heisman*
             James D. Heisman (# 2746)
             1007 N. Orange Street
             P. O. Box 2207
             Wilmington, DE 19899
             (302) 658-9141
             *Attorneys for Plaintiff*

Dated:  April 4, 2006

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 4th day of April, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following as indicated below:

*Via E-filing*
Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*Via E-filing*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

  */s/ James D. Heisman*
James D. Heisman (# 2746)