IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., )<br>)<br>Plaintiff/ )<br>Counterclaim-Defendant )<br>)<br>v. )<br>)<br>ANDREW CORPORATION, )<br>)<br>Defendant/ )<br>Counterclaim-Plaintiff )<br>) | Civil Action No. 05-747-SLR |

**NOTICE OF SUBSTITUTION
AND WITHDRAWAL OF COUNSEL**

Pursuant to Rule 83.7 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, the law firm of Young Conaway Stargatt & Taylor, LLP hereby enters its appearance on behalf of Defendant/Counterclaim-Plaintiff Andrew Corporation, and Matt Neiderman of Duane Morris LLP hereby withdraws his appearance as Delaware counsel for Defendant/Counterclaim-Plaintiff Andrew Corporation.

| DUANE MORRIS LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Matt Neiderman | |
| Matt Neiderman (No. 4018) | Josy W. Ingersoll (No. 1088) |
| 1100 North Market Street, Suite 1200 | Andrew A. Lundgren (No. 4429) |
| Wilmington, Delaware 19801 | The Brandywine Building |
| (302) 651-7740 | 1000 West Street, 17th Floor |
| *mneiderman@duanemorris.com* | Wilmington, Delaware 19899-0391 |
| | (302) 571-6600 |
| | *alundgren@ycst.com* |

Dated: April 19, 2006