IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., ) | |
| ) | |
| Plaintiff/ ) | |
| Counterclaim-Defendant ) | |
| ) | |
| v. ) | Civil Action No. 05-747-SLR |
| ) | |
| ANDREW CORPORATION, ) | |
| ) | |
| Defendant/ ) | |
| Counterclaim-Plaintiff ) | |

## JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME

The parties hereby stipulate, subject to approval of the Court, to extend Defendant

Andrew Corporation's date to answer, move, or plead in response to Plaintiff TruePosition Inc.'s

first amended complaint (D.I. 28) through May 5, 2006.

CONNOLLY BOVE LODGE
& HUTZ LLP

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ James D. Heisman (No. 2746)

_____

James D. Heisman (No. 2746)
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*jheisman@cblh.com*

*Attorneys for Plaintiff*

Dated: April 28, 2006

_____

Josy W. Ingersoll (No. 1088)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600
*alundgren@ycst.com*

*Attorneys for Defendant*

IT IS SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson