IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.** )<br>)<br>    **Plaintiff/,** )<br>    **Counterclaim-Defendant,** )<br>)<br>        v. )<br>)<br>**Andrew Corporation,** )<br>)<br>    **Defendant/.** )<br>    **Counterclaim-Plaintiff.** )<br>_____ ) | Civil Action No. 05-00747-SLR |

## NOTICE OF SERVICE

    I, James D. Heisman, Esquire, hereby certify that on the 1st day of May, 2006, David L. Marcus, Esquire, served a true and correct copy of **TruePosition's Responses to Defendant's First Interrogatories** upon the below listed counsel of record in the following manner:

*Via E-mail, Return Receipt Requested*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, Return Receipt Requested*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

                                                            **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                                  */s/ James D. Heisman*
                                                             James D. Heisman (# 2746)
                                                             1007 N. Orange Street
                                                              P. O. Box 2207
                                                              Wilmington, DE 19899
                                                              (302) 658-9141
                                                              *Attorneys for Plaintiff*

Dated:  May 2, 2006

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 2nd day of May, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following as indicated below:

*Via E-filing*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via E-filing*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608


  */s/ James D. Heisman*
James D. Heisman (# 2746)