IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., )<br>)<br>Plaintiff/ )<br>Counterclaim-Defendant )<br>)<br>v. )<br>)<br>ANDREW CORPORATION, )<br>)<br>Defendant/ )<br>Counterclaim-Plaintiff )| Civil Action No. 05-747-SLR |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Catherine Amirfar, Esquire, John S. Kiernan, Esquire, Carl Riehl, Esquire, and the law firm of Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York, 10022 hereby withdraw their appearance on behalf of Defendant Andrew Corporation.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren
_____
Josy W. Ingersoll (No. 1088)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
302-571-6600
alundgren@ycst.com

*Attorneys for Defendant Andrew Corporation*

Dated: May 2, 2006

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on May 2, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>James D. Heisman, Esquire
>Connolly, Bove, Lodge & Hutz
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899
>(302) 658-9141
>Email: jheisman@cblh.com

I further certify that on May 2, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL**

>Paul B. Milcetic, Esquire
>Woodcock Washburn LLP
>One Liberty Place, 46th Floor
>Philadelphia, PA 19103
>Phone: 215-988-2063
>Fax: 215-568-3439
>pbmilcet@woodcock.com

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Andrew A. Lundgren
>Josy W. Ingersoll (No. 1088)
>Andrew A. Lundgren (No. 4429)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>alundgren@ycst.com
>*Attorneys for Defendant Andrew Corporation*