IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC.,<br><br>    Plaintiff/<br>    Counterclaim-Defendant<br><br>    v.<br><br>ANDREW CORPORATION,<br><br>    Defendant/<br>    Counterclaim-Plaintiff | Civil Action No. 05-747-SLR |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that the time for the defendant, Andrew Corporation ("Andrew") to answer, move, or otherwise plead in response to the First Amended Complaint (D.I. 28) is hereby extended to and including May 12, 2006.

| CONNOLLY, BOVE, LODGE & HUTZ LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ James D. Heisman | /s/ Karen L. Pascale |
| James D. Heisman (#2746)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>(302) 658-9141<br>*Attorneys for Plaintiff,*<br>*TruePosition, Inc.* | Josy W. Ingersoll (No. 1088)<br>Karen L. Pascale (#2903)<br>Andrew A. Lundgren (No. 4429)<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6600<br>*Attorneys for Defendant,*<br>*Andrew Corporation* |

SO ORDERED this _____ day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on May 5, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>James D. Heisman, Esquire
>Connolly, Bove, Lodge & Hutz
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899
>(302) 658-9141
>Email: jheisman@cblh.com

I further certify that on May 5, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

### BY ELECTRONIC MAIL

>Paul B. Milcetic, Esquire
>Woodcock Washburn LLP
>One Liberty Place, 46th Floor
>Philadelphia, PA 19103
>Phone: 215-988-2063
>Fax: 215-568-3439
>pbmilcet@woodcock.com

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Andrew A. Lundgren*
>Josy W. Ingersoll (No. 1088)
>Andrew A. Lundgren (No. 4429)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>alundgren@ycst.com
>*Attorneys for Defendant Andrew Corporation*