IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., )<br>)<br>Plaintiff/ )<br>Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>ANDREW CORPORATION, )<br>)<br>Defendant/ )<br>Counterclaim-Plaintiff. )<br>) | Civil Action No. 05-747-SLR |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that the Scheduling Order (D.I. 23) is revised as follows:

1) Document production shall be completed on or before **Monday, May 22, 2006**; and

2) All motions to join other parties and amend the pleadings shall be filed on or before **Tuesday, May 30, 2006**.

All other dates in the Scheduling Order shall remain the same.

| CONNOLLY, BOVE, LODGE & HUTZ LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ James D. Heisman | /s/ Karen L. Pascale |
| James D. Heisman (#2746)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>(302) 658-9141<br>*Attorneys for Plaintiff,*<br>*TruePosition, Inc.* | Josy W. Ingersoll (No. 1088)<br>Karen L. Pascale (#2903)<br>Andrew A. Lundgren (No. 4429)<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6600<br>*Attorneys for Defendant,*<br>*Andrew Corporation* |

SO ORDERED this _____ day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 8, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James D. Heisman, Esquire
> CONNOLLY, BOVE, LODGE & HUTZ
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> Email: jheisman@cblh.com

I further certify that on May 8, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL**

> David L. Marcus [dmarcus@woodcock.com]
> Paul B. Milcetic, Esquire [pbmilcet@woodcock.com]
> WOODCOCK WASHBURN LLP
> One Liberty Place, 46th Floor
> Philadelphia, PA 19103
> (215) 988-2063

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Karen L. Pascale
> _____
> Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
> Karen L. Pascale (No. 2903) [kpascale@ycst.com]
> Andrew A. Lundgren (No. 4429) [alundgren@ycst.com]
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> *Attorneys for Defendant, Andrew Corporation*