

CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

James D. Heisman
Partner
Tel 658-9141
Fax 252-4209
Email jheisman@cblh.com
Reply to Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

May 10, 2006

*Via hand-delivery*
Chief Judge Sue L. Robinson
District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Lockbox 31
Wilmington, DE 19801

RE: ***TruePosition, Inc. v. Andrew Corporation***
*Civil Action No. 05-747 (SLR)*

Dear Judge Robinson:

Following up on TruePosition's emergency request, we write to inform the Court that TruePosition will not oppose Andrew's Motion and Order for Admission *Pro Hac Vice* of Kirkland & Ellis attorneys (D.I. 31). TruePosition is not opposing Andrew's motion so that the parties and the Court may focus on the merits of this case, rather than Andrew's recent change of trial counsel.

TruePosition may assert, and does not intend to waive, however, its right to bring an action for breach of the agreement that TruePosition has referenced in its emergency request.

We appreciate the time that the Court has afforded TruePosition to consider Andrew's motion.

Respectfully submitted,

/s/ James D. Heisman

James D. Heisman

cc: Josy W. Ingersoll, Esq. (via facsimile and electronic mail)
John M. Desmarais, Esq. (via facsimile and electronic mail)
Michael A. Parks, Esq. (via facsimile and electronic mail)
Patrick D. McPherson, Esq. (via facsimile and electronic mail)
463934/13846*1