# EXHIBIT A

```
RECID          = 1879
CONTROLNO      = OMA_EM00000058
BATESBEG       =
BATESEND       =
FROM           : Gross, Bob
TO             : Magnusson, Oskar
CC             :
BCC            :
DATESENT       = 05/26/2004
TIMESENT       : 09:19:53
DATERECVD      = 05/26/2004
TIMERECVED     : 09:19:59
CUSTODIAN      : OMagnusson
SUBJECT        : UTRAN IP
ATTACHMENT     :
BODY           :
```

Oskar,

I apparently called the wrong lawyer. Our General Counsel called our Patent lawyer after we spoke earlier to confirm his opion that we don't have any blocking IP.

The Patent lawyer indicates that we do have blocking IP (he'll e-mail me the Patent #) that applies to CDMA systems and that we will declare it at the appropriate time (whatever that means). If I understand the terms of the settlement between our two organizations, you have access to this IP without any licensing fees.

Does this create a problem?

On the other topic, I don't have the authority to delay the submittal of this WI. Powers much higher have decided that this will be done.

Regards,

Bob