IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.** )<br>)<br>    **Plaintiff/,** )<br>    **Counterclaim-Defendant,** )<br>)<br>        v. )<br>)<br>**Andrew Corporation,** )<br>)<br>    **Defendant/.** )<br>    **Counterclaim-Plaintiff.** )<br>_____) | Civil Action No. 05-00747-SLR |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 11th day of May, 2006, David L. Marcus, Esquire, served a true and correct copy of **TruePosition's Responses to Defendant's Second Request for Production of Documents** upon the below-listed counsel of record in the following manner:

| | |
|---|---|
| *Via E-mail, Return Receipt Requested*<br>Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>100 West Street, 17th Floor<br>Wilmington, DE 19801<br>jingersoll@ycst.com | *Via E-mail, Return Receipt Requested*<br>Patrick D. McPherson, Esquire<br>Duane Morris LLP<br>1667 K Street, N.W.<br>Washington, DC 20006-1608<br>PDMcPherson@duanemorris.com |

**CONNOLLY BOVE LODGE & HUTZ LLP**

    */s/ James D. Heisman*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated: May 16, 2006

**CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 16th day of May, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following as indicated below:

*Via E-filing*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via E-filing*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

*/s/ James D. Heisman*
James D. Heisman (# 2746)