IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**,<br><br>    **Plaintiff/,**<br>    **Counterclaim-Defendant,**<br><br>    v.<br><br>**Andrew Corporation,**<br><br>    **Defendant/.**<br>    **Counterclaim-Plaintiff.** | Civil Action No. 05-00747-SLR |

## NOTICE OF SERVICE

    I, James D. Heisman, Esquire, hereby certify that on the 22nd day of May, 2006, David L. Marcus, Esquire, served a true and correct copy of **TruePosition's Supplemental Responses to Defendant's First Interrogatories** upon the below-listed counsel of record in the following manner:

*Via E-mail, Return Receipt Requested*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, Return Receipt Requested*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail, Return Receipt Requested*
Michael A. Parks, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
mparks@kirkland.com

                                                    **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                  */s/ James D. Heisman*
                                                  James D. Heisman (# 2746)
                                                  1007 N. Orange Street
                                                  P. O. Box 2207
                                                  Wilmington, DE 19899
                                                  (302) 658-9141
                                                  *Attorneys for Plaintiff*

Dated: May 23, 2006

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 23rd day of May, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following as indicated below:

*Via E-filing*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via E-filing*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

*Via E-filing*
Michael A. Parks, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

  */s/ James D. Heisman*
  James D. Heisman (# 2746)