IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No 05-0747-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## TRUEPOSITION'S UNOPPOSED MOTION SEEKING LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiff TruePosition, Inc. hereby moves pursuant to Fed. R. Civ. P. 15(a), and Local Rule 15.1, for leave to file a Second Amended Complaint for Patent Infringement against Andrew Corporation.

TruePosition's unopposed motion is accompanied by a supporting brief and proposed form of order.

| | |
|---|---|
| Dated: May 30, 2006 | */s/ Scott G. Wilcox* |
| | CONNOLLY BOVE LODGE & HUTZ LLP |
| | James D. Heisman (#2746) |
| | Scott G. Wilcox (#3882) |
| | 1007 N. Orange St., P.O. Box 2207 |
| | Wilmington, DE 19899 |
| | (302) 658-9141 |
| | |
| | Paul B. Milcetic, Esq. (pro hac vice) |
| | Gary H. Levin, Esq. (pro hac vice) |
| | David L. Marcus, Esq. (pro hac vice) |
| | WOODCOCK WASHBURN LLP |
| | One Liberty Place, 46th Floor |
| | Philadelphia, PA 19103 |
| | (215) 568-3100 |
| | |
| | *Attorneys for Plaintiff* |
| | *TruePosition, Inc* |