IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW CORPORATION, )<br>)<br>Defendant. )<br>)<br>_____ ) | C.A. No 05-0747-SLR |

## PROPOSED ORDER

AND NOW, this ___ day of _____, 2006 upon consideration of Plaintiff TruePosition's Unopposed Motion Seeking Leave To File a Second Amended Complaint, the brief in support thereof, and in view of the Defendant not having opposed the motion, it is hereby ORDERED that:

1. TruePosition's Unopposed Motion Seeking Leave to File a Second Amended Complaint is GRANTED; and

2. TruePosition's Second Amended Complaint for Patent Infringement, attached as Exhibit A to the foregoing motion, is hereby entered.

_____
Sue L. Robinson
United States District Judge