## CERTIFICATE OF SERVICE

I, Scott G. Wilcox, hereby certify that on this 30th day of May, 2006, I caused a true and correct copy of the foregoing **TruePosition's Unopposed Motion Seeking Leave to File a Second Amended Complaint** to be served upon the following individuals in the manner indicated below:

*Via E-File*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
JIngersoll@ycst.com

*Via Electronic Mail*
John Kiernan, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
JSkiernan@debevoise.com

*Via E-File*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via Electronic Mail*
Carl Riehl, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
CRiehl@debevoise.com

_____ */s/ Scott G. Wilcox* _____
Scott G. Wilcox (# 3882)