months before the close of fact discovery and over fifteen months before trial. TruePosition's motion should therefore be granted.

## V.   CONCLUSION

For these reasons, TruePosition respectfully requests that its motion be granted, and that the Court deem TruePosition's Second Amended Complaint for Patent Infringement (Ex. A) entered and served.

Dated: May 30, 2006

/s/ Scott G. Wilcox
CONNOLLY BOVE LODGE & HUTZ LLP
James D. Heisman (#2746)
Scott G. Wilcox (#3882)
1007 N. Orange St., P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Paul B. Milcetic, Esq. (pro hac vice)
Gary H. Levin, Esq. (pro hac vice)
David L. Marcus, Esq. (pro hac vice)
WOODCOCK WASHBURN LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

*Attorneys for Plaintiff*
*TruePosition, Inc*