IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition, Inc.,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-747 |
| | ) | |
| v. | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Dale M. Heist, Esquire to represent TruePosition, Inc. in this matter.

**CONNOLLY BOVE LODGE & HUTZ LLP**

_/s/ James D. Heisman_
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Plaintiff TruePosition, Inc.*

Dated: June 2, 2006

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED this ____ day of June, 2006, that counsel's motion for admission *pro hac vice* is granted.

_____
District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TruePosition, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-747 |
| | ) | |
| v. | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| Andrew Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Supreme Court of Pennsylvania and the Supreme Court of New Jersey, as well as the United State District Court for the Districts of New Jersey and the Eastern District of Pennsylvania and the United States Court of Appeals for the Federal Circuit, and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and the annual *Pro Hac Vice* fee is enclosed herewith.

Date: June 1, 2005

Dale M. Heist, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
17th & Market Streets
Philadelphia, PA 19103
(215) 568-3100

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on the 2nd day of June, 2006, I caused a true and correct copy of the foregoing **Motion and Order for Admission** *Pro Hac Vice* to be served upon the following individuals in the manner indicated below:

*Via CM/ECF*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor LLP
100 West St., 17th Floor
Wilmington, DE 19801

*Via Email*
Rachel Pernic Waldron, Esquire
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601

*Via CM/ECF*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

　

*/s/ James D. Heisman*
James D. Heisman (# 2746)