IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No 05-0747-SLR |
| | ) |
| ANDREW CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### PROPOSED ORDER

AND NOW, this 6th day of June, 2006 upon consideration of Plaintiff TruePosition's Unopposed Motion Seeking Leave To File a Second Amended Complaint, the brief in support thereof, and in view of the Defendant not having opposed the motion, it is hereby ORDERED that:

1. TruePosition's Unopposed Motion Seeking Leave to File a Second Amended Complaint is GRANTED; and

2. TruePosition's Second Amended Complaint for Patent Infringement, attached as Exhibit A to the foregoing motion, is hereby entered.

_____
Sue L. Robinson
United States District Judge