## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**          )<br>                                            )<br>    **Plaintiff/,**                      )<br>    **Counterclaim-Defendant,**  )<br>                                            )<br>        v.                                )<br>                                            )<br>**Andrew Corporation,**         )<br>                                            )<br>    **Defendant/.**                   )<br>    **Counterclaim-Plaintiff.**   )<br>_____) | Civil Action No.  05-00747-SLR |

### NOTICE OF SERVICE

    I, James D. Heisman, Esquire, hereby certify that on the 9th day of June, 2006, I served a true and correct copy of **TruePosition's Second Set of Interrogatories to Andrew Corporation (Nos. 16-20)** upon the below-listed counsel of record in the following manner:

*Via hand-delivery & email*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via email*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via email*
Michael A. Parks, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
mparks@kirkland.com

 

           **CONNOLLY BOVE LODGE & HUTZ LLP**

                */s/ James D. Heisman*
           James D. Heisman (# 2746)
           1007 N. Orange Street
           P. O. Box 2207
           Wilmington, DE 19899
           (302) 658-9141
           *Attorneys for Plaintiff*

Dated:  June 9, 2006

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 9th day of June, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following as indicated below:

*Via E-filing*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via E-filing*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

*Via E-filing*
Michael A. Parks, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

*/s/ James D. Heisman*
James D. Heisman (# 2746)