# EXHIBIT

# A

```
RECID          = 1879
CONTROLNO      = OMA_EM00000058
BATESBEG       =
BATESEND       =
FROM           : Gross, Bob
TO             : Magnusson, Oskar
CC             :
BCC            :
DATESENT       = 05/26/2004
TIMESENT       : 09:19:53
DATERECVD      = 05/26/2004
TIMERECVED     : 09:19:59
CUSTODIAN      : OMagnusson
SUBJECT        : UTRAN IP
ATTACHMENT     :
BODY           :         Oskar,
```

I apparently called the wrong lawyer.  Our General Counsel called our Patent lawyer after we spoke earlier to confirm his opion that we don't have any blocking IP.

The Patent lawyer indicates that we do have blocking IP (he'll e-mail me the Patent #) that applies to CDMA systems and that we will declare it at the appropriate time (whatever that means).  If I understand the terms of the settlement between our two organizations, you have access to this IP without any licensing fees.

Does this create a problem?

On the other topic, I don't have the authority to delay the submittal of this WI.  Powers much higher have decided that this will be done.

Regards,

Bob

# EXHIBIT
# B

Technical Specification Group GERAN                                    *Report*
Meeting #11, Los Angeles, U.S.A., 26 – 30 August 2002

**Source:**        **Secretary TSG GERAN, Paolo Usai**

**Title:**         **Report of TSG GERAN meeting #11, version 0.0.2**

**Document for:**  **Comment**

# Table of contents

1    Opening of the meeting ............................................................................................6

2    Approval of the Agenda ...........................................................................................6

3    Approval of Report from TSG GERAN meeting 10 ....................................................6

4    Letters / Reports from other groups ........................................................................6
     4.1     TSG-CN, TSG-RAN, TSG-SA, TSG-T and PCG/OP ...................................6
     4.2     From Partners and their bodies ...................................................................8
     4.3     Others ........................................................................................................8

5    Reports from Working Group and Ad-hoc meetings ..................................................8
     5.1     GERAN Working Group meetings ..................................................................8
     5.2     Ad-Hoc meetings.........................................................................................8

6    Common GSM EDGE Radio Access Network matters ...............................................8
     6.1     Location Services (LCS) - General Aspects ..................................................8
     6.2     EDGE – General Aspects .............................................................................9
     6.3     GSM/EDGE RAN (GERAN) Radio Interface Evolution....................................9
     6.4     GSM/EDGE RAN (GERAN) Interface and Transport Evolution......................9
     6.5     GSM-3G handover – General Aspects...........................................................11
     6.6     Other general aspects ................................................................................11

7    Working Group Sessions .........................................................................................11
     7.1     GERAN WG1 Radio aspects (See TD GP-022121 for detailed agenda) .............11
     7.2     GERAN WG2 Protocol aspects (See TD GP-022122 for detailed agenda)..........11
     7.3     GERAN WG3 Reserved .................................................................................12
     7.4     GERAN WG4 Terminal Testing - Radio aspects (See TD GP-022123 for detailed agenda) 12
     7.5     GERAN WG5 Terminal Testing - Protocol aspects (See TD GP-022124 for detailed
             agenda) ......................................................................................................12

8    Outcome of Working Group Sessions .......................................................................12
     8.1     GERAN WG1 Radio aspects .........................................................................12
             8.1.1    Report from GERAN WG1 Radio aspects .........................................12
             8.1.2    Open Questions from GERAN WG1 Radio aspects............................12
             8.1.3    Approval of contributions from GERAN WG1 Radio aspects.............12
     8.2     GERAN WG2 Protocol aspects .....................................................................14
             8.2.1    Report from GERAN WG2 Protocol aspects .....................................14
             8.2.2    Open Questions GERAN WG2 Protocol aspects .............................14
             8.2.3    Approval of contributions from GERAN WG2 Protocol aspects .......15
     8.3     Reserved.....................................................................................................17

The TSG GERAN Chairman presented TD GP-022210 **LS on Shared Networks**, from 3GPP TSG SA WG2. The document was allocated to A. I. 7.2.4.1. Noted at TSG GERAN Plenary.

The TSG GERAN Chairman presented TD GP-022356 **LS on Shared Networks**, from 3GPP TSG CN WG4. The document was also allocated to A. I. 7.2.4.1. Noted at TSG GERAN Plenary.

The TSG GERAN Secretary presented TD GP-022213 **Response LS to "Liaison statement on DTMF"**, from 3GPP TSG SA WG4. The document was also allocated to A. I. 7.2.4.1, but it was noted that TS 48.060 under WG1 responsibility would be impacted in case the inband solution is chosen. In any case, waiting for the chosen option, GERAN was not too concerned about the potential consequences.

The TSG GERAN Chairman presented TD GP-022351 **LS on GERAN Iu-mode capability**, from 3GPP TSG CN WG1. The document was also allocated to A. I. 7.2.4.1. Noted.

The TSG GERAN Chairman presented TD GP-022558 **Reply LS on "Gb evolution"**, from 3GPP TSG SA WG2. SA2 kindly asks GERAN to clarify the differences between the GERAN Iu and the UTRAN Iu. To address the architectural aspects of Gb evolution, SA2 proposes to hold a joint SA2/GERAN meeting; the current committee calendars show that an appropriate timeframe for such a meeting could be the second half of September. An answer was agreed to be drafted after the discussion on the A/Gb feasibility study (c/o J-L Carrizo).

#### 4.2    From Partners and their bodies

The TSG GERAN Chairman presented TD GP-022469 **LS on Unclear standardisation of AT command + WS46**, from GSMA TWG. This LS was allocated to TSG GERAN WG2 for further consideration under A. I. 7.2.4.2. A problem was raised related to the possibility to select dual-mode operation; a short reply was asked to be drafted and considered in WG1.

#### 4.3    Others

None.

## 5    Reports from Working Group and Ad-hoc meetings

#### 5.1    GERAN Working Group meetings

None.

#### 5.2    Ad-Hoc meetings

None.

## 6    Common GSM EDGE Radio Access Network matters

#### 6.1    Location Services (LCS) - General Aspects

Mr. R. Robinson presented TD GP-022138 **Update to TS 22.071 for United States specific mandated location accuracy requirements for US implementations (For information)**, from TruePosition. It was questioned whether the change was really needed, considering that specific regulatory case is already included in the specification. Comment was made on the tolerances and accuracy of requirements for terminals and/or networks, respectively, to fulfil the positioning requirements; separate measurements on MSs, LMU and/or network were requested to be considered with attention, in view to achieve systems working in real networks.

Mr. R. Robinson presented TD GP-022551 **Uplink TDOA location determination for GSM/GPRS: Proposed Rel-6 work item**, from TruePosition. The objective of this Work Item is to include Uplink TDOA as a location determination method for GSM/GPRS in the 3GPP Release 6 specifications. Concern was expressed on opening this WI, as well as the lack of the necessary four supporting Companies was pointed out. The discussion was left to be completed in WG1 along the week, under A.I. 7.1.5.6.

Mr. S. Edge presented TD GP-022131 **Limitations of A-GPS and E-OTD Positioning in GERAN**, from Siemens. The document was also allocated to A. I. 7.1.5.6 and 7.2.5.3.6.

# EXHIBIT C

**3GPP TSG-GERAN WG2 Meeting #14bis**
**San Diego, USA, 19-23 May 2003**

*Tdoc ⌘G2-030283*
**Agenda Item 5.3.5.1**

---

CR-Form-v7

## CHANGE REQUEST

| ⌘ | **49.031** CR **022** | ⌘ **rev** | **3** | ⌘ | Current version: | **5.3.0** | ⌘ |

*For HELP on using this form, see bottom of this page or look at the pop-up text over the ⌘ symbols.*

---

**Proposed change affects:**    UICC apps⌘ ☐    ME ☐ Radio Access Network ☒ Core Network ☐

---

| *Title:* | ⌘ | Proposed modification of BSSAP-LE signalling for U-TDOA |
|---|---|---|

| *Source:* | ⌘ | TruePosition |
|---|---|---|

| *Work item code:* ⌘ | UTDOA-CS | *Date:* ⌘ | 19/05/2003 |
|---|---|---|---|

| *Category:* | ⌘ | **B** | *Release:* ⌘ | Rel-6 |
|---|---|---|---|---|

*Use one of the following categories:*
**F** *(correction)*
**A** *(corresponds to a correction in an earlier release)*
**B** *(addition of feature),*
**C** *(functional modification of feature)*
**D** *(editorial modification)*
Detailed explanations of the above categories can be found in 3GPP TR 21.900.

*Use one of the following releases:*
| 2 | *(GSM Phase 2)* |
| R96 | *(Release 1996)* |
| R97 | *(Release 1997)* |
| R98 | *(Release 1998)* |
| R99 | *(Release 1999)* |
| Rel-4 | *(Release 4)* |
| Rel-5 | *(Release 5)* |
| Rel-6 | *(Release 6)* |

---

| **Reason for change:** ⌘ | Add new location determination method into the BSSAP-LE messages |
|---|---|

| **Summary of change:** ⌘ | Include U-TDOA designators in the Positioning Data information element |
|---|---|

| **Consequences if not approved:** ⌘ | U-TDOA will not be included in this specification |
|---|---|

---

| **Clauses affected:** | ⌘ | 5.1.1, 10.20 |
|---|---|---|

| | Y | N | |
|---|---|---|---|
| **Other specs affected:** ⌘ | | X | Other core specifications ⌘ |
| | | X | Test specifications |
| | | X | O&M Specifications |

| **Other comments:** | ⌘ | |
|---|---|---|

---

**How to create CRs using this form:**
Comprehensive information and tips about how to create CRs can be found at http://www.3gpp.org/specs/CR.htm.
Below is a brief summary:

1) Fill out the above form. The symbols above marked ⌘ contain pop-up help information about the field that they are closest to.

2) Obtain the latest version for the release of the specification to which the change is proposed. Use the MS Word "revision marks" feature (also known as "track changes") when making the changes. All 3GPP specifications can be downloaded from the 3GPP server under ftp://ftp.3gpp.org/specs/ For the latest version, look for the directory name with the latest date e.g. 2001-03 contains the specifications resulting from the March 2001 TSG meetings.

3) With "track changes" disabled, paste the entire CR form (use CTRL-A to select it) into the specification just in front of the clause containing the first piece of changed text. Delete those parts of the specification which are not relevant to the change request.

<<First changed section>>

## 5.1.1     Successful Operation

The initiator of the location request sends a BSSMAP-LE Perform Location Request to the SMLC associated with the current serving cell for the target MS. The message contains the following mandatory (M), conditional (C) and optional (O) information, where conditional parameters are required if available.

- Location Type (M).

- Cell Identifier (M).

- Classmark Information Type 3 (C).

- LCS Client Type (C).

- Chosen Channel (C).

- LCS Priority (C).

- LCS QoS (C).

- Requested GPS Assistance Data (C).

- BSSLAP APDU (C).

- LCS Capability (O).

- Packet Measurement Report (O).

- Measured Cell Identity List (O).

If requested, the SMLC performs positioning of the target MS using a particular position method or a combination of more than one positioning method. If neither the Classmark Information Type 3 IE nor the LCS Capability IE is present, the SMLC shall instigate only network based positioning methods (e.g. TA and U-TDOA but not GPS or E-OTD).

Alternatively, if requested otherwise, the SMLC may provide positioning assistance data to the MS. The SMLC may invoke the following other BSSAP-LE procedures to perform these procedures:

- connection oriented information transfer;

- connectionless information transfer;

- LMU connection establishment;

- LMU connection release;

- DTAP-LE information transfer.

<<Last changed section>>

## 10.20    Positioning Data

This is a variable length information element providing positioning data associated with a successful or unsuccessful locatiomn attempt for a target MS.



| | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|---|---|---|
| Octet 1 | IEI | | | | | | | |
| Octet 2 | Length indicator | | | | | | | |
| Octet 3 | spare | | | Positioning Data Discriminator | | | | |
| Octets 4-4+m | Positioning Method 1 | | | | | | | |
| Octets ..-4+nm | Positioning Method n | | | | | | | |

**Figure 10.20.1/3GPP TS 49.031: Positioning Data IE**

The positioning data discriminator (bits 4-1 of octet 3) defines the type of data provided for each positioning method:

   0000   indicate usage of each positioning method that was attempted either successfully or unsuccessfully

         all other values are reserved.

Coding of the positioning method octets for positioning data discriminator = 0:

| Octet x | positioning method | usage |
|---|---|---|

Coding of positioning method (bits 8-4):

|  |  |
|---|---|
| 00000 | Timing Advance |
| 00001 | Reserved (Note) |
| 00010 | Reserved (Note) |
| 00011 | Mobile Assisted E-OTD |
| 00100 | Mobile Based E-OTD |
| 00101 | Mobile Assisted GPS |
| 00110 | Mobile Based GPS |
| 00111 | Conventional GPS |
| ~~01000~~ | ~~U-TDOA~~ |
| ~~01001~~ | |
| ~~01010~~ | |
| to | reserved for GSM |
| 01111 | |
| 10000 | |
| to | reserved for network specific positioning methods |
| 11111 | |

Coding of usage (bits 3-1):

|  |  |
|---|---|
| 000 | Attempted unsuccessfully due to failure or interruption |
| 001 | Attempted successfully: results not used to generate location |
| 010 | Attempted successfully: results used to verify but not generate location |
| 011 | Attempted successfully: results used to generate location |
| 100 | Attempted successfully: case where MS supports multiple mobile based positioning methods and the actual method or methods used by the MS cannot be determined |

NOTE:    These values of the codepoints shall not be used as they were used in an earlier version of the protocol.

# EXHIBIT

# D

| | |
|---|---|
| **Title:** | **Approved Report of the 25th 3GPP TSG RAN meeting (Palm Springs, US, 7 – 9 September 2004)** |
| **Source:** | **3GPP support** |



César Gutiérrez Miguélez
ETSI Mobile Competence Center
cesar.gutierrez@etsi.org

The document presents justification for the creation of a new WT, focused on 10 code HSDPA UEs (Cat. 7 & 8) based on Equaliser receiver.

The creation of this WT doesn't stop or interfere the current work under "Performance Requirements of Receive Diversity for HSDPA" for Cat. 7 & 8 UEs, which is based on the increased performance due to RX diversity.

The Description Sheet is provided below.

### RP-040375    New WT proposal: Improved performance requirements for HSDPA categories 7 & 8 (Nokia)

Supporting companies are: Cingular, Nokia, NTT DoCoMo, Motorola, Panasonic, Samsung, Siemens, T-Mobile, Vodafone and Ericsson.

Jussi clarified that this WI doesn't close the existing one, it will set a parallel group of requirements.

The expected completion date is June 2005, it is however the intention that the new requirements are included in Rel-6.

The WT is approved

### RP-040376    Modification of schedule for improved receiver performance requirement for HSDPA WI (Nokia)

The WI Sheet for the umbrella building block is modified to take into account the new Work Task and the change in schedule of the WT for RX diversity.

The modifications proposed are approved.

### RP-040347    Inclusion of Uplink TDOA UE positioning method in the UTRAN specifications (TruePosition)

Robert Gross (TruePosition) presented this proposal

Derek Richards (IPWireless) explained that, after discussion with some companies, there is no need to make the WI FDD-specific. Robert agreed to remove the references to FDD from the Description Sheet.

Other minor editorial modifications were proposed, also only one rapporteur should be appointed.

It was asked if the specification LMU-SMLC interface is under the scope. Robert explained that not the short term, but it is envisaged for the future. He noted that specifying now that interface would be undesirable for the deployments being made by some operators.

The specification of the LMU performance requirements was contested; as it wasn't formally agreed in RAN4.

It was found that the timeline was stretched; in particular the LMU specification is scheduled for completion in two years. It is however argued that nothing stops companies from contributing and speeding the work.

A revision of the WI sheet will be provided considering the comments above, but the proposal is essentially approved

### RP-040387    Inclusion of Uplink TDOA UE positioning method in the UTRAN specifications (TruePosition)

The Sheet is modified with the comments above. Supporting companies are : Cingular Wireless, T-Mobile USA, TruePosition, Andrew Corporation, SBC Communications and IPWireless.

The WI is approved