# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition Inc.** | ) | |
| | ) | |
| **Plaintiff/** | ) | |
| **Counterclaim-Defendant,** | ) | C.A. No. 05-747 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| **Defendant/** | ) | |
| **Counterclaim-Plaintiff.** | ) | |
| | ) | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that the Scheduling Order (D.I. 23) is revised as follows:

1.  Document production shall be completed on or before Friday, June 30, 2006.

All other dates in the Scheduling Order shall remain the same.

| | |
|---|---|
| **CONNOLLY BOVE LODGE & HUTZ LLP** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| | |
| _/s/ James D. Heisman_ | _/s/ Josy W. Ingersoll_ |
| James D. Heisman (# 2746) | Josy W. Ingersoll (# 1088) |
| 1007 N. Orange Street | 1000 West Street, 17th Floor |
| P. O. Box 2207 | P. O. Box 391 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9141 | (302) 571-6600 |
| *Attorneys for TruePosition, Inc.* | *Attorneys for Andrew Corporation* |

**SO ORDERED THIS ____ DAY OF JUNE, 2006**

_____
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 22nd day of June, 2006, I caused a true and correct copy of the foregoing **Stipulation** to be delivered to the following individuals through CM/ECF.

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Michael A. Parks, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

I further certify that I caused the foregoing document to be hand-delivered to the following individual:

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

>     */s/ James D. Heisman*
>       James D. Heisman (# 2746)

472384