IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC.,<br><br>　　Plaintiff/<br>　　Counterclaim-Defendant<br><br>　　　v.<br><br>ANDREW CORPORATION,<br><br>　　Defendant/<br>　　Counterclaim-Plaintiff | Civil Action No. 05-747-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for Andrew Corporation, hereby certify that copies of Andrew Corporation's Supplemental Responses to TruePosition's First Set Of Interrogatories were caused to be served on June 23, 2006, by Rachel Pernic Waldron, Esquire of Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 upon the following counsel in the manner indicated:

**BY E-MAIL**

> James D. Heisman, Esquire
> Connolly Bove Lodge & Hutz LLP
> 1007 N. Orange Street
> Wilmington, DE 19801
>
> Paul B. Milcetic, Esquire
> David L. Marcus, Esquire
> Daniel J. Goettle, Esquire
> Woodcock Washburn LLP
> One Liberty Place, 46th Floor
> Philadelphia, PA 19103

**BY FEDERAL EXPRESS**

    Paul B. Milcetic, Esquire
    Woodcock Washburn
    One Liberty Place, 46th Floor
    Philadelphia, PA  19103

Additionally, copies of this Notice of Service were caused to be served on June 28, 2006 upon the following counsel in the manner indicated:

**BY HAND DELIVERY**

    James D. Heisman, Esquire
    Connolly Bove Lodge & Hutz LLP
    1007 N. Orange Street
    Wilmington, DE  19801

**BY E-MAIL**

    Paul B. Milcetic, Esquire
    David L. Marcus, Esquire
    Daniel J. Goettle, Esquire
    Woodcock Washburn LLP
    One Liberty Place, 46th Floor
    Philadelphia, PA  19103

        YOUNG CONAWAY STARGATT &
        TAYLOR, LLP

        _/s/_____
        Josy W. Ingersoll (No. 1088)
        *jingersoll@ycst.com*
        Andrew A. Lundgren (No. 4429)
        *alundgren@ycst.com*
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware  19899-0391
        (302) 571-6600

Dated:  June 28, 2006