IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition Inc.** | ) | |
| | ) | |
| **Plaintiff/** | ) | |
| **Counterclaim-Defendant,** | ) | C.A. No. 05-00747-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| **Defendant/** | ) | |
| **Counterclaim-Plaintiff.** | ) | |
| | ) | |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 29th day of June, 2006, I served a true and correct copy of **TruePosition's Second Set of Requests for Admission to Andrew Corporation (Nos. 59-75)** upon the below-listed counsel of record in the following manner:

*Via hand-delivery*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

I further certify that on this 30th day of June, 2006, I served a true and correct copy of **TruePosition's Second Set of Requests for Admission to Andrew Corporation (Nos. 59-75)** upon the below-listed counsel of record in the following manner:

| | |
|---|---|
| *Via federal express* | *Via federal express* |
| Michael A. Parks, Esq. | Patrick D. McPherson, Esquire |
| Kirkland & Ellis, LLP | Duane Morris LLP |
| 200 E. Randolph Drive | 1667 K Street, N.W. |
| Chicago, IL 60601 | Washington, DC 20006-1608 |

CONNOLLY BOVE LODGE & HUTZ LLP

    */s/ James D. Heisman*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated: June 30, 2006

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 30th day of June, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following as indicated below:

*Via E-filing*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via E-filing*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

*Via E-filing*
Michael A. Parks, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

  */s/ James D. Heisman*
James D. Heisman (# 2746)