IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**,<br><br>**Plaintiff/**<br>**Counterclaim-Defendant,**<br><br>v.<br><br>**Andrew Corporation,**<br><br>**Defendant/**<br>**Counterclaim-Plaintiff.** | C.A. No. 05-00747-SLR |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 30th day of June, 2006, Paul B. Milcetic, Esq., Woodcock Washburn, LLP, served a true and correct copy of **TruePosition's [Corrected] Second Set of Requests for Admission to Andrew Corporation (Nos. 59-75)** upon the below-listed counsel of record in the following manner:

*Via e-mail*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via e-mail and federal express*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ James D. Heisman*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated: June 30, 2006

**CERTIFICATE OF SERVICE**

    I, James D. Heisman, hereby certify that on this 30th day of June, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following as indicated below:

*Via E-filing*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via E-filing*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

*Via E-filing*
Michael A. Parks, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                  */s/ James D. Heisman*
                                  James D. Heisman (# 2746)