IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., )<br>)<br>Plaintiff/ )<br>Counterclaim-Defendant )<br>)<br>v. )<br>)<br>ANDREW CORPORATION, )<br>)<br>Defendant/ )<br>Counterclaim-Plaintiff )<br>) | Civil Action No. 05-747-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for Andrew Corporation, hereby certify that copies of Responses to TruePosition's Second Set of Interrogatories were caused to be served on July 17, 2006, by Rachel Pernic Waldron, Esquire of Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 upon the following counsel in the manner indicated:

**BY E-MAIL**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

Paul B. Milcetic, Esquire
David L. Marcus, Esquire
Daniel J. Goettle, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**BY FEDERAL EXPRESS**

    Paul B. Milcetic, Esquire
    Woodcock Washburn
    One Liberty Place, 46th Floor
    Philadelphia, PA  19103

Additionally, copies of this Notice of Service were caused to be served on July 19, 2006 upon the following counsel in the manner indicated:

**BY HAND DELIVERY**

    James D. Heisman, Esquire
    Connolly Bove Lodge & Hutz LLP
    1007 N. Orange Street
    Wilmington, DE  19801

**BY E-MAIL**

    Paul B. Milcetic, Esquire
    David L. Marcus, Esquire
    Daniel J. Goettle, Esquire
    Woodcock Washburn LLP
    One Liberty Place, 46th Floor
    Philadelphia, PA  19103

                                    YOUNG CONAWAY STARGATT &
                                    TAYLOR, LLP

                                    /s/ Andrew A. Lundgren
                                    Josy W. Ingersoll (No. 1088)
                                    *jingersoll@ycst.com*
                                    Andrew A. Lundgren (No. 4429)
                                    *alundgren@ycst.com*
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware  19899-0391
                                    (302) 571-6600

Dated:  July 19, 2006