IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRUEPOSITION INC., | ) | |
| | ) | |
| Plaintiff/ | ) | |
| Counterclaim-Defendant | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-747-SLR |
| | ) | |
| ANDREW CORPORATION, | ) | |
| | ) | |
| Defendant/ | ) | |
| Counterclaim-Plaintiff | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Andrew Corporation, hereby certify that copies of Andrew Corporation's Responses to TruePosition's Second Set of Requests for Admission were caused to be served on July 31, 2006, by Rachel Pernic Waldron, Esquire of Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 upon the following counsel in the manner indicated:

**BY E-MAIL**

>James D. Heisman, Esquire
>Connolly Bove Lodge & Hutz LLP
>1007 N. Orange Street
>Wilmington, DE 19801
>
>Paul B. Milcetic, Esquire
>David L. Marcus, Esquire
>Daniel J. Goettle, Esquire
>Woodcock Washburn LLP
>One Liberty Place, 46th Floor
>Philadelphia, PA 19103

**BY FEDERAL EXPRESS**

>Paul B. Milcetic, Esquire
>Woodcock Washburn
>One Liberty Place, 46th Floor
>Philadelphia, PA 19103

Additionally, copies of this Notice of Service were caused to be served on August 2, 2006 upon the following counsel in the manner indicated:

**BY HAND DELIVERY**

>James D. Heisman, Esquire
>Connolly Bove Lodge & Hutz LLP
>1007 N. Orange Street
>Wilmington, DE 19801

**BY E-MAIL**

>Paul B. Milcetic, Esquire
>David L. Marcus, Esquire
>Daniel J. Goettle, Esquire
>Woodcock Washburn LLP
>One Liberty Place, 46th Floor
>Philadelphia, PA 19103

| | |
|---|---|
| **OF COUNSEL:** | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| DUANE MORRIS LLP<br>Patrick D. McPherson<br>1667 K Street, N.W., Suite 700<br>Washington, DC 20006 1608 | _/s/ Andrew A. Lundgren_<br>Josy W. Ingersoll (No. 1088)<br>Andrew A. Lundgren (No. 4429)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19899-0391<br>(302) 571-6600<br>alundgren@ycst.com |
| KIRKLAND & ELLIS LLP<br>John D. Desmarais<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022-4611 | Attorneys for Andrew Corporation |
| KIRKLAND & ELLIS LLP<br>Michael A. Parks<br>Rachel P. Waldron<br>Sarah J. Frey<br>200 East Randolph Drive<br>Chicago, IL 60601 | |

Dated: August 2, 2006