IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition Inc.** | ) | |
| | ) | |
| **Plaintiff/** | ) | |
| **Counterclaim-Defendant,** | ) | C.A. No. 05-00747-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| **Defendant/** | ) | |
| **Counterclaim-Plaintiff.** | ) | |
| _____ | ) | |

## NOTICE OF SERVICE

    I, James D. Heisman, Esquire, hereby certify that on the 9th day of August, 2006, Daniel J. Goettle, Esq., Woodcock Washburn, LLP, served a true and correct copy of **TruePosition's Third Supplemental Responses to Defendant's First Interrogatories** upon the below-listed counsel of record in the following manner:

*Via e-mail*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via e-mail*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                                                                              **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                                                              */s/ James D. Heisman*
                                                                                              James D. Heisman (# 2746)
                                                                                              1007 N. Orange Street
                                                                                              P. O. Box 2207
                                                                                              Wilmington, DE 19899
                                                                                              (302) 658-9141
                                                                                              *Attorneys for Plaintiff*

Dated: August 15, 2006

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 15th day of August, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following as indicated below:

*Via E-filing*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via E-filing*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

*Via E-filing*
Michael A. Parks, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                            */s/ James D. Heisman*
                                            James D. Heisman (# 2746)