IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., ) | |
| ) | |
| Plaintiff/ ) | |
| Counterclaim-Defendant ) | |
| ) | |
| v. ) | Civil Action No. 05-747-SLR |
| ) | |
| ANDREW CORPORATION, ) | |
| ) | |
| Defendant/ ) | |
| Counterclaim-Plaintiff ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Andrew Corporation ("Andrew"), hereby certify that copies of (1) Andrew's Second Set of Interrogatories, (2) Andrew's Notice of Deposition of Rhys Robinson, (3) Andrew's Notice of Deposition of Rob Anderson, (4) First Notice of Deposition of TruePosition, Inc. Pursuant to Rule 30(b)(6), and (5) Second Notice of Deposition of TruePosition, Inc. Pursuant to Rule 30(b)(6) were caused to be served on August 28, 2006, by Sarah J. Frey, Esquire of Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 upon the following counsel in the manner indicated:

**BY E-MAIL**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

Paul B. Milcetic, Esquire
David L. Marcus, Esquire
Daniel J. Goettle, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**BY FEDERAL EXPRESS**

    Paul B. Milcetic, Esquire
    Woodcock Washburn
    One Liberty Place, 46th Floor
    Philadelphia, PA  19103

Additionally, copies of this Notice of Service were caused to be served on August 28, 2006 upon the following counsel in the manner indicated:

**BY HAND DELIVERY**

    James D. Heisman, Esquire
    Connolly Bove Lodge & Hutz LLP
    1007 N. Orange Street
    Wilmington, DE  19801

**BY E-MAIL**

    Paul B. Milcetic, Esquire
    David L. Marcus, Esquire
    Daniel J. Goettle, Esquire
    Woodcock Washburn LLP
    One Liberty Place, 46th Floor
    Philadelphia, PA  19103

| | |
|---|---|
| **OF COUNSEL:** | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| DUANE MORRIS LLP<br>Patrick D. McPherson<br>1667 K Street, N.W., Suite 700<br>Washington, DC 20006 1608 | /s/ Andrew A. Lundgren<br>Josy W. Ingersoll (No. 1088)<br>Andrew A. Lundgren (No. 4429)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19899-0391<br>(302) 571-6600<br>alundgren@ycst.com |
| KIRKLAND & ELLIS LLP<br>John D. Desmarais<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611 | Attorneys for Andrew Corporation |
| KIRKLAND & ELLIS LLP<br>Michael A. Parks<br>Rachel P. Waldron<br>Sarah J. Frey<br>200 East Randolph Drive<br>Chicago, IL 60601 | Dated: August 28, 2006 |