## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TruePosition Inc. | ) | |
| | ) | |
| **Plaintiff/** | ) | |
| **Counterclaim-Defendant,** | ) | **C.A. No. 05-00747-SLR** |
| | ) | |
| **v.** | ) | |
| | ) | |
| Andrew Corporation, | ) | |
| | ) | |
| **Defendant/** | ) | |
| **Counterclaim-Plaintiff.** | ) | |
| _____ | ) | |

### NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 28th day of August, 2006, Daniel Goettle, Esq., Woodcock Washburn, LLP, served a true and correct copy of **TruePosition's Deposition Notices of James Petelle, Esq., Mohamed Eissa, John Carlson, James McDaniel, Douglass Hall, Andrew Beck, Joseph P. Kennedy, Terry Garner, Randy Wynn, and Oskar Magnusson Pursuant to Rule 30(b)(1)** upon the below-listed counsel of record via electronic mail, return receipt requested, and facsimile:

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com
(302) 576-3301

Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608
PDMcPherson@duanemorris.com
(202) 776-7801

CONNOLLY BOVE LODGE & HUTZ LLP

_____/s/ James D. Heisman_____
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated:  August 30, 2006

## <u>CERTIFICATE OF SERVICE</u>

I, James D. Heisman, hereby certify that on this 30th day of August, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following as indicated below:

*Via E-filing*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via E-filing*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

*Via E-filing*
Michael A. Parks, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

*/s/ James D. Heisman*
James D. Heisman (# 2746)