IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition Inc.** | ) | |
| | ) | |
| **Plaintiff/** | ) | |
| **Counterclaim-Defendant,** | ) | C.A. No. 05-00747-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| **Defendant/** | ) | |
| **Counterclaim-Plaintiff.** | ) | |
| | ) | |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 30th day of August, 2006, Daniel Goettle, Esq., Woodcock Washburn, LLP, served a true and correct copy of **TruePosition's Corrected First Deposition Notice Pursuant to Rule 30(b)(6)** upon the below-listed counsel of record via electronic mail, return receipt requested, and facsimile:

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com
(302) 576-3301

Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608
PDMcPherson@duanemorris.com
(202) 776-7801

                                                                                      **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                                    */s/ James D. Heisman*
                                                                    James D. Heisman (# 2746)
                                                                    1007 N. Orange Street
                                                                    P. O. Box 2207
                                                                    Wilmington, DE 19899
                                                                    (302) 658-9141
                                                                     *Attorneys for Plaintiff*

Dated: August 31, 2006

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 31st day of August, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following parties via electronic filing:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Michael A. Parks, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                                */s/ James D. Heisman*
                                                James D. Heisman (# 2746)