IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., )<br>)<br>Plaintiff/ Counterclaim-Defendant )<br>)<br>v. )<br>)<br>ANDREW CORPORATION, )<br>)<br>Defendant/ Counterclaim-Plaintiff ) | Civil Action No. 05-747-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for Andrew Corporation ("Andrew"), hereby certify that copies of (1) Notice of Deposition of Robert Gross, (2) Corrected Notice of Deposition of Robert Gross, (3) Notice of Deposition of Joseph Sheehan, (4) Corrected Notice of Deposition of Joseph Sheehan, (5) Notice of Deposition of Curtis Knight, (6) Corrected Notice of Deposition of Curtis Knight, (7) Notice of Deposition of Michael Hoffman, (8) Corrected Notice of Deposition of Michael Hoffman, (9) Notice of Deposition of John Webber and (10) Corrected Notice of Deposition of John Webber were caused to be served on September 1, 2006, by Rachel P. Waldron, Esquire of Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 upon the following counsel in the manner indicated:

**BY E-MAIL**

        James D. Heisman, Esquire
        Connolly Bove Lodge & Hutz LLP
        1007 N. Orange Street
        Wilmington, DE  19801

        Paul B. Milcetic, Esquire
        David L. Marcus, Esquire
        Daniel J. Goettle, Esquire
        Woodcock Washburn LLP
        One Liberty Place, 46th Floor
        Philadelphia, PA  19103

**BY FEDERAL EXPRESS**

>Paul B. Milcetic, Esquire
>Woodcock Washburn
>One Liberty Place, 46th Floor
>Philadelphia, PA 19103

Additionally, copies of this Notice of Service were caused to be served on September 5, 2006 upon the following counsel in the manner indicated:

**BY HAND DELIVERY**

>James D. Heisman, Esquire
>Connolly Bove Lodge & Hutz LLP
>1007 N. Orange Street
>Wilmington, DE 19801

**BY E-MAIL**

>Paul B. Milcetic, Esquire
>David L. Marcus, Esquire
>Daniel J. Goettle, Esquire
>Woodcock Washburn LLP
>One Liberty Place, 46th Floor
>Philadelphia, PA 19103

| | |
|---|---|
| **OF COUNSEL:**<br>DUANE MORRIS LLP<br>Patrick D. McPherson<br>1667 K Street, N.W., Suite 700<br>Washington, DC 20006 1608<br><br>KIRKLAND & ELLIS LLP<br>John D. Desmarais<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611<br><br>KIRKLAND & ELLIS LLP<br>Michael A. Parks<br>Rachel P. Waldron<br>Sarah J. Frey<br>200 East Randolph Drive<br>Chicago, IL 60601 | YOUNG CONAWAY STARGATT &<br>  TAYLOR, LLP<br><br>*/s/ Andrew H. Lundgren*<br>Josy W. Ingersoll (No. 1088)<br>Andrew A. Lundgren (No. 4429)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19899-0391<br>(302) 571-6600<br>jingersoll@ycst.com<br><br>Attorneys for Andrew Corporation<br><br>Dated: September 5, 2006 |