IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition Inc.** | ) | |
| | ) | |
| **Plaintiff/** | ) | |
| **Counterclaim-Defendant,** | ) | C.A. No. 05-00747-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| **Defendant/** | ) | |
| **Counterclaim-Plaintiff.** | ) | |
| | ) | |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 28th day of August, 2006, Daniel Goettle, Esq., Woodcock Washburn, LLP, served a true and correct copy of **TruePosition's Deposition Notices of James Petelle, Esq., Mohamed Eissa, John Carlson, James McDaniel, Douglass Hall, Andrew Beck, Joseph P. Kennedy, Terry Garner, Randy Wynn, and Oskar Magnusson Pursuant to Rule 30(b)(1)** upon the below-listed counsel of record via electronic mail, return receipt requested, and facsimile:

| | |
|---|---|
| Josy W. Ingersoll, Esq. | Patrick D. McPherson, Esq. |
| Young Conaway Stargatt & Taylor, LLP | Duane Morris LLP |
| 1000 West Street, 17th Floor | 1667 K Street, NW, Suite 700 |
| Wilmington, DE 19801 | Washington, DC 20006-1608 |
| jingersoll@ycst.com | PDMcPherson@duanemorris.com |
| (302) 576-3301 | (202) 776-7801 |

                                                                                               **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                      */s/ James D. Heisman*
                                                   James D. Heisman (# 2746)
                                                   1007 N. Orange Street
                                                   P. O. Box 2207
                                                   Wilmington, DE 19899
                                                   (302) 658-9141
                                                   *Attorneys for Plaintiff*

Dated: August 30, 2006

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 30th day of August, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following as indicated below:

*Via E-filing*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via E-filing*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

*Via E-filing*
Michael A. Parks, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                    */s/ James D. Heisman*
                                  James D. Heisman (# 2746)