## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**,               ) | |
|                                      ) | |
| **Plaintiff/**                       ) | |
| **Counterclaim-Defendant,**          ) | **C.A. No. 05-00747-SLR** |
|                                      ) | |
| v.                                   ) | |
|                                      ) | |
| **Andrew Corporation,**              ) | |
|                                      ) | |
| **Defendant/**                       ) | |
| **Counterclaim-Plaintiff.**          ) | |
|                                      ) | |

### NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 13th day of September, 2006, Daniel Goettle, Esq., Woodcock Washburn, LLP, served a true and correct copy of **TruePosition's Deposition Notice of Alan Li** upon the below-listed counsel of record via electronic mail, return receipt requested, and facsimile:

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com
(302) 576-3301

Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006-1608
PDMcPherson@duanemorris.com
(202) 776-7801

CONNOLLY BOVE LODGE & HUTZ LLP

   /s/ *James D. Heisman*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated: September 13, 2006

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 13th day of September, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following parties via electronic filing:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Michael A. Parks, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                      */s/ James D. Heisman*
                                      James D. Heisman (# 2746)