## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.,**     ) <br> ) <br>       **Plaintiff/** ) <br>       **Counterclaim-Defendant,** ) <br> ) <br>     **v.**     ) <br> ) <br> **Andrew Corporation,**     ) <br> ) <br>       **Defendant/** ) <br>       **Counterclaim-Plaintiff.** ) <br> ) | **Civil Action No. 05-00747-SLR** |

### ANDREW CORPORATION'S AMENDED NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Andrew Corporation ("Andrew"), by its counsel, will take the deposition upon oral examination of the following individuals:

| | | |
|---|---|---|
| Michael Hoppman | October 3, 2006 | 9:00 a.m. |
| Robert Gross | October 12, 2006 | 9:00 a.m. |
| Joseph Sheehan | October 19, 2006 | 9:00 a.m. |
| Fred Beckley | October 20, 2006 | 9:00 a.m. |

The depositions will take place at the Renaissance Philadelphia Hotel Airport, 500 Stevens Drive, Philadelphia, Pennsylvania. The deposition will be taken before a Notary Public or other person authorized to administer oaths by the laws of the United States, and will be recorded by stenographic and/or videographic means. The depositions will continue from day-to-day until completed.

You are invited to attend.


Dated: September 15, 2006

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
*kkellerf@ycst.com*

**KIRKLAND & ELLIS LLP**
John D. Desmarais
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

**KIRKLAND & ELLIS LLP**
Michael A. Parks
Rachel P. Waldron
Sarah J. Frey
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

**DUANE MORRIS LLP**
Patrick D. McPherson
1667 K Street, N.W., Suite 700
Washington, DC 20006
(202) 776-7800

*Attorneys for Defendant and Counterclaim-Plaintiff*
*Andrew Corporation*

2

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on September 15, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

James D. Heisman, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
Email: jheisman@cblh.com

I further certify that on September 15, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL**

Paul B. Milcetic, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
Phone: 215-988-2063
Fax: 215-568-3439
pbmilcet@woodcock.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for Defendant Andrew Corporation*