THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition, Inc.**, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-747 |
| | ) | |
| v. | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| **Andrew Corporation**, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Kathleen A. Milsark, Esquire to represent TruePosition, Inc. in this matter.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ James D. Heisman*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. BOX 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Plaintiff TruePosition, Inc.*

Dated: September 18, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this ____ day of September, 2006, that counsel's motion for admission *pro hac vice* is granted.

_____
Sue L. Robinson
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition, Inc.,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-747 |
| | ) | |
| v. | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Supreme Court of Pennsylvania, as well as the United State District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Third, Ninth, and Federal Circuits, and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and the annual *Pro Hac Vice* fee is enclosed herewith.

September 18, 2006

_____
Kathleen A. Milsark, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
17th & Market Streets
Philadelphia, PA 19103
(215) 568-3100

## CERTIFICATE OF SERVICE

I, Daniel Goettle, hereby certify that on the 18th day of September, 2006, I caused a true and correct copy of the foregoing **Motion and Order for Admission** *Pro Hac Vice* to be served upon the following individuals by electronic mail:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor LLP
100 West St., 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

/s/ *Daniel Goettle*
Daniel Goettle