## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**, )<br>)<br>    **Plaintiff/,** )<br>    **Counterclaim-Defendant,** )<br>)<br>        v. )<br>)<br>**Andrew Corporation,** )<br>)<br>    **Defendant/.** )<br>    **Counterclaim-Plaintiff.** )<br>_____ ) | C.A. NO. 05-00747-SLR |

### NOTICE OF SERVICE

    I, James D. Heisman, Esquire, hereby certify that on the 19th day of September, 2006, Daniel J. Goettle, Esquire, served a true and correct copy of **TruePosition's Supplemental Rule 26(a)(1) Initial Disclosures** upon the below listed counsel of record via electronic mail and facsimile:

Josy W. Ingersoll, Esq.  
Young Conaway Stargatt & Taylor, LLP  
1000 West Street, 17th Floor  
Wilmington, DE 19801  
jingersoll@ycst.com  
(302) 576-3301  

Patrick D. McPherson, Esq.  
Duane Morris LLP  
1667 K Street, NW, Suite 700  
Washington, DC 20006-1608  
PDMcPherson@duanemorris.com  
(302) 776-7801  

Rachel Pernic-Waldron, Esquire  
Kirkland & Ellis, LLP  
200 E. Randolph Drive  
Chicago, IL 60601  
rpernicwaldron@kirkland.com  
(312) 861-3371  

                                              **CONNOLLY BOVE LODGE & HUTZ LLP**

                                              ***/s/ James D. Heisman***  
                                              James D. Heisman (# 2746)  
                                              1007 N. Orange Street  
                                              P. O. Box 2207  
                                              Wilmington, DE 19899  
                                              (302) 658-9141  
                                              *Attorneys for Plaintiff*

Dated: September 19, 2006

**CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 19th day of September, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following individuals via electronic filing:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic-Waldron, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

*/s/ James D. Heisman*
James D. Heisman (# 2746)