IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**,  )<br>  )<br>      **Plaintiff/,**  )<br>   **Counterclaim-Defendant,**  )<br>  )<br>      v.  )<br>  )<br>**Andrew Corporation,**  )<br>  )<br>      **Defendant/.**  )<br>   **Counterclaim-Plaintiff.**  )<br>_____  ) | Civil Action No. 05-00747-SLR |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 20th day of September, 2006, Daniel J. Goettle, Esquire, served a true and correct copy of **TruePosition's Fourth Supplemental Responses to Defendant's First Interrogatories** upon the below-listed counsel of record in the following manner:

*Via E-mail, Return Receipt Requested*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, Return Receipt Requested*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail, Return Receipt Requested*
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

 

                                          **CONNOLLY BOVE LODGE & HUTZ LLP**

                                             ***/s/ James D. Heisman***
                                          James D. Heisman (# 2746)
                                          1007 N. Orange Street
                                          P. O. Box 2207
                                          Wilmington, DE 19899
                                          (302) 658-9141
                                          *Attorneys for Plaintiff*

Dated: September 21, 2006

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 21st day of September, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed counsel of record via CM/ECF:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic-Waldron, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                                            */s/ James D. Heisman*
                                                        James D. Heisman (# 2746)