## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition Inc.** | ) | |
| | ) | |
| **Plaintiff/,** | ) | |
| **Counterclaim-Defendant,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-00747-SLR** |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| **Defendant/.** | ) | |
| **Counterclaim-Plaintiff.** | ) | |
| | ) | |

### NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 20th day of September, 2006, Daniel J. Goettle, Esquire, served a true and correct copy of **TruePosition's Second Amended Deposition Notice of Mr. Joseph P. Kennedy Pursuant to Fed. R. Civ. P. 30(b)(1)** upon the below-listed counsel of record in the following manner:

*Via E-mail, Return Receipt Requested*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, Return Receipt Requested*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail, Return Receipt Requested*
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

**____/s/ James D. Heisman_____**
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated: September 21, 2006

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 21st day of September, 2006, I caused a

true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed

counsel of record via CM/ECF:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic-Waldron, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

_____ */s/ James D. Heisman* _____
James D. Heisman (# 2746)