IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., <br><br>    Plaintiff/<br>    Counterclaim-Defendant<br><br>    v.<br><br>ANDREW CORPORATION,<br><br>    Defendant/<br>    Counterclaim-Plaintiff | Civil Action No. 05-747-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Andrew Corporation, hereby certifies that copies of (1) Andrew Corporation's Requests for Admission; (2) Andrew Corporation's Third Set of Interrogatories; and (3) Andrew Corporation's Third Request for Production of Documents were caused to be served on September 25, 2006 on the following counsel of record in the manner indicated:

**BY ELECTRONIC MAIL**

    Paul B. Milcetic, Esquire
    David L. Marcus, Esquire
    Daniel J. Goettle, Esquire
    Woodcock Washburn LLP
    One Liberty Place, 46th Floor
    Philadelphia, PA  19103

    James D. Heisman, Esquire
    Connolly Bove Lodge & Hutz LLP
    1007 N. Orange Street
    Wilmington, DE  19801

**BY FEDERAL EXPRESS**

>Paul B. Milcetic, Esquire
>Woodcock Washburn
>One Liberty Place, 46th Floor
>Philadelphia, PA  19103

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on September 26, 2006 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND CM/ECF**

>James D. Heisman, Esquire
>Connolly Bove Lodge & Hutz LLP
>1007 N. Orange Street
>Wilmington, DE  19801

**BY ELECTRONIC MAIL**

>Paul B. Milcetic, Esquire
>Woodcock Washburn
>One Liberty Place, 46th Floor
>Philadelphia, PA  19103

>YOUNG CONAWAY STARGATT &
>TAYLOR, LLP
>
>/s/ Andrew A. Lundgren
>_____
>Josy W. Ingersoll (No. 1088)
>*jingersoll@ycst.com*
>Andrew A. Lundgren (No. 4429)
>*alundgren@ycst.com*
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19899-0391
>(302) 571-6600

Dated:  September 26, 2006