IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TruePosition Inc., <br><br> Plaintiff/ <br> Counterclaim-Defendant, <br><br> v. <br><br> Andrew Corporation, <br><br> Defendant/ <br> Counterclaim-Plaintiff. | Civil Action No. 05-00747-SLR |

**ANDREW CORPORATION'S SECOND CORRECTED NOTICE
OF DEPOSITION OF JOHN WEBBER**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Andrew Corporation ("Andrew"), by its counsel, will take the deposition upon oral examination of John Webber.

The deposition will take place at the Courtyard Marriott, University Medical Center Office, 1201 West Main Street, in Charlottesville, Virginia, commencing on October 4, 2006 at 9:00 a.m, or at such other time and place as may be agreed to by counsel. The deposition will be taken before a Notary Public or other person authorized to administer oaths by the laws of the United States, and will be recorded by stenographic and/or videographic means. The deposition will continue from day-to-day until completed.

1

065217.1001

You are invited to attend.

Dated: September 27, 2006

*[signature: Andrew A. Lundgren]*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Josy W. Ingersoll (No. 1088)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
alundgren@ycst.com

KIRKLAND & ELLIS LLP
John D. Desmarais
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

KIRKLAND & ELLIS LLP
Michael A. Parks
Rachel P. Waldron
Shira J. Kapplin
Sarah J. Frey
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

DUANE MORRIS LLP
Patrick D. McPherson
1667 K Street, N.W., Suite 700
Washington, DC 20006
(202) 776-7800

*Attorneys for Defendant and Counter-Claim Plaintiff Andrew Corporation*

# CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on September 27, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James D. Heisman, Esquire
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> Email: jheisman@cblh.com

I further certify that on September 27, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL**

> Paul B. Milcetic, Esquire
> Woodcock Washburn LLP
> One Liberty Place, 46th Floor
> Philadelphia, PA 19103
> Phone: 215-988-2063
> Fax: 215-568-3439
> pbmilcet@woodcock.com

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Andrew A. Lundgren
> _____
> Josy W. Ingersoll (No. 1088)
> Andrew A. Lundgren (No. 4429)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> alundgren@ycst.com
> *Attorneys for Defendant Andrew Corporation*