## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition Inc.** | ) | |
| | ) | |
| Plaintiff/, | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-00747-SLR |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| Defendant/. | ) | |
| Counterclaim-Plaintiff. | ) | |
| | ) | |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 2nd day of October, 2006, Daniel J. Goettle, Esquire, served a true and correct copy of **TruePosition's Responses to Andrew Corporation's Second Set of Interrogatories** upon the below listed counsel of record in the following manner:

*Via E-mail*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

                                                    **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                    */s/ James D. Heisman*
                                              James D. Heisman (# 2746)
                                              1007 N. Orange Street
                                              P. O. Box 2207
                                              Wilmington, DE 19899
                                              (302) 658-9141
                                              *Attorneys for Plaintiff*

Dated:  October 3, 2006

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 3rd day of October 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following as indicated below:

*Via E-filing*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via E-filing*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

*Via E-filing*
Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

   */s/ James D. Heisman*
   James D. Heisman (# 2746)