IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.** )<br>)<br>    **Plaintiff/,** )<br>    **Counterclaim-Defendant,** )<br>)<br>         v. )<br>)<br>**Andrew Corporation,** )<br>)<br>    **Defendant/.** )<br>    **Counterclaim-Plaintiff.** )<br>_____) | Civil Action No. 05-00747-SLR |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 5th day of October, 2006, Daniel J. Goettle, Esquire, served a true and correct copy of **TruePosition's Deposition Notices of Iris Inbar, Mazin Fagiri, Stuart Katz and Ramin Shirazi** upon the below listed counsel of record in the following manner:

*Via E-mail, return receipt requested*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, return receipt requested*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail, return receipt requested*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

                                  **CONNOLLY BOVE LODGE & HUTZ LLP**

                                    */s/ James D. Heisman*
                                  James D. Heisman (# 2746)
                                  1007 N. Orange Street
                                  P. O. Box 2207
                                  Wilmington, DE 19899
                                  (302) 658-9141
                                  *Attorneys for Plaintiff*

Dated:  October 6, 2006

**CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 6th day of October 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered via CM/ECF to counsel as listed below:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

                                                 */s/ James D. Heisman*
                                                 James D. Heisman (# 2746)