# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**, )  )  Plaintiff/, )  Counterclaim-Defendant, )  )  v. )  )  **Andrew Corporation,** )  )  Defendant/. )  Counterclaim-Plaintiff. )  _____ ) | Civil Action No. 05-00747-SLR |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 6th day of October, 2006, Daniel J. Goettle, Esquire, served a true and correct copy of **TruePosition's Third Amended Second Deposition Notice Pursuant to Federal Rule of Civil Procedure 30(b)(6)** upon the below-listed counsel of record in the following manner:

*Via E-mail, Return Receipt Requested*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, Return Receipt Requested*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail, Return Receipt Requested*
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

           **CONNOLLY BOVE LODGE & HUTZ LLP**

           */s/ James D. Heisman*
           James D. Heisman (# 2746)
           1007 N. Orange Street
           P. O. Box 2207
           Wilmington, DE 19899
           (302) 658-9141
           *Attorneys for Plaintiff*

Dated: October 11, 2006

**CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 11th day of October, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed counsel of record via CM/ECF:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic-Waldron, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                                */s/ James D. Heisman*
                                                James D. Heisman (# 2746)