## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition Inc.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff/** | ) | |
| **Counterclaim-Defendant,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-00747-SLR** |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| **Defendant/** | ) | |
| **Counterclaim-Plaintiff.** | ) | |
| | ) | |

## ANDREW CORPORATION'S SECOND CORRECTED NOTICE OF DEPOSITION OF JOSEPH SHEEHAN

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Andrew Corporation ("Andrew"), by its counsel, will take the deposition upon oral examination of Joseph Sheehan.

The deposition will take place at the Hilton Philadelphia Airport, 4509 Island Avenue, in Philadelphia, Pennsylvania, commencing on October 19, 2006 at 9:00 a.m, or at such other time and place as may be agreed to by counsel. The deposition will be taken before a Notary Public or other person authorized to administer oaths by the laws of the United States, and will be recorded by stenographic and/or videographic means. The deposition will continue from day-to-day until completed.

You are invited to attend.

065217.1001

Dated: October 12, 2006

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

_Andrew A. Lundgren_

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
alundgren@ycst.com

**KIRKLAND & ELLIS LLP**
John D. Desmarais
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

**KIRKLAND & ELLIS LLP**
Michael A. Parks
Rachel P. Waldron
Shira J. Kapplin
Sarah J. Frey
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

**DUANE MORRIS LLP**
Patrick D. McPherson
1667 K Street, N.W., Suite 700
Washington, DC 20006
(202) 776-7800

_Attorneys for Defendant and Counterclaim-Plaintiff_
_Andrew Corporation_

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on October 12, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James D. Heisman, Esquire
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE 19801
> Email: jheisman@cblh.com

I further certify that on October 12, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

### BY ELECTRONIC MAIL

> Paul B. Milcetic, Esquire
> David L. Marcus, Esquire
> Daniel J. Goettle, Esquire
> Woodcock Washburn LLP
> One Liberty Place, 46th Floor
> Philadelphia, PA  19103
> Phone: 215-988-2063
> Email:  pbmilcet@woodcock.com
>         marcus@woodcock.com
>         dgoettle@woodcock.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
alundgren@ycst.com
***Attorneys for Defendant Andrew Corporation***