IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**, | ) |
|     **Plaintiff/,** | ) |
|     **Counterclaim-Defendant,** | ) |
|     v. | ) Civil Action No. 05-00747-SLR |
| **Andrew Corporation,** | ) |
|     **Defendant/.** | ) |
|     **Counterclaim-Plaintiff.** | ) |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 12th day of October, 2006, Daniel J. Goettle, Esquire, served a true and correct copy of **TruePosition's Objections to Andrew's First Amended Third Notice of Deposition Pursuant to Rule 30(b)(6)** upon the below-listed counsel of record in the following manner:

*Via E-mail, Return Receipt Requested*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, Return Receipt Requested*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail, Return Receipt Requested*
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

                                                          **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                          */s/ James D. Heisman*
                                                        James D. Heisman (# 2746)
                                                        1007 N. Orange Street
                                                        P. O. Box 2207
                                                        Wilmington, DE 19899
                                                        (302) 658-9141
                                                        *Attorneys for Plaintiff*

Dated: October 13, 2006

**CERTIFICATE OF SERVICE**

   I, James D. Heisman, hereby certify that on this 13th day of October, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed counsel of record via CM/ECF:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Patrick D. McPherson, Esquire<br>Duane Morris LLP<br>1667 K Street, N.W.<br>Washington, DC 20006-1608 |

Rachel Pernic-Waldron, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                */s/ James D. Heisman*
                James D. Heisman (# 2746)