IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC.,<br><br>    Plaintiff/<br>    Counterclaim-Defendant,<br><br>    v.<br><br>ANDREW CORPORATION,<br><br>    Defendant/<br>    Counterclaim-Plaintiff. | Civil Action No. 05-747-SLR |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that the Scheduling Order (D.I. 23) is revised as follows:

1. All fact discovery shall be commenced in time to be completed by **Friday, November 17, 2006**;

2. The parties shall exchange claim-term lists on **Wednesday, November 22, 2006**, pursuant to Paragraph 5 of the Scheduling Order;

3. Expert reports on issues for which the parties have the burden of proof are due on **Friday, December 1, 2006**;

4. Rebuttal expert reports are due on **Friday, December 22, 2006**; and

5. Technical expert discovery shall be commenced in time to be completed by **Wednesday, January 17, 2007**. Damages expert discovery shall be commenced in time to be completed by **Wednesday, January 24, 2007**.

All other dates in the Scheduling Order shall remain the same.

| **CONNOLLY, BOVE, LODGE & HUTZ LLP** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
|---|---|
| /s/ James D. Heisman | *[signature]* |
| James D. Heisman (No. 2746) | Josy W. Ingersoll (No. 1088) |
| The Nemours Building | John W. Shaw (No. 3362) |
| 1007 North Orange Street | Andrew A. Lundgren (No. 4429) |
| P.O. Box 2207 | The Brandywine Building |
| Wilmington, Delaware 19899 | 1000 West St., 17th Floor |
| (302) 658-9141 | P.O. Box 391 |
| jheisman@cblh.com | Wilmington, Delaware 19899-0391 |
| *Attorneys for Plaintiff* | (302) 571-6600 |
| | alundgren@ycst.com |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of October, 2006

_____
United States District Judge