## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.** )<br>)<br>**Plaintiff/,** )<br>**Counterclaim-Defendant,** )<br>)<br>v. )<br>)<br>**Andrew Corporation,** )<br>)<br>**Defendant/.** )<br>**Counterclaim-Plaintiff.** )<br>_____) | Civil Action No.  05-00747-SLR |

### NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 25th day of October, 2006, counsel for TruePosition, Inc. served a true and correct copy of **TruePosition's Objections to Andrew's Second Amended Third Notice of Deposition Pursuant to Rule 30(b)(6)** upon the below-listed counsel of record in the following manner:

*Via E-mail*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail*
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

*/s/ James D. Heisman*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated:  October 25, 2006

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 25th day of October, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed counsel of record via CM/ECF:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic-Waldron, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                                    ***/s/ James D. Heisman***
                                                  James D. Heisman (# 2746)