# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**,   )<br>   )<br>   **Plaintiff/**,   )<br>   **Counterclaim-Defendant**,   )<br>   )<br>   v.   )<br>   )<br>**Andrew Corporation**,   )<br>   )<br>   **Defendant/.**   )<br>   **Counterclaim-Plaintiff.**   )<br>_____) | Civil Action No. 05-00747-SLR |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 25th day of October, 2006, counsel for TruePosition, Inc. served a true and correct copy of **TruePosition's Second Amended Notice of Deposition of Mohamed Eissa** upon the below-listed counsel of record in the following manner:

*Via E-mail*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail*
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

   */s/ James D. Heisman*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated: October 26, 2006

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 26th day of October, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed counsel of record via CM/ECF:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic-Waldron, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                        */s/ James D. Heisman*
                                        James D. Heisman (# 2746)