IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**   )<br>                                                 )<br>     **Plaintiff/,**                          )<br>     **Counterclaim-Defendant,**  )<br>                                                 )<br>         **v.**                                    )<br>                                                 )<br> **Andrew Corporation,**         )<br>                                                 )<br>     **Defendant/.**                        )<br>     **Counterclaim-Plaintiff.**       )<br>_____) | Civil Action No. 05-00747-SLR |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 25th day of October, 2006, counsel for True Position Inc., served a true and correct copy of **TruePosition's Sixth Supplemental Responses to Defendant's First Interrogatories** upon the below-listed counsel of record in the following manner:

*Via E-mail, Return Receipt Requested*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, Return Receipt Requested*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail, Return Receipt Requested*
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

                                                **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                ____*/s/ James D. Heisman*____
                                                James D. Heisman (# 2746)
                                                1007 N. Orange Street
                                                P. O. Box 2207
                                                Wilmington, DE 19899
                                                (302) 658-9141
                                                *Attorneys for Plaintiff*

Dated: October 26, 2006

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 26th day of October, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed counsel of record via CM/ECF:

| | |
|---|---|
| Josy W. Ingersoll, Esquire | Patrick D. McPherson, Esquire |
| Young Conaway Stargatt & Taylor, LLP | Duane Morris LLP |
| 1000 West Street, 17th Floor | 1667 K Street, N.W. |
| Wilmington, DE 19801 | Washington, DC 20006-1608 |

Rachel Pernic-Waldron, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                                */s/ James D. Heisman*
                                                James D. Heisman (# 2746)

496045