IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**   )<br>   )<br>   **Plaintiff/,**   )<br>   **Counterclaim-Defendant,**   )<br>   )<br>   v.   )<br>   )<br>**Andrew Corporation,**   )<br>   )<br>   **Defendant/.**   )<br>   **Counterclaim-Plaintiff.**   )<br>_____)   | Civil Action No.  05-00747-SLR |

### NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 30th day of October, 2006, counsel for TruePosition, Inc. served a true and correct copy of **TruePosition's Response to Andrew's Requests for Admission** upon the below-listed counsel of record in the following manner:

*Via E-mail, return receipt requested*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, return receipt requested*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail, return receipt requested*
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

 

              **CONNOLLY BOVE LODGE & HUTZ LLP**

              */s/ James D. Heisman*
              James D. Heisman (# 2746)
              1007 N. Orange Street
              P. O. Box 2207
              Wilmington, DE 19899
              (302) 658-9141
              *Attorneys for Plaintiff*

Dated: October 31, 2006

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 31st day of October, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed counsel of record via CM/ECF:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic-Waldron, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                                */s/ James D. Heisman*
                                                James D. Heisman (# 2746)