## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.** ) | |
| ) | |
| **Plaintiff/,** ) | |
| **Counterclaim-Defendant,** ) | |
| ) | |
| v. ) | Civil Action No. 05-00747-SLR |
| ) | |
| **Andrew Corporation,** ) | |
| ) | |
| **Defendant/.** ) | |
| **Counterclaim-Plaintiff.** ) | |
| _____ ) | |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 30th day of October, 2006, counsel for TruePosition, Inc. served a true and correct copy of **TruePosition's Response to Andrew's Third Request for Production of Documents** upon the below-listed counsel of record in the following manner:

*Via E-mail, return receipt requested*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, return receipt requested*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail, return receipt requested*
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

 

**CONNOLLY BOVE LODGE & HUTZ LLP**

   */s/ James D. Heisman*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated: October 31, 2006

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 31st day of October, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed counsel of record via CM/ECF:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic-Waldron, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

　　　　　*/s/ James D. Heisman*
　　　　　James D. Heisman (# 2746)