**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TRUEPOSITION INC., | ) | |
| | ) | |
| Plaintiff/ | ) | |
| Counterclaim-Defendant | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-747-SLR |
| | ) | |
| ANDREW CORPORATION, | ) | |
| | ) | |
| Defendant/ | ) | |
| Counterclaim-Plaintiff | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Andrew Corporation, hereby certifies that copies of Andrew Corporation's Objections to TruePosition's Third Notice of Rule 30(b)(6) Deposition of Plaintiffs were caused to be served on October 31, 2006 on the following counsel of record in the manner indicated:

**BY ELECTRONIC MAIL**

> Paul B. Milcetic, Esquire
> David L. Marcus, Esquire
> Daniel J. Goettle, Esquire
> Woodcock Washburn LLP
> One Liberty Place, 46th Floor
> Philadelphia, PA  19103

**BY FEDERAL EXPRESS**

> Paul B. Milcetic, Esquire
> Woodcock Washburn
> One Liberty Place, 46th Floor
> Philadelphia, PA  19103

**BY ELECTRONIC MAIL ON OCTOBER 31, 2006 AND**
**BY HAND DELIVERY ON NOVEMBER 1, 2006**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE  19801

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on November 1, 2006 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND CM/ECF**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE  19801

**BY ELECTRONIC MAIL**

Paul B. Milcetic, Esquire
David L. Marcus, Esquire
Daniel J. Goettle, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA  19103

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| KIRKLAND & ELLIS LLP | Josy W. Ingersoll (No. 1088) |
| John D. Desmarais | *jingersoll@ycst.com* |
| Citigroup Center | Andrew A. Lundgren (No. 4429) |
| 153 East 53rd Street | *alundgren@ycst.com* |
| New York, New York 10022 | The Brandywine Building |
| (212) 446-4800 | 1000 West Street, 17th Floor |
|  | Wilmington, Delaware  19899-0391 |
|  | (302) 571-6600 |

2

KIRKLAND & ELLIS LLP
Michael A. Parks
Rachel P. Waldron
Shira J. Kapplin
Sarah J. Frey
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

DUANE MORRIS LLP
Patrick D. McPherson
1667 K Street, N.W., Suite 700
Washington, DC 20006
(202) 776-7800

Attorneys for Andrew Corporation

Dated:  November 1, 2006