**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **TruePosition Inc.** )<br>)<br>    **Plaintiff/,** )<br>    **Counterclaim-Defendant,** )<br>)<br>        v. )<br>)<br>**Andrew Corporation,** )<br>)<br>    **Defendant/.** )<br>    **Counterclaim-Plaintiff.** )<br>_____) | Civil Action No. 05-00747-SLR |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 2nd day of November, 2006, counsel for True Position Inc., served a true and correct copy of **Deposition Notice of Mr. Khalid Al-Mufti** upon the below-listed counsel of record in the following manner:

*Via E-mail, Return Receipt Requested*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, Return Receipt Requested*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail, Return Receipt Requested*
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

> **CONNOLLY BOVE LODGE & HUTZ LLP**
>
> ___*/s/ James D. Heisman*___
> James D. Heisman (# 2746)
> 1007 N. Orange Street
> P. O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> *Attorneys for Plaintiff*

Dated: November 6, 2006

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 6th day of November, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed counsel of record via CM/ECF:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic-Waldron, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                    */s/ James D. Heisman*
                                    James D. Heisman (# 2746)

497796