# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**                )<br>                                                )<br>    **Plaintiff/,**                        )<br>    **Counterclaim-Defendant,**  )<br>                                                )<br>        **v.**                                 )<br>                                                )<br>**Andrew Corporation,**          )<br>                                                )<br>    **Defendant/.**                    )<br>    **Counterclaim-Plaintiff.**    )<br>_____ ) | Civil Action No. 05-00747-SLR |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 6th day of November, 2006, counsel for True Position Inc., served a true and correct copy of **Plaintiff's Letter Dated November 6, 2006 and Seventh Supplemental Responses to Defendant's First Interrogatories** upon the below-listed counsel of record in the following manner:

*Via E-mail, Return Receipt Requested*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, Return Receipt Requested*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail, Return Receipt Requested*
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

 

**CONNOLLY BOVE LODGE & HUTZ LLP**

_____*/s/ James D. Heisman*_____
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated: November 7, 2006

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 7th day of November, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed counsel of record via CM/ECF:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Patrick D. McPherson, Esquire<br>Duane Morris LLP<br>1667 K Street, N.W.<br>Washington, DC 20006-1608 |

Rachel Pernic-Waldron, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                          */s/ James D. Heisman*
                                        James D. Heisman (# 2746)

497796