IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| TRUEPOSITION INC., | ) |
| Plaintiff/ Counterclaim-Defendant | ) ) ) ) |
| v. | ) Civil Action No. 05-747-SLR |
| ANDREW CORPORATION, | ) ) ) |
| Defendant/ Counterclaim-Plaintiff | ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Andrew Corporation, caused copies of (1) Andrew Corporation's Supplemental Responses to TruePosition's Interrogatory Nos. 3 and 7, and (2) this Notice of Service to be served on November 8, 2006 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

James D. Heisman, Esquire
The Nemours Building
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

**BY E-MAIL**

David L. Marcus, Esquire
Paul B. Milcetic, Esquire
Daniel J. Goettle, Esquire
Woodcock Washburn
One Liberty Place, 46th Floor
Philadelphia, PA 19103

PLEASE TAKE FURTHER NOTICE that on November 8, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>James D. Heisman, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE  19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
Andrew A. Lundgren (No. 4429)
alundgren@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899-0391
302-571-6600

Dated: November 8, 2006