UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition, Inc.** ) | |
| ) | |
| **Plaintiff/** ) | |
| **Counterclaim Defendant,** ) | |
| ) | |
| v. ) | C.A. No. 05-0747-SLR |
| ) | |
| **Andrew Corporation** ) | |
| **Defendant/** ) | |
| **Counterclaim Plaintiff.** ) | |
| ) | |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that effective November 27, 2006, the address and contact information for WOODCOCK WASHBURN LLP, co-counsel for Plaintiff TruePosition, Inc. is:

    WOODCOCK WASHBURN LLP
    Cira Centre
    2929 Arch Street, 12th Floor
    Philadelphia, PA  19104-2991
    Telephone:  (215) 568-3100
    Facsimile:  (215) 568-3439

                                  **CONNOLLY BOVE LODGE & HUTZ LLP**

                                  ***/s/ JAMES D. HEISMAN***
Dated:  November 15, 2006             James D. Heisman (# 2746)
                                  1007 N. Orange Street
                                  P. O. Box 2207
                                  Wilmington, DE 19899
                                  (302) 658-9141

**WOODCOCK WASHBURN LLP**
Dale M. Heist, Esq.
Paul B. Milcetic, Esq.
David L. Marcus, Esq.
Kathleen A. Milsark, Esq.
Daniel J. Goettle, Esq.
One Liberty Place - 46th Floor
17th and Market Streets
Philadelphia, PA 19103
(215) 568-3100

**CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 15th day of November, 2006, I caused a true and correct copy of the foregoing **Notice of Change of Firm Address** to be served upon the following individuals in the manner indicated below:

*Via Electronic Mail, Return Receipt Requested*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via CM / ECF*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
jingersoll@ycst.com

*Via CM / ECF*
Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

    */S/ JAMES D. HEISMAN*
    James D. Heisman