UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition, Inc.** | ) | |
| | ) | |
| **Plaintiff/** | ) | |
| **Counterclaim Defendant,** | ) | |
| | ) | |
| v. | ) | C.A. No. 05-0747-SLR |
| | ) | |
| **Andrew Corporation** | ) | |
| **Defendant/** | ) | |
| **Counterclaim Plaintiff.** | ) | |
| | ) | |

# AMENDED
## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that D.I. 112, Notice of Change of Firm Address, is hereby amended so as to correct the zip code.  The address should be amended to read:

>   WOODCOCK WASHBURN LLP
>   Cira Centre
>   2929 Arch Street, 12th Floor
>   Philadelphia, PA  19104-2891
>   Telephone:  (215) 568-3100
>   Facsimile:  (215) 568-3439

CONNOLLY BOVE LODGE & HUTZ LLP

Dated:  November 16, 2006

   */S/ JAMES D. HEISMAN*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141

**WOODCOCK WASHBURN LLP**
Dale M. Heist, Esq.
Paul B. Milcetic, Esq.
David L. Marcus, Esq.
Kathleen A. Milsark, Esq.
Daniel J. Goettle, Esq.
One Liberty Place - 46th Floor
17th and Market Streets
Philadelphia, PA 19103
(215) 568-3100

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 16th day of November, 2006, I caused a true and correct copy of the foregoing **Amended Notice of Change of Firm Address** to be served upon the following individuals in the manner indicated below:

*Via CM/ECF*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via CM / ECF*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
jingersoll@ycst.com

*Via CM / ECF*
Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com


                 ***/s/ JAMES D. HEISMAN***
                    James D. Heisman