IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., )<br>)<br>Plaintiff/ )<br>Counterclaim-Defendant )<br>)<br>v. )<br>)<br>ANDREW CORPORATION, )<br>)<br>Defendant/ )<br>Counterclaim-Plaintiff )<br>) | Civil Action No. 05-747-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Andrew Corporation, hereby certifies that copies of (1) Andrew Corporation's supplemental response to Trueposition's Interrogatory No. 14 and (2) Andrew Corporation's responses to Trueposition's Third Set of Interrogatories were caused to be served on November 17, 2006 on the following counsel of record in the manner indicated:

**BY ELECTRONIC MAIL and FEDEX**

Paul B. Milcetic, Esquire
David L. Marcus, Esquire
Daniel J. Goettle, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA  19103
pbmilcet@woodcock.com
dmarcus@woodcock.com
dgoettle@woodcock.com

**BY HAND DELIVERY and E-MAIL**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
*jheisman@cblh.com*

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 22, 2006 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
*jheisman@cblh.com*

BY ELECTRONIC MAIL and FEDEX

Paul B. Milcetic, Esquire
David L. Marcus, Esquire
Daniel J. Goettle, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA  19103
*pbmilcet@woodcock.com*
*dmarcus@woodcock.com*
*dgoettle@woodcock.com*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_/s/ Andrew A. Lundgren_
Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Andrew A. Lundgren (No. 4429)
*alundgren@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899-0391
(302) 571-6600

Dated:  November 22, 2006