IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**, | ) |
|     **Plaintiff/, Counterclaim-Defendant,** | ) ) ) |
|     v. | )    Civil Action No. 05-00747-SLR |
| **Andrew Corporation,** | ) |
|     **Defendant/. Counterclaim-Plaintiff.** | ) ) ) |

## NOTICE OF SERVICE

    I, James D. Heisman, Esquire, hereby certify that on the 22nd day of November, 2006, counsel for True Position Inc., served a true and correct copy of **TruePosition's Identification of Claim Terms and Proposed Constructions** upon the below-listed counsel of record in the following manner:

*Via E-mail, Return Receipt Requested*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, Return Receipt Requested*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail, Return Receipt Requested*
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

 

**CONNOLLY BOVE LODGE & HUTZ LLP**

    */s/ James D. Heisman*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated: November 29, 2006

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 29th day of November, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed counsel of record via CM/ECF:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic-Waldron, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

*/s/ James D. Heisman*
James D. Heisman (# 2746)

499483