IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.** ) | |
| ) | |
| **Plaintiff/,** ) | |
| **Counterclaim-Defendant,** ) | |
| ) | |
| v. ) | Civil Action No.  05-00747-SLR |
| ) | |
| **Andrew Corporation,** ) | |
| ) | |
| **Defendant/.** ) | |
| **Counterclaim-Plaintiff.** ) | |
| _____) | |

## NOTICE OF SERVICE

    I, James D. Heisman, Esquire, hereby certify that on the 27th day of November, 2006, counsel for True Position Inc., served a true and correct copy of **TruePosition's Proposed Construction of Claim Terms and Phrases That Andrew Believes Require Construction** upon the below-listed counsel of record in the following manner:

*Via E-mail, Return Receipt Requested*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, Return Receipt Requested*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail, Return Receipt Requested*
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

 

                                                  **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                  ***/s/ James D. Heisman***
                                                  James D. Heisman (# 2746)
                                                  1007 N. Orange Street
                                                  P. O. Box 2207
                                                  Wilmington, DE 19899
                                                  (302) 658-9141
                                                  *Attorneys for Plaintiff*

Dated:  November 29, 2006

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 29th day of November, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed counsel of record via CM/ECF:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic-Waldron, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                      */s/ James D. Heisman*
                                      James D. Heisman (# 2746)

499483