IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.** )<br> )<br> **Plaintiff/,** )<br> **Counterclaim-Defendant,** )<br> )<br> v. )<br> )<br> **Andrew Corporation,** )<br> )<br> **Defendant/.** )<br> **Counterclaim-Plaintiff.** )<br>_____) | Civil Action No.  05-00747-SLR |

## NOTICE OF SERVICE

    I, James D. Heisman, Esquire, hereby certify that on the 29th day of November, 2006, counsel for True Position Inc., served a true and correct copy of **TruePosition's Second Supplemental Rule 26(a)(1) Initial Disclosures** upon the below-listed counsel of record in the following manner:

*Via E-mail, Return Receipt Requested*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, Return Receipt Requested*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail, Return Receipt Requested*
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

 

                                                **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                     */s/ James D. Heisman*
                                                James D. Heisman (# 2746)
                                                1007 N. Orange Street
                                                P. O. Box 2207
                                                Wilmington, DE 19899
                                                (302) 658-9141
                                                *Attorneys for Plaintiff*

Dated:  November 30, 2006

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 30th day of November, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed counsel of record via CM/ECF:

Josy W. Ingersoll, Esquire  
Young Conaway Stargatt & Taylor, LLP  
1000 West Street, 17th Floor  
Wilmington, DE 19801

Patrick D. McPherson, Esquire  
Duane Morris LLP  
1667 K Street, N.W.  
Washington, DC 20006-1608

Rachel Pernic-Waldron, Esquire  
Kirkland & Ellis, LLP  
200 E. Randolph Drive  
Chicago, IL 60601

                                           */s/ James D. Heisman*  
                                          James D. Heisman (# 2746)

499483