# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.** ) | |
| ) | |
| **Plaintiff/,** ) | |
| **Counterclaim-Defendant,** ) | |
| ) | |
| v. ) | Civil Action No. 05-00747-SLR |
| ) | |
| **Andrew Corporation,** ) | |
| ) | |
| **Defendant/.** ) | |
| **Counterclaim-Plaintiff.** ) | |
| _____) | |

## NOTICE OF SERVICE OF SUBPOENA

TO:   COUNSEL OF RECORD ON ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff, TruePosition, Inc. provides notice of service of a subpoena on the following individual as indicated.

Rhys W. Robinson
Airbiquity
1011 Western Avenue, Suite 500
Seattle, WA 98104

The subpoena described above was served personally served on December 14, 2006.  A copy of the subpoena and proof of service are attached hereto as Exhibit A.

**CONNOLLY BOVE LODGE & HUTZ LLP**

  */s/ James D. Heisman*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated:  December 22, 2006

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 22nd day of December, 2006, I caused a true and correct copy of the foregoing **Notice of Service of Subpoena** to be served upon the below-listed counsel of record via CM/ECF:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic-Waldron, Esquire
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

                                         */s/ James D. Heisman*
                                         James D. Heisman (# 2746)