IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.** )<br>  )<br> **Plaintiff/,** )<br> **Counterclaim-Defendant,** )<br>  )<br> v. )<br>  )<br> **Andrew Corporation,** )<br>  )<br> **Defendant/.** )<br> **Counterclaim-Plaintiff.** )<br> _____) | Civil Action No. 05-00747-SLR |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 22nd day of December, 2006, counsel for True Position Inc., served a true and correct copy of the **Expert Report of Dr. Brian G. Agee's Response to Dr. David Goodman's Report on the Validity of U.S. Patent No. 5,327,144** upon the below-listed counsel of record in the following manner:

*Via E-mail, Return Receipt Requested*
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via E-mail, Return Receipt Requested*
Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via E-mail, Return Receipt Requested*
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

                                                  **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                     ***/s/ James D. Heisman***
                                                  James D. Heisman (# 2746)
                                                  1007 N. Orange Street
                                                  P. O. Box 2207
                                                  Wilmington, DE 19899
                                                  (302) 658-9141
                                                  *Attorneys for Plaintiff*

Dated: December 26, 2006

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 26th day of December, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed counsel of record via CM/ECF:

Josy W. Ingersoll, Esquire  
Young Conaway Stargatt & Taylor, LLP  
1000 West Street, 17th Floor  
Wilmington, DE 19801

Patrick D. McPherson, Esquire  
Duane Morris LLP  
1667 K Street, N.W.  
Washington, DC 20006-1608

Rachel Pernic-Waldron, Esquire  
Kirkland & Ellis, LLP  
200 E. Randolph Drive  
Chicago, IL 60601

                                                */s/ James D. Heisman*  
                                                James D. Heisman (# 2746)

499483