IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRUEPOSITION INC., | ) | |
| | ) | |
| Plaintiff/ Counterclaim-Defendant | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-747-SLR |
| | ) | |
| ANDREW CORPORATION, | ) | |
| | ) | |
| Defendant/ Counterclaim-Plaintiff | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Andrew Corporation, hereby certify that copies of the rebuttal expert reports of (1) Dr. Dewayne E. Perry, (2) Dr. David J. Goodman on the Noninfringement of U.S. Patent No. 5,327,144 and (3) Wayne A. Hoeberlein were caused to be served on December 22, 2006 by Rachel Pernic Waldron, Esquire of Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 upon the following counsel in the manner indicated:

**BY E-MAIL**

Paul B. Milcetic, Esquire
David L. Marcus, Esquire
Daniel J. Goettle, Esquire
Woodcock Washburn LLP
Cira Center
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891

Additionally, copies of this Notice of Service were caused to be served on December 28, 2006 upon the following counsel in the manner indicated:

### BY CM/ECF AND HAND DELIVERY

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE  19801

### BY E-MAIL

Paul B. Milcetic, Esquire
David L. Marcus, Esquire
Daniel J. Goettle, Esquire
Woodcock Washburn LLP
Cira Center
2929 Arch Street, 12th Floor
Philadelphia, PA  19104-2891

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*Andrew A. Lundgren by:*

Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Andrew A. Lundgren (No. 4429)
*alundgren@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899-0391
(302) 571-6600

Dated:  December 28, 2006