IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition Inc.** | ) | |
| | ) | |
|     **Plaintiff/,** | ) | |
|     **Counterclaim-Defendant,** | ) | |
| | ) | |
|     v. | ) | Civil Action No.  05-00747-SLR |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
|     **Defendant/.** | ) | |
|     **Counterclaim-Plaintiff.** | ) | |
| _____ | ) | |

## NOTICE OF SERVICE

    I, Francis DiGiovanni, Esquire, hereby certify that on the 3rd day of January, 2007, counsel for True Position Inc., served a true and correct copy of the **Expert Report of Brian G. Agee Ph.D., P.E. Response to Dr. David Goodman's Report on the Validity of U.S. Patent No. 5,327,144 [Corrected]** and its accompanying exhibits upon the below-listed counsel of record via electronic mail:

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

Michael A. Parks, Esq.
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601
mparks@kirkland.com
rpernicwaldron@kirkland.com

                                                                CONNOLLY BOVE LODGE & HUTZ LLP

                                                                */s/ Francis DiGiovanni*
                                                                Francis DiGiovanni (# 3189)
                                                                1007 N. Orange Street
                                                                P. O. Box 2207
                                                                Wilmington, DE 19899
                                                                (302) 658-9141
                                                                *Attorneys for Plaintiff*

Dated:  January 4, 2007

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on this 4th day of January, 2007, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the below-listed counsel of record via CM/ECF:

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608

Michael A. Parks, Esq.
Rachel Pernic-Waldron, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

*/s/ Francis DiGiovanni*
Francis DiGiovanni (# 3189)

513398_1