IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.** ) | |
| ) | |
| **Plaintiff/,** ) | |
| **Counterclaim-Defendant,** ) | |
| ) | |
| v. ) | Civil Action No. 05-00747-SLR |
| ) | |
| **Andrew Corporation,** ) | |
| ) | |
| **Defendant/.** ) | |
| **Counterclaim-Plaintiff.** ) | |
| _____) | |

### NOTICE OF SERVICE

I, Francis DiGiovanni, Esquire, hereby certify that on the 4th day of January, 2007, Daniel J. Goettle, Esquire, served a true and correct copy of **TruePosition's Rule 30(b)(1) Deposition Notices of Wayne A. Hoeberlein and David J. Goodman** upon the below listed counsel of record in the following manner:

*Via e-mail, return receipt requested*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail, return receipt requested*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail, return receipt requested*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

        **CONNOLLY BOVE LODGE & HUTZ LLP**

        ___*/s/ Francis DiGiovanni*___
        Francis DiGiovanni (# 3189)
        1007 N. Orange Street
        P. O. Box 2207
        Wilmington, DE 19899
        (302) 658-9141
        *Attorneys for Plaintiff*

Dated: January 5, 2007

## **CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on this 5th day of January, 2007, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered via CM/ECF to counsel as listed below:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

    */s/ Francis DiGiovanni*
    Francis DiGiovanni (# 3189)