# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.** ) | |
| ) | |
| **Plaintiff/,** ) | |
| **Counterclaim-Defendant,** ) | |
| ) | |
| v. ) | Civil Action No. 05-00747-SLR |
| ) | |
| **Andrew Corporation,** ) | |
| ) | |
| **Defendant/.** ) | |
| **Counterclaim-Plaintiff.** ) | |
| ) | |

## NOTICE OF SERVICE

I, Francis DiGiovanni, Esquire, hereby certify that on the 1st day of December, 2006, Daniel J. Goettle, Esquire, served a true and correct copy of the **Expert Report of Oded Gottesman, Ph.D.** upon the below listed counsel of record in the following manner:

*Via e-mail, return receipt requested*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail, return receipt requested*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail, return receipt requested*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

                                             **CONNOLLY BOVE LODGE & HUTZ LLP**

                                             */s/ Francis DiGiovanni*
                                             Francis DiGiovanni (# 3189)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated: January 9, 2007

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on this 9th day of January, 2007, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered via CM/ECF to counsel as listed below:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

*/s/ Francis DiGiovanni*
Francis DiGiovanni (# 3189)