# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.** ) | |
| ) | |
| **Plaintiff/** ) | |
| **Counterclaim-Defendant,** ) | |
| ) | |
| v. ) | Civil Action No.  05-00747-SLR |
| ) | |
| **Andrew Corporation,** ) | |
| ) | |
| **Defendant/** ) | |
| **Counterclaim-Plaintiff.** ) | |
| _____) | |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 1st day of December, 2006, Daniel J. Goettle, Esquire, served a true and correct copy of **Expert Report of Carla S. Mulhern** upon the below-listed counsel of record in the following manner:

*Via e-mail, return receipt requested*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail, return receipt requested*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail, return receipt requested*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

                                      **CONNOLLY BOVE LODGE & HUTZ LLP**

                                      */s/ James D. Heisman*
                                    James D. Heisman (# 2746)
                                    1007 N. Orange Street
                                    P. O. Box 2207
                                    Wilmington, DE 19899
                                    (302) 658-9141
                                    *Attorneys for Plaintiff*

Dated: January 15, 2007

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 15th day of January, 2007, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered via CM/ECF to counsel as listed below:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

                                          */s/ James D. Heisman*
                                          James D. Heisman (# 2746)