# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition Inc.** | ) | |
| | ) | |
| **Plaintiff/** | ) | |
| **Counterclaim-Defendant,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  05-00747-SLR** |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| **Defendant/** | ) | |
| **Counterclaim-Plaintiff.** | ) | |
| | ) | |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 22nd day of January, 2007, Larry E. LaBella, Esquire, served a true and correct copy of **TRUEPOSITION'S THIRD SUPPLEMENTAL RULE 26(a) INITIAL DISCLOSURES & TRUEPOSITION'S CORRECTED THIRD SUPPLEMENTAL RULE 26(a) INITIAL DISCLOSURES** upon the below-listed counsel of record in the following manner:

*Via e-mail with automatic delivery receipt*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail with automatic delivery receipt*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail with automatic delivery receipt*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

CONNOLLY BOVE LODGE & HUTZ LLP


_____*/s/ James D. Heisman*_____
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated:  January 24, 2007

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 24th day of January, 2007, I caused a true

and correct copy of the foregoing **Notice of Service** to be delivered via CM/ECF to counsel as

listed below:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601


                                    _/s/ James D. Heisman_____
                                    James D. Heisman (# 2746)