IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| TRUEPOSITION INC., )<br>)<br>Plaintiff/ )<br>Counterclaim-Defendant )<br>)<br>v. )<br>)<br>ANDREW CORPORATION, )<br>)<br>Defendant/ )<br>Counterclaim-Plaintiff )<br>) | Civil Action No. 05-747-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Andrew Corporation, hereby certifies that copies of Defendant's Initial Disclosures were caused to be served on February 24, 2006 on the following counsel of record in the manner indicated:

**BY OVERNIGHT MAIL**

Rudolf E. Hutz, Esquire
James D. Heisman, Esquire
Scott G. Wilcox, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141

**BY E- MAIL and OVERNIGHT MAIL**

Paul B. Milcetic, Esquire
Gary H. Levin, Esquire
David L. Marcus, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
*pbmilcet@woodcock.com*
*levin@woodcock.com*
*dmarcus@woodcock.com*

PLEASE TAKE FURTHER NOTICE that Andrew Corporation's First Supplemental Rule 26(a)(1) Initial Disclosures were caused to be served on January 24, 2007 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY and E-MAIL**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
*jheisman@cblh.com*

**BY E-MAIL and FEDERAL EXPRESS**

Paul B. Milcetic, Esquire
David L. Marcus, Esquire
Daniel J. Goettle, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
*pbmilcet@woodcock.com*
*dmarcus@woodcock.com*
*dgoettle@woodcock.com*

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on January 24, 2007 upon the following counsel of record in the manner indicated:

2

BY CM/ECF, HAND DELIVERY AND E-MAIL

>James D. Heisman, Esquire
>Connolly Bove Lodge & Hutz LLP
>1007 N. Orange Street
>P.O. Box 2207
>Wilmington, DE 19801
>(302) 658-9141
>*jheisman@cblh.com*

BY E-MAIL and FEDERAL EXPRESS

>Paul B. Milcetic, Esquire
>David L. Marcus, Esquire
>Daniel J. Goettle, Esquire
>Woodcock Washburn LLP
>One Liberty Place, 46th Floor
>Philadelphia, PA 19103
>*pbmilcet@woodcock.com*
>*dmarcus@woodcock.com*
>*dgoettle@woodcock.com*

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Andrew A. Lundgren
>_____
>Josy W. Ingersoll (No. 1088)
>*jingersoll@ycst.com*
>Andrew A. Lundgren (No. 4429)
>*alundgren@ycst.com*
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19899-0391
>(302) 571-6600
>
>*Attorneys for Defendant Andrew Corporation*

Dated: January 24, 2007

3