# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL (NO. 1088)
DIRECT DIAL: 302-571-6672
DIRECT FAX: 302-576-3301
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

January 30, 2007

**BY E-FILE**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801

Re: *TruePosition Inc. v. Andrew Corp.*, C.A. No. 05-747-SLR

Dear Chief Judge Robinson:

I write on behalf of Andrew Corporation regarding the claim construction in the above matter.

Andrew wishes to inform the Court that it agrees with TruePosition that the following claim terms listed in the January 19, 2007 Joint Claim Construction Statement (D.I. 130) do not require construction by the Court:

> Initiating
> Periodic
> Periodically
> Timing Signal
> Determining
> Processing

In addition, for clarification, Andrew agrees with TruePosition on the function (but not the structure) for the "means for processing said frames of data from said cell site systems to generate a table identifying individual cellular telephone signals and the differences in times of arrival of said cellular telephone signals among said cell site systems" limitation in claim 1 is:

> "processing said frames of data from said cell site systems to
> generate a table identifying individual cellular telephone signals
> and the differences in times of arrival of said cellular telephone
> signals among said cell site systems."

DB02:5757623.1

065217.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Sue L. Robinson
January 30, 2007
Page 2

Andrew therefore will not address the above issues in its opening Markman brief.

Respectfully submitted,

Josy W. Ingersoll (No. 1088)

JWI:cg
cc:  Clerk of the Court (by CM/ECF and hand delivery)
     James D. Heisman, Esquire (by CM/ECF and e-mail)
     Paul B. Milcetic, Esquire (by e-mail)
     Michael Parks, Esquire (by e-mail)
     Rachel Pernic Waldron, Esquire (by e-mail)