**Annex 2     This Agreement is entered into by the following Market Representation Partner:**

**Global Mobile Suppliers Association (GSA)**

Name:       Mr Alan Hadden

Title:       President

Address:     GSA Secretariat
             Europa House
             Church Street
             Old Isleworth
             TW7 6BW Middlesex
             United Kingdom

Signature

Date   24ᵗʰ February 1999

Authorised by the existing Partners

| ARIB | ETSI |
|---|---|
| Mr Hiroshi Furukawa<br>Signature | Mr Karl Heinz Rosenbrock<br>Signature |
| Date   9 March   1999 | Date   24 February   1999 |
| **T1** | **TTA** |
| Dr Asok Chatterjee<br>Signature | Dr Kyu-Jin Wee<br>Signature |
| Date   1 March,   1999 | Date   1. March   1999 |
| **TTC** | **UMTS Forum** |
| Mr Nobuhiro Horisaki<br>Signature | Dr Bernd Eylert<br>Signature |
| Date   9 March   1999 | Date   24 Feb   1999 |

Executed in 7 originals

**A85**

**Annex 3**     **This Agreement is entered into by the following Market Representation Partner:**

**GSM Association**

Name:     Mr Michael Stocks

Title:     Chairman

Address:     GSM Association
Avoca Court
Temple Road
Blackrock
Co Dublin
Ireland

Signature

Date     27 May 1999

Authorised by the existing Partners

| ARIB | | ETSI | |
|---|---|---|---|
| Mr Hiroshi Furukawa<br>Signature | _Hiroshi Furukawa_ | Mr Karl Heinz Rosenbrock<br>Signature | _Karl Heinz Rosenbrock_ |
| Date 27 May 1999 | | Date 27 May 1999 | |
| **T1** | | **TTA** | |
| Dr Asok Chatterjee<br>Signature | | Dr Kyu-Jin Wee<br>Signature | |
| Date 27 May, 1999 | | Date 27 May 1999 | |
| **TTC** | | **UMTS Forum** | |
| Mr Nobuhiro Horisaki<br>Signature | Nob Horisaki | Dr Bernd Eylert<br>Signature | |
| Date 27 May 1999 | | Date 27 May 1999 | |
| **GSA** | | | |
| Mr Alan Hadden<br>Signature | | | |
| Date 27th May 1999 | | | |

Executed in 8 originals

**A86**



**Annex 4**    **This Agreement is entered into by the following Organizational Partner:**

**China Wireless Telecommunication Standard Group (CWTS)**

Name:    Ms Shumin Cao

Title:    Chairperson

Address:    China Wireless Telecommunication Standard Group (CWTS)
Research Institute of Telecommunication Transmission, MII
No. 11 Yue Tan Nan Jie
Beijing, 100-045
People's Republic of China

Signature

Date    27 May 1999

*[Handwritten diagonal text: This organization is now a part of CCSA accepted as a 3GPP Organizational ~ May 2003]*

Authorised by the existing Partners

| ARIB | ETSI |
|---|---|
| Mr Hiroshi Furukawa<br>Signature *Hiroshi Furukawa* | Mr Karl Heinz Rosenbrock<br>Signature |
| Date 27 May 1999 | Date 23 May 1999 |
| TTC | TTA |
| Dr Asok Chatterjee<br>Signature | Dr Kyu-Jin Wee<br>Signature |
| Date 27 May 1999 | Date 24 May 1999 |
| TTC | UMTS Forum |
| Mr Nobuhiro Horisaki<br>Signature *Nob Horisaki* | Dr Bernd Eylert<br>Signature |
| Date 25 May 1999 | Date 27 May 1999 |
| GSA | GSM Association |
| Mr Alan Hadden<br>Signature | Mr Michael Stocks<br>Signature |
| Date 27th May 1999 | Date 1999 |

Executed in 9 originals

**A87**

**Annex 5**      **This Agreement is entered into by the following Market Representation Partner:**

**Universal Wireless Communications Consortium (UWCC)**

Name:       Mr Leo Nikkari

Title:       Vice President, Strategy and Industry Relations

Address:    1800 112th Avenue NE, Suite 260E
            Bellvue
            Washington
            USA 98004-2937

Signature

Date        20 September 1999

Authorised by the existing Partners



| ARIB | ETSI |
|---|---|
| Mr Hiroshi Furukawa<br>Signature<br>Date | Mr Karl Heinz Rosenbrock<br>Signature<br>Date |
| T1 | TTA |
| Dr Asok Chatterjee<br>Signature<br>Date | Dr Kyu-Jin Wee<br>Signature<br>Date |
| TTC | UMTS Forum |
| Mr Nobuhiro Nohsaki<br>Signature<br>Date | Dr Bernd Eylert<br>Signature<br>Date |
| GSA | GSM Association |
| Mr Alan Hadden<br>Signature<br>Date | Mr Michael Stocks<br>Signature<br>Date |
| CWTS | |
| Ms Shumin Cao<br>Signature<br>Date | |

Executed in 10 originals

**A88**

**Annex 6     This Agreement is entered into by the following Market Representation Partner:**

**IPv6 Forum**

Name:       Mr Latif Ladid

Title:      President, IPv6 Forum

Address:    Ericsson Telebit A/S
            31, Domaine de Brameschhof
            L-82990 Kehlen
            Luxembourg

Signature

Date        18 January 2000

Authorised by the existing Partners

| ARIB | ETSI |
|---|---|
| Mr Hiroshi Furukawa<br>Signature _Akio Sasaki for Mr. Furukawa_ | Mr Karl Heinz Rosenbrock<br>Signature | 
| Date _Jan 18, 2000_ | Date _18 Jan 2000_ |
| **T1** | **TTA** |
| Dr Asok Chatterjee<br>Signature | Dr Kyu-Jin Wee<br>Signature |
| Date _1/18/2000_ | Date _1/18/2000_ |
| **TTC** | **UMTS Forum** |
| Mr Nobuhiro Horisaki<br>Signature _for Mr. Horisaki_ | Dr Bernd Eylert<br>Signature |
| Date _18 Jan 2000_ | Date _18 January 2000_ |
| **GSA** | **GSM Association** |
| Mr Alan Hadden<br>Signature | Mr Michael Stocks<br>Signature |
| Date _18/1/00_ | Date _3/2/2000_ |
| **CWTS** | **UWCC** |
| Ms Shumin Cao<br>Signature | Mr Leo Nikkari<br>Signature |
| Date _2000.1.18_ | Date _1/18/2000_ |

Executed in 11 originals

**A89**

**Annex 7     Modification to the Scope and Purpose of 3GPP:**

This Annex modifies the Scope and Purpose of 3GPP. Modified clauses have been reproduced in full with the additional text provided in italic, underlined font.

<u>Page 1</u>

**CONSIDERING THAT:**

- The Partners have agreed to co-operate in the production of globally applicable Technical Specifications and Technical Reports for a 3rd Generation Mobile System based on evolved GSM core networks and the radio access technologies that they support (i.e., Universal Terrestrial Radio Access (UTRA) both Frequency Division Duplex (FDD) and Time Division Duplex (TDD) modes).

- *The Partners have further agreed to co-operate in the maintenance and development of the Global System for Mobile communication (GSM) Technical Specifications and Technical Reports including GSM evolved radio access technologies (e.g. General Packet Radio Service (GPRS) and Enhanced Data rates for GSM Evolution (EDGE)).*

- 3GPP is established for the preparation, approval, and maintenance of the above mentioned Technical Specifications and Technical Reports.

- 3GPP is not to be construed as a legal entity.

<u>Page 2</u>

**2.1     Purpose of 3GPP**

The purpose of 3GPP is to prepare, approve and maintain globally applicable Technical Specifications and Technical Reports for:

- a 3rd Generation Mobile System based on the evolved GSM core networks, and the radio access technologies supported by the Partners (i.e., UTRA both FDD and TDD modes), to be transposed by the Organizational Partners into appropriate deliverables (e.g., standards).

- *the Global System for Mobile communication (GSM) including GSM evolved radio access technologies (e.g. General Packet Radio Service (GPRS) and Enhanced Data rates for GSM Evolution (EDGE)).*

**2.3     Scope and objectives of 3GPP.**

~~Initially,~~ 3GPP shall prepare, approve and maintain the necessary set of Technical Specifications and Technical Reports for ~~the first phase of~~ a 3rd Generation Mobile System including:

- UTRAN (including UTRA; ~~W-CDMA~~ in Frequency Division Duplex (FDD) ~~mode~~ and ~~TD-CDMA in~~ Time Division Duplex (TDD) mode*s*);

- 3GPP Core Network (Third Generation networking capabilities evolved from GSM. These capabilities include mobility management, ~~and~~ global roaming, *and utilisation of relevant Internet Protocols*);

- Terminals for access to the above (including specifications for a UIM); and

- System and service aspects.

*3GPP shall prepare, approve and maintain the necessary set of Technical Specifications and Technical Reports for:*

- *the Global System for Mobile communication (GSM) including GSM evolved radio access technologies (e.g. General Packet Radio Service (GPRS) and Enhanced Data rates for GSM Evolution (EDGE)).*

*3GPP shall consider the long term evolution.*

The Technical Specifications and Technical Reports shall be developed in view of global roaming and circulation of terminals.

The set of 3GPP Technical Specifications and Technical Reports for the first phase of the 3GPP core network and the specifications for the GSM core network should be common to the greatest extent possible and should not be unnecessarily different.

The results of the 3GPP work shall form the basis of member contributions to the ITU in accordance with existing procedures.

3GPP shall take account of emerging ITU recommendations on interworking between IMT-2000 family members.

In the framework of agreed relationships, the 3GPP Technical Specifications and Technical Reports will form the basis of standards, or parts of standards, of the Organizational Partners.

Authorised by the Partners

| ARIB | ETSI |
|---|---|
| Mr Hiroshi Furukawa<br>Signature _Hiroshi Furukawa_<br>Date _28 July 2000_ | Mr Karl Heinz Rosenbrock<br>Signature _Karl Heinz Rosenbrock_<br>Date _13 July 2000_ |
| **T1**<br>Dr Asok Chatterjee<br>Signature _[signature]_<br>Date _7/19/2000_ | **TTA**<br>Mr Dong Sun Lee<br>Signature _[signature]_<br>Date |
| **TTC**<br>Mr Nobuhiro Horisaki<br>Signature _Nob Horisaki_<br>Date _19 Jul 2000_ | **UMTS Forum**<br>Dr Bernd Eylert<br>Signature _[signature]_<br>Date _15 May 2000_ |
| **GSA**<br>Mr Alan Hadden<br>Signature _[signature]_<br>Date _14 Aug 2000_ | **GSM Association**<br>Mr James Healy<br>Signature _[signature]_<br>Date _14 Jul 00_ |
| **CWTS**<br>Ms Shumin Cao<br>Signature _[signature]_<br>Date _2000.7.11_ | **UWCC**<br>Mr Leo Nikkari<br>Signature _Leo Nikkari_<br>Date _July 17, 2000_ |
| **IPv6 Forum**<br>Mr Latif Ladid<br>Signature _[signature]_<br>Date _4/8/200_ | |

Executed in 11 originals

**A91**

**Annex 8**    **This Agreement is entered into by the following Market Representation Partner:**

**Mobile Wireless Internet Forum (MWIF)**

Name:    Mr Dean Sirovica

Title:    President and Chairman

Address:    39355 California Street, Suite 305
Fremont, CA 94541
USA

Signature    *D. Brown*

Date    15/ 11 /00

Authorised by the existing Partners

This organisation is no longer is existence is cancelled on

This organisation status 3GPP April 2001

| ARIB | ETSI |
|---|---|
| Mr Hiroshi Furukawa<br>Signature *Hiroshi Furukawa* | Mr Karl-Heinz Rosenbrock<br>Signature *Karl Heinz Rosenbrock* |
| Date 1/15/ | Date 15 Nov. 2000 |
| **T1** | **TTA** |
| Dr Asok Chatterjee<br>Signature *Shalby* | Dr Kyu-Jin Wee<br>Signature *Kee Wee* |
| Date 15/ 11/2000 | Date 11/15/2000 |
| **TTC** | **UMTS Forum** |
| Mr Nobuhiro Horisaki<br>Signature *Nob Horisaki* | Dr Bernd Eylert<br>Signature *B. S. Eylert* |
| Date 15 Nov 2000 | Date 15 th November 2000 |
| **CSA** | **GSM Association** |
| Mr Alan Hadden<br>Signature | Mr Michael Stocks  BEST<br>Signature *Whittaker* |
| Date 15 Nov 2000 | Date 2/10/03 |
| **CWG** | **UWCC** |
| Ms Shumin Cao<br>Signature *Shumin Cao* | Mr Leo Nikkari *Leo Nikkari*<br>Signature |
| Date 15 Nov. 2000 | Date 15 NOV 2000 |
| **IPv6 Forum** | |
| Mr Latif Ladid<br>Signature | |
| Date 15 Nov '00 | |

Executed in 12 originals

**A92**

3GPP Partnership Project Agreement, 4 December 1998                    15

**Annex 9**    **This Agreement is entered into by the following Market Representation Partner:**

**3G.IP Focus Group (3G.IP)**

Name:    Mr Brian K Daly

Title:    Chair, Management Steering Committee

Address:    AT&T Wireless Services
PO Box 97061
Redmond, WA 98-73-9761
USA

Signature    *Brian K Daly*

Date    15 Nov 2000

Authorised by the existing Partners

| ARIB | ETSI |
|---|---|
| Mr Hiroshi Furukawa<br>Signature *For Hiroshi Furukawa* | Mr Karl Heinz Rosenbrock<br>Signature *Karl Heinz Rosenbrock* |
| Date *Nov 15 2000* | Date *15 Nov. 2000* |
| **T1** | **TTA** |
| Dr Asok Chatterjee<br>Signature | Dr Kyu-Jin Wee<br>Signature *Lee Wee* |
| Date *15 2000* | Date *15 Nov 2000* |
| **TTC** | **UMTS Forum** |
| Mr Nobuhiro Horisaki<br>Signature *Nob Horisaki* | Dr Bernd Eylert<br>Signature *Mr. B. Eylert* |
| Date *15 Nov. 2000* | Date *3rd November 2000* |
| **GSA** | **GSM Association** |
| Mr Alan Hadden<br>Signature | Mr Michael Stocks BEST<br>Signature 2/10/03 |
| Date *15 Nov. June* | Date |
| **CWTS** | **UWCC** |
| Ms Shumin Cao<br>Signature *Shumin Cao* | Mr Leo Nikkari<br>Signature *Leo Nikkari* |
| Date *15 Nov. 2000* | Date *15 Nov 2000* |
| **IPv6 Forum** | **MWIF** |
| Mr Latif Ladid<br>Signature | Mr Dean Sirovica<br>Signature *D. ___* |
| Date *15 Nov '00* | Date *15 NOV 00* |

Executed in 13 originals

**A93**

**Annex 10    This Agreement is entered into by the following Market Representation Partner:**

**3G Americas, LLC**

Name:       Mr Chris Pearson

Title:        Executive Vice President

Address:   1756 114th Ave SE, Suite 100
             Bellevue, WA 98004
             USA

Signature   *Chris Pearson*

Date       26 April 2002

Authorised by the existing Partners

| ARIB | ETSI |
|---|---|
| Mr Masayoshi Wakao<br>Signature *p.o.* _(signature)_ | Mr Karl Heinz Rosenbrock<br>Signature _(signature)_ |
| Date 26/04/02 | Date 26 April 2002 |
| **T1** | **TTA** |
| Dr Asok Chatterjee<br>Signature _(signature)_ | Dr Ju Hwan Yim<br>Signature Park Jeong Sik |
| Date 4/26/2002 | Date 26 April 2002 |
| **TTC** | **UMTS Forum** |
| Mr Nobuhiro Horisaki<br>Signature Nob Horisaki | Dr Bernd Eylert<br>Signature _(signature)_ |
| Date 26 Apr 2002 | Date 26/4/02 |
| **GSA** | **GSM Association** |
| Mr Alan Hadden<br>Signature _(signature)_ | Mr ~~Scott Fox~~ BEST<br>Signature _(signature)_       2/10/03 |
| Date April 26, 2002 | Date _(signature)_ |
| **CWTS** | **IPv6 Forum** |
| Ms Shumin Cao<br>Signature Shu Cao | Mr Latif Ladid<br>Signature p.o. _(signature)_ |
| Date 26/4/02 | Date Oct. 2 2003 |
| **MWIF** | **3G.IP** |
| Mr Dean Sirovica<br>Signature | Mr Brian Daly<br>Signature |
| Date | Date |

Executed in 13 originals

3GPP Partnership Project Agreement, 4 December 1998

17

# A94

**Annex 11    This Agreement is entered into by the following Organizational Partner:**

**China Communications Standards Association, CCSA**

Name:    Mr Zhou Baoxin

Title:    General Secretary of China Communications Standards Association (CCSA)

Address:    52# Hua Yuan Bei Road
Haidian District
Beijng
P.R.China 100083

Signature    *Wangzhiqin*

Date    15 April 2004

Authorised by the existing Partners

| ARIB | ETSI |
|---|---|
| Mr Masayoshi Wakao<br>Signature    *Kohei Satoh  P.P.* | Mr Karl Heinz Rosenbrock<br>Signature    *Karl Heinz Rosenbrock* |
| Date    *15 April 2004* | Date    *15 April 2004* |
| **T1**<br>Dr Asok Chatterjee<br>Signature    *LShallg* | **TTA**<br>Dr Ju Hwan Yim<br>Signature    *PP Hong Won Kil* |
| Date    *4/15/2004* | Date    *15 APR 2004* |
| **TTC**<br>Mr Nobuhiro Horisaki<br>Signature    *Nob Horisaki* | **UMTS Forum**<br>Mr Jean-Pierre Bienaimé<br>Signature |
| Date    *15 / APR / 2004* | Date    *15/04/2004* |
| **GSA**<br>Mr Alan Hadden<br>Signature    *ADHadden* | **GSM Association**<br>Mr Bill Best<br>Signature    *William Best* |
| Date    *15 April 2004* | Date    *15/04/04* |
| **IPv6 Forum**<br>Mr Latif Ladid<br>Signature | |
| Date | |

Executed in 10 originals

**A95**

**Annex 12    This Agreement is entered into by the following Organizational Partner:**

**Alliance for Telecommunications Industry Solutions, ATIS**
**(Replacing Committee T1)**

Name:    Mrs Susan Miller

Title:    President and CEO of the Alliance for Telecommunications Industry Solutions

Address:    1200 G Street NW
            Suite 500
            Washington, DC, 20005
            USA

Signature    *[signature]*

Date    15 April 2004

Authorised by the existing Partners

| ARIB | | CCSA | |
|---|---|---|---|
| Mr Masayoshi Wakao Signature | *Kohei Satoh p.p.* | Mr Zhou Baoxin Signature | *Wang dingin* |
| Date | 15 April 2004 | Date | 15/04/2004 |
| **ETSI** | | **TTA** | |
| Mr Karl Heinz Rosenbrock Signature | *[signature]* | Dr Ju Hwan Yim Signature | *PP Hong Won kng* |
| Date | 15 April 2004 | Date | 15 APR 2004 |
| **TTC** | | **UMTS Forum** | |
| Mr Nobuhiro Horisaki Signature | *Nob Horisaki* | Mr Jean-Pierre Bienaimé Signature | *[signature]* |
| Date | 15 / APR / 2004 | Date | 13/04/2004 |
| **GSA** | | **GSM Association** | |
| Mr Alan Hadden Signature | *[signature]* | Mr Bill Best Signature | *[signature]* |
| Date | 15 April 2004 | Date | 15/04/04 |
| **IPv6 Forum** | | | |
| Mr Latif Ladid Signature | | | |
| Date | | | |

Executed in 10 originals

**A96**

**Annex 13    This Agreement is entered into by the following Market Representation Partner:**

**TD SCDMA FORUM**

Name:        Dr. Jing Wang

Title:        Secretary General

Address:        TD SCDMA Forum
            Add, Room 1021,Office Tower,
            Beijing Capital Times Square,
            No.88 West Chang'an Avenue,
            Beijing,PRC.100031

Signature

Date        7 October 2005

Authorised by the existing Partners

| ARIB | | ATIS | |
|---|---|---|---|
| Mr Masayoshi Wakao<br>Signature _Kohix Satoh (for Mr. H. Wakao)_ <br>Date _07/10/2005_ | | Mrs Susan Miller<br>Signature _Shmlya_ (for Susan Miller)<br>Date _10/07/2005_ | |
| **CCSA** | | **ETSI** | |
| Mr Zhou Baoxin<br>Signature _Wangshigin_ <br>Date _07/10/2005_ | | Mr Karl Heinz Rosenbrock<br>Signature _Karl Heinz Rosenbrock_ <br>Date _07 Oct. 2005_ | |
| **TTA** | | **TTC** | |
| Dr Hong Koo Kim<br>Signature _Jeong Sik Park_ <br>Date _07/Oct./2005_ | | Mr Nobuhiro Horisaki<br>Signature _Nob Horisaki_ <br>Date _7/Oct/2005_ | |
| **GSA** | | **GSM Association** | |
| Mr Alan Hadden<br>Signature _Hadden_ <br>Date _7th October 2005_ | | Mr David McDonald<br>Signature _McDonald_ <br>Date _7/10/05_ | |
| **IPv6 Forum** | | **3G Americas** | |
| Mr Latif Ladid<br>Signature<br>Date | | Mr Chris Pearson<br>Signature _Chris Pearson_ <br>Date _10-7-05_ | |
| **UMTS Forum** | | | |
| Mr Jean-Pierre Bienaimé<br>Signature<br>Date | | | |

Executed in 12 originals

**A97**

**Annex 14**    **This Agreement is entered into by the following Market Representation Partner:**

**TD SCDMA Industry Alliance**

Name:       Mr. Yang Hua

Title:      Secretary General

Address:    TDIA
            611.Canway Building,
            66 Nan Li Shi Road,
            Beijing, 100045 P.R.China

Signature

Date        7 October 2005

Authorised by the existing Partners

| ARIB | ATIS |
|---|---|
| Mr Masayoshi Wakao<br>Signature *Kohei Satoh ( for Mr. M. Wakao )* | Mrs Susan Miller<br>Signature *L Shully Jr* ( *for Susan Miller*) |
| Date 07/10/2005 | Date 10/07/2005 |
| **CCSA** | **ETSI** |
| Mr Zhou Baoxin<br>Signature *Wangzhigin* | Mr Karl Heinz Rosenbrock<br>Signature *Karl Heinz Rosenbrock* |
| Date 07/10/2005 | Date 07 Oct. 2005 |
| **TTA** | **TTC** |
| Dr Hong Koo Kim<br>Signature *Jeong Sik Park* | Mr Nobuhiro Horisaki<br>Signature *Nob Horisaki* |
| Date 07/Oct./2005 | Date 7/Oct/2005 |
| **GSA** | **GSM Association** |
| Mr Alan Hadden<br>Signature *ADHadden* | Mr David McDonald<br>Signature *David McDonald* |
| Date 7 Octby 2005 | Date 7/0/2005 |
| **IPv6 Forum** | **3G Americas** |
| Mr Latif Ladid<br>Signature | Mr Chris Pearson<br>Signature *Chris Pearson* |
| Date | Date 10-7-05 |
| **UMTS Forum** | **TD SCDMA Forum** |
| Mr Jean-Pierre Bienaimé<br>Signature | Dr Jing Wang<br>Signature *10/7/05* |
| Date | Date |

Executed in 13 originals

**A98**



# Third Generation Partnership Project

# 3GPP

## Working Procedures

27 October 2007

**A99**

# Foreword

These Working Procedures of the Third Generation Partnership Project (3GPP) are effective from 27 October 2006.

An electronic version of these Partnership Project Working Procedures is available from the following address:

http://www.3gpp.org

**A100**

# Contents

Foreword ...................................................................................................................................2

SECTION A:       GENERAL...........................................................................................6

Article 1:     Description..........................................................................................................6

Article 2:     Purpose ..............................................................................................................6

Article 3:     Scope and objectives..........................................................................................6

SECTION B:       PARTICIPATION ...............................................................................7

Article 4:     Categories ...........................................................................................................7

Article 5:     Partnership .........................................................................................................7

Article 6:     Organizational Partnership ................................................................................7

Article 7:     Market Representation Partnership ....................................................................7

Article 8:     Individual Membership.......................................................................................8

Article 9:     Termination of Individual Membership..............................................................8

Article 10:    Observers and Guests .........................................................................................8

SECTION C:       STRUCTURE.......................................................................................9

Article 11:    Structure of 3GPP ..............................................................................................9

SECTION D:       PARTNERS' COLLECTIVE RESPONSIBILITIES .........................9

Article 12:    Organizational Partners' Collective Responsibilities.........................................9

Article 13:    Collective responsibilities of all Partners ..........................................................9

SECTION E:       PROJECT CO-ORDINATION GROUP (PCG).................................10

Article 14:    PCG tasks.........................................................................................................10

Article 15:    PCG participation ............................................................................................10

Article 16:    PCG appointment of Chairman and Vice Chairman .........................................11

Article 17:    PCG Chairman Responsibilities .......................................................................11

Article 18:    PCG meetings...................................................................................................11

Article 19:    PCG decision making .......................................................................................11

SECTION F:    TECHNICAL SPECIFICATION GROUPS.........................................12

Article 20:    TSG tasks..........................................................................................................12

Article 21:    TSG participation .............................................................................................12

Article 22:    TSG and WG election of Chairman and Vice Chairman ..................................13

Article 23:    TSG Chairman responsibilities.........................................................................14

Article 24:    TSG and WG Chairman and Vice Chairmen dismissal ....................................14

Article 25:    TSG and WG decision making ........................................................................14

Article 26:    TSG and WG voting during a meeting...............................................................15

Article 27:    TSG or WG voting by correspondence .............................................................15

Article 28:    TSG or WG voting for the election of TSG or WG Chairman and Vice Chairman ..............15

**A101**

*4*
*Third Generation Partnership Project Working Procedures, 27 October 2006*

Article 29:     TSG or WG Chairman's decision appeal process ................................................................16
Article 30:     TSG and WG meetings.......................................................................................................16
Article 31:     TSG and WG meeting invitation ........................................................................................16
Article 32:     TSG and WG meeting agenda ............................................................................................16
Article 33:     TSG and WG meeting registration .....................................................................................16
Article 34:     TSG and WG meeting document and file naming...............................................................16
Article 35:     TSG and WG Voting Membership List...............................................................................17
Article 36:     TSG Sub Working Groups..................................................................................................17
SECTION G:     WORK PROGRAMME AND TECHNICAL CO-ORDINATION ..................................18
Article 37:     Work Programme................................................................................................................18
Article 38:     Work Items .......................................................................................................................18
Article 39:     Work Item creation ...........................................................................................................18
Article 40:     Work Item adoption by PCG ..............................................................................................18
Article 41:     Work Item stopping ...........................................................................................................19
Article 42:     Technical co-ordination.....................................................................................................19
SECTION H:     DELIVERABLES................................................................................................................19
Article 43:     Deliverable types ..............................................................................................................19
Article 44:     Approval process ..............................................................................................................19
Article 45:     Drafting rules ....................................................................................................................19
Article 46:     Copyright and ownership....................................................................................................19
Article 47:     Conversion by Organizational Partners...............................................................................20
SECTION I:     REPORTING .......................................................................................................................20
Article 48:     Chairman's reporting obligations .......................................................................................20
Article 49:     Changes to structure and officials ......................................................................................20
Article 50:     Calendar of meetings.........................................................................................................20
SECTION J:     EXTERNAL RELATIONS ...................................................................................................20
Article 51:     Relationship with the ITU ..................................................................................................20
Article 52:     Relations with other groups................................................................................................20
SECTION K:     MISCELLANEOUS .............................................................................................................21
Article 53:     Resources...........................................................................................................................21
Article 54:     Support Team ....................................................................................................................21
Article 55:     Intellectual Property Rights (IPR) Policy ...........................................................................21
Article 56:     Working language...............................................................................................................21
Article 57:     Duration ............................................................................................................................21
Article 58:     Review of activities ...........................................................................................................21
Article 59:     Dissolution, winding up.....................................................................................................22
Article 60:     Amendments to 3GPP Working Procedures........................................................................22

**A102**

5
*Third Generation Partnership Project Working Procedures, 27 October 2006*

Annex A:    Definitions ...................................................................................................................23
Annex B:    Abbreviations...............................................................................................................24
Annex C:    Individual member application form ...........................................................................25
Annex D:    External Liaison Approval Process .............................................................................27
Annex E:    Guidance for MRP applicants......................................................................................28
E.1        Introduction.................................................................................................................. 28
E.2        Guidance ...................................................................................................................... 28
Annex F:    Guidance on meeting organization ..............................................................................29
F.1        Meeting classification ................................................................................................. 29
F.2        Ordinary meetings........................................................................................................ 29
F.3        Ad hoc meetings .......................................................................................................... 29
Annex G:    Change history .............................................................................................................30

**A103**

# SECTION A:        GENERAL

## Article 1:        Description

The Partnership Project is not a legal entity but is a collaborative activity between the following recognized Standards Development Organizations:

ARIB    (Japan)

CCSA    (China)

ETSI    (Europe)

ATIS    (US)

TTA    (Korea)

TTC    (Japan)

The Partnership Project is entitled the "THIRD GENERATION PARTNERSHIP PROJECT" and may be known by the acronym "3GPP".

## Article 2:        Purpose

The purpose of 3GPP is to prepare, approve and maintain globally applicable Technical Specifications and Technical Reports for a 3rd Generation Mobile System based on the evolved GSM core network, and the Universal Terrestrial Radio Access (UTRA), to be transposed by the Organizational Partners into appropriate deliverables (e.g., standards).

## Article 3:        Scope and objectives

The 3rd Generation Mobile System and its capabilities shall be developed in a phased approach. Initially, 3GPP shall prepare, approve and maintain the necessary set of Technical Specifications and Technical Reports for a 3rd Generation Mobile System including:

- UTRAN (including UTRA; in Frequency Division Duplex (FDD) and Time Division Duplex (TDD) modes);

- 3GPP Core Network (Third Generation networking capabilities evolved from GSM. These capabilities include mobility management, global roaming, and utilisation of relevant Internet Protocols);

- Terminals for access to the above (including specifications for a UIM); and

- System and service aspects.

3GPP shall prepare, approve and maintain the necessary set of Technical Specifications and Technical Reports for:

- the Global System for Mobile communication (GSM) including GSM evolved radio access technologies (e.g., General Packet Radio Service (GPRS) and Enhanced Data rates for GSM Evolution (EDGE)).

3GPP shall consider the long term evolution.

The Technical Specifications and Technical Reports shall be developed in view of global roaming and circulation of terminals.

The set of 3GPP Technical Specifications and Technical Reports for the 3GPP core network and the specifications for the GSM core network should be common to the greatest extent possible and should not be unnecessarily different.

**A104**

Options in the form of a regulatory requirement particular to one or more regions / nations shall be included in 3GPP specifications. TSGs should not debate the inclusion or rejection of such options.

The results of the 3GPP work shall form the basis of member contributions to the ITU in accordance with existing procedures.

3GPP shall take account of emerging ITU recommendations on interworking between IMT-2000 family members.

In the framework of agreed relationships, the 3GPP Technical Specifications and Technical Reports will form the basis of standards, or parts of standards, of the Organizational Partners.

# SECTION B:    PARTICIPATION

## Article 4:    Categories

Participation in 3GPP shall be classified into one of the following categories:

- Partners;
- Individual Members;
- ITU Representatives;
- Observers;
- Guests.

## Article 5:    Partnership

Partners in 3GPP shall be classified into one of the following two categories:

- Organizational Partners;
- Market Representation Partners.

## Article 6:    Organizational Partnership

Organizational Partnership is open to any Standards Organization, irrespective of its geographical location, which has:

- a national, regional or other officially recognized status and the capability and authority to define, publish and set standards within the 3GPP scope, in that nation or region;
- an Intellectual Property Rights (IPR) Policy which is compatible with those of the Organizational Partners;
- committed itself to all or part of the 3GPP scope;
- signed the Partnership Project Agreement.

Standards Organizations may apply to become an Organizational Partner by writing to any of the existing Organizational Partners.

## Article 7:    Market Representation Partnership

The Organizational Partners may invite Market Representation Partners to take part in 3GPP.

**A105**

An invitation for Market Representation Partnership is open to any organization, irrespective of its geographical location, which:

- has the ability to offer market advice to 3GPP and to bring into 3GPP a consensus view of market requirements (e.g., services, features and functionality) falling within the 3GPP scope;

- does not have the capability and authority to define, publish and set standards within the 3GPP scope, nationally or regionally;

- has committed itself to all or part of the 3GPP scope;

- has signed the Partnership Project Agreement.

Organizations may apply to become Market Representation Partners by writing to any of the existing Partners. Further guidance for MRP applicants can be found in Annex E.

# Article 8:    Individual Membership

Membership in an Organizational Partner is a pre-requisite for Individual Membership of 3GPP. All entities registered as members of an Organizational Partner and eligible for participation in the technical work of that Organizational Partner, can become Individual Members of 3GPP if they are committed to support 3GPP and:

- to contribute technically or otherwise to one or more of the Technical Specification Groups within the 3GPP scope;

- to use the 3GPP results to the extent feasible.

An Individual Member has the right to participate in the work of 3GPP by attending meetings of the Technical Specification Groups and subtending groups.

Applications for Individual Membership of a Technical Specification Group shall be made in writing to the relevant Organizational Partner using the form given at **Annex C**. Applications may also be made on-line using the template available at http://www.3gpp.org.

Individual Members act in 3GPP in their own right and carry the full responsibility for their contributions.

# Article 9:    Termination of Individual Membership

Individual Membership of 3GPP may be terminated by dissolution, abolition, resignation or expulsion from the related Organizational Partner.

# Article 10:    Observers and Guests

The status of Observer may be granted by the Organizational Partners to an entity which has the qualifications to become a future Partner.

An Observer may send a single representative to an Organizational Partners or PCG meeting. An Observer may also have representatives at TSG meetings. Representatives of Observers may receive documents and contribute documents for information, but shall not submit documents that propose changes to the specifications, reports, work item descriptions, work plan, or any other document under the control of the TSG. Observers shall not take part in decision making or hold any leadership positions.

Additional participation rights of an Observer shall be decided by the Organizational Partners on a case-by-case basis.

The status of Guest may be granted for a limited period, by the Organizational Partners to an entity which has the qualifications to become a future Individual Member. The limited period shall be decided by the Organizational Partners on a case-by-case basis.

**A106**

A Guest may have representatives at TSG and subtending group meetings. Representatives may receive documents but shall not take part in decision making, participate in discussions, contribute documents, or hold any leadership positions.

# SECTION C:      STRUCTURE

## Article 11:    Structure of 3GPP

3GPP shall consists of a Project Co-ordination Group (PCG) and Technical Specification Groups (TSGs). The Technical Specification Groups may establish Working Groups if required.

The Organizational Partners may decide to call a meeting of the full 3GPP membership if required.

# SECTION D: PARTNERS' COLLECTIVE RESPONSIBILITIES

## Article 12:    Organizational Partners' Collective Responsibilities

The Organizational Partners shall determine the general policy and strategy of 3GPP.

In addition the Organizational Partners shall perform the following tasks:

- approval and maintenance of the 3GPP scope;
- maintenance the Partnership Project Description;
- taking decisions on the creation or cessation of Technical Specification Groups, and approving their scope and terms of reference;
- approval of Organizational Partner funding requirements;
- allocation of human and financial resources provided by the Organizational Partners to the Project Co-ordination Group;
- acting as a body of appeal on procedural matters referred to them.

## Article 13:    Collective responsibilities of all Partners

Organizational Partners and Market Representation Partners shall perform the following tasks:

- maintenance of the Partnership Project Agreement;
- approval of applications for 3GPP partnership;
- taking decisions relating to the dissolution of 3GPP.

**A107**

# SECTION E: PROJECT CO-ORDINATION GROUP (PCG)

## Article 14:    PCG tasks

The PCG shall perform the following tasks:

- appointment of PCG Chairman and Vice Chairmen;

- allocation of human and financial resources provided by Organizational Partners to TSGs;

- allocation of voluntary human and financial resources provided by Market Representation Partners and Individual Members;

- management of the 3GPP Support Team;

- handling of appeals from Individual Members on procedural matters referred to them;

- propose and approve modifications to the Partnership Project Working Procedures;

- handling of appeals from Individual Members on technical matters referred to them;

- determination of the overall time frame and manage overall work progress;

- final adoption of new and stopped work items proposed by the TSGs within the agreed 3GPP scope and objectives;

- when a work item is outside the scope of the 3GPP, and where a common global solution is desired, recommend how to achieve a global solution;

- appointment or dismissal of TSG Chairmen and Vice Chairmen, as proposed by TSGs based on election results. (The proposed candidate shall be appointed unless there are extraordinary reasons that prevent such an appointment, e.g., severe company or geographical imbalance within 3GPP. In such cases the TSG shall be requested to elect an alternative candidate. The decision not to appoint a candidate shall be made by consensus.);

- authorizing requests from the TSGs for approval to liaise with external organizations, and maintain a list of approved requests;

- maintenance of the register of Individual Members eligible to participate in 3GPP;

- maintenance of the register of IPR declarations relevant to 3GPP, received by the Organizational Partners.

The PCG may decide to call a meeting of the full 3GPP membership if required.

## Article 15:    PCG participation

The following shall have a right to participate in the PCG:

- Typically, a maximum of five representatives of each Organizational Partner (not counting the Chairman and Vice-Chairmen);

- A maximum of three representatives of each Market Representation Partner. (MRPs are however urged to limit their participation to one representative wherever possible.);

- The Chairmen and Vice Chairmen of the TSGs as ex-officio members;

- A maximum of three ITU representatives;

- One representative of each Observer.

**A108**

## Article 16:    PCG appointment of Chairman and Vice Chairman

The PCG shall appoint their Chairman and Vice Chairmen from amongst the Organizational Partner representatives.

The Chairman and Vice Chairmen shall be appointed for a one year term of office.

The Chairman and Vice Chairmen shall normally serve one term of office. If no other candidates are available, the Chairman or Vice Chairmen may be appointed for a further term.

Successive Chairmen and Vice Chairmen should not be from the same Organizational Partner, the same region or from the same group of companies, unless no other candidate is available.

## Article 17:    PCG Chairman Responsibilities

The PCG Chairman is responsible for the overall management of the co-ordination work within 3GPP.

The Chairman has the overall responsibility to ensure that the Partnership Project Agreement, Partnership Project Description and Partnership Project Working Procedures are followed.

The Chairman may nominate officials to assist in the work.

The Chairman may be assisted by the Support Team.

The Chairman may delegate tasks to the Vice Chairmen.

In performing his tasks, the Chairman and Vice Chairmen shall maintain strict impartiality and act in the interest of the 3GPP.

## Article 18:    PCG meetings

A meeting of the PCG shall be held at least twice per year.

At least thirty days before the due date, a calling notice, draft agenda and supporting documents shall be issued.

## Article 19:    PCG decision making

In any meeting of the PCG, the quorum required for decision making shall be 50% of the total number of Organizational Partners. Proxies shall not be permitted.

The PCG shall endeavour to reach consensus on all issues. The views and opinions of the Market Representation Partners and the Chairmen and Vice Chairmen of the TSGs shall be taken into account during the consensus building process. If consensus cannot be achieved, the Chairman can decide to take a vote. The vote may exceptionally be performed by a secret ballot if decided by the PCG.

Each Organizational Partner shall have one vote. A proposal shall be deemed to be approved if 71% of the votes cast are in favour. Abstentions or failure to submit a vote shall not be included in determining the number of votes cast.

**A109**

# SECTION F: TECHNICAL SPECIFICATION GROUPS

## Article 20:    TSG tasks

The TSGs shall prepare, approve and maintain the 3GPP Technical Specifications and Technical Reports taking into account the market requirements provided by Market Representation Partners.

The TSGs shall also perform the following tasks:

- Propose to the PCG for appointment TSG Chairman and Vice Chairmen based on election results;

- Creation of TSG Working Groups and approval of their terms of reference;

- When a new Working Group is created, the appointment of TSG Working Group Convenor;

- Allocation of resources within the TSG;

- Allocation of voluntary human and financial resources provided by Market Representation Partners and Individual Members;

- Handling of appeals from Individual Members on technical matters;

- Preparation of a detailed time frame and management of detailed work progress;

- Management of work items;

- Technical Co-ordination;

- Proposal and approval of work items within the agreed scope and terms of reference of the TSG;

- Where a work item is outside the scope of the 3GPP, but a common global solution is desired, recommend an approach to the PCG;

- Assignment of work to Partners. (Specification development may be accomplished using various methods, including the assignment of work to Partners.);

- Maintenance of the list of Individual Members eligible to vote within the TSG (Voting Members).

## Article 21:    TSG participation

The following shall have a right to participate in the TSGs:

- Representatives of members of participating Organizational Partners (i.e. Individual Members);

- Representatives of Organizational Partners;

- Representatives of Market Representation Partners;

- Representatives of Observers;

- Representatives of Guests.

**A110**

# Article 22: TSG and WG election of Chairman and Vice Chairman

The TSG Chairman and Vice Chairmen, to be proposed to the PCG for appointment, shall be elected by the Technical Specification Group from amongst the Individual Member representatives. Each TSG shall elect a maximum of three Vice Chairmen.

The Working Group Chairman and Vice Chairmen shall be elected by the Working Group from amongst the Individual Member representatives. Each Working Group shall elect a maximum of two Vice Chairmen.

A candidate for TSG or Working Group election shall provide a letter of support from the Individual Member that he/she represents. Nominations may be made up to the point when an election takes place.

The TSG Chairman and Vice Chairmen shall be appointed by the PCG on the proposal of the TSG.

The Chairman and the Vice Chairmen shall be appointed for a two year term of office. The Chairman and Vice Chairmen may offer themselves for election for a second consecutive term. Exceptionally, terms subsequent to the second consecutive term may be allowed, subject to the following:

- A two week deadline prior to the first day of the meeting at which elections are due to be held shall be established.

- The Chairman, having served two consecutive terms, is not permitted to stand for another consecutive term if there is a candidate announced prior to this deadline.

- The Vice Chairmen, having served two consecutive terms, are not permitted to stand for another term in a Vice Chairman position for which there is a candidate announced prior to this deadline. Vice Chairmen having served two consecutive terms may stand for any remaining vice chair positions.

There is no restriction on a Vice Chairman whose term of office is due to expire offering himself for the position of Chairman; neither is there any restriction on a Chairman whose term of office is due to expire offering himself as a Vice Chairman. There is no restriction of a retiring Chairman or Vice Chairman of one TSG or WG offering himself for election as either Chairman or Vice Chairman of any other TSG or WG.

Regular TSG elections shall be held every two years in the March time frame in odd numbered years.

Should the office of Chairman or Vice Chairman, of a TSG, become vacant for reasons other than expiration of term of office, a special election shall be conducted to fill the unexpired term. This special election shall be conducted at a regularly scheduled meeting of the TSG, and shall be announced in writing, at least 21 days in advance of the meeting.

When a special election is held to fill the office of Chairman, the announcement shall also indicate that there will be an election to fill the position of Vice Chairman in the case where the Vice Chairman may be elected to the office of Chairman. If at the special election the Vice Chairman is elected to the office of Chairman, that individual, to be proposed to the PCG for appointment, shall become Chairman immediately, the position of Vice Chairman shall be assumed vacant, and an election shall be held for the office of Vice Chairman.

A partial term of office does not count towards the two consecutive term limit.

Chairman and Vice Chairmen should not be from the same region, Organizational Partner, or from the same group of companies, unless no other candidate is available.

Successive Chairmen should not be from the same Organizational Partner, the same region or from the same group of companies, unless no other candidate is available. This does not apply to special/regular successive elections.

When a new TSG is established, the Organizational Partners shall appoint a convenor for the first two TSG meetings. The initial special election for TSG Chairman and Vice Chairmen shall take place at the second TSG meeting. The elected Chairman and Vice Chairman shall serve until the next regular TSG election. A partial term of office does not count towards the two consecutive term limit. When a new TSG Working Group is established, the TSG shall appoint a Convenor for the first two Working Group meetings. The initial election for Working Group Chairman and Vice Chairmen shall take place at the second Working Group meeting. The provisions of this paragraph may be overridden by consensus of the PCG where a new TSG is formed by the merger of existing TSGs; under these circumstances, the PCG shall establish a set of ad hoc rules for the creation of the new TSG.

**A111**

If a TSG or Working Group Chairman or Vice Chairman changes the Individual Member that he/she represents (e.g., job change, merger or acquisition) during their term of office, a new letter of support shall be provided. If the change of company affiliation is due to a move to another company, then the decision for the Chairman or Vice Chairman to continue in office shall be made by consensus of the affected group. If consensus cannot be achieved, an election shall be held for the office.

At the Working Group level the election is for a two year term. At the TSG level the special election is for the unexpired term. A partial term of office does not count towards the two consecutive term limit. If the incumbent is elected, at the TSG or WG level, it is for the unexpired term and that term does count toward the term limit. If the change of affiliation is that of the Chairman, he shall select a Vice Chairman to determine consensus and if necessary to manage the election. If there is an election, the Vice Chairman managing the election should not be a candidate. When a Working Group Chairman is elected, this does not necessarily imply the re-election of Vice Chairmen unless their terms of office have expired.

# Article 23:    TSG Chairman responsibilities

The TSG Chairman is responsible for the overall management of the technical work within the TSG and its Working Groups. The Chairman has an overall responsibility to ensure that the activities of the TSG follow the Partnership Project Working Procedures.

The Chairman may nominate officials to assist in the work.

The Chairman may delegate tasks to the Vice Chairmen.

The Chairman may be assisted by the Support Team.

Recognizing the need to balance the requirement of rapid specification development with the limited resources of delegates, the Chairman should encourage a minimum number of meetings, especially parallel meetings, and maximize the use of electronic means to advance the work.

In performing TSG tasks, the Chairman shall maintain strict impartiality and act in the interest of 3GPP.

# Article 24:    TSG and WG Chairman and Vice Chairmen dismissal

A secret ballot shall be taken for the proposal to dismiss a TSG or WG Chairman or Vice Chairman because of a failure to effectively perform their duties, if requested by 30% of the TSG or WG membership list. 71% of the votes cast are required to recommend dismissal.

The PCG shall dismiss a Chairman or Vice Chairman on the proposal of the TSG.

# Article 25:    TSG and WG decision making

TSGs and WGs shall endeavour to reach consensus on all issues, including decisions on Technical Specifications and Technical Reports. Informal methods of reaching consensus are encouraged (e.g., a show of hands). If consensus cannot be achieved, the Chairman can decide to take a vote. The vote may exceptionally be performed by a secret ballot if decided by the TSG or WG. A vote may be conducted during a TSG or WG meeting or by correspondence.

A proposal shall be deemed to be approved if 71% of the votes cast are in favour. Abstentions or failure to submit a vote shall not be included in determining the number of votes cast.

It is the responsibility of the Chairman to ensure that questions to be voted upon are phrased in a positive yes/no manner, with 71% required to approve the question. Questions should not be phrased as the TSG shall not do something. Examples of appropriate questions are; Shall the TSG approve the Specification and send it to the SDOs? Shall the liaison be approved? Shall the new WI be approved? Shall the existing WI be stopped? If the issue is to choose option A or B, the question should be split into two questions, with the Chairman selecting the order. First, shall the TSG take

option A as the way forward? If this question fails the second question is, shall the TSG take option B as the way forward?

Contributions on which decisions will be based should be made available in good time before each meeting. TSGs may establish informal guidelines for dealing with late contributions.

# Article 26:    TSG and WG voting during a meeting

The following procedures apply for voting during a TSG or WG meeting:

- before voting, a clear definition of the issues shall be provided by the Chairman;

- Voting Members shall only be entitled to one vote;

- if a Voting Member has more than one representative present, only one representative may vote;
- each Voting Member may only cast the vote once;
- each Voting Member may carry proxy votes for up to five other Voting Members. All proxy votes shall be accompanied by a letter of authority from the authorising Voting Member. Proxies will not be taken into account when determining the quorum;

- the quorum required for voting during a TSG or WG meeting shall be 30% of the total number of Voting Member companies on the TSG or WG membership list;

- the result of the vote shall be recorded in the meeting report.

# Article 27:    TSG or WG voting by correspondence

The following procedures apply for voting by correspondence:

- before voting, a clear definition of the issues shall be provided by the Chairman and disseminated to all on the TSG or WG membership list;

- Voting Members shall only be entitled to one vote;

- each Voting Member may only cast the vote once within the voting period;

- the voting period shall be 30 days;

- there are no quorum requirements;

- The result of the vote should be disseminated to the TSG or WG .

# Article 28:    TSG or WG voting for the election of TSG or WG Chairman and Vice Chairman

In the case where there is more than one candidate for TSG or WG Chairman or Vice Chairman, a secret ballot shall be used. For interpreting the result of the secret ballot the following procedure shall apply:

When, in the first ballot, no candidate has obtained 71% of the votes cast, a second ballot shall be held. In the second ballot, in cases where there are only two candidates, the candidate obtaining the higher number of votes is elected. In cases where there are more than two candidates, if none of them has obtained 71% of the votes, a third and final ballot shall be held among the two candidates who have obtained the highest number of votes in the second ballot. The candidate obtaining the higher number of votes in the third ballot is then elected.

The TSG or WG Chairman shall be responsible for the voting process and shall ensure that confidentiality is maintained.

**A113**

# Article 29:    TSG or WG Chairman's decision appeal process

An Individual Member of 3GPP who opposes a Chairman's ruling on a vote taken within a TSG or WG may submit its case to the PCG for decision. In such cases the Individual Member shall also inform the relevant TSG or WG Chairman.

When a TSG or WG Chairman has made a ruling, his decision shall be taken as the basis for future operations, unless or until overturned by the PCG.

# Article 30:    TSG and WG meetings

TSGs and WGs shall meet as necessary to complete their work within the prescribed timeframe. TSGs should endeavour to hold their meetings at the same time and place to assist in the overall co-ordination of the work.

Meeting locations should reflect the geographical diversity of the TSG and WG delegates.

Further information on meetings is given in Annex F.

# Article 31:    TSG and WG meeting invitation

The invitation to a TSG or WG meeting and the necessary logistical information shall be disseminated at least 21 days before the meeting to all on the TSG or WG membership list.

# Article 32:    TSG and WG meeting agenda

The draft agenda for a TSG or WG meeting shall be disseminated by the responsible Chairman to all on the TSG or WG membership list at least 21 days before a meeting. The draft agenda should indicate subject matters where voting may be required. The draft agenda shall indicate elections to be held (including known candidates).

# Article 33:    TSG and WG meeting registration

Every delegate shall register on arrival at each TSG or WG meeting. Each delegate who represents an Individual Member shall declare the precise name of that Individual Member. A delegate may only register to represent one Individual Member.

# Article 34:    TSG and WG meeting document and file naming

Documents for a TSG or WG meeting shall follow a consistent numbering system as shown in the following example:

**xminnzzzz**

This numbering system has six logical elements:

    1)  **x:**       a single letter corresponding to the TSG;

       where x :  **R** (Radio Access Network)

                 **N** (Core Network) [TSG closed March 2005]

                 **S** (Service and System Aspects)

**A114**

**T** (Terminals) [TSG closed March 2005]

**G** (GSM/EDGE Radio Access Network)

**C** (Core network and Terminals)

2) **m**      A single character corresponding to the Working Group identity (typically 1, 2, 3, etc) or, in the case of the TSG itself, the letter "**P**".

3) **i:** Normally the hyphen character "-". May take on other values depending on the nature of the meeting at which the document is presented, eg the identity of a subgroup.

4) **(nn):**     two digits to indicate the year, i.e. 99, 00, 01, etc;

5) **zzzz:**     unique number of the document

No provision is made for the use of revision numbers. Documents which are a revision of a previous version should indicate the document number of that previous version.

The filename of documents shall be the document number. Documents may be compressed to .Zip files (and thus bear a file extension ".zip"). For example, document **S1-060357** will be contained in file **S1-060357.zip**.

# Article 35:     TSG and WG Voting Membership List

Each TSG and WG shall maintain a list of voting Individual Members (company or agency). To qualify for the list it is necessary for a delgate of an Individual Members to attend at least one TSG or WG meeting. An Individual Member which is absent from three consecutive meetings of the TSG or WG shall be removed from the voting membership list. Those removed shall be restored after a delegate attends one meeting, but the right to vote is reinstated at the next (second) meeting attended by a delegate of the Individual Member.

When a new TSG or WG is formed an Individual Member is added to the voting membership list at the first meeting that they are represented, and can vote at the second meeting where they are represented. Exceptionally, if inadequate notice (less than 21 days) is given for the first meeting of the new group, an Individual Member may be added to the voting membership list and vote at the group's second meeting (the election meeting) even if they were not represented at the group's first meeting. Only an Individual Member that was present at the group's first meeting may provide a proxy for the second meeting.

The voting membership list shall be used to establish quorum and for determining those eligible to take part in a vote.

Any group that wants to call an electronic meeting (audio, video, document distribution by posting or e-mail, etc) may do so, although this works best with smaller groups. Therefore, all electronic meetings are allowed but only ordinary meetings count towards attendance. However, if a meeting is designated as face-to-face, provision of bridge and speakerphone capabilities for those requesting it would be at the discretion of the host. Also, in this case for those only participating by speakerphone they would not be counted toward quorum, attendance or allowed to vote (TSG, WG).

# Article 36:     TSG Sub Working Groups

A Working Group may establish a Sub Working Group (SWG) with defined Terms of Reference. The Working Group shall appoint a SWG Chairman. The SWG shall work by consensus. The meeting notice requirements for a SWG meeting are the same as for TSGs and WGs.

**A115**

# SECTION G: WORK PROGRAMME AND TECHNICAL CO-ORDINATION

## Article 37:     Work Programme

The 3GPP Work Programme shall consist of Work Items defined by the TSGs.

## Article 38:     Work Items

A 3GPP Work Item is a specification task defined in terms of the following principal parameters:

- title;

- intended output (i.e. Technical Specifications or Technical Reports);

- impact on other Technical Specifications and Technical Reports;

- technical scope, including the field of application of the intended output;

- impact on other 3GPP Work Items;

- the schedule of tasks to be performed;

- the identities of the supporting Individual Members;

- the identity of the Work Item Rapporteurs.

## Article 39:     Work Item creation

Each proposed new Work Item shall be supported by at least four Individual Members, and their names shall be recorded in the Work Item definition prepared for the TSG approval. One or more persons shall be named as Rapporteur for the proposed Work Item, and the Rapporteur shall act as the prime contact point on technical matters and for information on progress throughout the drafting phases. The supporting Individual Members are expected to contribute to and progress the new work item throughout the drafting phases.

In addition to the above, TSGs shall approve new Work Items, giving all essential parameters. The proposal shall be entered into the 3GPP work programme, clearly marked as a new entry, for which a unique reference identity shall be allocated.

## Article 40:     Work Item adoption by PCG

The 3GPP work programme shall be made available to all Individual Members. A new Work Item shall remain flagged as "new" until the end of the month following the month during which the 3GPP work item was entered into the 3GPP work programme. A new Work Item shall be adopted by the PCG unless a substantial objection is received from an Individual Member or Partner during this period. At the end of the period, the "new" flag shall be removed (even if there is an objection) and it is the responsibility of any objecting Individual Member or Partner to discuss their objections with the TSG Chairman. If it is not possible to resolve the objection, it is the responsibility of the Individual Member or Partner to raise the issue with the PCG.

The TSGs shall ensure that the 3GPP Work Item details are maintained at regular intervals.

**A116**

# Article 41:    Work Item stopping

Prior to completion of the intended 3GPP output, the responsible TSG may conclude that a Work Item is no longer required. Any Work Item shall automatically be considered by a TSG for stopping, if no progress has been achieved in a given period of time, typically one year. In such cases, the Work Item shall be flagged "stopped" in the Work Programme. The proposal to stop a Work Item shall be fully justified.

The Work Programme shall be updated accordingly, and shall show the Work Item as "stopped" until the end of the month following the month during which the Work Item was initially flagged.

The Work Item will be stopped by the PCG unless substantial objection is received from an Individual Member during this period. It is the responsibility of any objecting Individual Member to discuss their objections with the TSG Chairman. If it is not possible to resolve the objection, it is the responsibility of the Individual Member to raise the issue with the PCG.

# Article 42:    Technical co-ordination

The PCG shall be responsible for determining the overall time frame and for managing the overall work progress. The System Aspects TSG shall have a particular responsibility for the technical co-ordination of work being undertaken within 3GPP, and for overall system architecture and system integrity. Problems encountered in performing this technical co-ordination role shall be reported immediately to the PCG.

# SECTION H:    DELIVERABLES

# Article 43:    Deliverable types

3GPP shall prepare, approve and maintain documents known as Technical Specifications and Technical Reports. Such documents shall be drawn up by the TSGs and shall, following approval at that level, be submitted to the participating Organizational Partners to be submitted to their respective standardization processes.

# Article 44:    Approval process

Approval of Technical Specifications and Technical reports by a TSG shall normally be by consensus.

Where consensus cannot be achieved in the TSG a vote may be taken.

When Technical Specifications and Technical Reports become sufficiently stable, they shall be put under change control of the relevant TSG. The further elaboration of these Technical Specifications and Technical Reports shall be achieved by change requests to be approved by the TSG.

# Article 45:    Drafting rules

The Technical Specifications and Technical Reports drafted by the TSGs shall follow the 3GPP drafting rules, using document processing facilities, format, languages and notations agreed by the Organizational Partners, and on a medium suited for electronic document handling and publishing.

# Article 46:    Copyright and ownership

The Organizational Partners will have joint ownership (including copyright) of the Technical Specifications and Technical Reports produced by 3GPP.

**A117**

*20*
*Third Generation Partnership Project Working Procedures, 27 October 2006*

## Article 47: Conversion by Organizational Partners

Organizational Partners shall use their best endeavours to convert the Technical Specifications and Technical Reports approved by the Partnership Project into national/regional deliverables in a timely manner through their normal processes.

The Organizational Partners are urged not to change the technical parts of the Technical Specifications and Technical Reports; they may add non-technical parts required by their own deliverable schemes and they may add descriptions of options selected.

Organizational Partners should ensure that all unresolved comments raised during their public enquiry and approval phases are delivered to the appropriate TSG.

# SECTION I: REPORTING

## Article 48: Chairman's reporting obligations

A report shall be prepared by the Chairman following all PCG and TSG meetings.

## Article 49: Changes to structure and officials

The Chairman of each TSG shall inform the PCG of all organizational changes concerning Working Groups and their officials. An up to date record of the 3GPP structure shall be maintained.

## Article 50: Calendar of meetings

The PCG and TSGs shall maintain an up to date calendar of the dates and venues for future meetings.

# SECTION J: EXTERNAL RELATIONS

## Article 51: Relationship with the ITU

3GPP results should be submitted to the ITU as appropriate.

3GPP will not contribute directly to the ITU. Formal contributions to ITU Study Groups shall be made by Individual Members who are also members of the ITU. 3GPP Technical Specifications and Technical Reports may be taken as the technical content of such contributions.

Representatives of ITU-D, ITU-R and ITU-T are invited to participate in the Project Coordination Group for the efficient coordination and exchange of information.

## Article 52: Relations with other groups

TSGs and WGs are encouraged to liaise directly with the relevant technical bodies within the 3GPP and Partners as appropriate.

A liaison statement shall clearly communicate what is expected from the receiver, i.e., which parts are for information, which questions are expected to be clarified and by whom (especially if there are multiple receivers), and also when an answer is needed, e.g., when is the next meeting of the group sending the liaison statement.

**A118**

The PCG shall maintain a list, based on proposals received from the TSGs, of external organizations with whom the TSGs and subtending WGs are authorised to liaise directly. External liaisons cannot be approved by SWGs.

The external liaison approval process is described in Annex D.

# SECTION K:        MISCELLANEOUS

## Article 53:        Resources

The resources for the operation of 3GPP shall be managed by the Organizational Partners. The resources are allocated to the TSGs by the PCG.

## Article 54:        Support Team

The Partners shall provide logistical support to, and assist in the operation of, 3GPP. The support shall be in the form of a Support Team which shall operate under the overall management of the PCG and the day to day management of TSGs.

## Article 55:        Intellectual Property Rights (IPR) Policy

Individual Members shall be bound by the IPR Policy of their respective Organizational Partner.

Individual Members should declare at the earliest opportunity, any IPRs which they believe to be essential, or potentially essential, to any work ongoing within 3GPP. Declarations should be made by Individual Members to their respective Organizational Partners.

Organizational Partners should encourage their respective members to grant licences on fair, reasonable terms and conditions and on a non-discriminatory basis.

The PCG shall maintain a register of IPR declarations relevant to 3GPP, received by the Organizational Partners.

## Article 56:        Working language

The working language for 3GPP shall be English.

Meetings of the PCG and TSGs shall be conducted in English.

3GPP Technical Specifications and Technical Reports shall be prepared in English (as defined by the Shorter Oxford English Dictionary).

## Article 57:        Duration

3GPP shall be task oriented and on completion of the tasks the future of 3GPP shall be re-considered. The continuation of 3GPP shall therefore be confirmed by the Organizational Partners on an annual basis.

## Article 58:        Review of activities

An evaluation of the activities of 3GPP should be made by the Organizational Partners at regular intervals.

**A119**

## Article 59:    Dissolution, winding up

In the event of a voluntary dissolution of 3GPP, the Partners shall determine the terms of liquidation by consensus. All issues shall be documented and distributed at least 30 days prior to decisions being made.

## Article 60:    Amendments to 3GPP Working Procedures

These Partnership Project Working Procedures may only be amended by decision taken by the PCG.

# Annex A:      Definitions

| | |
|---|---|
| Consensus: | General agreement, characterized by the absence of sustained opposition to substantial issues by any important part of the concerned interest and by a process that involves seeking to take into account the views of all parties concerned and to reconcile any conflicting arguments. (Note: consensus need not imply unanimity). |
| Conversion: | The transformation of a 3GPP output document into an Organizational Partners deliverable following the Organizational Partners' recognized processes. |
| Delegate: | An individual taking part in a TSG/WG meeting physically or by electronic means. |
| Drafting Rules: | A document approved by the Organizational Partners providing rules for the drafting of 3GPP Technical Specifications and Technical Reports. |
| Election: | The voting process used to identify an individual from a number of individuals. |
| Guest: | An entity fulfilling the criteria to become a future Individual Member, which has been granted temporary participation rights in the 3GPP |
| Individual Member: | A member of an Organizational Partner having participation rights within that Organizational Partner and which has registered to take part in 3GPP. |
| ITU Representative | Representatives of ITU-D, ITU-R and ITU-T invited to participate in the Project Coordination Group for the efficient coordination and exchange of information. |
| Market Representation Partner: | A Partner invited by the Organizational Partners to participate in 3GPP to offer advice and to bring into 3GPP a consensus view of market requirements. |
| Observer: | An Organization fulfilling the criteria to become a future Partner which has been granted temporary participation rights in 3GPP. |
| Organizational Partner: | A recognized Standards Organization which has been accepted as a Partner in 3GPP. |
| Partner: | An Organizational Partner or a Market Representation Partner of 3GPP. |
| Partnership Project Agreement: | The document signed by 3GPP Partners defining their rights and obligations. |
| Partnership Project Description: | A document which describes the overall structure and operation of 3GPP. |
| Sub Working Group | A subordinate body of a Working Group. |
| Support Team: | A number of persons dedicated to support 3GPP. |
| Technical Report: | A 3GPP output document containing mainly informative elements approved by a Technical Specification Group. |
| Technical Specification: | A 3GPP output document containing normative provisions approved by a Technical Specification Group. |
| Voting Member | An Individual Member who has voting rights within a TSG/WG. |
| Work Item: | The documented record of a specific technical activity of 3GPP. |
| Work Programme: | The documented record of the all technical activities of 3GPP. |
| Working Group: | A subordinate body of a Technical Specification Group. |

A121

# Annex B:    Abbreviations

| | |
|---|---|
| 3GPP | Third Generation Partnership Project |
| ARIB | Association of Radio Industries and Businesses |
| ATIS | Alliance for Telecommunications Industry Solutions (successor to T1) |
| CCSA | China Communications and Standards Association (successor to CWTS) |
| CDMA | Code Division Multiple Access |
| CWTS | China Wireless Telecommunications Standards Group (superseded by CCSA) |
| ETSI | European Telecommunications Standards Institute |
| FDD | Frequency Division Duplex |
| GSM | Global System for Mobile Communication |
| IMT-2000 | International Mobile Telecommunication |
| ITU | International Telecommunication Union |
| MRP | Market Representation Partner |
| PCG | Project Co-ordination Group |
| SWG | Sub Working Group |
| T1 | Standards Committee T1 (superseded by ATIS) |
| TDD | Time Division Duplex |
| TSG | Technical Specification Group |
| TTA | Telecommunications Technology Association |
| TTC | Telecommunication Technology Committee |
| UIM | User Identity Module |
| UTRA | Universal Terrestrial Radio Access |
| UTRAN | Universal Terrestrial Radio Access Network |
| WG | Working Group |

**A122**

# Annex C:      Individual member application form

**APPLICATION FORM**
for INDIVIDUAL MEMBERSHIP
of the THIRD GENERATION PARTNERSHIP PROJECT
Please complete this form and return it to your Organizational Partner

COMPANY NAME          ................................................................

Please indicate below which ORGANIZATIONAL PARTNER you are a member of

| | |
|---|---|
| ARIB | |
| CCSA | |
| ETSI | |
| ATIS | |
| TTA | |
| TTC | |

Please indicate below which Technical Specification Groups you wish to participate in:

| | |
|---|---|
| Radio Access Network | |
| | |
| Core Network and Terminals | |
| Service and System Aspects | |
| GSM EDGE Radio Access Network (GERAN) | |

| | |
|---|---|
| Signed by (Authorized Representative) (See Note 1) | |
| Print name | |
| Position | |
| Date | |
| Telephone | |
| Fax | |
| Email | |
| Company Website URL | |

| | |
|---|---|
| Contact person's family name (See Note 2) | |
| Contact person's given name | |
| Job title | |
| Mailing address | |
| Telephone | |
| Fax | |
| Email | |

Note 1:  Is either the official contact person or voting contact of a company.

**A123**

26
*Third Generation Partnership Project Working Procedures, 27 October 2006*

Note 2: People attending meetings and who can also have signing authority.

**A124**

# Annex D:      External Liaison Approval Process

The following process shall be used in order for a TSG to gain approval to liaise with an external organization;

- TSG Chairman, or Vice Chairman at the Chairmans direction, shall send a request to the PCG Secretary containing the following information:

    (a) Name of Organization

    (b) Contact information (including URL)

    (c) Purpose of the liaison request (brief description)

    (d) Urgency of decision-minimum 3 days (e.g., 3 days, 5 days, 2 weeks)

- PCG Secretary shall send request to the PCG exploder list giving deadline for negative comments

- Request shall be considered approved unless negative comments received

- PCG Secretary will inform PCG members and update the web page accordingly

- A TSG or any subtending Working Group may send individual liaisons to any external organization on that TSGs approved list without further PCG approval, except if the statement is considered "sensitive" by the TSG Chairman, in which case PCG clearance is needed.

- It is not necessary to have all external liaisons copied to the PCG and/or TSG SA. The liaison originating TSG should decide, at its own discretion, who should be copied. External liaisons that may have management implications such as schedules, organization, process, procedures, and policy shall be copied to the PCG, or approved by the PCG if "sensitive".

# Annex E:    Guidance for MRP applicants

## E.1    Introduction

The conditions for the acceptance of Market Representation Partners (MRPs) in 3GPP are given in Article 7 of these Working Procedures. This Annex provides additional guidance to MRP Applicants.

## E.2    Guidance

During the application process, the Organizational Partners will need to be assured that an Applicant:

(a)    Has a field of interest directly or indirectly related to the work being undertaken by 3GPP;

(b)    Has attained a demonstrable level of recognition within this field of interest;

(c)    Has an understanding of the market requirements relevant to 3GPP;

(d)    Is willing to actively contribute to the work of 3GPP and has sufficient resources for this purpose;

(e)    Fully supports the goals and objectives of 3GPP and does not take part in activities that conflict with these goals and objectives.

In processing an application, the Organizational Partners will peruse openly available documentation published by an Applicant, including material posted on its Website, in order to confirm that the points listed above have been satisfied.

# Annex F:    Guidance on meeting organization

## F.1    Meeting classification

TSG and WG Meetings are classified either:

- ordinary; or
- ad hoc.

## F.2    Ordinary meetings

Ordinary meetings are ones where the regular business of the TSG or WG is conducted. Such meetings are normally chaired by the Group's chairman or, if unavailable, a vice-chairman. Ordinary meeting should be announced at least six months prior to the opening day of the meeting.

TSG and WG ordinary meetings shall follow an incrementing number sequence. If an additional ordinary meeting is required between two ordinary meetings, the sequence may be preserved, even though this means renumbering subsequent meetings, or the additional meeting may be numbered using the 'bis' suffix as a numbering scheme.

Attendance at an ordinary meeting counts towards an Individual Member's eligibilty to cast a vote in the Group (see Articles 26 and 27). The Support Team shall record the participation in an ordinary meeting (each person and organization represented) and the attendance list shall be included in the meeting report.

## F.3    Ad hoc meetings

An ad hoc meeting of a WG or a TSG is one called to address one or more particular topics. The ad hoc meeting shall be called by decision of the WG (or its parent TSG) or TSG concerned; the decision to hold any subsequent ad hoc meetings on the same topic may be made by the ad hoc meeting participants themselves without reference to the parent WG or TSG, although the parent WG or TSG shall review any ad hoc activity at every Ordinary meeting and determine to either continue or to close the ad hoc activity, even if the previous ad hoc meeting suggested a further meeting. The scope of each subsequent ad hoc meeting shall be indicated by the chairman at least 21 days before the meeting. The ad hoc meeting shall not expand or change the scope originally determined by the parent group. An ad hoc meeting is allowed to make decisions only within its pre-defined remit, and any such decisions shall be ratified by the parent WG or TSG unless, in the case of a WG, a decision was previously explicitly delegated by the WG to the ad hoc meeting.

An ad hoc meeting may be chaired as described for an ordinary meeting above, or, with the agreement of the WG or TSG concerned, by a Work Item rapporteur, or other appropriate person. Although open to all 3GPP Individual Members, ad hoc meetings may attract only a subset of Individual Member representatives who would normally participate in ordinary meetings.

Ad hoc meetings shall not be considered when calculating voting rights. That is, attendance at (or absence from) an ad hoc meeting shall not influence voting rights, which are determined solely by attendance at "ordinary" meetings.

No voting shall occur at ad hoc meetings.

**A127**

# Annex G:    Change history

| Date | PCG # | PCG Doc. | CR | Rev | Subject/Comment |
|------|-------|----------|-----|-----|-----------------|
| 2002-04-25 | 6 | | | | |
| 2005-03-01 | 13 | | | | Changes agreed at PCG meeting incorporated.  [No formal change control system yet in place] |
| 2006-04-24 | 16 | PCG16_07 | 2 | | ETSI proposal: Article 10<br>Clarify the rights of observers and guests |
| | | | 3 | | ETSI proposal: Article 15<br>To allow leeway in the number of delegates representing each OP at PCG<br>(To reflect the decision already taken by PCG#14 on PCG participation) |
| | | | 9 | | ETSI proposal: Article 34<br>To cater for current TSG structure and to reflect common practice of Tdoc numbering |
| | | | 1 | 1 | Article 3<br>Reflect decision on regional options<br>(To incorporate PCG#7 decision) |
| | | | 4 | 1 | Article 22<br>Clarification and codification of the rights to stand for elected positions in TSGs and WGs |
| | | | 8 | | Article 30 & annex F<br>Inclusion of an annex giving guidance on meeting organization |
| 2006-10-27 | 15 | PCG17_15 r1 | 10 | | Article 35<br>Clarification of voting rights |

**A128**



TSG ORGANIZATION

Project Co-ordination Group (PCG)

**TSG GERAN**
GSM EDGE
Radio Access Network

- GERAN WG1
Radio Aspects
- GERAN WG2
Protocol Aspects
- GERAN WG3
Terminal Testing

**TSG RAN**
Radio Access Networks

- RAN WG1
Radio Layer 1 specification
- RAN WG2
Radio Layer2 spec & Radio Layer3 RR spec
- RAN WG3
Iub spec Iur spec Iu spec & UTRAN O&M requirements
- RAN WG4
Radio Performance & Protocol Aspects
- RAN WG5 (ex T1)
Mobile Terminal Conformance Testing

**TSG SA**
Services & System Aspects

- SA WG1
Services
- SA WG2
Architecture
- SA WG3
Security
- SA WG4
Codec
- SA WG5
Telecom Management

**TSG CT**
Core Network & Terminals

- CT WG1 (ex CN1)
MM/CC/SM (Iu)
- CT WG3 (ex CN3)
Interworking with External Networks
- CT WG4 (ex CN4)
MAP/GTP/BCH/SS
- CT WG5 (ex CN5)
OSA
Open Service Access
- CT WG6 (ex T3)
Smart Card Application Aspects

September 2005

A129

TSG GERAN Homepage



| Project Management | Technical Bodies | Delegates Corner | Project Support | Contact 3GPP | Quick |
| About 3GPP | Specifications | Membership | Meetings | Email Lists | FAQ |

| CN | *CN1* | *CN2* | *CN3* | *CN4* | *CN5* |
| CT | CT1 | CT3 | CT4 | CT5 | CT6 |
| GERAN | GERAN1 | GERAN2 | GERAN3 | *GERAN4* | *GERAN5* |
| RAN | RAN1 | RAN2 | RAN3 | RAN4 | RAN5 |
| SA | SA1 | SA2 | SA3 | SA4 | SA5 |
| *T* | *T1* | *T2* | *T3* |

## TSG GERAN (GSM EDGE Radio Access Network)

**Overview:**

TSG GSM/EDGE Radio Access Network (TSG GERAN) is responsible for the specification of the Radio Access part of GSM/EDGE. More specifically: RF layer, Layer 1, 2 and 3, internal (Abis, Ater) and external (A, Gb) interfaces, Conformance test specifications for all aspects of GERAN base stations and terminals and GERAN specific O&M specifications for the nodes in the GERAN.

| Useful links and information | | | | |
|---|---|---|---|---|
| **About TSG GERAN** | List of elected officials | **Meetings** | Next meeting information & previous meeting reports and documents |
| | Terms of Reference | | Liaisons Statements |
| | Working Groups & Ad Hoc Groups | | Full GERAN meeting calendar |
| **Documents** | Documents area | **General info** | Email exploder lists |
| | Specifications | | TSG GERAN contact |
| | Work items | | |

Last update:
2005-04-25: Election info removed
2005-02-14: Election information added
2005-01-10: link to meetings page changed
2004-09-30

**A130**



Project Management    Technical Bodies    Delegates Corner    Project Support    Contact 3GPP    Quick

About 3GPP    Specifications    Membership    Meetings    Email Lists    FAQ

| CN | CN1 | CN2 | CN3 | CN4 | CN5 |
| CT | CT1 | CT3 | CT4 | CT5 | CT6 |
| GERAN | GERAN1 | GERAN2 | GERAN3 | GERAN4 | GERAN5 |
| RAN | RAN1 | RAN2 | RAN3 | RAN4 | RAN5 |
| SA | SA1 | SA2 | SA3 | SA4 | SA5 |
| T | T1 | T2 | T3 |

## TSG Radio Access Network (TSG RAN)

## Overview:

TSG Radio Access Network (TSG RAN) is responsible for the definition of the functions, requirements and interfaces of the UTRA network in its two modes, FDD & TDD. More precisely: radio performance, physical layer, layer 2 and layer 3 RR specification in UTRAN; specification of the access network interfaces (Iu, Iub and Iur); definition of the O&M requirements in UTRAN and conformance testing for Base Stations.

<table>
<tr><th colspan="6">Useful links and information</th></tr>
<tr><th colspan="6">**New: Elections for officials of TSG RAN**</th></tr>
<tr><td rowspan="3">**About TSG RAN**</td><td>List of elected officials</td><td rowspan="3">**Meetings**</td><td>Next meeting information & previous meeting reports and documents</td></tr>
<tr><td>Terms of Reference</td><td>Liaisons Statements</td></tr>
<tr><td>Working Groups & Ad Hoc Groups</td><td>Full RAN meeting calendar</td></tr>
<tr><td rowspan="3">**Documents**</td><td>Documents area</td><td rowspan="3">**General info**</td><td rowspan="2">Email exploder lists</td></tr>
<tr><td>Specifications</td></tr>
<tr><td>Work items</td><td>Contact RAN @</td></tr>
</table>

Last update:
2007-01-12: Election information added
2005-04-25: Election info removed
2005-03-24: Election information page link added
2005-02-15: voting list updated
2005-01-24: candidatures updated
2005-01-21: voting list added
2005-01-10: link to meetings page changed

# A131



Project Management | Technical Bodies | Delegates Corner | Project Support | Contact 3GPP | Quick

About 3GPP | Specifications | Membership | Meetings | Email Lists | FAQ

## 3GPP Specifications - Official Publications

Spec download | Titles and spec numbers | Current version | Releases | Numbering scheme | Change Requests
Published specifications | Historical information | Work plan | TSG Working methods | Drafting rules | Delegates corner| ASN.1

The 3GPP Technical Specifications and Technical Reports have, in themselves, no legal standing.  They only become "official" when transposed into corresponding publications of the Partner Organizations (or the national / regional standards body acting as publisher for the Partner). At this point, the specifications are referred to as UMTS within ETSI and FOMA within ARIB/TTC.

Some TRs (mainly those with numbers of the form xx.8xx) are not intended for publication, but are retained as internal working documents of 3GPP. Once a Release is frozen (see definition in 3GPP TR 21.900), its specifications are published by the Partners.

- ### ARIB
  The specifications site (in English) is at http://www.arib.or.jp/IMT-2000/V310Sep02/DS_index.html.

- ### CCSA (formerly CWTS)
  A list will be available soon

- ### ETSI
  You can map 3GPP specification numbers to ETSI publication numbers. The ETSI publications can then be directly downloaded.

- ### ATIS (formerly T1)
  The 3GPP specifications are published by ATIS.

- ### TTA
  The TTA published standards include the 3GPP specifications.

- ### TTC
  A list is available in English of TTC published standards.

last updated

2006-03-09: TTA link updated
2004-07-02: T1 becomes ATIS
2003-10-21: editorial
2003-07-28: CWTS becomes CCSA
2002-10-21: link to ARIB publications added.
2002-07-18

**A132**

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on this 2nd day of February, 2007, I caused a true and correct copy of the foregoing **APPENDIX A TO TRUEPOSITION, INC.'S MOTON FOR SUMMARY JUDGMENT ON ANDREW'S COUNTERCLAIMS II-VI AND AFFIRMATIVE DEFENSES III-V PART 1 A1 – A132** to be served upon the following individuals in the manner indicated below:

*Via hand-delivery*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

*/s/ Francis DiGiovanni*
Francis DiGiovanni (# 3189)