ACOM-0001                  - 6 -                    PATENT

cellular system, is also a disadvantage in certain
situations. For example, a lost or stolen cellular telephone
is difficult to recover. Thus, a system that could
automatically locate the telephone would be quite beneficial
5  to users. In addition, if the cellular telephone were in an
automobile and the automobile were stolen, a system that
could locate the telephone would also be able to locate the
automobile, thus providing a valuable service to users.
Moreover, there are situations where the user of a cellular
10 telephone may become lost. An example of such a situation is
where the user is driving in an unknown area at night with
his telephone in the car. Again, it would be a great
advantage for the system to be able to automatically locate
the telephone and, upon request, inform the user of his
15 location. Similarly, a cellular telephone user experiencing
a medical emergency who dials an emergency telephone number
(for example, 911) may not be able to tell the dispatcher his
location. Prior art systems are unable to trace a call from
a cellular telephone. Therefore, a cellular telephone user
20 in such a situation would be in a dire predicament. Once
again, it would be highly advantageous for the system to be
able to ascertain the user's location and provide this
information to emergency medical personnel. There would be
numerous other applications for a system that could
25 automatically locate a cellular telephone.

SUMMARY OF THE INVENTION

The present invention provides a cellular telephone
location system for determining the locations of multiple
mobile cellular telephones each initiating periodic signal
30 transmissions over one of a prescribed set of control
channels. The invention may be embodied in a system that
employs much of the existing infrastructure of a cellular
system. For example, as described below in greater detail, a
cellular telephone location system in accordance with the
35 present invention may employ the cellular system's towers and
cell site enclosures. In this sense, the cellular telephone
location system may be overlaid on the cellular system.

**A45**

TPI0021538

ACOM-0001                    — 7 —                    PATENT

There are numerous advantages provided by
monitoring control channels to track the locations of
cellular telephones.  First, a voice channel is an expensive
and relatively scarce resource.  Cellular systems typically
5  require approximately six to eight seconds to allocate a
voice channel to a specific telephone.  If voice channels
were employed for location tracking, the cellular telephone
would have to be called and commanded to initiate a voice
channel call every time a location sample were to be taken.
10  This would be both expensive and time consuming.  Thus, it
would be extremely inefficient for a location system to
require the telephone to initiate periodic voice channel
transmissions.  Second, each voice channel transmission adds
a call record in an associated billing system.  Therefore, a
15  large burden would be placed on the billing system if the
location system were to require periodic voice channel
transmissions.  In contrast, control channel transmissions
already occur periodically in cellular systems.  Thus, the
present invention is compatible with existing cellular
20  telephone protocols and would not require the cellular system
or the individual cellular telephones to be modified.  Third,
since the frequency of control channel transmissions is
software controllable, a location system in accordance with
the present invention could control the frequency of control
25  channel transmissions and offer different subscribers
different location information update rates.  Fourth, another
advantage afforded by monitoring control channel
transmissions is in connection with energy efficiency.
Control channel transmissions are very short and require
30  little power in comparison to voice channel transmissions.
Accordingly, requiring periodic voice channel transmissions
would cause a significant battery drain in the individual
cellular telephones.  This is avoided by monitoring control
channels.

35        Accordingly, there are significant advantages
afforded by monitoring periodic control channel transmissions
to automatically locate mobile cellular telephones.  However,

**A46**

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021539

monitoring control channels requires detection of such weak,
short duration signals that have travelled large distances
(for example, twenty-five miles).  The present inventors have
developed highly sophisticated signal processing methods and
5   apparatus to detect extremely brief, low power control
channel signals.  Both the concept of monitoring periodic
control channel transmissions, as opposed to voice channel
transmissions, and the particular way in which this function
is carried out represent significant technological
10  advancements.

               An exemplary embodiment of the present invention
comprises at least three cell site systems and a central site
system.  Each cell site system comprises an elevated ground-
based antenna; a baseband convertor for receiving cellular
15  telephone signals transmitted by the cellular telephones and
providing baseband signals derived from the cellular
telephone signals; a timing signal receiver for receiving a
timing signal common to all cell sites; and a sampling
subsystem for sampling the baseband signal and formatting the
20  sampled signal into frames of digital data.  Each frame
includes a prescribed number of data bits and time stamp
bits, wherein the time stamp bits represent the time at which
the cellular telephone signals were received.  The central
site system comprises means for processing the frames of data
25  from the cell site systems to generate a table identifying
individual cellular telephone signals and the differences in
times of arrival of the cellular telephone signals among the
cell site systems; and means for determining, on the basis of
the times of arrival, the locations of the cellular
30  telephones responsible for the cellular telephone signals.

               In one preferred embodiment of the invention, the
central site system comprises a correlator for cross-
correlating the data bits of each frame from one cell site
with the corresponding data bits of each other cell site.  In
35  addition, this preferred embodiment comprises a database for
storing location data identifying the cellular telephones and
their respective locations, and means for providing access to

**A47**

ACOM-0001                    - 9 -                    PATENT

the database to subscribers at remote locations.  The system
also comprises means for providing location data to a
specific cellular telephone user upon request by using, for
example, CPDP without setting up a voice call ("CPDP"
5  represents the Cellular Packet Data Protocol, which involves
sending data over voice channels when the voice channels
would not otherwise be in use).  The latter feature is
especially useful in connection with laptop or handheld
computers having cellular modems and mapping software.

10      Embodiments of the invention may also
advantageously include means for merging the location data
with billing data for the cellular telephones and generating
modified billing data.  In this embodiment, the billing data
indicates the cost for each telephone call made by the
15  cellular telephones within a certain time period, the cost
being based upon one or more predetermined billing rates, and
the modified billing data is based upon a different rate for
calls made from one or more prescribed locations.  For
example, the system may apply a lower billing rate for
20  telephone calls made from a user's home or office or other
geographic locale.

        Embodiments of the invention may also
advantageously include means for transmitting a signal to a
selected cellular telephone to cause the selected telephone
25  to transmit a signal over a control channel.  Such capability
would allow the system to immediately locate that telephone
without waiting for one of its periodic control channel
transmissions.

        In addition, embodiments of the invention may
30  comprise means for automatically sending location information
to a prescribed receiving station in response to receiving a
distress signal from a cellular telephone.  With this
capability, emergency assistance may be provided to a user in
distress.  For example, when a user dials "911" the system
35  would automatically tell an emergency dispatcher the user's
location.

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

A48

TPI0021541

ACOM-0001              - 10 -                    PATENT

Another element of a preferred embodiment is a
means for comparing the current location of a given telephone
with a prescribed range of locations and indicating an alarm
condition when the current location is not within the
5  prescribed range.  Such an element could be used, for
example, to notify a parent when the child, who borrowed the
parent's car and cellular telephone to "go to the mall," has
in fact gone somewhere else.  Of course, many other
applications of such an alarm function are possible.

10      Yet another element of a preferred embodiment is a
means for detecting a lack of signal transmissions by a given
telephone and in response thereto automatically paging the
given telephone to cause it to initiate a signal
transmission.  This would allow the system to locate a
15 telephone that has failed to register itself with the
cellular system.  Such a lack-of-signal-transmission
detection feature could be used, for example, to generate an
alarm for subscribers at remote locations.

In addition, preferred embodiments may also include
20 means for estimating a time of arrival of a given telephone
at a prespecified location.  This would be useful, for
example, in connection with a public transportation system to
provide quasi-continuous estimated times of arrival of busses
along established routes.  Of course, many other applications
25 of this feature are also possible.

Embodiments of the present invention may also
comprise means for continuously tracking a given telephone by
receiving voice signals transmitted by the given telephone
over a voice channel and determining the location of the
30 given telephone on the basis of the voice signals.  This
voice channel tracking could be used as an adjunct to control
channel tracking.  This feature would require the location
system to track the channel assignment of each telephone
whose location is to be determined.  The tracking of channel
35 assignments by the location system could employ the dynamic
channel assignment protocol employed by the cellular system.

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

ACON-0001                    - 11 -                    PATENT

The present invention also provides methods for
determining the location of one or more mobile cellular
telephones.  Such methods comprise the steps of: (a)
receiving the signals at at least three geographically-
5  separated cell sites; (b) processing the signals at each cell
site to produce frames of data, each frame comprising a
prescribed number of data bits and time stamp bits, the time
stamp bits representing the time at which the frames were
produced at each cell site; (c) processing the frames of data
10  to identify individual cellular telephone signals and the
differences in times of arrival of the cellular telephone
signals among the cell sites; and (d) determining, on the
basis of the times of arrival, the locations of the cellular
telephones responsible for the cellular telephone signals.

15  One preferred embodiment of the inventive method
comprises estimating the location of a cellular telephone by
performing the following steps: (1) creating a grid of
theoretical points covering a prescribed geographic area, the
theoretical points being spaced at prescribed increments of
20  latitude and longitude; (2) calculating theoretical values of
time delay for a plurality of pairs of cell sites; (3)
calculating a least squares difference (LSD) value based on
the theoretical time delays and measured time delays for a

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

ACOM-0001                    - 12 -                    PATENT

plurality of pairs of cell sites; (4) searching the entire
grid of theoretical points and determining the best
theoretical latitude and longitude for which the value of LSD
is minimized; and (5) starting at the best theoretical
5  latitude and longitude, performing another linearized-
weighted-least-squares iteration to resolve the actual
latitude and longitude to within a prescribed number of
degrees or fraction of a degree.  Preferably, the calculating
step (2) comprises accounting for any known site biases
10  caused by mechanical, electrical, or environmental factors,
the site biases determined by periodically calculating the
positions of reference cellular transmitters at known
locations.

In addition, the least squares difference is
15  preferably given by:

$$LSD = [Q_{12}(Delay\_T_{12}-Delay\_O_{12})^2 + Q_{13}(Delay\_T_{13}-Delay\_O_{13})^2 + ... Q_{xy}(Delay\_T_{xy}-Delay\_O_{xy})^2]$$

where, $Delay\_T_{xy}$ represents the theoretical delay between
cell sites x and y, x and y being indices representative of
20  cell sites; $Delay\_O_{xy}$ represents the observed delay between
cell sites x and y; $Q_{xy}$ represents a quality factor for the
delay measurement between cell sites x and y, the quality
factor being an estimated measure of the degree to which
multipath or other anomalies may have affected a particular
25  delay measurement.

Further, the inventive method may advantageously
include detecting a first leading edge of a cellular
telephone signal and rejecting subsequent leading edges of
the cellular telephone signal.  This allows the system to
30  reduce the effects of multipath.

In addition, preferred embodiments include
estimating the velocity (speed and direction) of a cellular
telephone by performing steps similar to those performed for
location estimation, including: (1) creating a grid of
35  theoretical points covering a prescribed range of velocities,
the theoretical points being spaced at prescribed increments;
(2) calculating theoretical values of frequency difference

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

ACOM-0001                    - 13 -                    PATENT

for a plurality of pairs of cell sites; (3) calculating a least squares difference (LSD) value based on the theoretical frequency differences and measured frequency differences for a plurality of pairs of cell sites; (4) searching the entire

5   grid of theoretical points and determining the best theoretical velocity for which the value of LSD is minimized; and (5) starting at the best theoretical velocity, performing another linearized-weighted-least-squares iteration to resolve the actual velocity to within a prescribed tolerance.

10          Other features of the present invention are described below.

BRIEF DESCRIPTION OF THE DRAWINGS

        Figure 1A is a depiction of an exemplary frequency reuse pattern employed in a cellular telephone system.

15          Figure 1B is a schematic depiction of an exemplary channel assignment pattern where cell sectoring is employed.

        Figure 1C is a schematic depiction of the basic components of a cellular telephone system.

        Figure 2 is a schematic diagram of a cellular

20   telephone location system in accordance with the present invention.

        Figure 3 is a block diagram of one preferred embodiment of a cell site system 12.

        Figure 4 is a block diagram of one preferred

25   embodiment of a baseband converter 12-3.

        Figure 5 is a schematic diagram of the data format provided by a format block 12-5.

        Figure 6 is a block diagram of one preferred embodiment of a central site system 16.

30          Figure 6A is block diagram of a correlator for use in the central site system 16.

        Figure 7 is a simplified flowchart of a preferred operating sequence of the central site system.

        Figure 7A is a block diagram depicting exemplary

35   embodiments of cell site systems employed in a location system which performs cross-correlations at the cell sites.

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

ACOM-0001                    - 14 -                       PATENT

Figures 8A-8E are a flowchart of the operation of
the cell site system 16 in obtaining correlation data, time
delay and frequency difference (TDOA, FDOA) data, and
calculating the location of a cellular telephone on the basis
5   of such data.

Figure 9 is a schematic diagram of a process for
generating a modified billing tape in accordance with the
present invention.

**DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS**

10  **Overview**

Preferred embodiments of the present invention
comprise a network of receivers located at multiple cell
sites in a cellular system.  These receivers listen to the
mobile control channel commands/responses normally occurring
15  in the cellular system and estimate the physical location of
each cellular telephone operating within the system.  Based
upon the known identity of each telephone, obtained from
listening to the control channel, and the estimated physical
location of the telephone, the system provides a continuous,
20  real time data stream to a database.  The database may be
collocated with the cellular switch or may be in some other
convenient location.  The data stream provided to the
database comprises a set of numbers, the first number being
the telephone number of the telephone, the second number
25  being the estimated latitude, longitude, and altitude of the
transmitter, and the third number being the time stamp of the
measurement.  The database software that processes the data
stream may be maintained by the operator of the location
system rather than the operator of the cellular telephone
30  system, if the two are not the same.

The location system operates by using the
frequencies assigned to the control channels of the cellular
system.  Cellular telephones use these control channels to
maintain regular contact with the cellular system, with the
35  time between each contact being typically no more than thirty
minutes and generally about ten minutes.  Each control
channel comprises a 10 kbps Manchester encoded data stream.

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021546

A53

ACOM-0001                    - 15 -                    PATENT

There is only one control channel used per cellular sector or
omni cell site. The location system is capable of
functioning by listening only to the control channel
broadcasts of the cellular telephones; it does not depend on
5   control channel broadcasts from the cell sites. The location
system preferably comprises equipment that is located atop
cellular towers (although the equipment may be located on
other tall structures), in the equipment enclosure at cells
sites, and at the central switch site(s).

10          Referring now to Figure 2, a cellular telephone
location system in accordance with the present invention
comprises at least three, and preferably more, cell site
systems 12a, 12b, 12c, 12d. (It should be noted that this
figure, as well as the other figures, is simplified in that
15  some elements and interconnections have been omitted.
However, the instant specification and attached drawings are
sufficient to enable one skilled in the art to make and use
the invention disclosed herein.) Each cell site system may
be located at a cell site of the cellular telephone system;
20  however, this is not required since additional antenna and
receiving equipment could be deployed at locations not well
covered by cell sites. Figure 2 also shows a user with a
cellular telephone 10a. As described below, each cell site
system includes an antenna that may be mounted on the same
25  tower or building as the antenna employed by the cellular
telephone system. In addition, each cell site system
includes equipment (described below) that may be housed in
the equipment enclosure of the corresponding cell site. In
this manner, the cellular telephone location system may be
30  overlaid on the cellular telephone system and thus may be
implemented inexpensively. The cell site systems 12a, 12b,
12c, 12d are coupled via communication links 14a, 14b, 14c,
14d (for example, T1 communication links) to a central site
16. The central site 16 may be collocated with the cellular
35  telephone system's MTSO. The central site 16 may include a
disk storage device 18.

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

ACOM-0001                    - 16 -                    PATENT

The central site 16 is further coupled to a
database 20, which may be remotely located from the central
site and made available to subscribers.  For example, Figure
2 depicts a first terminal 22 coupled via a modem (not shown)
5  and telephone line to the database 20; a second terminal 24
in radio communication with the database 20; and a third,
handheld terminal 26, which is carried by a user who also has
a cellular telephone 10b, in radio communication with the
database.  The user with the cellular telephone 10b and
10  handheld terminal 26 may determine his own location by
accessing the database.  The handheld terminal 26 may include
special mapping software for displaying the user's location,
for example, on a map, on the terminal 26.  Moreover, the
cellular telephone and handheld terminal could be combined
15  into one unit.

**Cell Site Systems**

Figure 3 is a block diagram of one presently
preferred embodiment of a cell site system 12.  Before
discussing the exemplary cell site system depicted in this
20  figure, it should be noted that there are two alternative
preferred embodiments for the equipment at each cell site,
with the particular embodiment for a particular cellular
system dependent upon desired cost.

The first embodiment is the most preferred
25  embodiment, and comprises (1) an antenna suited for receiving
signals in the cellular frequency band; (2) a low delay
bandpass filter with a bandwidth of 630 KHz located within
ten to fifteen feet of the cellular antenna for removing
adjacent channel interference; (3) an amplifier of sufficient
30  gain to compensate for cable loss in the distance from the
amplifier to the next filter, which is typically the height
of the antenna tower plus any horizontal distance over which
the cable is routed; (4) a set of twenty-one individual low
delay bandpass filters, each with a bandwidth of 30 KHz
35  centered about one of the twenty-one control channels; and
(5) a set of twenty-one automatic gain control circuits with
a dynamic range of 70 dB (note that not all of these

**A55**

TPI0021548

ACOM-0001                    - 17 -                    PATENT

components are depicted in Figure 3).  This embodiment is
preferred because of its superior interference discrimination
and rejection.

The second embodiment comprises (1) an antenna
5   suited for receiving signals in the cellular frequency band;
(2) a low delay bandpass filter of bandwidth 630 KHz located
within ten to fifteen feet of the cellular antenna for
removing adjacent channel interference; (3) an amplifier of
sufficient gain to compensate for cable loss in the distance
10  from the amplifier to the next filter, which is typically the
height of the antenna tower plus any horizontal distances
over which the cable is routed; (4) a second low delay
bandpass filter of bandwidth 630 KHz; and (5) an automatic
gain control circuit with a dynamic range of 70 dB.

15      Referring now to Figure 3, one exemplary embodiment
of a cell site system 12 includes a first antenna 12-1 that
is mounted at an elevated location, preferably on the same
structure employed by the cellular telephone system to mount
a cell site antenna.  The first antenna 12-1 may be
20  independent of the cellular system or may be the antenna
employed by the cellular system; i.e., the location system
may take a fraction of the signal from the cellular system's
antenna.  A filter/AGC element 12-12 could advantageously be
located near the antenna 12-1.  This would reduce cable
25  losses caused by conducting the RF signal over coaxial cable
from the antenna to the cell site receiving equipment.  The
cell site system 12 further includes an amplifier 12-2 (as
discussed above, the amplifier 12-2 may advantageously
include sets of filtering and AGC circuits, one for each
30  control channel); a baseband converter 12-3; a sample block
12-4, which includes an upper sideband sampler and a lower
sideband sampler; a format block 12-5 (which may be
implemented in software); a second antenna 12-6, used to
receive timing data, for example, from a global positioning
35  system (GPS); an amplifier 12-7; a timing signal (for
example, GPS) receiver 12-8; an automatic gain control
(AGC)/control block 12-9; a 5 MHz oscillator 12-10; and a

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021549

A56

ACOM-0001                    – 18 –                        PATENT

computer 12-11.  The cell site system 12 is coupled to the
central site 16 (Figure 2) via a communications line 14.

        The cell site system 12 receives one or more
cellular telephone signals transmitted over a control channel
5  from one or more cellular telephones, converts these signals
to baseband signals, samples the baseband signals (wherein
the sampling frequency is determined by a clock signal
provided by AGC/control block 12-9), and formats the sampled
signals into frames of data of a prescribed format.  The
10  format of the data frames is described below with reference
to Figure 5.  The data frames are processed at the central
site as described below.

        The 5 MHz oscillator 12-10 provides a common
reference frequency for all cell site equipment.  Its
15  frequency is controlled by the controller 12-9 based on
measurements made by the controller of the time interval
between reception of the one second mark signal from the
timing signal receiver 12-8 and an internally generated one
second mark signal.

20        The computer 12-11 performs three distinct
functions concurrently:

            (1) It reads the output of square law
detectors 54 and 60 inside the baseband convertor 12-3 (see
Fig. 4 and discussion below) and then calculates the proper
25  control signals to be sent to filter boards 48 and 50 (Fig.
4) to adjust the gain and attenuation on these boards with
the goal of maintaining their output power at a constant
level.

            (2)  It receives a signal at each occurrence
30  of a one second mark signal from timing signal receiver 12-8.
At this time, it reads from controller 12-9 the difference in
times of arrival of the one second mark signal from the
timing signal receiver 12-8 and a corresponding one second
mark signal internal to controller 12-9.  The one second mark
35  signal internal to the controller 12-9 is generated from the
5 MHz oscillator 12-10.  The computer then calculates a
signal to be sent back to the 5 MHz oscillator to alter its

**A57**

ACOM-0001              - 19 -                    PATENT

frequency of oscillation with the goal of causing the timing
receiver's one second mark signal and the internally
generated one second mark signal to occur simultaneously.
          (3)   It calculates the information to be
5  encoded in the status bits (see Fig. 5) and sends that
information to the controller 12-9.
          Referring to Figure 4, one preferred embodiment of
the baseband convertor 12-3 includes an RF input connector 30
to which the elevated ground-based antenna 12-1 (Fig. 3) is
10  connected (via amplifier 12-2 and filter/AGC 12-12), followed
by an attenuator 32 and bandpass filter 34, which sets the
level and restricts the frequency response of the baseband
convertor.  The filter 34 is followed by a single sideband
mixer 36 that mixes the RF frequency down to a first IF
15  frequency by action of a local oscillator signal from buffer
amplifier 38.  The IF frequency in the preferred embodiment
is in the vicinity of 10 MHz.  The output of the buffer
amplifier 38, in addition to being directed to mixer 36, is
also directed to the divider 42, where it is compared with a
20  5 MHz reference frequency from the controller 12-9 (Fig. 3).
The output of divider 42 is used to control the frequency of
an oscillator 40 so that the collective action of oscillator
40, divider 42, and buffer amplifier 38 provides a local
oscillator signal that is phase locked to the 5 MHz reference
25  frequency from the controller 12-9.  The signal at the first
IF frequency is then directed to single sideband mixer 44,
where it is mixed down to a baseband frequency by the action
of a computer controlled synthesizer 46.  Synthesizer 46 is
also phase locked to the 5 MHz signal from the controller.
30  The upper sideband (USB) output of mixer 44 is then directed
to filter/automatic gain control (AGC) amplifier 48, where it
is filtered and its power is continually adjusted to a
nominal value.  The lower sideband (LSB) output of mixer 44
is similarly acted upon by filter/AGC amplifier 50.  The
35  output of the filter/AGC amplifier 48 includes a 375 KHz
signal at 0 dBm directed to the upper sideband sampler (which
is part of sample block 12-4) on wire 52, a separate output

**A58**

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

at -22 dBm directed to a square law detector 54, and a
separate output directed to a front panel monitor (not
shown). The output of the filter/AGC amplifier 50 includes a
375 KHz signal at 0 dBm directed to the lower sideband
sampler on wire 64, a separate output at -22 dBm directed to
a square law detector 60, and a separate output directed to
the front panel monitor. The baseband converter 12-3 also
includes a power distribution board 57 that provides power to
the filter/AGC circuits 48, 50.

10          Figure 5 depicts a presently preferred format of
the data provided by the format block 12-5 to the central
site 16 (Figure 2) via the communications line 14. As shown,
the format block 12-5 provides approximately 1.536 Mbps of
data to the communications line. Each frame includes 64 sync
15    bits, 48 status bits, 60 kb of sample data (1.5 Mbs divided
by 25 frames per second), and approximately 3.6 kb of
"filler" data. The 1.5 Mb of sample data represent the upper
sideband and lower side signal samples. The status bits
include a time stamp representing the exact time the frame of
20    data was created (which is essentially the same as the time
the RF signal was received at the cell site in question).

Central Site System

          Figure 6 is a block diagram of the central site
system 16. In one preferred embodiment, the central site
25    system includes sixteen data inputs each connected to a T1
channel from one of the cell sites. Each data input is
connected to interface/deformatting circuitry 16-1 (for
example, a T1 CSU) which receives the bipolar T1 signal and
outputs data bits and a clock signal. The data bits from
30    each channel are clocked into a FIFO 16-2 by the clock signal
from that channel. A computer 16-8 selects two of the
channel FIFOs through a "select 2 of N" switch 16-3. A
sample read clock 16-4 is controlled by the computer 16-8 and
a RAM control 16-5 to read sample bits from the previously
35    selected FIFOs. The output of one selected channel FIFO is
called "DATA A," and the output of the other selected channel
FIFO is called "DATA B." For the DATA B samples, a

A59

ACOM-0001                  - 21 -                    PATENT

quadrature channel is calculated by means of an approximate
Hilbert transform in the quadrature channel generator 16-6,
resulting in in-phase output B1 and quadrature phase output
B2.  A complex correlator 16-7 is then used to calculate the
5   correlation coefficient of the DATA A and DATA B1 signals,
and the DATA A and DATA B2 signals, as a function of the time
delay introduced between the DATA A, DATA B1 and DATA A, DATA
B2, respectively.  The complex correlator may be implemented
in hardware or software, or a combination of hardware and
10  software, although hardware is presently preferred because it
provides greater processing speed.  (One exemplary embodiment
of the complex correlator is described below with reference
to Figure 6A.)  The computer 16-8 is used to read the
resulting correlations periodically.  The correlation
15  process, comprising switching the select 2 of N switch,
reading the FIFOs, generating quadrature samples, and
correlation, is fast enough that a single complex correlator
16-7 can be used to sequentially process all pairs among the
sixteen data input channels.

20          Because cellular signals are generally weak (e.g.,
as weak as 6 mW at the cellular telephone), a reliable and
accurate method is required to detect the signal at as many
cell sites as possible, and then to accurately time the same
edge of the received signal at each cell site.  This ability
25  to accurately time the arrival of the signal is critical to
calculating the delays between pairs of cell sites, and
therefore to calculate position.

            Referring now to Figure 6A, the predetection cross-
correlation method employed in preferred embodiments of the
30  present invention involves inputting a sampled strong
cellular signal from a first cell site to an input 72 and
inputting a delayed sampled cellular signal from any of
second, third, fourth, etc., cell sites to an input 70.  The
correlator may be embodied in either hardware or software, as
35  economics dictate for a particular system.  The correlator
preferably includes sixteen channels of shift registers 74,
two-bit multipliers 76, and counters 78.  Multiple

A60

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021553

ACOM-0001                    - 22 -                    PATENT

correlators may be used in series, with each correlator
passing bits through its shift register to the next
correlator, creating multiple delay channels.

5    The sampled cellular signal from a second cell site
is input to the chained shift registers 74.  The outputs from
the registers are then applied simultaneously to all two-bit
multipliers.  For each delay channel, the signal input at 70
delayed by a prescribed number of sample periods is applied
to each multiplier along with the sampled cellular signal
10   input at 72.  The outputs of the multipliers 76 are input to
summation circuitry, comprising twenty-four-bit counters 78.
The output of each counter is proportional to the strength of
the cross-correlation for a particular relative delay.

By using a plurality of delays, or correlation
15   channels, a large range of relative delays can be measured
simultaneously.  The number of "lags" required is based upon
the geographic area to be searched, in terms of position
determination, the speed of light, and the bandwidth of the
received signal being applied to the correlator.  For
20   example, in the embodiment described above, the control
channels are grouped into an upper and lower sideband, each
with a bandwidth of 375 KHz.  This signal must be sampled at
the minimum Nyquist rate or greater, for example, 750 Kbps.
If an area of 100 kilometers is to be searched, the number of
25   lags required is

$$\frac{2 \times 100 \; kilometers}{3 \times 10^5 \; kilometers/sec} \; x \; 750,000 \; s^{-1} \; = \; 500 \; lags$$

As discussed above, another embodiment employs
individual receivers for each cellular control channel.  If
this signal were sampled at 71.428 KHz, the number of lags
required would be:

$$\frac{2 \times 100 \; kilometers}{3 \times 10^5 \; kilometers/sec} \; x \; 71,428 \; s^{-1} \; = \; 48 \; lags$$

A61

TPI0021554

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

ACOM-0001                    - 23 -                    PATENT

Location System Operation
1.        Overview
          Figure 7 is a simplified flowchart of the
processing performed by the central site system 16.  (A
5  detailed flowchart of the signal processing is provided by
Figures 8A-8E.)  First, this system receives a frame of data
from each of the cell sites.  Next, each frame from a given
cell site (or the sampled signal portion of each frame) is
cross-correlated with each corresponding frame (or the sample
10 portion of each other frame) from the other cell sites.  (The
term "corresponding" refers to frames being associated with
the same interval of time).  Next, the system generates a
table of data identifying the individual signals received by
the cellular telephone location system during the interval of
15 time represented by the frames of data currently being
processed, the individual signals being represented by the
letters "A", "B", "C" in Figure 7.  The table further
identifies the times of arrival of the signals at each cell
site.  These times of arrival are represented by the
20 subscripts "T1", "T2", "T3".  The system therefore identifies
the signals received from one or more cellular telephones
during a certain interval of time, and further identifies the
time that such signals arrived at the respective cell sites.
This information is then used to calculate time difference of
25 arrival (TDOA) and frequency difference of arrival (FDOA)
data, the latter being employed to estimate velocity.  This
data is then filtered to remove points the system judges to
be erroneous.  Next, the filtered TDOA data is employed to
calculate the location (for example, in terms of latitude and
30 longitude) of the individual cellular telephone responsible
for each signal A, B, C.  Next, the system decodes the
telephone number corresponding to each cellular telephone
whose location has been determined.  The decoding of the
telephone number may be accomplished with software in
35 computer 16-8 or in hardware (not shown) located at the cell
sites.  The system employs the strongest sample (highest
power) of each signal to determine its telephone number.

A62

TPI0021555

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

ACOM-0001                    - 24 -                    PATENT

Thereafter, the location and telephone number data for each
telephone is written to the database 20 or stored locally via
the local disk storage device 18 (Figure 2). Finally, the
data may be provided to a user, dispatcher, or billing
5  system. The fields (data) sent to the user, dispatcher, or
billing system would preferably include the data bits
representing the dialed digits, the status bits, and the
message type from the standard cellular control channel
message. The data bits could be used by the user or a
10 dispatcher to send coded messages to a display terminal.
Thus, in addition to the location services, the location
system could provide a limited form of messaging at no
incremental cost.

          It should be noted that the expression "time
15 difference of arrival," or TDOA, may refer to the time of
arrival of a cellular telephone signal at one cell site (for
example, cell site A) as determined by a clock reading at
that cell site minus the time of arrival of the same cellular
telephone signal at a second cell site (cell site B) as
20 determined by a clock reading at the second cell site. This
analysis would be carried out for all pairs of cell sites A,
B. However, the individual times of arrival need not be
measured; only the *difference* between the signals' times of
arrival at the cell sites of a given pair is required. In
25 addition, frequency difference of arrival, or FDOA, refers to
the frequency of the cellular signal at a first cell site
(cell site A), measured by comparison (effectively) with the
cell site's 5 MHz oscillator signal, minus the same quantity
for another site (cell site B). The TDOA data may be used to
30 estimate the latitude and longitude of the cellular telephone
by calculating that latitude and longitude for which the sum
of the squares of the difference between the observed TDOA
and the TDOA calculated on the basis of the cell site
geometry and the assumed cellular telephone location is an
35 absolute minimum, where the search of trial latitudes and
longitudes extends over the entire service area of the
system. The FDOA data may be used to measure the velocity

A63

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021556

ACOM-0001                    - 25 -                    PATENT

(speed and direction of motion) of the cellular telephone.
The velocity estimation may be carried out in manner similar
to the location estimation.

    2.    Control Channel Signal Detection

5        The inventive method for detecting extremely weak
control channel signals has two preferred embodiments, the
selection of which is dependent on the desired capital and
operating costs for implementing any particular system.  Both
methods compensate for the variability of a particular

10   cellular signal.  That is, a transmission on the control
channel is comprised of multiple fields, such as the cellular
telephone number, the electronic serial number, any dialed
digits, the message type, and status and other bits, which
make a cellular signal variable.  Therefore, the signal

15   cannot be compared against any stored signal because each
transmission is potentially unique.

         In method one, the cell site systems are of higher
capital cost, but the communication links are of lower speed,
for example, 56 Kbps, and therefore lower operational cost.

20   Figure 7A schematically depicts this method by illustrating
the functional components of the cell site systems.  In this
method, cross-correlations are performed at the cell sites in
the following manner.  For each "strong" signal (e.g., signal
"A") received on a particular control channel at a particular

25   first cell site (where "strong" is at least several dB above
the noise level), that strong signal is first applied to a
signal decoder, such as that used by the cellular system
itself.  This decoder demodulates the cellular signal to
produce the original digital bit stream which had been

30   modulated to produce the cellular signal.  If the decoder
cannot demodulate the digital stream within allowable error
thresholds, this strong signal is rejected as a starting
point for the remaining part of this process.  This digital
bit stream is then modulated by the cell site system to

35   reconstruct the original signal waveform as it was first
transmitted by the cellular telephone.  This reconstructed
signal waveform is cross-correlated against the received

A64

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021557

ACOM-0001                    - 26 -                    PATENT

signal at the first cell site. The cross-correlation
produces a peak from which an exact time of arrival can be
calculated from a predetermined point on the peak.

The first cell site system then sends the
demodulated digital bit stream and the exact time of arrival
to the central site over the communications line. The
central site then distributes the demodulated digital bit
stream and the exact time of arrival to other cell sites
likely to have also received the cellular transmission. At
each of these other second, third, fourth, etc., cell sites,
the digital bit stream is modulated by the cell site system
to reconstruct the original signal waveform as it was first
transmitted by the cellular telephone. This reconstructed
signal waveform is cross-correlated against the signal
received at each cell site during the same time interval. In
this case, the same time interval refers to a period spanning
several hundred to several thousand microseconds of time in
either direction from the time of arrival of the strong
signal at the first cell site. The cross-correlation may or
may not produce a peak; if a peak is produced, an exact time
of arrival can be calculated from a predetermined point on
the peak. This exact time of arrival is then sent via the
communications line to the central site, from which a delay
difference for a particular pair of cell sites can be
calculated. This method permits the cell site systems to
extract time of arrival information from an extremely weak
signal reception, where the weak signal may be above or below
the noise level. In addition, cross-correlating at cell
sites enables the cell site systems to detect a first leading
edge of a cellular telephone signal and to reject subsequent
leading edges caused by multipath. The value of this
technique for reducing the effects of multipath will be
appreciated by those skilled in the art. This method is
applied iteratively to sufficient pairs of cell sites for
each strong signal received at each cell site for each sample
period. For any given telephone transmission, this method is
only applied once. The results of the delay pairs for each

2 7

**A65**

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021558

ACOM-0001                 - 27 -                    PATENT

signal are then directed to the location calculation
algorithm.

        In method two, the cell site systems are of
relatively low cost, as they are primarily responsible for
5   sampling each of the control channels and sending the sampled
information back to the central site.  However, because no
correlation is performed at the cell site, all sampled data
must be sent back to the central site.  This requires a high
speed communications line, for example, a T1 line.  The
10  central site receives data from all cell sites over identical
communications lines, where the data has been sampled and
time stamped using the same time reference (derived from
timing receiver).  This method is applied iteratively to
sufficient pairs of cell sites for each strong signal
15  received at each cell site for each sample period.  This
method is only applied once for any given telephone
transmission.  The results of the delay pairs for each signal
are then directed to the location calculation algorithm
described below.

20  3.        Location Calculation

        A preferred algorithm used for calculating the
location of a cellular telephone is an iterative process.
The first step of the process involves creating a grid of
theoretical points covering the geographic area of the
25  cellular telephone system.  These points may be, for example,
at ½ minute increments or some other increment of latitude
and longitude.  From each of these theoretical points, the
theoretical values of delay are calculated for each relevant
pair of cell sites.  In calculating the theoretical values of
30  delay, any known site biases are incorporated into the
calculation.  Known site biases can be caused by any number
of mechanical, electrical, or environment factors and may
vary from time to time.  The site biases are determined by
periodically locating the positions of reference cellular
35  transmitters.  Since the reference transmitters are, by
definition, at known locations, any variance in the
calculated position of the transmitter from the known

A66

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021559

ACOM-0001                    - 28 -                    PATENT

position is assumed to have been caused by permanent or
temporary site biases.  These site biases are assumed to also
affect the measurements of the unknown positions of cellular
telephones.

5            Once the theoretical delays are calculated from
each theoretical point on the grid, a least squares
difference calculation is performed between the theoretical
delays and the actual observed delays for each pair of cell
sites for which delays could be determined by correlation.

10   The least squares calculation takes into consideration a
quality factor for each actual delay measurement.  The
quality factor is an estimated measure of the degree to which
multipath or other anomalies may have affected that
particular delay measurement.  (This quality factor is

15   described below.)  Therefore, the least squares difference
equation takes the form:

$$LSD = [Q_{12}(Delay\_T_{12} - Delay\_O_{12})^2 + Q_{13}(Delay\_T_{13} - Delay\_O_{13})^2 + \ldots Q_{xy}(Delay\_T_{xy} - Delay\_O_{xy})^2]$$

where, $Delay\_T_{xy}$ is the theoretical delay between cell sites

20   x and y; $Delay\_O_{xy}$ is the observed delay between cell sites x
and y; $Q_{xy}$ is the quality factor for the delay measurement
between cell sites x and y; and LSD is the least squares
difference value that is absolutely minimized over the
cellular system's geographic area.

25            The algorithm searches the entire grid of
theoretical points and determines the best theoretical point
for which the value of LSD is minimized.  Starting at this
best theoretical latitude-longitude, the algorithm then
performs another linearized-weighted-least-squares iteration

30   similar to the above-described process to resolve the actual
latitude-longitude to within 0.0001 degrees, or any other
chosen resolution.  By performing the calculation of
latitude-longitude in two steps, the amount of processing
required may be greatly reduced over other approaches.

35            Those familiar with the art will note that this
iterative method of determining position automatically
incorporates geometric dilution of precision (GDOP)

**A67**

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021560

ACOM-0001                - 29 -                PATENT

considerations into the calculation of the position of the
cellular telephone. That is, no separate GDOP table is
required since both iterations in the calculation of the grid
of theoretical delay values also calculate error values.

5       Cellular telephone signals are subject to multipath
and other impairments in travelling from the cellular
telephone to the various cell sites. Therefore, the methods
described herein incorporate compensation for multipath. As
described above, the symbol rate of the digital bit stream of
10  the cellular control channel is 10 Kbps, which has a bit time
of 100 microseconds. Published multipath studies have shown
typical multipath delays of 5 to 25 microseconds in urban and
suburban settings. The present inventors have discovered
that the typical effect of multipath in this case would be to
15  lengthen the bit times of the digital data streams and that
the correlation algorithms described above can determine the
degree to which a particular transmission has been impaired.
As mentioned above, when a cross-correlation is performed, a
quality factor $Q_{xy}$ may be calculated based upon the size of
20  the peak generated by the cross-correlation and the width of
the peak, where $Q_{xy}$ is the quality factor for a particular
delay value measurement for a particular pair of cell sites.
This quality factor is useful to weight the least squares
calculation used in position determination and thereby
25  mitigate the effects of multipath.

        Figures 8A-8E are, collectively, a flowchart of the
signal processing employed by the location system to (1)
obtain correlation data, (2) obtain time delay and frequency
difference data, and (3) calculate location data. Referring
30  now to Figure 8A, which depicts the processing employed to
obtain correlation data, the processing begins by making a
determination whether the received power is above a
prescribed threshold at any cell site. If so, the complex
correlator inputs are set to process that cell site's data as
35  an autocorrelation, i.e., with both inputs set to receive the
data from the same cell site. The system then waits until
the correlator is finished computing the autocorrelation

A68

TPI0021561

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

ACOM-0001                    - 30 -                         PATENT

data. Thereafter, the autocorrelation data is Fourier
transformed to obtain power spectrum data. Next, the system
determines which signal channels have transmissions and saves
the results. Next, a time index is cleared, and then the
5   system sets the correlator input "B" to receive data from
another cell site, leaving the "A" input unchanged. The
system then waits until the correlator is finished, and then
saves the correlation results. Thereafter, the system makes
a determination whether there is a "B" cell site that has not
10  been processed yet. If so, the processing branches back as
shown to process the data from that cell site. If not, the
system determines whether power is still being received; if
not, this part of the processing is finished; if so, the time
index is incremented and the "B" channel cell site signals
15  are processed again, as shown.

The processing performed to obtain time delay and
frequency difference data is depicted in Figure 8B. The
system first sets a first index to a site index for the site
at which power was detected. Thereafter, a second index is
20  set to another site. The time index is then set to a first
time. The correlation data is then stored in a row of a two-
dimensional array, where the row number corresponds to the
time index. Next, the system determines whether another time
sample is to be processed; if so, the time index is
25  incremented and the system branches back as shown. If not,
the data in the two-dimensional array is Fourier transformed.
The transformed data is then searched for the highest
amplitude. An interpolation is then performed to estimate
the peak of the transformed data. The time delay and
30  frequency difference results are then saved. The system then
determines whether the second index is to be incremented and,
if so, branches back as shown.

Figures 8C-8E depict the location estimation
process. Referring to Figure 8C, the system first retrieves
35  the observed delays and frequencies. The corresponding
telephone information is then retrieved. Thereafter, the
latitude and longitude are set to starting latitude,

TPI0021562

ACOM-0001                    - 31 -                    PATENT

longitude values.  Given the starting values, the system then
calculates theoretical values of delays, taking account of
site biases, if any.  The system then obtains the sum of
squares of the observed delays minus the computed delays.

5   This is denoted "X".  The system then determines whether this
is the smallest "X" obtained thus far.  If not, the system
branches forward as shown to increment the starting longitude
value.  If this is the smallest "X", the latitude is saved in
"BEST_LAT" and the longitude is saved in "BEST_LON".  The

10  system then determines whether another longitude and latitude
should be tested.  If not, the system performs a linearized-
weighted-least-squares iteration step, starting at BEST_LAT
and BEST_LON, to determine correction values "LAT_CORRECTION"
and "LON_CORRECTION".

15          Referring now to Figure 8D, the location
determination process is continued by determining whether the
magnitude of LAT_CORRECTION is less than 0.0001 degrees.
Similarly, the system determines whether LON_CORRECTION is
less than 0.0001 degree.  If either of these tests yields a

20  negative result, the value of LAT_CORRECTION is added to
BEST_LAT and the value of LON_CORRECTION is added to
BEST_LON, and the processing branches back to perform another
linearized-weighted-least-squares iteration step (Figure 8C).
Once the magnitudes of LAT_CORRECTION and LON_CORRECTION are

25  less than 0.0001, the system proceeds with the velocity
calculation by setting a speed variable to zero and a
direction variable to zero (i.e., North).  Given these
starting values of speed and direction, the system calculates
theoretical values of frequencies, taking account of any site

30  bias.  The system then computes the sum of the squares of
observed frequencies minus computed frequencies.  This sum is
denoted "Y".  The system then determines whether this value
of "Y" is the smallest obtained thus far.  If so, the speed
is saved in "BEST_SPEED" and the direction is saved in

35  "BEST_DIRECTION".  The system then determines whether another
direction should be tested.  If so, the direction is
incremented and the processing branches back as shown.

A70

TPI0021563

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

ACOM-0001                    - 32 -                    PATENT

similarly, the system determines whether another speed should
be tried and, if so, increments the speed and branches back
as shown.  If the system decides not to try another direction
or speed, it performs a linearized-weighted-least-squares

5 calculation, starting at BEST_SPEED and BEST_DIRECTION, to
determine correction values "SPEED_CORRECTION" and
"DIRECTION_CORRECTION".  Thereafter, the system determines
whether the magnitude of SPEED_CORRECTION is less than a
specified value, e.g., one mile per hour.  If so, the system

10 determines whether the magnitude of DIRECTION_CORRECTION is
less than 1°.  If either of these tests results in an
affirmative answer, the system adds SPEED_CORRECTION to
BEST_SPEED and adds DIRECTION_CORRECTION to BEST_DIRECTION,
and the processing branches back as shown to perform another

15 linearized-weighted-least-squares calculation.  If
SPEED_CORRECTION is less than 1 mile per hour and
DIRECTION_CORRECTION is less than 1°, the system outputs the
telephone information, BEST_LAT, BEST_LON, BEST_SPEED, and
BEST_DIRECTION.

20 Applications
        There are a variety of commercially valuable
applications of the inventive technology disclosed herein.
For example, in addition to the basic function of tracking
the location of a mobile cellular telephone, the present

25 invention may be employed to offer subscribers billing rates
that vary on the basis of the location from which a call was
made.  As depicted in Figure 9, a location tape, containing a
record over time of the locations of the subscribers'
cellular telephones, may be merged with a billing tape to

30 produce a modified billing tape.  The billing tape contains
data indicating the cost for each telephone call made by the
cellular telephones within a certain time period.  This cost
is based upon one or more predetermined billing rates.  The
modified billing data is based upon a different rate for

35 calls made from certain specified locations.  For example,
the system may apply a lower billing rate for telephone calls
made from a user's home or office.

A71

TPI0021564

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

ACOM-0001                – 33 –                    PATENT

The invention may also be employed to provide
emergency assistance, for example, in response to a "911"
call. In this application, the location system includes
means for automatically sending location information to a
5 specified receiving station in response to receiving a "911"
signal from a cellular telephone.

Further, the invention may be employed in
connection with an alarm service. In this application, a
means is provided for comparing the current location of a
10 given telephone with a specified range of locations and
indicating an alarm condition when the current location is
not within the prescribed range.

Yet another application involves detecting a lack
of signal transmissions by a given telephone and in response
15 thereto automatically paging the telephone to cause it to
initiate a signal transmission. This allows the system to
locate a telephone that has failed to register itself with
the cellular system. Such a feature could be used, for
example, to generate an alarm for subscribers at remote
20 locations.

Still another application involves estimating a
time of arrival of a given telephone at a specified location.
This application is useful, for example, in connection with a
public transportation system to provide estimated times of
25 arrival of busses along established routes. Many other
applications of this feature are also possible.

Conclusion

Finally, the true scope the present invention is
not limited to the presently preferred embodiments disclosed
30 herein. For example, it is not necessary that all or even
any of the "cell site systems" be collocated with actual cell
sites of an associated cellular telephone system. Moreover,
communication links other than T1 links may be employed to
couple the cell site systems to the central site system. In
35 addition, the timing signal receiver need not be a GPS
receiver, as other means for providing a common timing signal
to all cell site systems will be apparent to those skilled in

A72

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021565

ACOM-0001                    – 34 –                         PATENT

the art.  Furthermore, the present invention may be employed
in connection with many applications not specifically
mentioned above.  These include stolen vehicle recovery,
fleet management, cell system diagnostics, and highway
5   management.  Accordingly, except as they may be expressly so
limited, the scope of protection of the following claims is
not intended to be limited to the particularities described
above.

CM We claim:

A73

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021566

ACON-0001                    - 35 -                         PATENT

We claim:

1.   A cellular telephone location system for
determining the locations of multiple mobile cellular
telephones each initiating periodic signal transmissions over
one of a prescribed set of control channels, comprising:

5          (a)   at least three cell site systems, each cell
site system comprising: an elevated ground-based antenna; a
baseband convertor operatively coupled to said antenna for
receiving cellular telephone signals transmitted over a
control channel by said cellular telephones and providing
10 baseband signals derived from the cellular telephone signals;
a timing signal receiver for receiving a timing signal common
to all cell sites; and a sampling subsystem operatively
coupled to said timing signal receiver and said baseband
convertor for sampling said baseband signal at a prescribed
15 sampling frequency and formatting the sampled signal into
frames of digital data, each frame comprising a prescribed
number of data bits and time stamp bits, said time stamp bits
representing the time at which said cellular telephone
signals were received; and

20         (b)   a central site system operatively coupled to
said cell site systems, comprising: means for processing said
frames of data from said cell site systems to generate a
table identifying individual cellular telephone signals and
the differences in times of arrival of said cellular
25 telephone signals among said cell site systems; and means for
determining, on the basis of said times of arrival
differences, the locations of the cellular telephones
responsible for said cellular telephone signals.

30         2.   A cellular telephone location system as
recited in claim 1, wherein said timing signal receiver
comprises a global positioning system (GPS) receiver.

           3.   A cellular telephone location system as
recited in claim 1, wherein said central site system
35 comprises a correlator for cross-correlating the data bits of

**A74**

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

ACOM-0001                – 36 –                PATENT

a frame from one cell site system with corresponding data
bits from each other cell site system.

        4.    A cellular telephone location system as
    recited in claim 3, wherein said central site system further
  5 comprises:
            a plurality of data inputs ports each connected to
    receive a signal from one of said cell site systems;
            interface/deformatting circuits for receiving the
    signals from said input ports and outputting data bits and a
 10 clock signal;
            a plurality of FIFO registers each coupled to an
    interface/deformatting circuit to receive the data bits and
    clock signal from that circuit;
            a switch comprising a plurality of input ports,
 15 each input port coupled to an output of one of said FIFO
    registers, and a first output port (A) and a second output
    port (B), said first output port coupled to an input port of
    said correlator;
            a computer operatively coupled to said switch to
 20 select two of the inputs to said switch to be output on the
    output ports of said switch;
            a RAM control circuit coupled to said computer and
    said FIFO registers;
            a sample read clock controlled by said computer and
 25 said RAM control to read sample bits from previously selected
    FIFO registers; and
            a quadrature channel generator comprising an input
    port coupled to said second output port of said switch and a
    first output port (B1) and a second output port (B2), and
 30 means for outputting an in-phase signal on said first output
    port (B1) and a quadrature signal on said second output port
    (B2);
            wherein said correlator calculates a first
    correlation coefficient for said DATA A and DATA B1 signals,
 35 and a second correlation coefficient for said DATA A and DATA
    B2 signals.

**A75**

TPI0021568

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

ACOM-0001                    - 37 -                    PATENT

     5.    A cellular telephone location system as recited in claim 1, wherein said baseband convertors each comprise: a first mixer providing an intermediate frequency (IF) signal; a synthesizer providing a local oscillator (LO)
5  signal; a single sideband mixer operatively coupled to said first mixer and said synthesizer for converting said IF signal to an upper sideband signal and a lower sideband signal; and means for filtering said upper sideband and lower sideband signals and providing said baseband signals on the
10  basis of the filtered upper and lower sideband signals.

     6.    A cellular telephone location system as recited in claim 1; comprising:
       ; first receiver means at a first cell site for receiving a cellular telephone signal;
15       demodulator means at said first cell site for demodulating the received cellular telephone signal at said first cell site to produce a demodulated digital bit stream;
       first modulator means at said first cell site for modulating the demodulated digital bit stream to
20  reconstruct the cellular telephone signal as it was originally transmitted, whereby a first reconstructed cellular telephone signal is produced;
       first cross-correlator means at said first cell site for cross-correlating said reconstructed signal
25  against the cellular telephone signal received at said first cell site to produce a first peak indicative of a time of arrival of the cellular telephone signal at the first cell site;
       means for determining the time of arrival of
30  the cellular telephone signal at the first cell site on the basis of said first peak and producing first time of arrival data indicative thereof;
       means for sending the demodulated digital bit stream and first time of arrival data from the first cell
35  site to the central site;

A76

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021569

ACOM-0001                      – 38 –                        PATENT

means for distributing the demodulated digital
bit stream and first time of arrival data to a second cell
site;

5        second modulator means at said second cell
site for modulating the demodulated digital bit stream at the
second cell site to reconstruct the cellular telephone signal
as it was first transmitted by the cellular telephone,
whereby a second reconstructed cellular telephone signal is
produced;

10        second receiver means at said second cell site
for receiving said cellular telephone signal;

second cross-correlator means at said second
cell site for cross-correlating the second reconstructed
signal against the cellular telephone signal received at the
15 second cell site to produce a second peak indicative of a
time of arrival of the cellular telephone signal at the
second cell site;

means for determining the time of arrival of
the cellular telephone signal at the second cell site on the
20 basis of said second peak and producing second time of
arrival data indicative thereof;

means for sending said second time of arrival
data from the second cell site to the central site; and

means at said central site for determining
25 time difference of arrival data on the basis of said first
and second time of arrival data.


7.   A cellular telephone location system as
recited in claim 1, comprising location estimation means for:
30        (1)   creating a grid of theoretical points covering
a prescribed geographic area, said theoretical points being
spaced at prescribed increments of latitude and longitude;
(2)   calculating theoretical values of time delay
for a plurality of pairs of cell sites;

**A77**

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021570

(3) calculating a least squares difference (LSD) value based on the theoretical time delays and measured time delays for a plurality of pairs of cell sites;

(4) searching the entire grid of theoretical 5 points and determining the best theoretical latitude and longitude for which the value of LSD is minimized; and

(5) starting at the best theoretical latitude and longitude, performing another linearized-weighted-least-squares iteration to resolve the actual latitude and 10 longitude to within a prescribed number of degrees or fraction of a degree.

8. A cellular telephone location system as recited in claim 7, wherein said calculating step (2) comprises accounting for any known site biases caused by 15 mechanical, electrical, or environmental factors, said site biases determined by periodically calculating the positions of reference cellular transmitters at known locations.

9. A cellular telephone location system as recited in claim 7, wherein said least squares difference is 20 given by:

$$LSD = [Q_{12}(Delay\_T_{12} - Delay\_O_{12})^2 + Q_{13}(Delay\_T_{13} - Delay\_O_{13})^2 + \ldots Q_{xy}(Delay\_T_{xy} - Delay\_O_{xy})^2]$$

where, $Delay\_T_{xy}$ represents the theoretical delay between cell sites x and y, x and y being indices representative of 25 cell sites; $Delay\_O_{xy}$ represents the observed delay between cell sites x and y; $Q_{xy}$ represents a quality factor for the delay measurement between cell sites x and y, said quality factor being an estimated measure of the degree to which multipath or other anomalies may have affected a particular 30 delay measurement.

10. A cellular telephone location system as recited in claim 7, further comprising means for detecting a first leading edge of a cellular telephone signal and

A78

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021571

ACOM-0001                     - 40 -                     PATENT

rejecting subsequent leading edges of said cellular telephone
signal, whereby the effects of multipath may be reduced.


        11.   A cellular telephone location system as
recited in claim 1, comprising velocity estimation means for:
        (1)   creating a grid of theoretical points covering
a prescribed range of velocities, said theoretical points
being spaced at prescribed increments;
        (2)   calculating theoretical values of frequency
difference for a plurality of pairs of cell sites;
        (3)   calculating a least squares difference (LSD)
value based on the theoretical frequency differences and

A79

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021572

ACOM-0001                    - 41 -                    PATENT

measured frequency differences for a plurality of pairs of
cell sites;

      (4)  searching the entire grid of theoretical
points and determining the best theoretical velocity for
5  which the value of LSD is minimized; and

      (5)  starting at the best theoretical velocity,
performing another linearized-weighted-least-squares
iteration to resolve the actual velocity to within a
prescribed tolerance.

10      12.  A cellular telephone location system as
recited in claim 1, further comprising a database for storing
location data identifying the cellular telephones and their
respective locations, and means for providing access to said
database to subscribers at remote locations.

15      13.  A cellular telephone location system as
recited in claim 12, further comprising means for providing
location data to a specific one of said cellular telephones
upon request by the specific telephone.

      14.  A cellular telephone location system as
20  recited in claim 12, further comprising means for merging
said location data with billing data for said cellular
telephones and generating modified billing data, wherein said
billing data indicates the cost for each telephone call made
by said cellular telephones within a certain time period,
25  said cost being based upon one or more predetermined billing
rates, and said modified billing data is based upon a
different rate for calls made from one or more prescribed
locations.

      15.  A cellular telephone location system as
30  recited in claim 14, wherein the system applies a lower
billing rate for telephone calls made from a user's home.

A80

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021573

ACOM-0001                    - 42 -                    PATENT

        16.  A cellular telephone location system as
recited in claim 1, further comprising means for transmitting
a signal to a selected cellular telephone to cause said
selected telephone to transmit a signal over a control
5  channel.

        17.  A cellular telephone location system as
recited in claim 1, further comprising means for
automatically sending location information to a prescribed
receiving station in response to receiving a distress signal
10  from a cellular telephone, whereby emergency assistance may
be provided to a user in distress.

        18.  A cellular telephone location system as
recited in claim 1, further comprising means for comparing
the current location of a given telephone with a prescribed
15  range of locations and indicating an alarm condition when
said current location is not within said prescribed range.

        19.  A cellular telephone location system as
recited in claim 1, further comprising means for detecting a
lack of signal transmissions by a given telephone and in
20  response thereto automatically paging said given telephone to
cause said given telephone to initiate a signal transmission
and means for indicating an alarm condition.

        20.  A cellular telephone location system as
recited in claim 1, further comprising means for estimating a
25  time of arrival of a given telephone at a prespecified
location.

        21.  A cellular telephone location system as
recited in claim 1, further comprising means for continuously
tracking a given telephone by receiving voice signals
30  transmitted by said given telephone over a voice channel and
determining the location of said given telephone on the basis
of said voice signals.

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021574

ACOM-0001                           - 43 -                              PATENT

    22.  A ground-based cellular telephone system
serving a plurality of subscribers possessing mobile cellular
telephones, comprising:

    (a)  at least three cell sites equipped to receive
5  signals sent by multiple mobile cellular telephones each
initiating periodic signal transmissions over one of a
prescribed set of control channels;

    (b)  locating means for automatically determining
the locations of said cellular telephones by receiving and
10 processing signals emitted during said periodic control
channel transmissions; and

    (c)  database means for storing location data
identifying the cellular telephones and their respective
locations, and for providing access to said database to
15 subscribers at remote locations.


    23.  A ground-based cellular telephone system as
recited in claim 22, further comprising means for providing
location data to a specific one of said cellular telephones
upon request by the specific telephone.


20      24.  A ground-based cellular telephone system as
recited in claim 22, further comprising means for merging
said location data with billing data for said cellular
telephones and generating modified billing data, wherein said
billing data indicates the cost for each telephone call made
25 by said cellular telephones within a certain time period,
said cost being based upon one or more predetermined billing
rates, and said modified billing data is based upon a
different rate for calls made from one or more prescribed
locations.


30      25.  A ground-based cellular telephone system as
recited in claim 22, further comprising means for
transmitting a signal to a selected cellular telephone to
cause said selected telephone to transmit a signal over a
control channel.

A82

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021575

ACOM-0001                    - 44 -                    PATENT

26.  A ground-based cellular telephone system as
recited in claim 22, further comprising means for
automatically sending location information to a prescribed
receiving station in response to receiving a distress signal
5  from a cellular telephone, whereby emergency assistance may
be provided to a subscriber in distress.

27.  A ground-based cellular telephone system as
recited in claim 22, further comprising means for comparing
the current location of a given telephone with a prescribed
10  range of locations and indicating an alarm condition when
said current location is not within said prescribed range.

28.  A ground-based cellular telephone system as
recited in claim 22, further comprising means for detecting a
lack of signal transmissions by a given telephone and in
15  response thereto automatically paging said given telephone to
cause said given telephone to initiate a signal transmission.

29.  A ground-based cellular telephone system as
recited in claim 22, further comprising means for estimating
a time of arrival of a given telephone at a prespecified
20  location.

30.  A ground-based cellular telephone system as
recited in claim 22, further comprising means for
continuously tracking a given telephone by receiving voice
signals transmitted by said given telephone over a voice
25  channel and determining the location of said given telephone
on the basis of said voice signals.

31.  A method for determining the location(s) of
one or more mobile cellular telephones periodically
transmitting signals over one of a prescribed set of control
30  channels, comprising the steps of:
        (a)  receiving said signals at at least three
geographically-separated cell sites;

**A83**

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021576

(b) processing said signals at each cell site to
produce frames of data, each frame comprising a prescribed
number of data bits and time stamp bits, said time stamp bits
representing the time at which said frames were produced at
5   each cell site;

(c) processing said frames of data to identify
individual cellular telephone signals and the differences in
times of arrival of said cellular telephone signals among
said cell sites; and

10   (d) determining, on the basis of said times of
arrival differences, the locations of the cellular telephones
responsible for said cellular telephone signals.

32. A method as recited in claim 31, further
comprising the steps of storing location data identifying the
15   cellular telephones and their respective locations, and
providing access to said database to subscribers at remote
locations.

33. A method as recited in claim 31, further
comprising merging said location data with billing data for
20   said cellular telephones and generating modified billing
data, wherein said billing data indicates the cost for each
telephone call made by said cellular telephones within a
certain time period, said cost being based upon one or more
predetermined billing rates, and said modified billing data
25   is based upon a different rate for calls made from one or
more prescribed locations.

34. A method as recited in claim 31, further
comprising transmitting a signal to a selected cellular
telephone to cause said selected telephone to transmit a
30   signal over a control channel.

35. A method as recited in claim 31, further
comprising automatically sending location information to a
prescribed receiving station in response to receiving a

A84

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

ACOM-0001            - 46 -            PATENT

distress signal from a cellular telephone, whereby emergency
assistance may be provided to a subscriber in distress.

    36.  A method as recited in claim 31, further
comprising comparing the current location of a given
5 telephone with a prescribed range of locations and indicating
an alarm condition when said current location is not within
said prescribed range.

    37.  A method as recited in claim 31, further
comprising detecting a lack of signal transmissions by a
10 given telephone and in response thereto automatically paging
said given telephone to cause said given telephone to
initiate a signal transmission.

    38.  A method as recited in claim 31, further
comprising estimating a time of arrival of a given telephone
15 at a prespecified location.

    39.  A method as recited in claim 31, further
comprising continuously tracking a given telephone by
receiving voice signals transmitted by said given telephone
over a voice channel and determining the location of said
20 given telephone on the basis of said voice signals.

    40.  A method as recited in claim 31, comprising
the steps of:
    receiving a cellular telephone signal at a
first cell site;
25     demodulating the received cellular telephone
signal at said first cell site to produce a demodulated
digital bit stream;
    modulating the demodulated digital bit stream
to reconstruct the cellular telephone signal as it was
30 originally transmitted, thereby producing a first
reconstructed cellular telephone signal;

**A85**

TPI0021578

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

ACOM-0001                    - 47 -                    PATENT

cross-correlating said reconstructed signal against the cellular telephone signal received at said first cell site to produce a first peak indicative of a time of arrival of the cellular telephone signal at the first cell

5   site;

determining the time of arrival of the cellular telephone signal at the first cell site on the basis of said first peak and producing first time of arrival data indicative thereof;

10   sending the demodulated digital bit stream and first time of arrival data from the first cell site to a central site;

distributing the demodulated digital bit stream and first time of arrival data to a second cell site;

15   modulating the demodulated digital bit stream at the second cell site to reconstruct the cellular telephone signal as it was first transmitted by the cellular telephone, thereby producing a second reconstructed cellular telephone signal;

20   receiving said cellular telephone signal at said second cell site;

cross-correlating the second reconstructed signal against the cellular telephone signal received at the second cell site to produce a second peak indicative of a

25   time of arrival of the cellular telephone signal at the second cell site;

determining the time of arrival of the cellular telephone signal at the second cell site on the basis of said second peak and producing second time of

30   arrival data indicative thereof;

sending said second time of arrival data from the second cell site to the central site; and

determining time difference of arrival data on the basis of said first and second time of arrival data.

A86

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021579

ACOM-0001                    - 48 -                    PATENT

    41.  A method as recited in claim 31, comprising estimating the location of a cellular telephone by performing the following steps:

5     (1)  creating a grid of theoretical points covering a prescribed geographic area, said theoretical points being spaced at prescribed increments of latitude and longitude;

    (2)  calculating theoretical values of time delay for a plurality of pairs of cell sites;

    (3)  calculating a least squares difference (LSD)

10 value based on the theoretical time delays and measured time delays for a plurality of pairs of cell sites;

    (4)  searching the entire grid of theoretical points and determining the best theoretical latitude and longitude for which the value of LSD is minimized; and

15     (5)  starting at the best theoretical latitude and longitude, performing another linearized-weighted-least-squares iteration to resolve the actual latitude and longitude to within a prescribed number of degrees or fraction of a degree.

20     42.  A method as recited in claim 41, wherein said calculating step (2) comprises accounting for any known site biases caused by mechanical, electrical, or environmental factors, said site biases determined by periodically calculating the positions of reference cellular transmitters

25 at known locations.

    43.  A method as recited in claim 41, wherein said least squares difference is given by:

$$\text{LSD} = [Q_{12}(\text{Delay\_T}_{12}-\text{Delay\_O}_{12})^2 + Q_{13}(\text{Delay\_T}_{13}-\text{Delay\_O}_{13})^2 + \ldots Q_{xy}(\text{Delay\_T}_{xy}-\text{Delay\_O}_{xy})^2]$$

30 where, $\text{Delay\_T}_{xy}$ represents the theoretical delay between cell sites x and y, x and y being indices representative of cell sites; $\text{Delay\_O}_{xy}$ represents the observed delay between cell sites x and y; $Q_{xy}$ represents a quality factor for the delay measurement between cell sites x and y, said quality

35 factor being an estimated measure of the degree to which

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

A87

TPI0021580

ACOM-0001                 - 49 -                    PATENT

multipath or other anomalies may have affected a particular
delay measurement.

        44.  A method as recited in claim 40, further
comprising detecting a first leading edge of a cellular
5  telephone signal and rejecting subsequent leading edges of
said cellular telephone signal.

        45.  A method as recited in claim 31, comprising
estimating the velocity of a cellular telephone by performing
the following steps:
10        (1)  creating a grid of theoretical points covering
a prescribed range of velocities, said theoretical points
being spaced at prescribed increments;
        (2)  calculating theoretical values of frequency
difference for a plurality of pairs of cell sites;
15        (3)  calculating a least squares difference (LSD)
value based on the theoretical frequency differences and
measured frequency differences for a plurality of pairs of
cell sites;
        (4)  searching the entire grid of theoretical
20  points and determining the best theoretical velocity for
which the value of LSD is minimized; and
        (5)  starting at the best theoretical velocity,
performing another linearized-weighted-least-squares
iteration to resolve the actual velocity to within a
25  prescribed tolerance.

END

**A88**

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021581

ACOM-0001                    - 50 -                          PATENT

ABSTRACT OF THE DISCLOSURE

A cellular telephone location system for
automatically recording the location of one or more mobile
cellular telephones comprises three or more cell site systems

5   12.  Each cell site system is located at a cell site of a
cellular telephone system.  Each cell site system includes an
antenna that may be mounted on the same tower or building as
the antenna employed by the cellular telephone system and
equipment that may be housed in the equipment enclosure of

10  the corresponding cell site.  The cell site systems are
coupled via T1 communication links 14 to a central site 16.
The central site may be collocated with the cellular
telephone system's MTSO.  The central site 16 is further
coupled to a database 20, which may be remotely located from

15  the central site and made available to subscribers.

A89

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021582

UU/059248



PRIOR ART
*Fig. 1A*

PRIOR ART
*Fig. 1B*

PRIOR ART
*Fig. 1C*

A90

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021583

00/059248



*Fig. 2*

A91

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021584

00/059248



*Fig. 3*

A92

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021585

00/059248



*Fig. 4*

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

**A93**

TPI0021586

00/059248



*Fig. 5*

A94

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

00/059248



*Fig. 6*

A95

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021588

00/059248



Fig. 6A

A96

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021589

00/059248



*Fig. 7*

A97

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

TPI0021590

00/059248



CELL SITE 1

A

RECEIVER → DEMODULATOR → MODULATOR → CROSS-CORRELATOR → TCA COMPUTER

Bit Stream

Ideal Reconstructed Signal

TCA DATA

To Control Site

CELL SITE 2

To Central Site

A

RECEIVER → DEMODULATOR → MODULATOR → CROSS-CORRELATOR → TCA COMPUTER

BIT STREAM FROM CELL SITE 1

TCA DATA

FIG. 7A

**A98**

**CONFIDENTIAL**
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

00/059248



*Fig. 8A*

STEP 1

OBTAIN CORRELATIONS

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR

A99

TPI0021592

00/059248



**STEP 2**

OBTAIN DELAYS AND
FREQUENCY DIFFERENCES

*Fig. 8B*

A100

CONFIDENTIAL
TruePosition, Inc. v. Andrew Corp.
Civil Action No. 05-00747-SLR