IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> ANDREW CORPORATION, <br><br> Defendant and Counterclaim Plaintiff. | ) ) ) ) ) ) ) CA No. 05-00747-SLR ) ) ) ) ) ) |

ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Andrew Corporation's Motion For Summary Judgment Of Invalidity Of Claim 22 Of The '144 Patent For Indefiniteness, together with the supporting memorandum and all opposing papers thereto, it is hereby ORDERED that Andrew Corporation's motion is GRANTED.

BY THE COURT:

_____
Sue L. Robinson
United States District Judge