IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC., ) | |
| ) | |
|    Plaintiff and Counterclaim ) | |
|    Defendant, ) | |
| ) | |
| v. ) | CA No. 05-00747-SLR |
| ) | |
| ANDREW CORPORATION, ) | |
| ) | |
|    Defendant and Counterclaim ) | |
|    Plaintiff. ) | |

**ANDREW CORPORATION'S MOTION FOR SUMMARY
JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 5,327,144**

Defendant/Counterclaim-Plaintiff Andrew Corporation ("Andrew") hereby respectfully moves, under Rule 56 of the Federal Rules of Civil Procedure, for judgment as a matter of law that Andrew does not infringe any of the asserted claims of U.S. Patent No. 5,327,144 either literally or under the doctrine of equivalents.

Grounds in support of this motion, showing a lack of genuine issues of material fact relating to Andrew's non-infringement of any asserted claims, are set forth in the accompanying memorandum in support of this motion, which is incorporated herein by reference.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren
_____
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
Andrew A. Lundgren (No. 4429)
alundgren@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
302-571-6600
*Attorneys for Defendant Andrew Corporation*

OF COUNSEL:

John M. Desmarais
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: February 2, 2007

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on February 2, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>James D. Heisman, Esquire
>Connolly, Bove, Lodge & Hutz
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899
>(302) 658-9141
>Email: jheisman@cblh.com

I further certify that on February 2, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

>**BY ELECTRONIC MAIL ON FEBRUARY 2, 2007**
>**AND FEDERAL EXPRESS ON FEBRUARY 5, 2007**
>
>Paul B. Milcetic, Esq. [pmbilcet@woodcock.com]
>David L. Marcus, Esq. [dmarcus@woodcock.com]
>Daniel J. Goettle, Esq. [dgoettle@woodcock.com]
>Woodcock Washburn LLP
>One Liberty Place, 46th Floor
>Philadelphia, PA 19103

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Andrew A. Lundgren (No. 4429)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>alundgren@ycst.com
>*Attorneys for Defendant Andrew Corporation*