# Exhibit Z



Reproduced By GLOBAL
ENGINEERING DOCUMENTS
With The Permission of EIA
Under Royalty Agreement



AMERICAN NATIONAL
STANDARD
ANSI/EIA/TIA-553-1989
APPROVED:   April 19,1989

# EIA/TIA STANDARD

EIA/TIA-553

## Mobile Station - Land Station Compatibility Specification

## EIA/TIA-553

SEPTEMBER 1989

## ELECTRONIC INDUSTRIES ASSOCIATION

ENGINEERING DEPARTMENT



A 230

## NOTICE

EIA/TIA Engineering Standards and Publications are designed to serve the public interest through eliminating misunderstandings between manufacturers and purchasers, facilitating interchangeability and improvement of products, and assisting the purchaser in selecting and obtaining with minimum delay the proper product for his particular need. Existence of such Standards and Publications shall not in any respect preclude any member or non-member of EIA/TIA from manufacturing or selling products not conforming to such Standards and Publications, nor shall the existence of such Standards and Publications preclude their voluntary use by those other than EIA/TIA members, whether the standard is to be used either domestically or internationally.

Recommended Standards and Publications are adopted by EIA/TIA without regard to whether or not their adoption may involve patents on articles, materials, or processes. By such action, EIA/TIA does not assume any liability to any patent owner, nor does it assume any obligation whatever to parties adopting the Recommended Standard or Publication.

This EIA/TIA Standard is considered to have International Standardization implication, but the International Electrotechnical Commission activity has not progressed to the point where a valid comparison between the EIA/TIA Standard and the IEC document can be made.

This Standard does not purport to address all safety problems associated with its use or all applicable regulatory requirements. It is the responsibility of the user of this Standard to establish appropriate safety and health practices and to determine the applicability of regulatory limitations before its use.

(From Standards Proposal No. 2114 formulated under the cognizance of the TR-45.1 Subcommittee on Cellular Radio Equipment.)

COPYRIGHT 1989

Published by

ELECTRONIC INDUSTRIES ASSOCIATION
Engineering Department
2001 Pennsylvania Ave. N.W.,
Washington, D.C. 20006
(TEMPORARY HEADQUARTERS 1722 Eye St. N.W., Washington, D.C.)

©TELECOMMUNICATIONS INDUSTRY ASSOCIATION

All rights reserved
Printed in U.S.A.

EIA/TIA-553
Page i

MOBILE STATION - LAND STATION COMPATIBILITY SPECIFICATION

*Page*

1. DEFINITIONS ................................................................ 1-1
   1.1 TOLERANCES ........................................................ 1-4

2. MOBILE STATION ........................................................ 2-1

   2.1 TRANSMITTER ...................................................... 2-1
       2.1.1 FREQUENCY PARAMETERS .................................. 2-1
             2.1.1.1 CHANNEL SPACING AND DESIGNATION ............ 2-1
             2.1.1.2 FREQUENCY TOLERANCE ......................... 2-1
       2.1.2 POWER OUTPUT CHARACTERISTICS ........................ 2-1
             2.1.2.1 CARRIER ON/OFF CONDITIONS ................... 2-2
             2.1.2.2 POWER OUTPUT AND POWER CONTROL ............. 2-2
       2.1.3 MODULATION CHARACTERISTICS .......................... 2-2
             2.1.3.1 VOICE SIGNALS ................................ 2-2
                     2.1.3.1.1 COMPRESSOR ......................... 2-3
                     2.1.3.1.2 PRE-EMPHASIS ....................... 2-3
                     2.1.3.1.3 DEVIATION LIMITER .................. 2-3
                     2.1.3.1.4 POST DEVIATION-LIMITER FILTER ...... 2-3
             2.1.3.2 WIDEBAND DATA SIGNALS ....................... 2-3
                     2.1.3.2.1 ENCODING ........................... 2-3
                     2.1.3.2.2 MODULATION AND POLARITY ........... 2-3
       2.1.4 LIMITATIONS ON EMISSIONS ............................. 2-3
             2.1.4.1 BANDWIDTH OCCUPIED .......................... 2-3
             2.1.4.2 CONDUCTED SPURIOUS EMISSIONS ................ 2-4
                     2.1.4.2.1 SUPPRESSION INSIDE CELLULAR BAND ... 2-4
                     2.1.4.2.2 SUPPRESSION OUTSIDE CELLULAR BAND .. 2-4
             2.1.4.3 RADIATED SPURIOUS EMISSIONS ................. 2-4

   2.2 RECEIVER .......................................................... 2-4
       2.2.1 FREQUENCY PARAMETERS .................................. 2-4
             2.2.1.1 CHANNEL SPACING AND DESIGNATION ............ 2-4
       2.2.2 DEMODULATION CHARACTERISTICS ........................ 2-4
             2.2.2.1 VOICE SIGNALS ................................ 2-4
                     2.2.2.1.1 DE-EMPHASIS ........................ 2-4
                     2.2.2.1.2 EXPANDOR ........................... 2-4
       2.2.3 LIMITATIONS ON EMISSIONS ............................. 2-4
             2.2.3.1 CONDUCTED SPURIOUS EMISSIONS ................ 2-5
                     2.2.3.1.1 SUPPRESSION INSIDE CELLULAR BAND ... 2-5
                     2.2.3.1.2 SUPPRESSION OUTSIDE CELLULAR BAND .. 2-5
             2.2.3.2 RADIATED SPURIOUS EMISSIONS ................. 2-5
       2.2.4 OTHER RECEIVER PARAMETERS ............................ 2-5

   2.3 SECURITY AND IDENTIFICATION .................................... 2-5
       2.3.1 MOBILE IDENTIFICATION NUMBER ......................... 2-5
       2.3.2 SERIAL NUMBER ........................................ 2-6
       2.3.3 STATION CLASS MARK ................................... 2-7
       2.3.4 REGISTRATION MEMORY .................................. 2-7
       2.3.5 ACCESS OVERLOAD CLASS ................................ 2-7
       2.3.6 ACCESS METHOD ........................................ 2-7
       2.3.7 FIRST PAGING CHANNEL ................................. 2-7
       2.3.8 HOME SYSTEM IDENTIFICATION ........................... 2-7
       2.3.9 LOCAL CONTROL OPTION ................................. 2-8

A 232

EIA/TIA-553
Page ii

*Page*

2.3.10  PREFERRED-SYSTEM SELECTION ............................................... 2-8
2.3.11  DISCONTINUOUS TRANSMISSION ............................................. 2-9

2.4  SUPERVISION ......................................................................... 2-10
  2.4.1  SUPERVISORY AUDIO TONE ................................................... 2-10
    2.4.1.1  SAT DETECTION ........................................................... 2-10
    2.4.1.2  SAT TRANSMISSION ..................................................... 2-10
    2.4.1.3  FADE TIMING STATUS ................................................... 2-10
  2.4.2  SIGNALING TONE ............................................................... 2-11

2.5  MALFUNCTION DETECTION ......................................................... 2-11
  2.5.1  MALFUNCTION TIMER ......................................................... 2-11
  2.5.2  FALSE TRANSMISSION ......................................................... 2-11

2.6  CALL PROCESSING .................................................................. 2-11
  2.6.1  INITIALIZATION ............................................................... 2-11
    2.6.1.1  RETRIEVE SYSTEM PARAMETERS ....................................... 2-11
      2.6.1.1.1  SCAN DEDICATED CONTROL CHANNELS ....................... 2-11
      2.6.1.1.2  UPDATE OVERHEAD INFORMATION ............................ 2-11
    2.6.1.2  PAGING CHANNEL SELECTION ........................................... 2-12
      2.6.1.2.1  SCAN PAGING CHANNELS ....................................... 2-12
      2.6.1.2.2  VERIFY OVERHEAD INFORMATION ............................. 2-12
  2.6.2  IDLE ............................................................................. 2-13
    2.6.2.1  RESPONSE TO OVERHEAD INFORMATION ............................. 2-13
    2.6.2.2  PAGE MATCH .............................................................. 2-15
    2.6.2.3  ORDER ..................................................................... 2-15
    2.6.2.4  CALL INITIATION ......................................................... 2-15
    2.6.2.5  NON-AUTONOMOUS REGISTRATION INITIATION ................... 2-15
  2.6.3  SYSTEM ACCESS ............................................................... 2-15
    2.6.3.1  SET ACCESS PARAMETERS ............................................... 2-15
    2.6.3.2  SCAN ACCESS CHANNELS ............................................... 2-16
    2.6.3.3  RETRIEVE ACCESS ATTEMPT PARAMETERS ......................... 2-16
    2.6.3.4  UPDATE OVERHEAD INFORMATION ................................... 2-16
    2.6.3.5  SEIZE REVERSE CONTROL CHANNEL ................................. 2-18
    2.6.3.6  DELAY AFTER FAILURE ................................................... 2-19
    2.6.3.7  SERVICE REQUEST ....................................................... 2-19
    2.6.3.8  AWAIT MESSAGE ......................................................... 2-20
    2.6.3.9  AWAIT REGISTRATION CONFIRMATION ............................. 2-21
    2.6.3.10  ACTION ON REGISTRATION FAILURE ............................... 2-21
    2.6.3.11  AUTONOMOUS REGISTRATION UPDATE ............................ 2-21
    2.6.3.12  SERVING-SYSTEM DETERMINATION ............................... 2-22
    2.6.3.13  ALTERNATE ACCESS CHANNEL ..................................... 2-22
    2.6.3.14  DIRECTED RETRY ....................................................... 2-22
  2.6.4  MOBILE STATION CONTROL ON THE VOICE CHANNEL ................. 2-23
    2.6.4.1  LOSS OF RADIO-LINK CONTINUITY ................................... 2-23
    2.6.4.2  CONFIRM INITIAL VOICE CHANNEL ................................... 2-23
    2.6.4.3  ALERTING ................................................................. 2-23
      2.6.4.3.1  WAITING FOR ORDER ........................................... 2-23
      2.6.4.3.2  WAITING FOR ANSWER ......................................... 2-24
    2.6.4.4  CONVERSATION ........................................................... 2-25
    2.6.4.5  RELEASE ................................................................... 2-26

2.7  SIGNALING FORMATS .............................................................. 2-27
  2.7.1  REVERSE CONTROL CHANNEL ............................................... 2-27

A 233

*Page*

2.7.1.1 RECC MESSAGES ............................................................. 2-27
2.7.2 REVERSE VOICE CHANNEL ....................................................... 2-31
2.7.2.1 RVC MESSAGES .............................................................. 2-31

3. LAND STATION ..................................................................... 3-1

3.1 TRANSMITTER ..................................................................... 3-1
  3.1.1 FREQUENCY PARAMETERS ......................................................... 3-1
    3.1.1.1 CHANNEL SPACING AND DESIGNATION ............................................. 3-1
    3.1.1.2 FREQUENCY TOLERANCE ....................................................... 3-1
  3.1.2 POWER OUTPUT CHARACTERISTICS .................................................. 3-1
  3.1.3 MODULATION CHARACTERISTICS .................................................... 3-1
    3.1.3.1 VOICE SIGNALS ............................................................ 3-1
      3.1.3.1.1 COMPRESSOR ......................................................... 3-1
      3.1.3.1.2 PRE-EMPHASIS ....................................................... 3-1
      3.1.3.1.3 DEVIATION LIMITER .................................................. 3-1
      3.1.3.1.4 POST DEVIATION-LIMITER FILTER ...................................... 3-1
    3.1.3.2 WIDEBAND DATA SIGNALS .................................................... 3-2
      3.1.3.2.1 ENCODING ........................................................... 3-2
      3.1.3.2.2 MODULATION AND POLARITY ............................................ 3-2
  3.1.4 LIMITATIONS ON EMISSIONS ...................................................... 3-2
    3.1.4.1 BANDWIDTH OCCUPIED ....................................................... 3-2
    3.1.4.2 CONDUCTED SPURIOUS EMISSIONS ............................................. 3-2
    3.1.4.3 RADIATED SPURIOUS EMISSIONS .............................................. 3-2
    3.1.4.4 INTERMODULATION .......................................................... 3-2

3.2 RECEIVER ........................................................................ 3-2
  3.2.1 FREQUENCY PARAMETERS ......................................................... 3-2
    3.2.1.1 CHANNEL SPACING AND DESIGNATION ........................................... 3-2
  3.2.2 DEMODULATION CHARACTERISTICS .................................................. 3-3
    3.2.2.1 VOICE SIGNALS ............................................................ 3-3
      3.2.2.1.1 DE-EMPHASIS ........................................................ 3-3
      3.2.2.1.2 EXPANDOR ........................................................... 3-3
  3.2.3 LIMITATIONS ON EMISSIONS ...................................................... 3-3
  3.2.4 OTHER RECEIVER PARAMETERS ..................................................... 3-3

3.3 SECURITY AND IDENTIFICATION ..................................................... 3-3

3.4 SUPERVISION ..................................................................... 3-3
  3.4.1 SUPERVISORY AUDIO TONE ....................................................... 3-3
    3.4.1.1 SAT DETECTION ........................................................... 3-3
    3.4.1.2 SAT TRANSMISSION ........................................................ 3-3
    3.4.1.3 FADE TIMING STATUS ...................................................... 3-3
  3.4.2 SIGNALING TONE DETECTION ..................................................... 3-3

3.5 MALFUNCTION DETECTION ........................................................... 3-3

A 234

EIA/TIA-553
Page iv

*Page*

3.6 CALL PROCESSING ................................................................. 3-3
   3.6.1 OVERHEAD FUNCTIONS FOR MOBILE STATION INITIATION ........ 3-4
   3.6.2 MOBILE STATION CONTROL ON THE CONTROL CHANNEL .......... 3-4
      3.6.2.1 OVERHEAD INFORMATION ................................................. 3-4
      3.6.2.2 PAGE ................................................................................. 3-5
      3.6.2.3 ORDER .............................................................................. 3-5
      3.6.2.4 LOCAL CONTROL .............................................................. 3-5
   3.6.3 LAND STATION SUPPORT OF SYSTEM ACCESS BY MOB. STATS. .... 3-5
      3.6.3.1 OVERHEAD INFORMATION ................................................. 3-5
      3.6.3.2 REVERSE CONTROL CHANNEL SEIZURE BY MOB. STATS. ..... 3-6
      3.6.3.3 RESPONSE TO MOBILE STATION MESSAGES ....................... 3-6
   3.6.4 MOBILE STATION CONTROL ON VOICE CHANNEL ...................... 3-7
      3.6.4.1 LOSS OF RADIO-LINK CONTINUITY .................................... 3-7
      3.6.4.2 INITIAL VOICE CHANNEL CONFIRMATION ......................... 3-7
      3.6.4.3 ALERTING ......................................................................... 3-7
         3.6.4.3.1 WAITING FOR ORDER ............................................ 3-7
         3.6.4.3.2 WAITING FOR ANSWER .......................................... 3-8
      3.6.4.4 CONVERSATION ................................................................ 3-8

3.7 SIGNALING FORMATS ......................................................... 3-10
   3.7.1 FORWARD CONTROL CHANNEL ......................................... 3-10
      3.7.1.1 MOBILE STATION CONTROL MESSAGE ........................... 3-11
      3.7.1.2 OVERHEAD MESSAGE ..................................................... 3-13
         3.7.1.2.1 SYSTEM PARAMETER OVERHEAD MESSAGE ............... 3-14
         3.7.1.2.2 GLOBAL ACTION OVERHEAD MESSAGE ..................... 3-15
         3.7.1.2.3 REGISTRATION ID MESSAGE .................................... 3-17
         3.7.1.2.4 CONTROL-FILLER MESSAGE ................................... 3-18
      3.7.1.3 DATA RESTRICTIONS ...................................................... 3-19
   3.7.2 FORWARD VOICE CHANNEL ............................................. 3-21
      3.7.2.1 MOBILE STATION CONTROL MESSAGE ........................... 3-21

4. REQUIREMENTS FOR MOBILE STATION OPTIONS .......................... 4-1

4.1 32-DIGIT DIALING ................................................................. 4-1
4.2 MOBILE STATION EXTENDED PROTOCOL ............................... 4-7
   4.2.1 PURPOSE ........................................................................ 4-7
   4.2.2 SECTION 2 NEW PARAGRAPHS ......................................... 4-7

5. REQUIREMENTS FOR LAND STATION OPTIONS ........................... 5-1

5.1 32-DIGIT DIALING ................................................................. 5-1
5.2 LAND STATION EXTENDED PROTOCOL ................................. 5-1
   5.2.1 PURPOSE ........................................................................ 5-1
   5.2.2 SECTION 3 NEW PARAGRAPHS ......................................... 5-1

6. CHANGE HISTORY ................................................................ 6-1

6.1 CHRONOLOGY OF REVISIONS FOR IS-3-B .............................. 6-1
6.2 CHRONOLOGY OF REVISIONS FOR IS-3-C .............................. 6-1
6.3 CHRONOLOGY OF REVISIONS FOR IS-3-D .............................. 6-2
6.4 CHRONOLOGY OF REVISIONS FROM IS-3-D to EIA-553 .......... 6-3

## 2.7 SIGNALING FORMATS                                              X

In the message formats used between the mobile stations and land stations, some bits are marked as reserved (RSVD). Some or all of these reserved bits may be used in the future for additional messages. Therefore, all mobile stations and land stations must set all bits that they are programmed to treat as reserved bits to "0" (zero) in all messages that they transmit. All mobile stations and land stations must ignore the state of all bits that they are programmed to treat as reserved bits in all messages that they receive.

### 2.7.1 REVERSE CONTROL CHANNEL

The reverse control channel (RECC) is a wideband data stream sent from the mobile station to the land station. This data stream must be generated at a 10 kilobit/second ±1 bit/second rate. Figure 2.7.1-1 depicts the format of the RECC data stream.

| DOTTING | WORD SYNC | CODED DCC * | FIRST WORD REPEATED 5 TIMES | SECOND WORD REPEATED 5 TIMES | THIRD WORD REPEATED 5 TIMES | ... |
|---------|-----------|-------------|------------------------------|-------------------------------|------------------------------|-----|
| 30 | 11 | 7 | 240 | 240 | 240 | |

Seizure Precursor

DOTTING = 1010...010
WORD SYNC = 11100010010

* DIGITAL COLOR CODE - Coded per Table 2.7.1-1.

**Figure 2.7.1-1. REVERSE CONTROL CHANNEL MESSAGE STREAM (Mobile-to-Land)**

All messages begin with the RECC seizure precursor that is composed of a 30-bit dotting sequence (1010...010), an 11-bit word sync sequence (11100010010), and the coded digital color code (DCC). The 7-bit coded DCC is obtained by translating the received DCC according to Table 2.7.1-1.

**Table 2.7.1-1. CODED DIGITAL COLOR CODE**

| Received DCC | 7-Bit Coded DCC |
|--------------|-----------------|
| 00 | 0000000 |
| 01 | 0011111 |
| 10 | 1100011 |
| 11 | 1111100 |

Each word contains 48 bits, including parity, and is repeated five times; it is then referred to as a word block. A word is formed by encoding 36 content bits into a (48, 36) BCH code that has a distance of 5, (48, 36: 5). The left-most bit (i.e., earliest in time) shall be designated the most-significant bit. The 36 most-significant bits of the 48-bit field shall be the content bits. The generator polynomial for the code is the same as for the (40, 28; 5) code used on the forward control channel (see 3.7.1).

### 2.7.1.1 RECC MESSAGES                                             X

Each RECC message can consist of one to five words. The types of messages to be transmitted over the reverse control channel are:

- Page Response Message
- Origination Message
- Order Confirmation Message
- Order Message

EIA/TIA-553
Page 2-28

These messages are made up of combinations of the following five words:

Word A - Abbreviated Address Word

| F = 1 | NAWC | T | S | E | RSVD = 0 | S C M | $MIN1_{23-0}$ | P |
|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 1 | 1 | 1 | 1 | 4 | 24 | 12 |

Word B - Extended Address Word

| F = 0 | NAWC | LOCAL | ORDQ | ORDER | LT | RSVD = 000...0 | $MIN2_{33-24}$ | P |
|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 5 | 3 | 5 | 1 | 8 | 10 | 12 |

Word C - Serial Number Word

| F = 0 | NAWC | SERIAL | P |
|---|---|---|---|
| 1 | 3 | 32 | 12 |

Word D - First Word of the Called-Address

| F = 0 | NAWC | 1st DIGIT | 2nd DIGIT | ... | ... | ... | ... | 7th DIGIT | 8th DIGIT | P |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 12 |

Word E - Second Word of the Called-Address

| F = 0 | NAWC = 000 | 9th DIGIT | 10th DIGIT | ... | ... | ... | ... | 15th DIGIT | 16th DIGIT | P |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 12 |

The interpretation of the data fields is as follows:

F — First word indication field. Set to '1' in first word and '0' in subsequent words.

NAWC — Number of additional words coming field.

T — T field. Set to '1' to identify the message as an origination or an order; set to '0' to identify the message as an order response or page response.

S — Send serial number field. If the serial number word is sent, set to '1'; if the serial number word is not sent, set to '0'.

E — Extended address field. If the extended address word is sent, set to '1'; if the extended address word is not sent, set to '0'.

SCM — The station class mark field (see 2.3.3).

ORDER — Order field. Identifies the order type (See Table 3.7.1-1).

ORDQ — Order qualifier field. Qualifies the order confirmation to a specific action

A 237

EIA/TIA-553
Page 2-29

(See Table 3.7.1-1).

LOCAL — Local control field. This field is specific to each system. The ORDER field must be set to local control (see Table 3.7.1-1) for this field to be interpreted.

LT — Last-try code field (see **2.6.3.8**).

MIN1 — First part of the mobile identification number field (see **2.3.1**).

MIN2 — Second part of the mobile identification number field (see **2.3.1**).

SERIAL — Serial number field. Identifies the serial number of the mobile station (see **2.3.2**).

DIGIT — Digit field (see Table 2.7.1-2).

RSVD — Reserved for future use; all bits must be set as indicated.

P — Parity field.

Examples of encoding called-address information into the called-address words are given below:

I. If the number 2# is entered, the word is:

| NOTE | 0010 | 1100 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | P |
|------|------|------|------|------|------|------|------|------|---|
| 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 12 |

II. If the number 13792640 is entered, the word is:

| NOTE | 0001 | 0011 | 0111 | 1001 | 0010 | 0110 | 0100 | 1010 | P |
|------|------|------|------|------|------|------|------|------|---|
| 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 12 |

III. If the number *24273258 is entered, the words are:

Word D - First Word of the Called-Address

| NOTE | 1011 | 0010 | 0100 | 0010 | 0111 | 0011 | 0010 | 0101 | P |
|------|------|------|------|------|------|------|------|------|---|
| 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 12 |

Word E - Second Word of the Called-Address

| NOTE | 1000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | P |
|------|------|------|------|------|------|------|------|------|---|
| 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 12 |

NOTE: These four bits depend on the type of message.

EIA/TIA-553
Page 2-30

**Table 2.7.1-2.  DIGIT CODE**

| Digit | Code | Digit | Code |
|-------|------|-------|------|
| 1 | 0001 | 7 | 0111 |
| 2 | 0010 | 8 | 1000 |
| 3 | 0011 | 9 | 1001 |
| 4 | 0100 | 0 | 1010 |
| 5 | 0101 | * | 1011 |
| 6 | 0110 | # | 1100 |
|   |      | Null | 0000 |

NOTES:
 1) The digit 0 is encoded as binary "ten"; not binary "zero."
 2) The code 0000 is the null code, indicating no digit present.
 3) All other four-bit sequences are reserved, and must not be transmitted.

A 239

EIA/TIA-553
Page 2-31

## 2.7.2 REVERSE VOICE CHANNEL

The reverse voice channel (RVC) is a wideband data stream sent from the mobile station to the land station. This data stream must be generated at a 10 kilobit/second ±1 bit/second rate. Figure 2.7.2-1 depicts the format of the RVC data stream.

| DOTTING | W.S. | REPEAT 1 OF WORD 1 | DOT. | W.S. | REPEAT 2 OF WORD 1 |
|---|---|---|---|---|---|
| 101 | 11 | 48 | 37 | 11 | 48 |

| DOT. | W.S. | REPEAT 3 OF WORD 1 | DOT. | W.S. | REPEAT 4 OF WORD 1 | DOT. | W.S. | REPEAT 5 OF WORD 1 |
|---|---|---|---|---|---|---|---|---|
| 37 | 11 | 48 | 37 | 11 | 48 | 37 | 11 | 48 |

| DOT. | W.S. | REPEAT 1 OF WORD 2 | ... | ... | REPEAT 5 OF WORD 2 |
|---|---|---|---|---|---|
| 37 | 11 | 48 | | | 48 |

DOTTING = 1010....101
W.S. (WORD SYNC) = 11100010010

**Figure 2.7.2-1.  REVERSE VOICE CHANNEL MESSAGE STREAM (Mobile-to-Land)**

A 37-bit dotting sequence (1010....101) and an 11-bit word sync sequence (11100010010) are sent to permit land stations to achieve synchronization with the incoming data, except at the first repeat of word 1 of the message where a 101-bit dotting sequence is used. Each word contains 48 bits, including parity, and is repeated five times together with the 37-bit dotting and 11-bit word sync sequences; it is then referred to as a word block. For a multi-word message, the second word block is formed the same as the first word block including the 37-bit dotting and 11-bit word sync sequences. A word is formed by encoding the 36 content bits into a (48, 36) BCH code that has a distance of 5, (48, 36; 5). The left-most bit (i.e., earliest in time) shall be designated the most-significant bit. The 36 most-significant bits of the 48-bit field shall be the content bits. The generator polynomial for the code is the same as for the (40, 28; 5) code used on the forward control channel (see **3.7.1**).

### 2.7.2.1 RVC MESSAGES                                                         X

Each RVC message can consist of one or two words. The types of messages to be transmitted over the reverse voice channel are:

- Order Confirmation Message
- Called-Address Message.

The message formats are as follows:

**Order Confirmation Message**

| F = 1 | NAWC = 00 | T = 1 | LOCAL | ORDQ | ORDER | RSVD = 000...0 | P |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 1 | 5 | 3 | 5 | 19 | 12 |

A 240

EIA/TIA-553
Page 2-32

**Called-Address Message:**
**Word 1 - First Word of the Called-Address**

| F<br>=<br>1 | NAWC<br>=<br>01 | T<br>=<br>0 | 1st<br>DIGIT | 2nd<br>DIGIT | ... | ... | ... | ... | 7th<br>DIGIT | 8th<br>DIGIT | P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 1 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 12 |

**Word 2 - Second Word of the Called-Address**

| F<br>=<br>0 | NAWC<br>=<br>00 | T<br>=<br>0 | 9th<br>DIGIT | 10th<br>DIGIT | ... | ... | ... | ... | 15th<br>DIGIT | 16th<br>DIGIT | P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 1 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 12 |

The interpretation of the data fields is as follows:

      F — First word indication field. Set to '1' in first word and '0' in second word.

  NAWC — Number of additional words coming field.

      T — T field. Set to '1' to identify the message as an order confirmation. Set to '0' to identify the message as a called-address.

  DIGIT — Digit field (see Table 2.7.1-2).

  ORDER — Order field. Identifies the order type (see Table 3.7.1-1).

  ORDQ — Order qualifier field. Qualifies the order confirmation to a specific action (See Table 3.7.1-1).

  LOCAL — Local Control field. This field is specific to each system. The ORDER field must be set to local control (see Table 3.7.1-1) for this field to be interpreted.

  RSVD — Reserved for future use; all bits must be set as indicated.

      P — Parity field.

A 241

# Exhibit AA

John C. Webber     October 4, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


```
------------------------------
TruePosition, Inc.            )
     Plaintiff/               )
     Counterclaim-Defendant,  )
                              )   Civil Action No.
vs.                           )    05-00747-SLR
                              )
Andrew Corporation,           )
     Defendant/               )
     Counterclaim-Plaintiff.  )
------------------------------
```


October 4, 2006


    The deposition of JOHN C. WEBBER, taken at the

instance of the Defendant, before Carolyn M.

O'Connor, RMR, CRR, CCR, a Notary Public for the

Commonwealth of Virginia at Large, beginning at 9:04

a.m., at the Marriott Courtyard, 1201 West Main

Street, Charlottesville, Virginia; said deposition

taken pursuant to the Federal Rules of Civil

Procedure.


                COOK & WILEY, INC.
          Registered Professional Reporters
              Post Office Box 14582
              Richmond, Virginia 23221
                 (804) 359-1984


                                        A 242

8ce6d671-eb49-47be-b254-a8b759c676cc

John C. Webber   October 4, 2006

Page 22

1       TPI0044595, which should be just the United

2       States patent number 5,327,144.

3           Thank you, counsel.

4       Q    Dr. Webber, have you seen this document

5   before?

6       A    I have seen this patent document before,

7   yes.

8       Q    When is the last time you saw it?

9       A    The last time I saw a copy of this

10  document was a few months ago when I was contacted

11  by Woodcock Washburn in connection with this case,

12  at which time I pulled it out and looked at it.

13      Q    Now, Dr. Webber, I understood you to say

14  just now that control channels are always digital.

15  Is that a fair --

16      A    I would assume that they are always

17  digital, but I have -- this is -- basically because

18  I think all the new systems are all digital.

19      Q    All of the new systems.  So you are

20  drawing a distinction between old systems and new

21  systems when you say that control channels are

22  always digital?

23      A    I'm not drawing a distinction.  I'm

24  saying they are all similar in using modulated

25  signals to transmit information digitally.

8ce6d671-eb49-47be-b254-a8b759c676cc

John C. Webber   October 4, 2006

Page 23

1          Q     Can I ask you to please turn to, let's

2    see, about a third of way into the patent, Column 1,

3    past the figures, Column 1.

4          A     Yes.

5          Q     About a third of the way down the page

6    next to the -- to the left of Line 30, so it would

7    be Column 1, starting at approximately Line 27 --

8          A     Yes.

9          Q     -- it says, "In addition, it should be

10   noted that the inventive concepts disclosed herein

11   are applicable to both analog and digital, paren,

12   for example, TDMA, cellular systems that employ

13   analog control channels."

14         A     Yes.

15         Q     What is an analog control channel?

16         A     I believe what we meant here is it is the

17   control channel associated with the analog cell

18   telephone system.

19             MS. WALDRON:   Could you please read the

20         answer back for me.

21

22        (Court reporter reads back previous answer.)

23

24         Q     Dr. Webber, getting back to the GSM

25   standard, do you know whether or not all channels in

8ce6d671-eb49-47be-b254-a8b759c676cc

John C. Webber   October 4, 2006

Page 24

1   GSM are digital?

2        A    No, I don't.

3        Q    Dr. Webber, are you aware that the GSM

4   standard distinguishes between physical and logical

5   channels?

6        A    No, I'm not.

7        Q    Dr. Webber, if asked, could you draw a

8   frame structure for GSM?

9        A    I could not.

10       Q    Dr. Webber, is it safe to say that you do

11   not consider yourself an expert in GSM?

12       A    Yes, that's correct.   I believe I already

13   said that.

14       Q    I apologize.

15            Dr. Webber, are you familiar with the

16   acronym CDMA?

17       A    Yes, it means Code Division Multiple

18   Access.

19       Q    How -- what is the basis for your

20   understanding of what CDMA is?

21       A    The basis of my understanding is

22   primarily my understanding of how the Global

23   Positioning System works, in which multiple

24   satellites all transmit digital signals within the

25   same band, and they are distinguished -- even though

8ce6d671-eb49-47be-b254-a8b759c676cc

John C. Webber   October 4, 2006

Page 32

1  proof of concept demonstration.  My chief area of

2  contribution was in the -- the description of the

3  overall system, in managing the project, organizing

4  the work and assigning it to different people and

5  seeing to it that everything actually got done in

6  the end.  I also did some direct engineering work in

7  the area of providing accurate clock and oscillator

8  references at the receiving sites.

9        Q    Dr. Webber, you mentioned it was

10  difficult to separate your contribution from

11  Dr. Knight's, but you didn't mention Mr. Stilp.  Is

12  Mr. Stilp's work more easily separated from that of

13  you and Dr. Knight?

14        A    Yes.

15        Q    What would you say Mr. Stilp's

16  contribution to the 144 patent was?

17        A    His contribution was in the understanding

18  of the technical details and system organization of

19  the cell telephone networks, as he provided to us

20  the technical information about frequencies of

21  control channels, our communications protocols and

22  similar technical information, and he placed our

23  ability to make measurements within the context of

24  the overall operation of the cell telephone system

25  and the organization of data and the transmission of

8ce6d671-eb49-47be-b254-a8b759c676cc

John C. Webber  October 4, 2006

1  data between cell telephone tower equipment and

2  central sites, the registration of telephone numbers

3  and how the overall database system worked in order

4  to provide the information that identifies a

5  particular transmission so that we could connect the

6  measurement of a position with the particular

7  transmitter that produced the signal.

8       Q    What do you mean connect -- I'm sorry if

9  I'm misquoting you.  I think I just heard you to say

10 connect the information of the transmitter with a

11 particular --

12      A    Yes.

13      Q    -- location?

14      A    You want me to explain that?

15      Q    Well, first, did I hear you correctly?

16 Did you say connect a transmitter to a specific

17 location?

18      A    No, correct the identifying information

19 of the transmitter to the position determined for

20 that -- for a transmission from that transmitter.

21      Q    Yes, if you could please explain what you

22 mean by connect the identification --

23      A    Okay.

24      Q    -- information.

25      A    In this system described in this patent,

8ce6d671-eb49-47be-b254-a8b759c676cc

John C. Webber   October 4, 2006

Page 34

1    the nature of the signal being analyzed is

2    irrelevant to the process of determining a position.

3    It is possible to determine the position using

4    analog modulated voice channels, digital modulated

5    information channels, digitally modulated voice

6    channels, whatever signal you have, from the point

7    of view of the technique of radio interferometry, as

8    described in the patent.  It's noise.  It's just a

9    particular pattern of electromagnetic radiation, and

10   it is irrelevant to the process of determining

11   location, whether it contains information or voice

12   modulation or is background noise and static or

13   whatever.  The system works the same on any

14   transmission that it receives.

15            So it is possible to determine for any

16   signal that enters the cell telephone system, for

17   example, from a rogue transmitter illegally

18   transitting within the band received by the

19   equipment, to determine the position of that

20   transmission.  However, in order for this

21   information to be useful, it's necessary to know for

22   the signals which are located what transmitter it is

23   associated with, in particular in this case, with

24   which particular telephone a particular detected

25   transmission is associated.  In order to make that

8ce6d671-eb49-47be-b254-a8b759c676cc

John C. Webber   October 4, 2006

Page 35

1    determination, it's necessary to -- well, the most

2    convenient way to do that is to decode the telephone

3    number or other identifying information within the

4    transmission.

5          And so the contribution of Lou Stilp to

6    making a system which obtained the objective of

7    identifying the position of a particular telephone

8    must involve not only measuring the position of a

9    particular transmission, but associating it with

10   that particular telephone.

11         Q    You're saying you need to figure out the

12   specific identification of any particular phone?

13         A    Right.  Otherwise, the information isn't

14   useful.  I can show you from the data stream -- from

15   three cell telephone towers where and when every

16   cell telephone within that -- the area serviced by

17   those towers is located and what it's doing at any

18   particular time all simultaneously, but unless I had

19   information about the identification associated with

20   a particular signal, namely the telephone number,

21   the registration number, whatever, I can't tell you

22   which one of those is the one that you want.

23         Q    And with regard to figuring out the

24   identification of the cell phone, do I understand

25   you correctly that that was something that fell

John C. Webber   October 4, 2006

Page 36

1  under Mr. Stilp's contribution?

2      A    Yes, providing the information about the

3  nature of the transmissions, the coding used for the

4  transmissions and the way the information is

5  transmitted around the cell telephone networks was

6  essential to making a system which not only

7  determines the location of all the transmitters but

8  associates each one of them with a particular cell

9  telephone.

10         MS. WALDRON:  Why don't we go ahead and

11     just change the tape now.

12         THE VIDEOGRAPHER:  We are off the record

13     at approximately ten a.m.

14         MS. WALDRON:  Thank you.

15

16              (Off the record.)

17

18         THE VIDEOGRAPHER:  We are on the record

19     at approximately 10:01 a.m.  Counsel, you may

20     resume.

21

22     EXAMINATION BY MS. WALDRON:  (Cont'g)

23      Q    Dr. Webber, you mentioned previously, if

24  I understood you correctly, that you felt that your

25  work on the invention embodied in the 144 patent was

John C. Webber   October 4, 2006

Page 49

1   operates, it identifies one as being the strongest

2   tower available to it, and then it -- it chooses, on

3   that basis, the particular digital control channel

4   and transmits to the cell telephone tower or it

5   broadcasts omnidirectionally -- it's picked up at

6   many cell phone towers -- its own identifying

7   information.

8          That tower then registers that telephone

9   as being within range of that tower, and that

10  information is transmitted to the entire cell

11  telephone system throughout the country, so that a

12  telephone from Los Angeles, when turned on in

13  Virginia, will get identified and within a very

14  short time registered as being close to this

15  particular cell telephone tower in Virginia and

16  being a legitimate number, so that if someone calls

17  that number, which ordinarily would go to the Los

18  Angeles area code, the system database maintained

19  nationally identifies, Oh, this guy's in Virginia,

20  so I'm going to call him from that tower right

21  there.

22          So that's the process of registration,

23  and that includes both the number and unique

24  machine-identifying code that's unique to each piece

25  of equipment that enables the system to determine

8ce6d671-eb49-47be-b254-a8b759c676cc

John C. Webber    October 4, 2006

Page 50

1    that this is a legitimate and not a highjacked code

2    of some sort.

3         Q    Dr. Webber, I think in your last answer

4    you used the phrase digital control channel.  Can

5    you explain to me what about -- what is it that

6    makes a control channel digital, as you're referring

7    to it?

8         A    The information in the particular

9    frequency band assigned to one particular digital

10   control channel, that information is transmitted

11   as an -- it's actually an analog signal, but the

12   analog signal is modulated in such a way as to make

13   it possible to demodulate it and determine a

14   sequence of numbers that was originally encoded

15   before the transmission was made.  Excuse me.

16        Q    Sure.  Would you like more water?

17             Dr. Webber, if I understood you

18   correctly, you also mentioned selection of one of

19   several control channels.  Did I understand you

20   correctly?

21        A    Yes.

22        Q    What -- what set of control channels are

23   you talking about?

24        A    The control channels I'm talking about in

25   particular in this -- in the implementation we did

8ce6d671-eb49-47be-b254-a8b759c676cc

John C. Webber   October 4, 2006

Page 51

1   in 1992 is the set of 21 frequencies -- actually,

2   frequency bands -- within a given region of the

3   spectrum around 900 megahertz, which were assigned

4   to the function of being the control channels by

5   which digital information is transmitted from the

6   cell telephone to a tower and from a tower back to

7   the telephone.

8         MS. WALDRON:   Sorry, could you read that

9      back to me.

10

11   (Court reporter reads back previous answer.)

12

13         MS. WALDRON:   Thank you.

14      Q    Dr. Webber, getting back to the

15   contribution made by you and Dr. Knight, you

16   mentioned that you had worked on concepts and

17   equipment, and we talked about the concepts being

18   direction finding and time of arrival.  Can you tell

19   me about what equipment you and Dr. Knight worked to

20   develop in support of the project that became the

21   144 patent.

22      A    Yes, the equipment required is, first, a

23   means of connecting to the cell telephone receiving

24   antennas in order to receive the signals that are at

25   issue and then processing those signals in the

8ce6d671-eb49-47be-b254-a8b759c676cc

John C. Webber   October 4, 2006

Page 52

1   analog domain and then in the digital domain in

2   order to provide signals that are suitable for

3   cross-correlation in order to determine the relative

4   time of arrival of the signals; and that consisted

5   of a -- radio frequency equipment attached to the

6   antenna system of a cell telephone tower, which,

7   using a local oscillator and standard heterodyne

8   techniques, converted the received relevant part of

9   the spectrum down to frequencies close to zero

10  frequency and extending above that to the extent of

11  frequency characteristic of those signals, and I

12  believe that was on the order of a hundred kilohertz

13  or so frequency spectrum.

14           Following that step of filtering the

15  signal in order to observe only the 21 channels of

16  digital information, that signal was converted to

17  digital in an analog -- using an analog-to-digital

18  converter and then transmitted by a custom-designed

19  board over a T1 -- standard T1 carrier from the cell

20  telephone tower to a chosen central site.

21           So the equipment consisted of means of

22  attaching to the cell telephone antenna receiving

23  system, down-converting the received signal for only

24  the digital control channels to a lower frequency,

25  and then using an analog-to-digital converter to

8ce6d671-eb49-47be-b254-a8b759c676cc

John C. Webber   October 4, 2006

Page 111

1          A      The integral is, in effect, a summation.
2     In principle what one would do is take the two
3     described functions and represent them analytically
4     as, for example, polynomials or exponentials or some
5     integrable function --
6                    THE COURT REPORTER:   Inter --
7                    THE WITNESS:   Integrable,
8          I-N-T-E-G-R-A-B-L-E function.
9          A      -- and multiply the two with an
10    infinitesimal time difference, dt.  For example, the
11    integral of XDX is X squared divided by two.
12         Q      So something just occurred to me.  We
13    were talking about -- you mentioned that correlation
14    function -- we use the term loosely -- can either
15    mean the actual process or the results of some --
16    yes, or the results.  Can you take a look at
17    Column 5 right at Line 20.
18         A      Uh-huh.
19         Q      It says "The central site system
20    comprises means for processing the frames of data
21    from the cell site systems to generate a table
22    identifying individual cellular telephone signals,"
23    and then it goes on.
24         A      Uh-huh.
25         Q      That table, is that generated from the

8ce6d671-eb49-47be-b254-a8b759cc676cc

John C. Webber  October 4, 2006

Page 112

1    results of the correlation function?

2        A    No.

3        Q    No.  What is that table?

4        A    That table identifying the cell telephone

5    signals is a table which identifies those --

6    essentially, the telephone numbers that have been

7    decoded from the individual data streams.  That has

8    nothing to do with the cross-correlation process.

9    This is for convenience.

10       Q    That's the stuff that goes into the

11   identifying database?

12       A    Right.  So you pop out a time, a

13   telephone number and a time difference of arrival

14   for that particular pair of antennas, and the

15   decoding of that signal is done independently for

16   each data stream and separately from the

17   cross-correlation process.

18       Q    Dr. Webber, is a correlation function the

19   same thing as an ambiguity function?

20            MR. MILCETIC:  Objection.

21            You can answer it.

22       A    I think I have heard it referred to as an

23   ambiguity function, but it's not -- at least in my

24   field, it's not a term that's commonly used.

25       Q    Ambiguity function is not a term

8ce6d671-eb49-47be-b254-a8b759c676cc

John C. Webber   October 4, 2006

Page 113

1    that's --

2        A    No.

3        Q    If I asked you -- so is it fair to say

4    that you cannot definitively state one way or the

5    other whether an ambiguity function is the same

6    thing as a correlation function?

7            MR. MILCETIC:   Objection.

8            You can answer.

9        A    I believe that in some contexts, what I'm

10   calling a correlation function is referred to as an

11   ambiguity function.

12       Q    In what contexts are you referring to?

13       A    In -- I seem to remember something -- I'm

14   not an expert in this particular area, but I believe

15   in digital data processing, it's a term which is

16   sometimes used to mean the same thing as what I mean

17   by correlation function, but I'm not an expert in

18   that particular area.

19       Q    Which particular area?

20       A    The area of digital signal

21   communications.   To me these signals are being

22   processed as if they were noise.   The only content

23   that's being extracted is the telephone number,

24   which is easily decoded from the input data stream.

25   As far as the rest of the process is concerned, I

8ce6d671-eb49-47be-b254-a8b759c676cc

# Exhibit BB



*"An essential resource"* —*PC Magazine*

OVER 725,000 SOLD



# NEWTON's TELECOM DICTIONARY

**Telecommunications • Networking • Information Technologies**
**Wired, Wireless, Satellite, Fiber and the Internet**
**WANs, MANs, LANs, SANs and PONs • WiFi and WiMAX**
**DSL, Cable and BPL • VoIP and IPTV • Ethernet and VPNS**
**and everything voice, data and video — moving or still**



CMP**Books**

Updated and Expanded Edition
by Harry Newton

A 258

**NEWTON's TELECOM DICTIONARY**
Copyright © 2006 Harry Newton
email: Harry@HarryNewton.com
personal web site: www.HarryNewton.com
business web site: www.InSearchOfThePerfectInvestment.com

All rights reserved under International and Pan-American Copyright conventions,
including the right to reproduce this book or portions thereof in any form whatsoever.

Published in the United States by
CMP Books
An imprint of CMP Media Inc.
600 Harrison Street, San Francisco, CA 94107
Phone 415-947-6615 and Fax 415-947-6015
email: bookorders@cmp.com
www.cmpbooks.com



## CMP

United Business Media

For individual or quantity orders
CMP Books
6600 Silacci Way Gilroy, CA 95020
Tel: 1-800-500-6875 or 1-800-LIBRARY or 1-408-848-5296

This book is also sold through www.Amazon.com, www.Fatbrain.com,
www.BarnesAndNoble.com and all fine booksellers worldwide.

Distributed to the book trade in the U.S. and Canada by
Publishers Group West
1700 Fourth St., Berkeley, CA 94710
Fax: 408-848-5784 cmp@rushorder.com

ISBN Number 1-57820-319-8
February 2006
Twenty Second Edition
Steven Schoen, Contributing Editor
Valerie Pippin, Publisher
Gail Saari, Managing Editor
Sachie Jones, Marketing Manager
Saul Roldan and Damien Castenada, Cover design
Brad Greene, Greene Design, Text layout

A 259

## Continuous / Controlled Environment Vault

**continuous** A word used in voice recognition to mean a type of recognition that requires no pause between utterances.

**continuous DTMF** This is a feature of some phones (especially cellular phones) that sends touchtone sounds for as long as the key is held down, allowing access to services such as voice mail and answering machines that need long-duration tones. Some phones automatically have continuous DTMF; some don't. It's worth checking. Continuous DTMF makes a lot more sense.

**continuous information environment** A term for the world we live in—in which information (text, voice, video, images, etc.) is flowing at us continuously. And our job is, somehow, to manage the information. The idea is to use the new computer telephony terms to manage the information.

**continuous phase modulation** CPM. An efficient means of modulation for purposes of digital transmission over a radio system, such as microwave. CPM modulates the signal by changing its phase, or position, much as does Phase Shift Keying (PSK) in modems. CPM is a memory-dependent technique which requires that the receiving device compare the value of the starting phase of the transmitted signal to the value of the ending phase of the previously transmitted signal. Thereby, the value of the transmitted symbols can be determined, as long as the transmitter and receiver are carefully synchronized and the bit intervals, therefore, are consistent in time. Each value can represent one or more bits, depending on whether a compression technique is used to improve the efficiency of data transmission. See also PSK.

**continuous vulcanization** Simultaneous extrusion and curing of elastomeric wire coating materials. wire or cable can withstand prior to breakdown.

**continuous waves** CW. A series of electromagnetic waves or cycles, all of which have a constant or unvarying amplitude. Continuous wave usually refers to the output of a device (e.g., an optical fiber laser) which is turned on, but which is not modulated with a signal.

**continuously variable** Capable of having one of an infinite number of values, differing from each other by an arbitrarily small amount. Usually used to describe analog signals or analog transmission.

**contract** For the purpose of developing applications in the telecommunications industry, there are two types of contracts: Active and Passive. An active contract is one you must sign. A passive contract is the type of contract you find in a software package. By opening the shrink wrapped package, you are committing yourself to the terms of the contract inside the package—the terms of which mostly consist of not duplicating the software in an unauthorized way.

**control** In switching systems, the overall control of the switches. This includes monitoring to determine when action is needed, logic to determine what action is needed, and command, to initiate the actions.

**control cable** A multiconductor cable made for operation in control or signal circuits.

**control channel** A control channel is a logic channel carrying network information rather than actual voice or data messages. Within a cellular telephone system, several of the channels are assigned as 'control' channels. Instead of supporting voice communications, these channels allow the base station to broadcast information to the cellular phones in its area. Cellular phones continuously monitor this broadcast information, selecting the base station that provides the best signal.

**control character** A non-printing ASCII character which controls the flow of communications or a device. Control characters are entered from computer terminal keyboards by holding down the Control key (marked CTRL on most keyboards) while the letter is pressed. To ring a bell at a remote telex terminal, an operator could hold down the CTRL key, and tap the "G" key, since Control-G is the BELL character. Most computers display Control as the "^" character in front of the designated letter. For example, ^M is the Carriage Return character.

**control circuit** X.21 interface circuit used to send control information from DTE to DCE.

**control connections** A Control VCC links the LEC to the LECS. Control VCCs also link the LEC to the LES and carry LE_ARP traffic and control frames. The control VCCs never carry data frames.

**control equipment** 1. The central "brains" of a telephone system. That part which controls the signaling and switching to the attached telephones. Known as the KSU (or key service unit) in a key system.

2. Equipment used to transmit orders from an alarm center to remote site to enable you to do things by remote control.

**control field** Field in frame containing control information.

**control flag** A cellular phone term. A 6-bit flag transmitted in the forward channel data stream, comprised of a 5-bit busy/idle flag and one bit of the 5-bit decode states flag.

**control head roam lights** Indicates that the cellular phone is outside the "home" system.

**control messages** Signalling messages that provide the control of setup, maintenance, and teardown of L2TP sessions and tunnels. See L2TP.

**control of electromagnetic radiation** 1. Measures taken to minimize electromagnetic radiation emanating from a system or component, or to minimize electromagnetic interference. Such measures are taken for purposes of security and/or the reduction of interference, especially on ships and aircraft.

2. A national operational plan to minimize the use of electromagnetic radiation in the United States and its possessions and the Panama Canal Zone in the event of attack or imminent threat thereof, as an aid to the navigation of hostile aircraft, guided missiles, or other devices.

**control of flow language** Programming-like constructs (IF, ELSE, WHILE, GOTO, and so on) provided by Transact-SQL so that the user can control the flow of execution of SQL Server queries, stored procedures, and triggers. This definition from Microsoft SQL server.

**control panel** The control panel on the Apple Macintosh is for general hardware and software settings. Icons allow a user to customize the system or application, or select a particular service, such as a specific printer, set the sound level, the date and time and choose an Ethernet connection through the network control panel.

**control plane** The ATM protocol includes a Control Plane which addresses all aspects of network signaling and control, through all 4 layers of the model.

**Control Point** CP. In IBM SNA (Systems Network Architecture) networks, a Control Point is a type of NAU (Network Accessible Unit, previously known as Network Addressable Unit). A CP manages the network resources within its domain of control, controlling the activation and deactivation of resources and the monitoring of their status. Such resources can include physical resources such as links and nodes, and logical resources such as network addresses. As a Network Accessible Unit, a Control Point is accessible over the SNA network itself. See also SNA.

**control segment** A worldwide network of Global Positioning System monitoring and control installations that ensure the accuracy of satellite positions and their clocks.

**control signal** 1. In the public network, control signals are used for auxiliary functions in both customer loop signaling and interoffice trunk signaling. Control signals as used in the customer loop for Coin Collect and Coin Return and Party Identification. Control signals used in interoffice trunk signaling include Start Dial (Wink or Delay Dial) signal Keypulse (KP) signals or Start Pulse (ST) signals.

2. In modem communications, control signals are modem interface signals used announce, start, stop or modify a function. Here's a table showing common RS-232-C and ITU-T V.24 control signals

| Pin | Control Signal | From | To |
|---|---|---|---|
| 4 | Request-To-Send (RTS) | DTE | DCE |
| 5 | Clear-To-Send (CTS) | DCE | DTE |
| 6 | Data Set Ready (DSR) | DCE | DTE |
| 8 | Carrier Detect (CD) | DCE | DTE |
| 20 | Data Terminal Ready (DTR) | DTE | DCE |
| 22 | Ring Indicator (RI) | DCE | DTE |

**control station** On a multi-access link, a station that is in charge of such functions as selection and polling.

**control theory** The mathematical analysis of the systems and mechanisms achieving a desired state under changing internal and external conditions.

**control tier** An AT&T term for the tier within the Universal Information Services work node that provides the transport network's connection control function.

**control unit** An architectural component of a processor chip which orchestrates processor activity and handles timing to make sure the processor doesn't overlap functions

**controlled access** When access to a system is limited to authorized programs, processes or other systems (as in a network).

**controlled environment vault** CEV. It is a low maintenance, watertight concrete or fiberglass container typically buried in the ground which provides permanent housing for remote switches, remote line concentrators, pair gain or transmission systems. Because it is buried, it can often be installed in utility easements

A 260

# Exhibit CC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TruePosition, Inc., | ) | |
| | ) | |
| Plaintiff/ | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | Civil Action No. 05-747-SLR |
| v. | ) | |
| | ) | |
| Andrew Corporation, | ) | CONFIDENTIAL |
| | ) | |
| Defendant/ | ) | |
| Counterclaim-Plaintiff. | ) | |

## TRUEPOSITION'S IDENTIFICATION OF CLAIM TERMS AND PROPOSED CONSTRUCTIONS

Pursuant to paragraph 5 of the court's Scheduling Order (D.I. 23), and the parties'

October 13, 2006 (D.I. 94), TruePosition sets forth below those claim terms and phrases of the

144 Patent that it believes require construction, as well as TruePosition's proposed constructions

of those terms.

| 144 Patent Claim Term or Phrase | Proposed Construction |
|---|---|
| "**means** for processing said frames of data from said cell site systems to generate a table identifying individual cellular telephone signals and the differences in times of arrival of said cellular telephone signals among said cell site systems" (Claim 1) | A computer processor programmed to perform the algorithm disclosed at Col. 13, ll. 33-56 (ending with the acronym "TDOA"), Fig. 7 at the First Four Blocks and Table, Col. 17, ll. 26-68 (minus any reference to "frequency difference data" or "frequency difference results") and Figs. 8a-8b (minus any reference to "frequency differences"), or equivalents of such a computer processor.<br><br>Claim language that is not in bold should be construed according to its ordinary dictionary meaning pursuant to Paragraph 7 of the Court's Scheduling Order (D.I. 23). |
| "**means** for determining, on the basis of said times of arrival differences, the locations of the | A computer processor programmed to perform the algorithm disclosed at Col. 13, l. 58 |

1

A 261

| 144 Patent Claim Term or Phrase | Proposed Construction |
|---|---|
| cellular telephones responsible for said cellular telephone signals" (Claim 1) | (beginning with the word "This") through Col. 13, l. 62 (ending with the letter "C"), Fig. 7, at the Fifth and Sixth Blocks, Col. 18, ll. 1-34 (ending with "0.0001," but minus any reference to "frequencies") and Fig. 8c through Top Four Elements of Fig. 8d (minus any reference to "frequencies"), or equivalents of such a computer processor.<br><br>Claim language that is not in bold should be construed according to its ordinary dictionary meaning pursuant to Paragraph 7 of the Court's Scheduling Order (D.I. 23). |
| "**locating means** for automatically determining the locations of said cellular telephones by receiving and processing signals emitted during said periodic **reverse control channel** transmissions" (Claim 22) | A computer processor programmed to perform the algorithm disclosed at Col. 13, ll. 33-62 (ending with the letter "C"), Figure 7 at the First Six Blocks and Table, Col. 17, l. 26 – Col. 18, l. 34 (ending with "0.0001," but minus any reference to "frequency difference data," "frequency difference results" or "frequencies") and Figs. 8a through the Top Four Elements of Fig. 8d (minus any reference to "frequency differences" or "frequencies"), or equivalents of such a computer processor.<br><br>Claim language that is not in bold should be construed according to its ordinary dictionary meaning pursuant to Paragraph 7 of the Court's Scheduling Order (D.I. 23). |
| "**database means** for storing location data identifying the cellular telephones and their respective locations, and for providing access to said database to subscribers at remote locations" (Claim 22) | The combination of the "database 20" and the "first terminal 22 coupled via a modem . . . and telephone line to the database 20" disclosed in Col. 9, ll. 25-27, Fig. 2 Blocks 20, 22, or equivalents such a combination;<br><br>Or<br><br>The combination of the "database 20" and the "second terminal 24 in radio communication with the database 20" disclosed in Col. 9, ll. 27-29, Fig. 2, Blocks 20, 24, or equivalents of such a combination;<br><br>Or |

A 262

| 144 Patent Claim Term or Phrase | Proposed Construction |
| --- | --- |
| | The combination of the "database 20" and the "third, handheld terminal 26, which is carried by a user who also has a cellular telephone 10b, in radio communication with the database" disclosed in Column 9, ll. 29-31, Fig. 2, Blocks 20, 26, or equivalents of such a combination.<br><br>Claim language that is not in bold should be construed according to its ordinary dictionary meaning pursuant to Paragraph 7 of the Court's Scheduling Order (D.I. 23). |
| "reverse control channel(s)" (Claims 1, 22 and 31) | A control channel(s) from a cellular telephone(s) to a cell site(s). |

TruePosition contends that any terms and phrases that it has not identified in asserted claims 1, 2, 22, 31, and 32 should be construed according to their ordinary dictionary meaning pursuant to Paragraph 7 of the Court's Scheduling Order (D.I. 23).

In preparing this list of terms and proposed constructions, TruePosition has relied upon the statement of Andrew's contentions in Andrew Corporation's Supplemental Responses to TruePosition's Interrogatory Nos. 3 and 7 served November 8.

Dated: November 22, 2006

By:     /s/ Daniel Goettle
**WOODCOCK WASHBURN LLP**
Dale M. Heist (pro hac vice)
Paul B. Milcetic (pro hac vice)
David L. Marcus (pro hac vice)
Kathleen Milsark (pro hac vice)
Daniel J. Goettle (pro hac vice)
One Liberty Place - 46th Floor
17th and Market Streets
Philadelphia, PA 19103
(215) 568-3100

**CONNELLY BOVE LODGE & HUTZ LLP**
Rudolf E. Hutz, Esq. (#484)
James D. Heisman, Esq. (#2746)

3                    **A 263**

The Nemours Building
1007 North Orange St.
PO Box 2207
Wilmington, Delaware 19899
(302) 658-9141

*Attorneys for Plaintiff TruePosition, Inc.*

**A 264**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **TruePosition, Inc.,** ) | |
| ) | |
| **Plaintiff/** ) | |
| **Counterclaim-Defendant,** ) | |
| ) | **Civil Action No. 05-747-SLR** |
| **v.** ) | |
| ) | |
| **Andrew Corporation,** ) | |
| ) | |
| **Defendant/** ) | |
| **Counterclaim-Plaintiff.** ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I, Daniel Goettle, hereby certify that on this 22nd day of November, 2006, I served the foregoing TruePosition's Identification of Claim Terms and Proposed Constructions on counsel for defendant Andrew Corporation as follows:

***Via Electronic Mail, Return Receipt Requested***

Rachel Pernic-Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

_/s/ Daniel Goettle_____
Daniel Goettle

**A 265**

# Exhibit DD

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

--------------------------------x

TRUEPOSITION, INC.,                )

                    Plaintiff,  )

        v.                         )  Civil Action

ANDREW CORPORATION,                )  No. 05-747

                    Defendant.  )

--------------------------------x

Videotaped Deposition of

JOHN P. CARLSON

Washington, D.C.

Monday, October 2, 2006

9:04 a.m.

Job No.:  22-87717

Pages 1 - 228

Reported By:  Joan V. Cain

Virginia CCR No. 0315117

**A 266**

a88a2f42-78f3-4971-9342-c022f6340955

Page 24

1              JOHN. P. CARLSON

09:35:46    2        Q    Is there a control channel in TDMA?

09:35:56    3        A    That doesn't make sense to me.

09:35:58    4        Q    Is TDMA an air interface?

09:36:00    5        A    No, it's not.

09:36:01    6        Q    Have you ever heard the phrase "CDMA"?

09:36:06    7        A    Yes.

09:36:06    8        Q    What is CDMA?

09:36:09    9        A    Code division multiple access.

09:36:11    10       Q    Is there a control channel in CDMA?

09:36:16    11       A    That doesn't make sense to me either.

09:36:18    12       Q    Okay.  It's not your understanding that

09:36:22    13   every air interface has some type of control channel

09:36:26    14   associated with it?

09:36:46    15       A    I can say that every air interface that I'm

09:36:49    16   familiar with has a mechanism to send control

09:36:51    17   information between a base station and a handset.

09:36:55    18       Q    But not necessarily a control channel?

09:36:59    19       A    Correct.

09:36:59    20       Q    What about in AMPS, is there a control

09:37:03    21   channel?

09:37:11    22       A    I believe there is.

09:37:14    23       Q    Apart from AMPS, is there a control channel

09:37:17    24   in any other air interface?

09:37:31    25       A    I don't know.  I'm not sure.

A 267

a88a2f42-78f3-4971-9342-c022f6340955

Page 25

| | 1 | JOHN. P. CARLSON |
|---|---|---|
| 09:37:39 | 2 | Q    Is there any control channel in GSM? |
| 09:37:59 | 3 | A    In the GSM standard, there is a way to send |
| 09:38:02 | 4 | control information between a base station and a |
| 09:38:04 | 5 | handset. |
| 09:38:05 | 6 | Q    And what is that? |
| 09:38:15 | 7 | A    The broadcast control channel is a way for |
| 09:38:20 | 8 | the base station to send control-related information |
| 09:38:27 | 9 | to handsets. |
| 09:38:28 | 10 | Q    How about between the handset and the base |
| 09:38:31 | 11 | station? |
| 09:38:40 | 12 | A    There's an access grant channel, there is a |
| 09:38:51 | 13 | stand-alone dedicated control channel, and there is |
| 09:38:56 | 14 | a slow associated control channel. |
| 09:39:04 | 15 | Q    Could you turn back to -- actually, let me |
| 09:39:11 | 16 | step back. |
| 09:39:12 | 17 | Have you participated in any efforts to add |
| 09:39:20 | 18 | the ability to locate on a stand-alone dedicated |
| 09:39:23 | 19 | control channel to the Geometrix product? |
| 09:39:30 | 20 | A    Yes. |
| 09:39:31 | 21 | Q    What were those efforts? |
| 09:39:43 | 22 | A    I was involved in the systems engineering |
| 09:39:46 | 23 | design of how Geometrix could acquire SDCCH, which |
| 09:40:05 | 24 | happens to be a shared channel that can send control |
| 09:40:10 | 25 | information and traffic information. |

A 268

a88a2f42-78f3-4971-9342-c022f6340955

Page 26

1                          JOHN. P. CARLSON

09:40:14    2        So I wouldn't say that from that standpoint

09:40:24    3    it's exclusively a control channel.

09:40:33    4        Q     What prompted Andrew to start working on

09:40:40    5    locating a mobile transmitting on a stand-alone

09:40:44    6    dedicated control channel?

09:40:53    7        A     Could we go back to questions when I said

09:41:03    8    "yes"?

09:41:03    9        Q     Yeah.

09:41:12    10       A     Could you read that one again?

09:41:15    11            MR. MILCETIC:   Read that question back.

09:41:17    12            MR. PARKS:   And the answer too, right?

09:41:20    13            (The reporter read the record as

09:41:40    14    requested.)

09:41:40    15       A     Thanks.

09:41:43    16   BY MR. MILCETIC:

09:41:44    17       Q     What prompted Andrew to start working on

09:41:47    18   the ability to locate on a stand-alone dedicated

09:41:50    19   control channel?

09:41:56    20       A     We had a contract that was awarded to us

09:42:02    21   for this work.

09:42:04    22       Q     What contract?

09:42:19    23       A     I'm not comfortable answering that

09:42:23    24   question.

                                                      A 269
09:42:23    25       Q     Is it classified?

a88a2f42-78f3-4971-9342-c022f6340955

Page 27

|  |  |  |
|--|--|--|
| | 1 | JOHN. P. CARLSON |
| 09:42:26 | 2 | A    I can't confirm or deny that. |
| 09:42:31 | 3 | Q    Well, if it is classified, how would you |
| 09:42:34 | 4 | know one way or the other? |
| 09:42:42 | 5 | A    Because I have a security clearance and I'm |
| 09:42:45 | 6 | privy to some classified information. |
| 09:42:51 | 7 | MR. PARKS:  Just so we're clear on the |
| 09:42:52 | 8 | record.  If the work is classified, you can say it's |
| 09:42:56 | 9 | classified.  You just can't go into any details |
| 09:42:59 | 10 | about what the work is or on whose behalf it's being |
| 09:43:04 | 11 | done, that type of thing, but you can answer whether |
| 09:43:06 | 12 | it's classified or not. |
| 09:43:15 | 13 | BY MR. MILCETIC: |
| 09:43:15 | 14 | Q    Are you comfortable talking about what |
| 09:43:17 | 15 | agency may have classified it? |
| 09:43:19 | 16 | A    No. |
| 09:43:37 | 17 | Q    Are you comfortable talking about anything |
| 09:43:39 | 18 | that would explain to me how this contract became |
| 09:43:52 | 19 | classified -- |
| 09:43:56 | 20 | A    No. |
| 09:43:56 | 21 | Q    -- or why it's classified? |
| 09:43:59 | 22 | A    No. |
| 09:44:03 | 23 | Q    So, you're not going to talk about that, |
| 09:44:05 | 24 | right? |
| 09:44:06 | 25 | A    About what? |

**A 270**

LEGALINK, A MERRILL LEGAL SOLUTIONS
(800) 325-3376    www.Legalink.com

a88a2f42-78f3-4971-9342-c022f6340955

# Exhibit EE

ACOM-0001                    – 35 –                      PATENT

We claim:

       1.    A cellular telephone location system for determining the locations of multiple mobile cellular telephones each initiating periodic signal transmissions over one of a prescribed set of control channels, comprising:

       (a)    at least three cell site systems, each cell site system comprising: an elevated ground-based antenna; a baseband convertor operatively coupled to said antenna for receiving cellular telephone signals transmitted over a control channel by said cellular telephones and providing baseband signals derived from the cellular telephone signals; a timing signal receiver for receiving a timing signal common to all cell sites; and a sampling subsystem operatively coupled to said timing signal receiver and said baseband convertor for sampling said baseband signal at a prescribed sampling frequency and formatting the sampled signal into frames of digital data, each frame comprising a prescribed number of data bits and time stamp bits, said time stamp bits representing the time at which said cellular telephone signals were received; and

       (b)    a central site system operatively coupled to said cell site systems, comprising: means for processing said frames of data from said cell site systems to generate a table identifying individual cellular telephone signals and the differences in times of arrival of said cellular telephone signals among said cell site systems; and means for determining, on the basis of said times of arrival differences, the locations of the cellular telephones responsible for said cellular telephone signals.

       2.    A cellular telephone location system as recited in claim 1, wherein said timing signal receiver comprises a global positioning system (GPS) receiver.

       3.    A cellular telephone location system as recited in claim 1, wherein said central site system comprises a correlator for cross-correlating the data bits of

ACOM-0001                           - 43 -                           PATENT

    22.  A ground-based cellular telephone system serving a plurality of subscribers possessing mobile cellular telephones, comprising:

    (a)  at least three cell sites equipped to receive
5  signals sent by multiple mobile cellular telephones each initiating periodic signal transmissions over one of a prescribed set of control channels;

    (b)  locating means for automatically determining the locations of said cellular telephones by receiving and
10  processing signals emitted during said periodic control channel transmissions; and

    (c)  database means for storing location data identifying the cellular telephones and their respective locations, and for providing access to said database to
15  subscribers at remote locations.


    23.  A ground-based cellular telephone system as recited in claim 22, further comprising means for providing location data to a specific one of said cellular telephones upon request by the specific telephone.


20     24.  A ground-based cellular telephone system as recited in claim 22, further comprising means for merging said location data with billing data for said cellular telephones and generating modified billing data, wherein said billing data indicates the cost for each telephone call made
25  by said cellular telephones within a certain time period, said cost being based upon one or more predetermined billing rates, and said modified billing data is based upon a different rate for calls made from one or more prescribed locations.


30     25.  A ground-based cellular telephone system as recited in claim 22, further comprising means for transmitting a signal to a selected cellular telephone to cause said selected telephone to transmit a signal over a control channel.

A 272

ACOM-0001                    - 44 -                    PATENT

    26.  A ground-based cellular telephone system as recited in claim 22, further comprising means for automatically sending location information to a prescribed receiving station in response to receiving a distress signal
5  from a cellular telephone, whereby emergency assistance may be provided to a subscriber in distress.

    27.  A ground-based cellular telephone system as recited in claim 22, further comprising means for comparing the current location of a given telephone with a prescribed
10  range of locations and indicating an alarm condition when said current location is not within said prescribed range.

    28.  A ground-based cellular telephone system as recited in claim 22, further comprising means for detecting a lack of signal transmissions by a given telephone and in
15  response thereto automatically paging said given telephone to cause said given telephone to initiate a signal transmission.

    29.  A ground-based cellular telephone system as recited in claim 22, further comprising means for estimating a time of arrival of a given telephone at a prespecified
20  location.

    30.  A ground-based cellular telephone system as recited in claim 22, further comprising means for continuously tracking a given telephone by receiving voice signals transmitted by said given telephone over a voice
25  channel and determining the location of said given telephone on the basis of said voice signals.

    31.  A method for determining the location(s) of one or more mobile cellular telephones periodically transmitting signals over one of a prescribed set of control
30  channels, comprising the steps of:

    (a)  receiving said signals at at least three geographically-separated cell sites;

ACOM-0001                    - 45 -                    PATENT

(b)  processing said signals at each cell site to
produce frames of data, each frame comprising a prescribed
number of data bits and time stamp bits, said time stamp bits
representing the time at which said frames were produced at
each cell site;

5    (c)  processing said frames of data to identify
individual cellular telephone signals and the differences in
times of arrival of said cellular telephone signals among
said cell sites; and

10    (d)  determining, on the basis of said times of
arrival differences, the locations of the cellular telephones
responsible for said cellular telephone signals.

32.  A method as recited in claim 31, further
comprising the steps of storing location data identifying the
15  cellular telephones and their respective locations, and
providing access to said database to subscribers at remote
locations.

33.  A method as recited in claim 31, further
comprising merging said location data with billing data for
20  said cellular telephones and generating modified billing
data, wherein said billing data indicates the cost for each
telephone call made by said cellular telephones within a
certain time period, said cost being based upon one or more
predetermined billing rates, and said modified billing data
25  is based upon a different rate for calls made from one or
more prescribed locations.

34.  A method as recited in claim 31, further
comprising transmitting a signal to a selected cellular
telephone to cause said selected telephone to transmit a
30  signal over a control channel.

35.  A method as recited in claim 31, further
comprising automatically sending location information to a
prescribed receiving station in response to receiving a

A 274

# Exhibit FF

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TRUEPOSITION, INC.,

                **Plaintiff and**
                **Counterclaim-Defendant,**

    **v.**

ANDREW CORPORATION,

                **Defendant and**
                **Counterclaim Plaintiff.**

**Civil Action No. 05-00747-SLR**

# DECLARATION OF DR. DAVID J. GOODMAN IN SUPPORT OF ANDREW'S MOTIONS FOR SUMMARY JUDGMENT AND OPENING MARKMAN BRIEF

A 275

1.  I, Dr. David J. Goodman, make this declaration upon personal knowledge, and if called to testify, could and would testify hereto.

2.  I am currently a Program Director at the National Science Foundation in Arlington, Virginia on temporary assignment from my position as a professor of Electrical and Computer Engineering at Polytechnic University in Brooklyn, New York. Before joining the NSF, I was Director of the Wireless Internet Center for Advanced Technology (WICAT), located at Polytechnic University, Columbia University, and the University of Virginia.  WICAT is a National Science Foundation Industry/University Cooperative Research Center. From August 1999 until August 2001, I was Head of the Department of Electrical and Computer Engineering at Polytechnic University.

3.  Before joining Polytechnic University in 1999, I was a Professor of Electrical and Computer Engineering at Rutgers, the State University of New Jersey. From 1988 until 1991, I was Chairman of the Department of Electrical and Computer Engineering at Rutgers. In 1989, I founded the Wireless Information Network Laboratory (WINLAB) at Rutgers University.  WINLAB was the first center of excellence at a United States university focused on cellular telecommunications.  In 1991, WINLAB was designated the National Science Foundation Industry/University Cooperative Research Center for Wireless Information Networks. I was the Director of WINLAB until 1999, when I joined Polytechnic University.

4.  From 1967 to 1988, I was at Bell Laboratories, where I held the position of Department Head in Communications Systems Research. In 1995, I was a Research Associate at the Program on Information Resources Policy at Harvard University.  In

**A 276**

1997, I was Chairman of the National Research Council Committee studying "The Evolution of Untethered Communications."

5. I have extensive experience performing and managing research in telecommunications and digital signal processing. My research in cellular telecommunications has produced innovations covering multiple access protocols, network architecture, mobility management, and radio resources management. In 1986 and 1987, while I was employed by AT&T Bell Laboratories, I had a research assignment in the United Kingdom. As part of this assignment, I had detailed technical discussions with experts in several European countries who were participating in the establishment of the GSM cellular standard. At that time, I acquired a thorough understanding of GSM technology, and I have maintained this expertise ever since through technical discussions, participation in various forums, and in the conduct of my teaching, research, and writing.

6. I was one of the first professors to teach a college-level course in cellular telecommunications and have taught such courses since January 1989. In the early 1990's, I also presented a three-day short course at many large companies including Bell Atlantic Mobile, Pacific Bell, US West, Ericsson and AT&T. This course introduced corporate students to the operations of several cellular systems including AMPS, TDMA, and GSM. I have lectured and published widely on the subject of cellular telecommunications. My publications include approximately 100 papers. I have also consulted for many corporations in this field, including: Ericsson, Motorola, Lucent Technologies, and Nortel Networks.

A 277

7.  I received a Bachelor's degree at Rensselaer Polytechnic Institute in 1960, a Master's degree at New York University in 1962, and a Ph.D. at Imperial College, University of London in 1967, all in electrical engineering.

8.  I am a Member of the National Academy of Engineering, a Foreign Member of The Royal Academy of Engineering, a Fellow of the Institute of Electrical and Electronics Engineers, and a Fellow of the Institution of Electrical Engineers.

9.  In 1997, I received the ACM/SIGMOBILE Award for "Outstanding Contributions to Research on Mobility of Systems Users, Data, and Computing." In 1999, I won the RCR Gold Award for the best presentation at the Conference on Third Generation Wireless Communications. In 2003, I received an IEEE Avant Garde Award for Contributions to Speech Coding and Internet-Packet Cellular Networks. Three of my papers on wireless communications have been cited as Paper of the Year by IEEE journals.

10. I am a frequent public speaker in a variety of forums on wireless communications. I am author of the books *Wireless Personal Communications Systems*, published in 1997 by Addison Wesley and co-author, with Roy Yates, of *Probability and Stochastic Processes A Friendly Introduction for Electrical and Computer Engineers, Second Edition*, published in 2004 by Wiley. I am co-editor of six other books on wireless communications. I am a named inventor on eight United States patents and have one patent application pending.

11. Based upon my experience in cellular technology as set forth above:

(a)     Channel names are a shorthand and cannot be assumed to completely reflect each property of a channel.

4

A 278

(b)   A "control channel" is not the same thing as a "voice channel."

(c)   A control channel carries only "control" ("signaling") information.

(d)   In contrast, a "voice channel" carries both "voice" ("traffic") information and "control" ("signaling") information.

(e)   A "reverse control channel" is a term of art.

(f)   A "reverse control channel" is a certain type of "control channel."

(g)   A "forward control channel" is a different type of "control channel."

(h)   Like streets -- some of which are one-way, and some of which are two-way -- channels have different directional properties.  Some channels are "one-way" and can only transmit signals in either the forward or reverse direction, but not both.  Some channels are "two-way" and can transmit signals in both directions.

(i)   A "reverse control channel" is a "one-way" channel -- it can only carry signals from a mobile phone to a base station.

(j)   A "forward control channel" is also a "one-way" channel -- it can only carry signals from a base station to a mobile phone.

(k)   An SDCCH is a "two-way" channel -- it can carry signals both from a from a base station to a mobile phone and from a mobile phone to a base station.

(l)   A "reverse control channel" is a "shared" channel; it has a many-to-one property in that many mobile phones are allocated to the same reverse control channel to communicate with the base station.

(m)   In contrast, an SDCCH is a "dedicated" channel -- only one mobile station at a time can use the SDCCH to communicate with the base station.

**I declare under penalty of perjury that to the best of my knowledge, the foregoing is true and correct.**

Dr. David J. Goodman

A 279

5