IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., ) | |
| ) | |
| Plaintiff/ ) | |
| Counterclaim-Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 05-747-SLR |
| ) | |
| ANDREW CORPORATION, ) | |
| ) | |
| Defendant/ ) | |
| Counterclaim-Plaintiff. ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that the deadline for filing answering and reply briefs to the parties' pending summary judgment motions shall be extended by two days for both parties. Therefore,

- The deadline for Andrew's Answering Brief to TruePosition's Motion for Partial Summary Judgment That Andrew Cannot Prove Its Claims of Invalidity (filed January 31, 2007 (D.I. 134) is extended until Friday, February 16, 2007.

- The deadline for TruePosition's Reply Brief in support of its Motion for Partial Summary Judgment That Andrew Cannot Prove Its Claims of Invalidity is extended until Monday, February 26, 2007.

- The deadline for Andrew's Answering Brief to TruePosition's Motion for Summary Judgment On Andrew's Counterclaims 11-VI and Affirmative Defenses III-V (filed February 2, 2007 (D.I. 137) is extended until Tuesday, February 20, 2007.

- The deadline for TruePosition's Reply Brief to Andrew's Response to TruePosition's Motion for Summary Judgment On Andrew's Counterclaims 11-VI and Affirmative Defenses III-V is extended until Tuesday, February 27, 2007.

- The deadline for TruePosition's Answering Briefs to Respond to both of Andrew's Motions for Summary Judgment (filed on February 2, 2007 as D.I. 145 and D.I. 147) is extended until Tuesday, February 20, 2007.

- Andrew's Reply Briefs in support of its Motions for Summary Judgment (filed on February 2, 2007 as D.I. 145 and D.I. 147) will be due Tuesday, February 27, 2007.

All other dates, including the trial date, shall remain the same.

| | |
|---|---|
| **CONNOLLY, BOVE, LODGE & HUTZ LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| /s/ *James D. Heisman* | /s/ *Josy W. Ingersoll* |
| James D. Heisman (No. 2746) | Josy W. Ingersoll (No. 1088) |
| The Nemours Building | John W. Shaw (No. 3362) |
| 1007 North Orange Street | Andrew A. Lundgren (No. 4429) |
| P.O. Box 2207 | The Brandywine Building |
| Wilmington, Delaware 19899 | 1000 West St., 17th Floor |
| (302) 658-9141 | P.O. Box 391 |
| jheisman@cblh.com | Wilmington, Delaware 19899-0391 |
| *Attorneys for Plaintiff* | (302) 571-6600 |
| | alundgren@ycst.com |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of January, 2007

_____
United States District Judge