IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TruePosition, Inc., | ) |
|     Plaintiff/<br>    Counterclaim-Defendant, | )<br>)<br>) |
| v. | ) Civil Action No. 05-747-SLR |
| Andrew Corporation, | ) |
|     Defendant/<br>    Counterclaim-Plaintiff. | )<br>) |

**DECLARATION OF PAUL B. MILCETIC**

I, Paul B. Milcetic, declare that included in this Appendix B of TruePosition's Brief In Opposition To Andrew's Motion For Summary Judgment Of Non-Infringement are true and correct copies of the following documents:

- Mehrotra, *GSM System Engineering* (1997), pp. 71-75, 77 & 101, produced by TruePosition, Inc. ("TruePosition") as document number TPI-E0017375, pp. 73-75, 77 & 101 of which are included at A184-A188 of Andrew Corporation's Opening Brief In Support Of Its Summary Judgment Motion Of Noninfringement Of U.S. Patent No. 5,327,144 ("Andrew's Opening Brief") (**B62-B73**);

- Heine, *GSM Networks: Protocols, Terminology, and Implementation*, pp. 94-96 & 336, produced by TruePosition as document number TPI-E0017378, p. 336 of which is included at A192 of Andrew's Opening Brief (**B74-B81**);

- Ebershacher, *GSM Switching, Services and Protocols* (2001), pp. 57-60, produced by TruePosition as document number TPI-E0017386, pp. 59 & 60 of which are included at A201 & A202 of Andrew's Opening Brief (**B82-B91**);

- Steele, et. al, *GSM, cdmaOne and 3G Systems*, (2001), pp. 102-106, produced by TruePosition as document number TPI-E0017384, pp. 106 of which is included at A196 of Andrew's Opening Brief (**B92-B99**);

- Agarwal, et. al., *Capacity Analysis of the GSM Short Message Service* (2002), pp. 1-5, produced by TruePosition as document number TPI-E0016906, which is included at A168-A172 of Andrew's Opening Brief (**B100-B105**);

- Tachikawa, *W-CDMA Mobile Communications System* (2002), pp. 93 & 127-128, produced by TruePosition as document number TPI-E0017346, included at A177-A179 of Andrew's Opening Brief (**B108-B113**);

1

- ETSI TS 144 018 V6.19.0 (2006-09) Technical Specification: Digital cellular telecommunications system (Phase 2+)Mobile radio interface layer 3 specification; Radio Resource Control (RRC) protocol (3GPP TS 44.018 version 6.19.0 Release 6), p. 18 (2006), produced by TruePosition as document number TPI-E0018102, included at A206 of Andrew's Opening Brief **(B114-B118)**;

- Plaintiff's Seventh Supplemental Responses to Defendants First Interrogatories, served November 6, 2006, by counsel for TruePosition on counsel for Andrew **(B164-B253)**;

- Andrew Corporation's Supplementary Responses to TruePosition's Interrogatory Nos. 3 and 7, served November 8, 2006 by counsel for Andrew on counsel for TruePosition **(B254-B270)**;

- Deposition Exhibit P-4, Allen Telecom LLC's Proposed Findings of Fact And Conclusions Of Law, filed in Civil Action No. 01-0823-GMS in the United States District Court for the District of Delaware **(B271-B383)**;

- Deposition Exhibit P-6, email from Balagangadhar to Carlson, dtd April 8, 2004, produced by Andrew as document number AND_EF133647 **(B465-B467)**;

- Deposition Exhibit 218, Andrew Corporation Letter No. (#1003), dtd December 11, 2004, produced by Andrew as document number AND0074132-and0074145 **(B468-B524)**;

- Document titled "Responses To STC Questions" produced by Andrew as document number AND_EF0002001 **(B525-B528)**;

- Deposition Exhibit P-15, Geometrix Software Release Notes 2005.2 (Revision A) dtd November 2005, produced by Andrew as document number AND0074132-AND0074145 **(B529-B543)**;

- MTLR Overview and Introduction to LCS; February 9, 2006; Laks Molaga; produced by Andrew as document number AND_EF0088852 **(B544-B560)**

On personal knowledge, I declare, under penalty of perjury, that the matters set forth in this Declaration are true and correct to the best of my knowledge and belief.

          /s Paul B. Milcetic
          Paul B. Milcetic
          February 20, 2007

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 20th day of February, 2007, I caused a true and correct copy of the foregoing **DECLARATION OF PAUL B. MILCETIC** to be served upon the following individuals in the manner indicated below:

*Via hand-delivery*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

*/s/ James D. Heisman*
James D. Heisman (# 2746)