IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TruePosition, Inc.,           )<br>                                              )<br>    Plaintiff/                  )<br>    Counterclaim-Defendant, )<br>                                              )<br>    v.                           )<br>                                              )<br>Andrew Corporation,     )<br>                                              )<br>    Defendant/        )<br>    Counterclaim-Plaintiff.  )<br>_____) | Civil Action No. 05-747-SLR |

**NOTICE OF FILING PAPER DOCUMENTS**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court on behalf of TruePosition, Inc. and are available in paper form only:

APPENDIX B TO TRUEPOSITION, INC.'S BRIEF IN OPPOSITION TO ANDREW'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT
PART 1
B1-B150

Date: February 20, 2007

*/s/ James D. Heisman*
James D. Heisman (# 2746)
Francis DiGiovanni (# 3189)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 252-4208

WOODCOCK WASHBURN LLP
Paul B. Milcetic, Esq. (pro hac vice)
Dale M. Heist, Esq. (pro hac vice)
David L. Marcus, Esq. (pro hac vice)
Kathleen A. Milsark, Esq. (pro hac vice)
Daniel J. Goettle, Esq. (pro hac vice)
Cira Center, 12th Floor, 2929 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-3100
Facsimile: (215) 568-3439
*Attorneys for TruePosition, Inc.*

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 20th day of February, 2007, I caused a true and correct copy of the electronically filed **Notice of Filing Paper Documents** with the Clerk of the Court using CM/ECF upon the following individuals in the manner indicated below:

*Via hand-delivery*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com


          */s/ James D. Heisman*
          James D. Heisman (# 2746)

522924