Document filed in paper format only due to size.

Original document is on file in the Clerk's Office.

Case 1:05-cv-00747-SLR    Document 170    Filed 02/21/2007    Page 1 of 1