IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., ) <br> ) <br> Plaintiff/ ) <br> Counterclaim-Defendant ) <br> ) <br> v. ) <br> ) <br> ANDREW CORPORATION, ) <br> ) <br> Defendant/ ) <br> Counterclaim-Plaintiff ) <br> ) | Civil Action No. 05-747-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Andrew Corporation, hereby certifies that copies of Andrew Corporation's Initial List of Fact Witnesses To Be Called At Trial were caused to be served on February 26, 2007 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
*jheisman@cblh.com*

**BY E- MAIL ON FEBRUARY 26, 2007 AND
FEDERAL EXPRESS ON FEBRUARY 27, 2007**

Paul B. Milcetic, Esquire
Gary H. Levin, Esquire
Daniel J. Goettle, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA  19103
*pbmilcet@woodcock.com*
*levin@woodcock.com*
*dgoettle@woodcock.com*

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on February 26, 2007 upon the following counsel of record in the manner indicated:

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
*jheisman@cblh.com*

**BY E- MAIL ON FEBRUARY 26, 2007 AND
FEDERAL EXPRESS ON FEBRUARY 27, 2007**

Paul B. Milcetic, Esquire
David L. Marcus, Esquire
Daniel J. Goettle, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA  19103
*pbmilcet@woodcock.com*
*dmarcus@woodcock.com*
*dgoettle@woodcock.com*

        YOUNG CONAWAY STARGATT &
        TAYLOR, LLP

        */s/ Andrew A. Lundgren*
        ―――――――――――――――――――
        Josy W. Ingersoll (No. 1088)
        *jingersoll@ycst.com*
        Andrew A. Lundgren (No. 4429)
        *alundgren@ycst.com*
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19899-0391
        (302) 571-6600

        *Attorneys for Defendant Andrew Corporation*

Dated: February 26, 2007