# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TruePosition, Inc., | ) | |
| | ) | |
| Plaintiff/ | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | Civil Action No. 05-747-SLR |
| v. | ) | |
| | ) | |
| Andrew Corporation, | ) | REDACTED VERSION DI 159 |
| | ) | |
| Defendant/ | ) | |
| Counterclaim-Plaintiff. | ) | |
| | ) | |

# APPENDIX B
# TO
# BRIEF IN OPPOSITION TO ANDREW'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIM 22 OF THE '144 PATENT FOR INDEFINITENESS
# PART 3
# B382-B413

CONNOLLY BOVE LODGE & HUTZ LLP
Francis DiGiovanni (# 3189)
James D. Heisman (# 2746)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 252-4208

WOODCOCK WASHBURN LLP
Paul B. Milcetic, Esq. (pro hac vice)
Dale M. Heist, Esq. (pro hac vice)
David L. Marcus, Esq. (pro hac vice)
Kathleen A. Milsark, Esq. (pro hac vice)
Daniel J. Goettle, Esq. (pro hac vice)
Cira Center, 12th Floor, 2929 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

** FILED UNDER SEAL **

APPENDIX B

TO

BRIEF IN OPPOSITION TO
ANDREW'S MOTION FOR SUMMARY
JUDGMENT OF INVALIDITY OF
CLAIM 22 OF THE '144 PATENT FOR
INDEFINITENESS

PART 3

B382-B413

** FILED UNDER SEAL **

**From:** Shira Kapplin [SKapplin@kirkland.com]
**Sent:** Wednesday, January 03, 2007 5:33 PM
**To:** Goettle, Daniel J. (Woodcock Washburn)
**Cc:** mparks@kirkland.com; Rachel Pernic Waldron
**Subject:** RE: TruePosition v. Andrew: LCS client database schema and fiels of the schema

# REDACTED

Shira J. Kapplin
Kirkland & Ellis LLP
312.861.3170
312.846.9194 (facsimile)
200 East Randolph Drive
Chicago, IL 60601-6636

**B382**

REDACTED

B383

REDACTED

B384

**REDACTED**

**B385**

REDACTED

B386

REDACTED

B387

**REDACTED**

**B388**

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------x

TRUEPOSITION, INC.,                    )

                Plaintiff,    )

      v.                               )    Civil Action

ANDREW CORPORATION,                    )    No. 05-747

               Defendant.    )

------------------------------------x

CONFIDENTIAL

Videotaped Deposition of IRIS INBAR

Reston, Virginia

Tuesday, November 21, 2006

9:11 a.m.

Job No.:  22-91054

Pages 1 - 46

Reported By:  Joan V. Cain

Virginia CCR No. 0315117

**B389**

a62dc4ob-ff9c-45d9-a08z-b1bubbob1a

CONFIDENTIAL



**REDACTED**

LEGALINK, A MERRILL LEGAL SOLUTIONS
(800) 325-3376        www.Legalink.co

a62dc4eb-ff9c-45d9-a082-b1b05b637248

**B390**

CONFIDENTIAL



REDACTED

3 (Pages 6 to 9)

a62dc4eb-ff9c-45d9-a082-b1b05b637248

**B391**

CONFIDENTIAL



**REDACTED**

6 (Pages 18 to 21)

CONFIDENTIAL



**REDACTED**

LEGALINK, A MERRILL LEGAL SOLUTIONS
(800) 325-3376      www.Legalink.com

a62dc4eb-ff8c-45d8-a082-b1b05b637248

**B393**

CONFIDENTIAL



REDACTED

8 (Pages 26 to 29)

CONFIDENTIAL



**REDACTED**

9 (Pages 30 to 33)

LEGALINK, A MERRILL LEGAL SOLUTIONS
(800) 325-3376    www.Legalink.com
a62dc4eb-ff9c-45d9-a082-b1b05b637248

**B395**

CONFIDENTIAL



**REDACTED**

10 (Pages 34 to 37)

CONFIDENTIAL

**REDACTED**

11 (Pages 38 to 41)

RANDY WYNN

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRUEPOSITION, INC.,          )
    Plaintiff,           )
                         )
v.                           ) CIVIL ACTION NO. 05-747
                         )
ANDREW CORPORATION,          )
    Defendant.           )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

RANDY B. WYNN

OCTOBER 10, 2006

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF RANDY B. WYNN,

produced as a witness at the instance of the PLAINTIFF,

and duly sworn, was taken in the above-styled and

numbered cause on the 10th day of October, 2006, from

9:25 a.m. to 3:43 p.m., before Julie C. Brandt, RMR,

CRR, and CSR in and for the State of Texas, reported by

machine shorthand, at the Hyatt Regency DFW,

International Parkway, Dallas, Texas, pursuant to the

Federal Rules of Civil Procedure and the provisions

stated on the record or attached hereto.

**B398**

LEGALINK, A MERRILL LEGAL SOLUTIONS
(800) 325-3376        www.Legalink.com
525f76f4-c10a-4f1e-9d6d-df12a5a6db0f

# RANDY WYNN

---

**Page 2**

APPEARANCES

FOR THE PLAINTIFF:

David L. Marcus
WOODCOCK WASHBURN, LLP
One Liberty Place
46th Floor
Philadelphia, PA 19103
215.568.3100
215.568.3439 (fax)
dmarcus@woodcock.com

FOR THE DEFENDANT:

Shira J. Kapplin
Sarah J. Frey
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, IL 60601
312.861.3170
312.846.9194 (fax)
skapplin@kirkland.com

VIDEOGRAPHER:

Mark Massey
LegaLink Dallas

---

**Page 4**

EXHIBITS (CONTINUED)

NO. DESCRIPTION ........ PAGE
143 E-mail from Mohamed Bizas, May 16, 2006
    Subject: Andrew Phase 2............ 142

144 E-mail from Jim McDaniel, June 14, 2006
145 E-mail from Mohamed Bizas, August 9, 2006
    Subject FW: STC Phase 3 - LOI........ 145
    Subject: RE: Contract expansion......... 146

146 E-mail from Fahd Sirobey, July 16, 2006
    Subject: FW: LBS_Phase2_Site_
    Configurations.xls.............. 149

147 E-mail from Jennifer Davis, Aug. 8, 2006
    Subject: FW: Riyadh Shipment updates...... 151
148 E-mail from Ahn Li, March 4, 2006
    Subject: Photos of Geometrix GSC
    installation in STC's Malaz'a switch...... 156
149 E-mail from Ahn Li, March 5, 2006
    Subject: LMU installation........ 157

150 E-mail from Jim McDaniel, Feb. 20, 2006
    Subject: Updated: Ericsson support issues. 159
151 E-mail from Ramin Shirazi, May 21, 2006
    Subject: FW: UTDOA integration testing..... 167

152 E-mail from Ramin Shirazi, May 25, 2006
    Subject: UTDOA Acceptance test report...... 172
153 E-mail from Jennifer Davis, June 8, 2006
    Subject: STC shipment update........ 173

154 E-mail from Mazin Fegiri, Aug. 31, 2006
    Subject: RE: STC DTF accuracy Testing
    Results......................... 175

155 E-mail from Randy Wynn, Aug. 9, 2006
    Subject: Re: Salman Meeting............. 181
156 E-mail from Iris Inbar, April 26, 2006
    Subject: STC status meeting - meeting
    minutes 04/26/06............ 185

---

**Page 3**

INDEX
                            PAGE
Appearances........................ 2
Proceedings........................ 6
RANDY B. WYNN
    Examination by MR. MARCUS........ 6

Signature and Changes................ 194
Reporter's Certificate................ 196

EXHIBITS

NO. DESCRIPTION ........ PAGE

132 E-mail to Mohamed Bizas from Jim McDaniel
    June 22, 2006, FW: Novbecom contract...... 67
133 E-mail from Jim McDaniel FW: Novbecom
    contract.......................... 70

134 Geometrix Location Measurement Unit
    Version 3 - Installation and Maintenance
    Manual............................ 74

135 E-mail from Jim McDaniel, June 22, 2006
    FW: Novbecom Contract............. 77
136 E-mail from Babar Abbar, March 5, 2006
    STC: Formal FDED Approval.......... 89

137 Geometrix NetworkManagement User Guide... 9d

138 E-mail from Jim McDaniel June 22, 2006
    FW: Novbecom Contract............. 93
139 E-mail from Randy Wynn, Feb. 7, 2005
    FW: Monthly report to STC.......... 102

140 E-mail from Andrew Beck, Dec. 19, 2005
    FW: MTLR re-visited................ 114
141 E-mail from Ahn Li, Nov. 30, 2005
    Subject: TP installation........ 117

142 E-mail from Jim McDaniel, April 26, 2006
    Fw: Letter........................ 139

---

**Page 5**

PREVIOUSLY-MARKED EXHIBITS
DESCRIPTION                     PAGE
Exhibit No. 27.................... 89
Exhibit No. 48.................... 120
Exhibit No. 79.................... 14
Exhibit No. 81.................... 126
Exhibit No. 82.................... 133
Exhibit No. 84.................... 64
Exhibit No. 100................... 125
Exhibit No. 103................... 107
Exhibit No. 105................... 80
Exhibit No. 106................... 86
Exhibit No. 107 (not attached)............. 98

B399

2 (Pages 2 to 5)

525f76f4-c10a-4f1e-9d6d-df12a5a6db0f

RANDY WYNN



**REDACTED**

3 (Pages 6 to 9)

B400

525f76f4-c10a-4f1e-9d6d-df12e5a6db0f

RANDY WYNN

**REDACTED**

4 (Pages 10 to 13)

B401

525f76f4-c10a-4f1e-9d6d-df12a5a6db0f

RANDY WYNN



REDACTED

LEGALINK, A MERRILL LEGAL SOLUTIONS
(800) 325-3376        www.Legalink.com

B402

525f76f4-c10a-4f1e-8d6d-df12a5a6db0f

RANDY WYNN

REDACTED

10 (Pages 34 to 37)

RANDY WYNN



**REDACTED**

11 (Pages 38 to 41)

RANDY WYNN



REDACTED

12 (Pages 42 to 45)

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------- )

TRUEPOSITION, INC.,                   )

              Plaintiff,      )

       v.                             )   Civil Action

ANDREW CORPORATION,                   )   NO. 05-747

             Defendant.      )

------------------------------- )

CONFIDENTIAL

Videotaped Deposition of MAZIN FAGIRI

Friday, November 3, 2006

Reston, Virginia

1:40 p.m.

Job No.:  22-90165

Pages:  1 through 132

Reported by:  Bess A. Avery, RMR

**B406**

CONFIDENTIAL

## Page 2

1
2  Videotaped Deposition of MAZIN FAGIRI, held at:
3
4  Sheraton Reston Hotel
5  11810 Sunrise Valley Drive
6  Reston, Virginia. 20191
7  (703) 620-9000
8
9
10
11
12
13
14
15
16  Pursuant to notice, before Bess A. Avery,
17  Registered Merit Reporter and Notary Public in and
18  for the Commonwealth of Virginia at large.
19
20
21
22
23
24
25

## Page 4

1
2                    C O N T E N T S
3  EXAMINATION OF MAZIN FAGIRI            PAGE
4      By Mr. Marcus               6
5      By Ms. Kapplin              126
6      By Mr. Marcus               126
7                    E X H I B I T S
8           (Attached to the transcript.)
9  DEPOSITION EXHIBIT NUMBER              PAGE

10  334 Andrew Production Number ANDEF17736    25
11  335 Andrew Production Number ANDEF131287   43
12  336 Andrew Production Number ANDEF132771   54
13  337 Bates Numbers AND0074220 through '74224  69
14  338 Andrew Production Number ANDEF13742    81
15  339 Andrew Production Number ANDEF37363    94
16  340 Andrew Production Number ANDEF127286   96
17  341 Andrew Production Number ANDEF128779  107
18  342 Printout from STC's web site          110
19  343 Printout from STC's web site          114
20
21
22
23
24
25

## Page 3

1
2         A P P E A R A N C E S
3  ON BEHALF OF THE PLAINTIFF:
4      DAVID L. MARCUS, ESQUIRE
5      WOODCOCK WASHBURN LLP
6      One Liberty Place
7      46th Floor
8      Philadelphia, Pennsylvania 19103
9      (215)568-3100
10
11  ON BEHALF OF THE DEFENDANT:
12      SHIRA J. KAPPLIN, ESQUIRE
13      KIRKLAND & ELLIS LLP
14      200 East Randolph Drive
15      Chicago, Illinois 60601
16      (312) 861-2000
17
18  ALSO PRESENT: Will Freburger, Videographer
19
20
21
22
23
24
25

## Page 5

1                    MAZIN FAGIRI
2                   P R O C E E D I N G S
13:24:01 3     THE VIDEOGRAPHER: Here begins Videotape
13:40:00 4  Number 1 in the deposition Mazin Fagiri in the
13:40:04 5  matter of Trueposition, Inc. versus Andrew Corp.
13:40:07 6  pending in the U.S. District Court for the District
13:40:10 7  of Delaware, Case Number 05-747.
13:40:14 8     Today's date is November 3rd, 2006. The
13:40:17 9  time on the video monitor is 1:40 p.m. The video
13:40:21 10 operator today is Will Freburger. This video
13:40:24 11 deposition is taking place at 11810 Sunrise Valley
13:40:29 12 Drive, Reston, Virginia.
13:40:31 13    Counsel, please, voice identify yourselves
13:40:33 14 and state whom you represent.
13:40:35 15    MR. MARCUS: David Marcus of Woodcock
13:40:36 16 Washburn for Trueposition, Inc.
13:40:37 17    MS. KAPPLIN: Shira Kapplin of Kirkland
13:40:37 18 and Ellis for Andrew Corporation.
13:40:41 19    THE VIDEOGRAPHER: The court reporter
13:40:42 20 today is Bess Avery of LegaLink Manhattan.
13:40:44 21    Would the reporter, please, swear in the
13:40:47 22 witness.
13:40:47 23
13:40:47 24    * * * * * * * * * * * * * * *
13:40:47 25

                              2 (Pages 2 to 5)

CONFIDENTIAL



**REDACTED**

LEGALINK, A MERRILL LEGAL SOLUTIONS
(800) 325-3376        www.Legalink.com

**B408**

69dcbe97-9844-453b-9cb1-2b07dc197156

CONFIDENTIAL



REDACTED

4 (Pages 10 to 13)

CONFIDENTIAL

REDACTED

5 (Pages 14 to 17)

CONFIDENTIAL



REDACTED

9  (Pages 30 to 33)

CONFIDENTIAL



10 (Pages 34 to 37)

69dcba97-9844-453b-9cb1-2b07dc197156

CONFIDENTIAL



REDACTED

11 (Pages 38 to 41)

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 27th day of February, 2007, I caused a true and correct copy of the foregoing **APPENDIX B TO BRIEF IN OPPOSITION TO ANDREW'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIM 22 OF THE '144 PATENT FOR INDEFINITENESS PART 3 B382-B413** to be served upon the following individuals in the manner indicated below:

*Via hand-delivery*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

*/s/ James D. Heisman*
James D. Heisman (# 2746)