# THIS DOCUMENT WAS FILED UNDER SEAL