# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition Inc.** | ) | |
| | ) | |
| Plaintiff/ | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-00747-SLR |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| Defendant/ | ) | |
| Counterclaim-Plaintiff. | ) | |

## **NOTICE OF SERVICE**

I, James D. Heisman, Esquire, hereby certify that on the 26th day of February, 2007, Larry E. LaBella, Esquire, served a true and correct copy of **TRUEPOSITION'S List of Fact Witnesses to be Called at Trial** upon the below-listed counsel of record in the following manner:

*Via e-mail with automatic delivery receipt*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail with automatic delivery receipt*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail with automatic delivery receipt*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

                                                        **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                          */s/ James D. Heisman*
                                                    James D. Heisman (# 2746)
                                                    1007 N. Orange Street
                                                    P. O. Box 2207
                                                    Wilmington, DE 19899
                                                    (302) 658-9141
                                                    *Attorneys for Plaintiff*

Dated:  March 1, 2007

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 1st day of March, 2007, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered via CM/ECF to counsel as listed below:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

                                          */s/ James D. Heisman*
                                          James D. Heisman (# 2746)