**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TRUEPOSITION, INC., | ) | |
| | ) | |
| Plaintiff and Counterclaim Defendant, | ) ) | |
| | ) | |
| v. | ) | CA No. 05-00747-SLR |
| | ) | |
| ANDREW CORPORATION, | ) | **REDACTED – PUBLIC VERSION** |
| | ) | |
| Defendant and Counterclaim Plaintiff. | ) ) | |

**APPENDIX OF EXHIBITS TO
ANDREW CORPORATION'S REPLY BRIEF IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIM 22 OF
THE '144 PATENT FOR INDEFINITENESS, AND
ANDREW CORPORATION'S REPLY BRIEF IN SUPPORT OF ITS
SUMMARY JUDGMENT MOTION OF
NONINFRINGEMENT OF U.S. PATENT NO. 5,327,144**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088) [*jingersoll@ycst.com*]
Andrew A. Lundgren (No. 4429) [*alundgren@ycst.com*]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
302-571-6600

*Attorneys for Defendant Andrew Corporation*

OF COUNSEL:

John M. Desmarais
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: February 27, 2007 (Original filing date) – Redacted Version filed March 1, 2007

# Appendix to Andrew's Reply Briefs

| Exhibit | Description | Page Range |
|---|---|---|
| A | September 25, 2006 Hearing Transcript Excerpts | C 1-4 |
| B | Excerpts of Plaintiff's Seventh Supplemental Responses to Defendant's First Interrogatories | C 5-8 |
| C | Excerpts of Andrew Corporation's Supplemental Responses to TruePosition's Interrogatory Nos. 3 and 7 | C 9-12 |
| D | Excerpts of 10/2/2006 John Carlson Deposition | C 13-22 |
| E | Excerpts of 11/15/2006 Michael Hoppman 30(b)(6) Deposition | C 23-28 |
| F | Excerpts of 1/11/2007 Oded Gottesman Deposition | C 29-32 |
| G | 10/4/93 Examiner Interview Summary Record | C 33 |
| H | Excerpts of Expert Report of Carla Mulhern | C 34-36 |
| I | Excerpts of 1/15/2007 David Goodman Deposition | C 37-41 |

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on March 1, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James D. Heisman, Esquire
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> Email: jheisman@cblh.com

I further certify that on March 1, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL AND FEDERAL EXPRESS**

> Paul B. Milcetic, Esq. [pmbilcet@woodcock.com]
> David L. Marcus, Esq. [dmarcus@woodcock.com]
> Daniel J. Goettle, Esq. [dgoettle@woodcock.com]
> Woodcock Washburn LLP
> One Liberty Place, 46th Floor
> Philadelphia, PA 19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ *Andrew A. Lundgren*
> Andrew A. Lundgren (No. 4429)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
> alundgren@ycst.com
> *Attorneys for Defendant Andrew Corporation*