## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TruePosition, Inc., | ) | |
| | ) | |
| **Plaintiff/** | ) | |
| **Counterclaim-Defendant,** | ) | |
| | ) | Civil Action No. 05-747-SLR |
| v. | ) | |
| | ) | REDACTED VERSION DI 181 |
| Andrew Corporation, | ) | |
| | ) | |
| **Defendant/** | ) | |
| **Counterclaim-Plaintiff.** | ) | |

# APPENDIX C
# TO
# TRUEPOSITION'S BRIEF IN SUPPORT OF ITS MOTION FOR
# SUMMARY JUDGMENT ON ANDREW'S COUNTERCLAIMS II-VI AND
# AFFIRMATIVE DEFENSES III-V
# PART 1
# C1-C42

CONNOLLY BOVE LODGE & HUTZ LLP
Francis DiGiovanni (# 3189)
James D. Heisman (# 2746)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 252-4208

WOODCOCK WASHBURN LLP
Paul B. Milcetic, Esq. (pro hac vice)
Dale M. Heist, Esq. (pro hac vice)
David L. Marcus, Esq. (pro hac vice)
Kathleen A. Milsark, Esq. (pro hac vice)
Daniel J. Goettle, Esq. (pro hac vice)
Cira Center, 12th Floor, 2929 Arch Street
Philadelphia, PA 19103
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

**FILED UNDER SEAL**

APPENDIX C

TO

TRUEPOSITION'S BRIEF IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT ON
ANDREW'S COUNTERCLAIMS II-VI AND
AFFIRMATIVE DEFENSES III-V

PART 1

C1-C42

**FILED UNDER SEAL**

OSKAR   MAGNUSSON
CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

-------------------------------- )

TRUEPOSITION, INC.,                )

         Plaintiff/         )

    Counterclaim Defendant,  )

        v.                 )   Civil Action

ANDREW CORPORATION,               ) NO. 05-747-SLR

        Defendant/         )

    Counterclaim Plaintiff.  )

-------------------------------- )

CONFIDENTIAL


Videotaped Deposition of OSKAR MAGNUSSON in

his personal capacity

Wednesday, November 8, 2006

Reston, Virginia

5:28 p.m.


Job No.:  22-88713

Pages:  1 through 74

Reported by:  Bess A. Avery, RMR

94964607-bc87-4227-837b-50968a2f3b37

C1

OSKAR  MAGNUSSON
CONFIDENTIAL



**REDACTED**

2  (Pages 2 to 5)

OSKAR   MAGNUSSON
CONFIDENTIAL



3 (Pages 6 to 9)

OSKAR  MAGNUSSON
CONFIDENTIAL



REDACTED

4 (Pages 10 to 13)

OSKAR  MAGNUSSON
CONFIDENTIAL



REDACTED

5 (Pages 14 to 17)

LEGALINK, A MERRILL LEGAL SOLUTIONS
(800) 325-3376        www.Legalink.com

94964607-bc87-4227-837b-50968a2f3b37

C5

OSKAR   MAGNUSSON
CONFIDENTIAL



6 (Pages 18 to 21)

Robert Anderson    October 5, 2006

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRUEPOSITION, INC.,

    Plaintiff,

                             Civil Action
v.                       No. 05-747

ANDREW CORPORATION,
    Defendant.

Videotaped Deposition of
ROBERT J. ANDERSON
Philadelphia, Pennsylvania
TUESDAY, October 24, 2006
9:12 a.m.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Job No: 25500128
Pages 1-192
Reported By:  Christine M. Baird, CRR

LegaLink,  a Merrill Communications Company
(312) 263-3524     (312) 236-8461

e80a2224-bc84-43d8-9be1-c126a2686666

C7

Robert  Anderson   October 5, 2006

**REDACTED**

2 (Pages 2 to 5)

Robert  Anderson   October 5, 2006



**REDACTED**

3 (Pages 6 to 9)

LegaLink,  a Merrill Communications Company
(312) 263-3524     (312) 236-8461

C9

Robert  Anderson   October 5, 2006



25 (Pages 94 to 97)

Robert   Anderson   October 5, 2006

**REDACTED**

LegaLink,  a Merrill Communications Company
(312) 263-3524    (312) 236-8461

**C11**

Robert  Anderson   October 5, 2006



REDACTED

27 (Pages 102 to 105)

e80a2224-bc84-43d8-9be1-c126e2686666

C12

Robert  Anderson   October 5, 2006



28 (Pages 106 to 109)

Highly Confidential
Kevin   Donaghy   November 17, 2006

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TRUEPOSITION, INC.          :

       Plaintiff/          :

  Counterclaim-Defendant  :

v.                          : Civil Action No.

ANDREW CORPORATION          : 05-00747-SLR

      Defendant/          :

  Counterclaim-Plaintiff :

        -----------

CONFIDENTIAL
  Videotaped Deposition of KEVIN JOSEPH DONAGHY

       Philadelphia, Pennsylvania

       Friday, November 17, 2006

         9:37 a.m.

Job No.:  25500192

Pages:  1 - 46

Reported By:  Dawn M. Hart, Notary Public, RPR/RMR

Videographer:  Will Freburger

Legalink Chicago Merrill Legal Solutions
Tel: (312) 263-3524      Fax: (312) 263-3544

bb3ee654-d77e-46e4-a33a-7955fa283322

C14

REDACTED

2 (Pages 2 to 5)

Highly Confidential
Kevin  Donaghy   November 17, 2006



**REDACTED**

3 (Pages 6 to 9)

Highly Confidential
Kevin    Donaghy    November 17, 2006



REDACTED

4 (Pages 10 to 13)

Highly Confidential
Kevin  Donaghy   November 17, 2006

REDACTED

6 (Pages 18 to 21)

Highly Confidential
Kevin   Donaghy    November 17, 2006

**REDACTED**

7 (Pages 22 to 25)

Highly Confidential
Kevin   Donaghy   November 17, 2006



REDACTED

8 (Pages 26 to 29)

bb3ee654-d77e-46e4-a33a-7955fa283322

C20

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action |
| | ) No. 05-747 |
| ANDREW CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

VIDEOTAPED DEPOSITION OF JOSEPH P. KENNEDY, JR.

Reston, Virginia

Thursday, October 17, 2006

2:26 p.m.

(Personal Deposition)

Job No. 22-87708

Pages 1 - 81

Reported by:  Carl W. Girard, Notary Public

Videographer:  Richard Fazio

992a32cc-d76a-45cc-bc8a-aa39f33acd5a

C21



REDACTED

2 (Pages 2 to 5)



REDACTED

3 (Pages 6 to 9)



**REDACTED**

4 (Pages 10 to 13)



REDACTED

7 (Pages 22 to 25)



**REDACTED**

8 (Pages 26 to 29)

LEGALINK, A MERRILL LEGAL SOLUTIONS
(800) 325-3376     www.Legalink.com

**C26**

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------- )

TRUEPOSITION, INC.,                           )

        Plaintiff/                        )

    Counterclaim Defendant,        )

        v.                                )   Civil Action

ANDREW CORPORATION,                      ) NO. 05-747-SLR

        Defendant/                      )

    Counterclaim Plaintiff.         )

------------------------------- )

CONFIDENTIAL

Volume 2 of the TruePosition Second Rule 30(b)(6)

Videotaped Deposition of ANDREW CORPORATION by and

through JOSEPH P. KENNEDY, JR., corporate designee

Thursday, November 9, 2006

Reston, Virginia

9:37 a.m.

Job No.:  22-88715

Pages:  1 through 159

Reported by:  Bess A. Avery, RMR

CONFIDENTIAL



REDACTED

2 (Pages 2 to 5)

CONFIDENTIAL



**REDACTED**

10 (Pages 34 to 37)

LEGALINK, A MERRILL LEGAL SOLUTIONS
(800) 325-3376        www.Legalink.com

CONFIDENTIAL



11 (Pages 38 to 41)

CONFIDENTIAL

REDACTED

21 (Pages 78 to 81)

CONFIDENTIAL



22 (Pages 82 to 85)

CONFIDENTIAL



**REDACTED**

30 (Pages 114 to 117)

CONFIDENTIAL



REDACTED

31 (Pages 118 to 121)

417142d3-0b19-4353-bf7f-9f56621a1f21

C34

CONFIDENTIAL



**REDACTED**

32 (Pages 122 to 125)

CONFIDENTIAL



**REDACTED**

33 (Pages 126 to 129)

OSKAR S. MAGNUSSON
CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

-------------------------------- )

TRUEPOSITION, INC.,                )

       Plaintiff/            )

   Counterclaim Defendant,   )

       v.                  )  Civil Action

ANDREW CORPORATION,                ) NO. 05-747-SLR

       Defendant/            )

   Counterclaim Plaintiff.   )

-------------------------------- )

CONFIDENTIAL


Volume 1 of the TruePosition Second Rule 30(b)(6)

Videotaped Deposition of ANDREW CORPORATION by and

through OSKAR S. MAGNUSSON, corporate designee

Wednesday, November 8, 2006

Reston, Virginia

10:30 a.m.


Job No.:  22-88713

Pages:  1 through 206

Reported by:  Bess A. Avery, RMR

LEGALINK, A MERRILL LEGAL SOLUTIONS
(800) 325-3376    www.Legalink.com

OSKAR S. MAGNUSSON
CONFIDENTIAL



**REDACTED**

2 (Pages 2 to 5)

LEGALINK, A MERRILL LEGAL SOLUTIONS
(800) 325-3376        www.Legalink.com

7bb35afa-63a0-461d-97c5-942cd27e4362

C38

OSKAR S. MAGNUSSON
CONFIDENTIAL



**REDACTED**

3 (Pages 6 to 9)

LEGALINK, A MERRILL LEGAL SOLUTIONS
(800) 325-3376    www.Legalink.com

7bb35afa-63a0-461d-97c5-942cd27e4362

C39

OSKAR S. MAGNUSSON
CONFIDENTIAL



REDACTED

26 (Pages 98 to 101)

OSKAR S. MAGNUSSON
CONFIDENTIAL



**REDACTED**

27 (Pages 102 to 105)

7bb35afa-63a0-461d-97c5-942cd27e4362

**C41**

OSKAR S. MAGNUSSON
CONFIDENTIAL



28  (Pages 106 to 109)

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 6th day of March, 2007, I caused a true and correct copy of the foregoing **APPENDIX C TO TRUEPOSITION'S BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON ANDREW'S COUNTERCLAIMS II-VI AND AFFIRMATIVE DEFENSES III-V PART 1 C1-C42** to be served upon the following individuals in the manner indicated below:

*Via hand-delivery*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

*Via e-mail*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

_/s/ James D. Heisman_         .
James D. Heisman (# 2746)