IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC., <br><br> **Plaintiff and** <br> **Counterclaim-Defendant,** <br><br> v. <br><br> ANDREW CORPORATION, <br><br> **Defendant and** <br> **Counterclaim Plaintiff.** | Civil Action No. 05-00747-SLR <br><br> REDACTED-PUBLIC VERSION |

**APPENDIX OF EXHIBITS TO**
**ANDREW CORPORATION'S BRIEF IN OPPOSITION TO**
**TRUEPOSITION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
**THAT ANDREW CANNOT PROVE ITS CLAIMS OF INVALIDITY**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Josy W. Ingersoll (No. 1088) [*jingersoll@ycst.com*]
Andrew A. Lundgren (No. 4429) [*alundgren@ycst.com*]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
302-571-6600
*Attorneys for Defendant Andrew Corporation*

OF COUNSEL:
John M. Desmarais
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: February 16, 2007-Original filing date; Redacted Version filed March 12, 2007

# Table of Contents

| Exhibit | Description | Pages |
|---|---|---|
| A | Certified Translation of Japanese Laid-Open Patent Application Publication No. H3-239091 ("Kono") | B001-014 |
| B | Expert Report of Dr. David Goodman on the Invalidity of U.S. Patent 5,327,144 | B015-047 |
| C | Excerpts from Dr. David Goodman January 15, 2007 Deposition | B048-062 |
| D | Excerpts from Expert Report of Brian G. Agee, Ph.D., P.E. Response to Dr. David Goodman's Report on the Validity of U.S. Patent 5,327,144 | B063-066 |
| E | Excerpts from Brian Agee January 24, 2007 Deposition | B067-078 |
| F | Excerpts from Expert Report of Oded Gottesman, Ph.D. | B079-093 |
| G | Excerpts from Oded Gottesman January 11, 2007 and January 12, 2007 Deposition | B094-101 |
| H | Excerpts from Dr. David Goodman January 16, 2007 Deposition | B102-107 |
| I | Excerpts from Andrew Beck September 22, 2006 Deposition | B108-109.2 |
| J | 2/15/07 Declaration of Dr. David Goodman | B110-114 |
| K | Excerpts from John Carlson October 16, 2006 Deposition | B115-118 |

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on March 12, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James D. Heisman, Esquire
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> Email: jheisman@cblh.com

I further certify that on March 12, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL ON MARCH 12, 2007 AND FEDERAL EXPRESS ON MARCH 13, 2007**

Paul B. Milcetic, Esq. [pmbilcet@woodcock.com]
David L. Marcus, Esq. [dmarcus@woodcock.com]
Daniel J. Goettle, Esq. [dgoettle@woodcock.com]
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ *Andrew A. Lundgren*
> Andrew A. Lundgren (No. 4429)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
> alundgren@ycst.com
> *Attorneys for Defendant Andrew Corporation*