IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRUEPOSITION INC., | ) | |
| Plaintiff/ Counterclaim-Defendant | ) ) ) | |
| v. | ) | Civil Action No. 05-747-SLR |
| ANDREW CORPORATION, | ) ) ) | |
| Defendant/ Counterclaim-Plaintiff | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Andrew Corporation, hereby certifies that copies of Andrew Corporation's Rebuttal Fact Witness List were caused to be served on March 26, 2007 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
jheisman@cblh.com

**BY E- MAIL AND FEDERAL EXPRESS**

      Paul B. Milcetic, Esquire
      Gary H. Levin, Esquire
      Daniel J. Goettle, Esquire
      Woodcock Washburn LLP
      One Liberty Place, 46th Floor
      Philadelphia, PA  19103
      *pbmilcet@woodcock.com*
      *levin@woodcock.com*
      *dgoettle@woodcock.com*

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 26, 2007 upon the following counsel of record in the manner indicated:

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

      James D. Heisman, Esquire
      Connolly Bove Lodge & Hutz LLP
      1007 N. Orange Street
      P.O. Box 2207
      Wilmington, DE 19801
      (302) 658-9141
      *jheisman@cblh.com*

**BY E- MAIL AND FEDERAL EXPRESS**

      Paul B. Milcetic, Esquire
      David L. Marcus, Esquire
      Daniel J. Goettle, Esquire
      Woodcock Washburn LLP
      One Liberty Place, 46th Floor
      Philadelphia, PA  19103
      *pbmilcet@woodcock.com*
      *dmarcus@woodcock.com*
      *dgoettle@woodcock.com*

                                   YOUNG CONAWAY STARGATT &
                                      TAYLOR, LLP

                                 /s/ Andrew A. Lundgren
                                 _____
                                 Josy W. Ingersoll (No. 1088)
                                 *jingersoll@ycst.com*
                                 Andrew A. Lundgren (No. 4429)
                                 *alundgren@ycst.com*
                                 The Brandywine Building
                                 1000 West Street, 17th Floor
                                 Wilmington, Delaware  19899-0391
                                 (302) 571-6600

                                 *Attorneys for Defendant Andrew Corporation*

Dated:  March 26, 2007