# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition Inc.** | ) | |
| | ) | |
| **Plaintiff/** | ) | |
| **Counterclaim-Defendant,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-00747-SLR |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| **Defendant/** | ) | |
| **Counterclaim-Plaintiff.** | ) | |
| | ) | |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 26th day of March, 2007, TruePosition Inc. served a true and correct copy of **TruePosition's List of Rebuttal Fact Witnesses to be Called at Trial** upon the below-listed counsel of record in the following manner:

*Via e-mail with automatic delivery receipt*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail with automatic delivery receipt*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail with automatic delivery receipt*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

                                              **CONNOLLY BOVE LODGE & HUTZ LLP**

                                              ***/s/ James D. Heisman***
                                              James D. Heisman (# 2746)
                                              1007 N. Orange Street
                                              P. O. Box 2207
                                              Wilmington, DE 19899
                                              (302) 658-9141
                                              *Attorneys for Plaintiff*

Dated: March 27, 2007

**CERTIFICATE OF SERVICE**

      I, James D. Heisman, hereby certify that on this 27th day of March, 2007, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered via CM/ECF to counsel as listed below:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Patrick D. McPherson, Esquire<br>Duane Morris LLP<br>1667 K Street, N.W.<br>Washington, DC 20006-1608 |

Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

                                            */s/ James D. Heisman*
                                            James D. Heisman (# 2746)