IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition Inc.** | ) | |
| | ) | |
|     **Plaintiff/** | ) | |
|     **Counterclaim Defendant,** | ) | Civil Action No. 05-747-SLR |
| | ) | |
|     v. | ) | |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
|     **Defendant/** | ) | |
|     **Counterclaim Plaintiff.** | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, David L. Marcus, Esquire, withdraws his appearance on behalf of Plaintiff, TruePosition, Inc., in this action. Plaintiff continues to be represented by James D. Heisman, Esquire of Connolly Bove Lodge & Hutz LLP, and by the law firm of Woodcock Washburn LLP.

Dated: April 9, 2007

           /s/ *James D. Heisman*
**CONNOLLY BOVE LODGE & HUTZ LLP**
James D. Heisman, Esq. (#2746)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

**WOODCOCK WASHBURN LLP**
Paul B. Milcetic, Esq. (Pro Hac Vice)
Dale M. Heist, Esq. (Pro Hac Vice)
Kathleen A. Milsark, Esq. (Pro Hac Vice)
Daniel J. Goettle, Esq. (Pro Hac Vice)
Cira Centre
2929 Arch Street, 12th Floor
Philadelphia, PA 19104
(215) 568-3100

*Attorneys for Plaintiff TruePosition, Inc.*

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 9th day of April 2007, I caused a true and correct copy of the foregoing **Notice of Withdrawal of Counsel** to be served upon counsel of record as listed below via CM/ECF.

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

                                               */s/ James D. Heisman*
                                               James D. Heisman (# 2746)