IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition, Inc.,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-747 |
| | ) | |
| v. | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Amanda M. Kessel, Esquire to represent TruePosition, Inc. in this matter.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ James D. Heisman
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Plaintiff TruePosition, Inc.*

Dated: May 10, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this ____ day of May 2007, that counsel's motion for admission *pro hac vice* is granted.

_____
District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition, Inc.,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-747 |
| | ) | |
| v. | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Supreme Judicial Court for the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and the annual *Pro Hac Vice* fee has been paid.

Date: May 10, 2007

                                                         Amanda M. Kessel, Esquire
                                                         Woodcock Washburn LLP
                                                         Cira Centre, 12th Floor
                                                         2929 Arch Street
                                                         Philadelphia, PA 19104-2891
                                                         (215) 568-3100

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 10th day of May, 2007, I caused a true and correct copy of the foregoing **Motion and Order for Admission *Pro Hac Vice*** to be served upon the following individual in the manner indicated below:

*Via Electronic Mail:*

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor LLP
100 West St., 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

/s/ James D. Heisman
James D. Heisman (# 2746)