# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition, Inc.,** ) | |
| ) | |
| **Plaintiff/** ) | |
| **Counterclaim-Defendant,** ) | |
| ) | **Civil Action No. 05-747-SLR** |
| v. ) | |
| ) | |
| **Andrew Corporation,** ) | |
| ) | |
| **Defendant/** ) | |
| **Counterclaim-Plaintiff.** ) | |
| _____) | |

### TRUEPOSITION'S MOTION TO EXCLUDE
### THE INVALIDITY TESTIMONY OF DR. DAVID GOODMAN
### PURSUANT TO FEDERAL RULE OF EVIDENCE 702

Plaintiff/Counterclaim-Defendant TruePosition, Inc. ("TruePosition") hereby respectfully moves, pursuant to section 2(c)(3) of the Court's Scheduling Order (D.I. 23), to exclude the invalidity testimony of Dr. David Goodman because it fails to satisfy Federal Rule of Evidence 702.

The grounds in support of this motion are set forth in the accompanying memorandum in support of this motion, which is incorporated herein by reference.

Respectfully submitted,

DATED: May 17, 2007        By:    **_/s/ James D. Heisman_**
                                  CONNOLLY BOVE LODGE & HUTZ LLP
                                  James D. Heisman, Esq. (#2746)
                                  1007 N. Orange Street
                                  P.O. Box 2207
                                  Wilmington, DE 19899
                                  Telephone: (302) 658-9141
                                  Facsimile: (302) 658-5614

                                  WOODCOCK WASHBURN LLP
                                  Paul B. Milcetic, Esq. (pro hac vice)
                                  Dale M. Heist., Esq. (pro hac vice)
                                  Kathleen A. Milsark, Esq. (pro hac vice)
                                  Daniel J. Goettle, Esq. (pro hac vice)
                                  Amanda M. Kessel, Esq. (pro hac vice)
                                  Cira Centre, 12th Floor
                                  2929 Arch Street
                                  Philadelphia, PA 19104
                                  Telephone: (215) 568-3100
                                  Facsimile: (215) 568-3439

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 17th day of May 2007, I caused a true and correct copy of the foregoing **Motion to Exclude the Invalidity Testimony of Dr. David Goodman Pursuant to Federal Rules of Evidence 702** to be served upon the following individuals via CM/ECF and in the manner indicated below:

*Via e-mail and hand-delivery*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail only*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail only*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

                             _____*/s/ James D. Heisman*_____
                                 James D. Heisman (# 2746)