# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition, Inc.,**  )<br>  )<br>     **Plaintiff/**  )<br>     **Counterclaim-Defendant,**  )<br>  )<br>  v.  )<br>  )<br> **Andrew Corporation,**  )<br>  )<br>     **Defendant/**  )<br>     **Counterclaim-Plaintiff.**  )<br>_____) | **Civil Action No. 05-747-SLR** |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of TruePosition's Motion to Exclude the Invalidity Testimony of Dr. David Goodman Pursuant to Federal Rule of Evidence 702, together with the supporting memorandum and all opposing papers thereto, it is hereby ORDERED that TruePosition's motion is GRANTED.

BY THE COURT:

_____
Sue. L. Robinson
United States District Judge