IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition, Inc.,** | ) | |
| | ) | |
| **Plaintiff/** | ) | |
| **Counterclaim-Defendant,** | ) | |
| | ) | **Civil Action No. 05-747-SLR** |
| v. | ) | |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| **Defendant/** | ) | |
| **Counterclaim-Plaintiff.** | ) | |
| _____ | ) | |

**TRUEPOSITION'S MOTION TO EXCLUDE
THE TESTIMONY OF DR. DEWAYNE E. PERRY
PURSUANT TO FEDERAL RULE OF EVIDENCE 702**

Plaintiff/Counterclaim-Defendant TruePosition, Inc. ("TruePosition") hereby respectfully moves, pursuant to section 2(c)(3) of the Court's Scheduling Order (D.I. 23), to exclude the testimony of Dr. Dewayne E. Perry because it fails to satisfy Federal Rule of Evidence 702.

The grounds in support of this motion are set forth in the accompanying memorandum, which is incorporated herein by reference.

Respectfully submitted,

DATED: May 17, 2007         By:     **_/s/ James D. Heisman_**
                                    CONNOLLY BOVE LODGE & HUTZ LLP
                                    James D. Heisman, Esq. (#2746)
                                    1007 N. Orange Street
                                    P.O. Box 2207
                                    Wilmington, DE 19899
                                    Telephone: (302) 658-9141
                                    Facsimile: (302) 658-5614

                                    WOODCOCK WASHBURN LLP
                                    Paul B. Milcetic, Esq. (pro hac vice)
                                    Dale M. Heist., Esq. (pro hac vice)
                                    Kathleen A. Milsark, Esq. (pro hac vice)
                                    Amanda M. Kessel, Esq. (pro hac vice)
                                    Daniel J. Goettle, Esq. (pro hac vice)
                                    Cira Centre, 12th Floor
                                    2929 Arch Street
                                    Philadelphia, PA 19104
                                    Telephone: (215) 568-3100
                                    Facsimile: (215) 568-3439

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition, Inc.,** ) | |
| ) | |
| **Plaintiff/** ) | |
| **Counterclaim-Defendant,** ) | |
| ) | **Civil Action No. 05-747-SLR** |
| v. ) | |
| ) | |
| **Andrew Corporation,** ) | |
| ) | |
| **Defendant/** ) | |
| **Counterclaim-Plaintiff.** ) | |
| _____) | |

## **ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of TruePosition's Motion to Exclude the Testimony of Dr. Dewayne E. Perry Pursuant to Federal Rule of Evidence 702, together with the supporting memorandum and all opposing papers thereto, it is hereby ORDERED that TruePosition's motion is GRANTED.

BY THE COURT:

_____
Sue L. Robinson
United States District Judge

- 2 -

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 17th day of May 2007, I caused a true and correct copy of the foregoing **Motion to Exclude the Testimony of Dr. Dewayne E. Perry Pursuant to Federal Rule of Evidence 702** to be served upon the following individuals via CM/ECF and in the manner indicated below:

*Via e-mail and hand-delivery*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail only*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail only*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

                     */s/ James D. Heisman*
                     James D. Heisman (# 2746)