\*\*\* FILED UNDER SEAL \*\*\*

APPENDIX A

TO

MEMORANDUM IN SUPPORT OF TRUEPOSITION'S MOTION TO EXCLUDE THE TESTIMONY OF DR. DEWAYNE E. PERRY PURSUANT TO FEDERAL RULE OF EVIDENCE 702

A88 – A184

\*\*\* FILED UNDER SEAL \*\*\*