# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TRUEPOSITION, INC.,** | |
|     **Plaintiff and Counterclaim-Defendant,** | |
|     v. | Civil Action No. 05-00747-SLR |
| **ANDREW CORPORATION,** | |
|     **Defendant and Counterclaim Plaintiff.** | |

## ORDER

At Wilmington this _____ day of _____, 2007,

WHEREAS, Defendant/Counterclaim Plaintiff Andrew Corporation has moved pursuant to *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) and Federal Rules of Evidence 403 and 702 for an Order limiting the testimony of Dr. Oded Gottesman, and after considering all papers and arguments in support of and in opposition to this motion,

IT IS HEREBY ORDERED that Andrew Corporation's motion is granted and that Dr. Gottesman's opinion that Andrew Corporation's accused product meets the "means for determining" limitation of Claim 1 and the "locating means" limitation of Class 22 because it performs a process "which is the same or equivalent to weighted least-squares (WLS) iteration in the '144 Patent" is excluded.

 

                                                                                      United States District Judge