IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TRUEPOSITION, INC.,**<br><br>    **Plaintiff and Counterclaim-Defendant,**<br><br>    **v.**<br><br>**ANDREW CORPORATION,**<br><br>    **Defendant and Counterclaim Plaintiff.** | **Civil Action No. 05-00747-SLR** |

## NOTICE OF FILING OF MULTIMEDIA MATERIALS

Notice is hereby given that copies of a DVD containing Cited Excerpts from the January 12, 2007 Deposition of Dr. Oded Gottesman, and referenced in Andrew Corporation's Opening Brief in Support of Its *Daubert* Motion for a Ruling Limiting the Testimony of Dr. Oded Gottesman (D.I. 214), are being filed with the Clerk's Office.

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        /s/ *Andrew A. Lundgren*
                                        Josy W. Ingersoll (No. 1088) [*jingersoll@ycst.com*]
                                        Andrew A. Lundgren (No. 4429) [*alundgren@ycst.com*]
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19899-0391
                                        302-571-6600
                                        *Attorneys for Defendant/Counterclaim Plaintiff*
                                        *Andrew Corporation*

OF COUNSEL:

John M. Desmarais
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: May 17, 2007

DB02:5984708.1                                                                                                                                    065217.1001

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on May 17, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James D. Heisman, Esquire
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> Email: jheisman@cblh.com

I further certify that on May 17, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL ON MAY 17, 2007 AND FEDERAL EXPRESS ON MAY 18, 2007**

Paul B. Milcetic, Esq. [pmbilcet@woodcock.com]
David L. Marcus, Esq. [dmarcus@woodcock.com]
Daniel J. Goettle, Esq. [dgoettle@woodcock.com]
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ *Andrew A. Lundgren*
> Andrew A. Lundgren (No. 4429)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
> alundgren@ycst.com
> *Attorneys for Defendant Andrew Corporation*