# YOUNG CONAWAY STARGATT & TAYLOR, LLP

|  |  |  |
|---|---|---|
| JOSY W. INGERSOLL (NO. 1088)<br>DIRECT DIAL: 302-571-6672<br>DIRECT FAX: 302-576-3301<br>jingersoll@ycst.com | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391 | (302) 571-6600<br>(302) 571-1253 FAX<br>(800) 253-2234 (DE ONLY)<br>www.youngconaway.com |

May 21, 2007

**BY E-FILE**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801

Re: *TruePosition Inc. v. Andrew Corp.*, C.A. No. 05-747-SLR

Dear Chief Judge Robinson:

I am writing on behalf of Andrew Corporation, to ask the Court if it would be possible to reschedule the pretrial conference in this case, which is currently scheduled for August 23 of this year, because lead trial counsel for Andrew, John Desmarais, has a family vacation in Europe which conflicts with that date. Counsel for TruePosition has confirmed that they have no objection to rescheduling the conference, but would prefer that it be set for early the following week if that is convenient for Your Honor. If the Court has any time available during that week, which is the week of August 27th, we would greatly appreciate it if the conference could be moved.

Respectfully submitted,

Josy W. Ingersoll (by AWP 3480)

Josy W. Ingersoll (No. 1088)

JWI:cg
cc: Clerk of the Court (by CM/ECF and hand delivery)
    James D. Heisman, Esquire (by CM/ECF and e-mail)
    Paul B. Milcetic, Esquire (by e-mail)
    John M. Desmarais, Esquire (by e-mail)
    Michael Parks, Esquire (by e-mail)
    Rachel Pernic Waldron, Esquire (by e-mail)