IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TRUEPOSITION INC., | ) | |
| Plaintiff/ Counterclaim-Defendant, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 05-747-SLR |
| ANDREW CORPORATION, | ) ) | |
| Defendant/ Counterclaim-Plaintiff. | ) ) ) ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that the deadline for filing answering briefs to the parties' pending Daubert motions will be the deadline set by the Court's electronic filing system, which calculated the deadline as though service occurred by mail and not by hand. Specifically:

- The deadline for Andrew's Answering Briefs to TruePosition's Motions to Exclude the Testimony of Dwayne Perry and to Preclude the Invalidity Testimony of Dr. David Goodman shall be June 4, 2007.

- The deadline for TruePosition's Answering Briefs to Andrew's Motions for a Ruling Limiting the Testimony of Dr. Brian Agee and for a Ruling Limiting the Testimony of Dr. Oded Gottesman shall be June 4, 2007.

- The deadline for Andrew's Reply Briefs to True Position's Responses to Andrew's Motions for a Ruling Limiting the Testimony of Dr. Brian Agee and for a Ruling Limiting the Testimony of Dr. Oded Gottesman shall be June 11, 2007.

- The deadline for TruePosition's Reply Briefs to Andrew's Responses to TruePosition's Motions to Exclude the Testimony of Dwayne Perry and to Preclude the Invalidity Testimony of Dr. David Goodman shall be June 11, 2007.

All other dates, including the trial date, shall remain the same.

| CONNOLLY, BOVE, LODGE & HUTZ LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ James D. Heisman* | [signature] |
| James D. Heisman (No. 2746) | Josy W. Ingersoll (No. 1088) |
| The Nemours Building | John W. Shaw (No. 3362) |
| 1007 North Orange Street | Andrew A. Lundgren (No. 4429) |
| P.O. Box 2207 | The Brandywine Building |
| Wilmington, Delaware 19899-2207 | 1000 West Street, 17th Floor |
| (302) 658-9141 | P.O. Box 391 |
| jheisman@cblh.com | Wilmington, Delaware 19899-0391 |
| *Attorneys for Plaintiff* | (302) 571-6600 |
| | jingersoll@ycst.com |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of June, 2007

_____
United States District Judge