# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TruePosition, Inc., )
)
       **Plaintiff/** )
       **Counterclaim-Defendant,** )
)     **Civil Action No. 05-747-SLR**
       **v.** )
)     **REDACTED VERSION OF DI 227**
**Andrew Corporation,** )
)
       **Defendant/** )
       **Counterclaim-Plaintiff.** )
_____ )

## APPENDIX B TO TRUEPOSITION'S BRIEF OPPOSITION TO ANDREW CORPORATION'S *DAUBERT* MOTION FOR A RULING LIMITING THE TESTIMONY OF DR. ODED GOTTESMAN (B6-B45)

**CONNOLLY BOVE LODGE & HUTZ LLP**
James D. Heisman, Esq. (#2746)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

**WOODCOCK WASHBURN LLP**
Paul B. Milcetic, Esq. (pro hac vice)
Dale M. Heist, Esq. (pro hac vice)
Kathleen A. Milsark, Esq. (pro hac vice)
Daniel J. Goettle, Esq. (pro hac vice)
Amanda M. Kessel, Esq. (pro hac vice)
Cira Centre, 12th Floor, 2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

\*\*\* FILED UNDER SEAL \*\*\*

# APPENDIX B

# TO

# TRUEPOSITION'S BRIEF IN OPPOSITION TO ANDREW CORPORATION'S *DAUBERT* MOTION FOR A RULING LIMITING THE TESTIMONY OF DR. ODED GOTTESMAN

# B6 – B45

\*\*\* FILED UNDER SEAL \*\*\*



# Location Methods & Processing

Andrew Corporation Proprietary
**One Company. A World of Solutions.**

1



# Important Acronyms



Recurring generic acronyms:

- LMU - Location Measurement Unit
- SMLC - Serving Mobile Location Center
- GMLC - Gateway Mobile Location Center
- GPS - Global Positioning System

B7



# Multiple Geometrix® Locating Technologies

**REDACTED**

*ANDREW*

# Why Does Geometrix® Support Multiple Locating Technologies?

REDACTED

Andrew Corporation Proprietary

One Company. A World of Solutions.

4

**ANDREW®**

# Location Technology – TDOA

REDACTED

**ANDREW**®

# Location Technology – TDOA

REDACTED

Andrew Corporation Proprietary
**One Company. A World of Solutions.**
6

B11



# TDOA – Continued

REDACTED

Andrew Corporation Proprietary
One Company. A World of Solutions.



# Location Technology – AOA

REDACTED

Andrew Corporation Proprietary
**One Company. A World of Solutions.**

8

B13



# AOA-TDOA Combination

REDACTED

Andrew Corporation Proprietary
**One Company. A World of Solutions.**

**B14**

**ANDREW**®

# AOA – Continued

**REDACTED**



# Location Technology — E-CID

REDACTED

Andrew Corporation Proprietary
11
One Company. A World of Solutions.

**ANDREW®**

# Location Technology – A-GPS

REDACTED

Andrew Corporation Proprietary
**One Company. A World of Solutions.**
12

B17

ANDREW

# A-GPS – Continued

REDACTED

Andrew Corporation Proprietary

One Company. A World of Solutions.

13

B18

**ANDREW®**

# Location Technology – Matrix

REDACTED

Andrew Corporation Proprietary
One Company. A World of Solutions.

14

B19

**ANDREW®**

# Matrix – Continued

REDACTED

Andrew Corporation Proprietary
**One Company. A World of Solutions.**
15

ANDREW®

# Geometrix – Location Technology Deployment Requirements

REDACTED

Andrew Corporation Proprietary
One Company. A World of Solutions.
16

**ANDREW**

# Putting it All Together

REDACTED

Andrew Corporation Proprietary

**One Company. A World of Solutions.**

17



# Typical Geometrix® Operation

REDACTED

Andrew Corporation Proprietary
One Company. A World of Solutions.
18

B23



# Typical Geometrix® Operation (continued)

REDACTED

Andrew Corporation Proprietary
19
One Company. A World of Solutions.



# Typical Geometrix® Operation (continued)

REDACTED

Andrew Corporation Proprietary
**One Company. A World of Solutions.**
20

B25



# Application – Commercial LBS Examples

REDACTED

Andrew Corporation Proprietary

21
One Company. A World of Solutions.

B26



# Application – Business/Commercial – Examples

REDACTED

Andrew Corporation Proprietary
One Company. A World of Solutions.
22

B27



# 3GPP GSM Architecture

- Supports E-CID, AGPS & Matrix



Andrew Corporation Proprietary
23  One Company. A World of Solutions.

B28



# 3GPP GSM Architecture with LMU

- Supports UTDOA and AOA



Andrew Corporation Proprietary
24   One Company. A World of Solutions.

B29



REDACTED

Andrew Corporation Proprietary
25  One Company. A World of Solutions.



# Call Flow

**REDACTED**

Andrew Corporation Proprietary
26  One Company. A World of Solutions.

B31



# LBS Applications, Requirements, & Location Technologies

# LBS (LCS) Applications vs. Locating Technology

REDACTED

Andrew Corporation Proprietary

28  One Company. A World of Solutions.



# LBS (LCS) Applications vs. Locating Technology

REDACTED

Andrew Corporation Proprietary
29  One Company. A World of Solutions.



# LBS (LCS) Applications vs. Locating Technology

REDACTED

Andrew Corporation Proprietary
30  One Company. A World of Solutions.



# LBS (LCS) Applications vs. Locating Technology

REDACTED

Andrew Corporation Proprietary

31  One Company. A World of Solutions.

B36



# Glossary

Andrew Corporation Proprietary
32  One Company. A World of Solutions.

B37



# Geometrix Glossary of Terms

| | |
|---|---|
| A-GPS | Assisted GPS |
| AMU | Abis Monitoring Unit |
| AOA | Angle of Arrival |
| BSC | Base Station Controller |
| BTS | Base Transceiver Station |
| CPL | Control Plane Location |
| E-CID | Enhanced Cell Identity (cell ID with TA - Timing Advance) |
| E-OTD | Enhanced Observed Time Differential |
| GCS | Geolocation Control System |
| GMLC | Gateway Mobile Location Center |
| GPS | Global Positioning System |
| LMU | Location Measuring Unit |
| MSC | Mobile Switching Center |
| SUPL | Secure User Plane Location |
| SMLC | Serving Mobile Location Center |
| TDOA | Time Difference of Arrival |
| WLS | Wireless Location Sensor |

Andrew Corporation Proprietary
33  One Company. A World of Solutions.

B38

AND_EF0003285

Confidential Information
TPI v. Andrew, CA No. 05-00747-SLR

Document Properties
Title:              What We Do
Author:             Santiago Testa
Last saved by:      George Marble
Revision number:    1044
Application:        Microsoft PowerPoint
Total editing time:       17:48:13
Last printed:       2004/05/17 18:42:18
Created:            2004/01/25 21:42:59
Last saved:         2005/09/14 13:55:32
Company:            Sonic Telecom, Ltd

**B39**

Oded Gottesman, Ph.D.   January 12, 2007 - Vol. II

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - -

| | |
|---|---|
| TRUEPOSITION, INC., | ) |
| Plaintiff/Counterclaim | ) |
| Defendant, | ) |
| | ) |
| vs. | ) C.A. No. 05-00747-SLR |
| | ) |
| ANDREW CORPORATION, | ) |
| Defendant/ | ) |
| Counterclaim Plaintiff. | ) |

VIDEOTAPED DEPOSITION OF ODED GOTTESMAN, Ph.D.

VOLUME II

Philadelphia, Pennsylvania

Friday, January 12, 2007

9:12 a.m.

Job No.: 25500261

Pages: 285 - 451

Reported By: Debra A. Whitehead

Legalink Chicago Merrill Legal Solutions
Tel: (312) 263-3524      Fax: (312)  263-3544

15335646-34da-47ca-916b-e2cde1192533

Oded Gottesman, Ph.D.    January 12, 2007 - Vol. II

# REDACTED

Legalink Chicago Merrill Legal Solutions
Tel: (312)   263-3524      Fax: (312)    263-3544

15335646-34da-47ca-916b-e2cde1192533

Oded Gottesman, Ph.D.   January 12, 2007 – Vol. II

**REDACTED**

Oded Gottesman, Ph.D.   January 12, 2007 - Vol. II

**REDACTED**

34 (Pages 414 to 417)

Oded Gottesman, Ph.D.   January 12, 2007 - Vol. II

# REDACTED

35 (Pages 418 to 421)

Oded Gottesman, Ph.D.   January 12, 2007 - Vol. II

**REDACTED**

Legalink Chicago Merrill Legal Solutions
Tel: (312)   263-3524    Fax: (312)   263-3544

15335646-34da-47ca-916b-e2cde1192533

**B45**

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 4th day of June, 2007, I caused a true and correct copy of the foregoing **APPENDIX B TO TRUEPOSITION'S BRIEF IN OPPOSITION TO ANDREW CORPORATION'S *DAUBERT* MOTION FOR A RULING LIMITING THE TESTIMONY OF DR. ODED GOTTESMAN** to be served upon the following individuals in the manner indicated below:

*Via hand-delivery*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com


*/s/ James D. Heisman*
James D. Heisman (# 2746)