IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TruePosition Inc.** | ) | |
| | ) | |
| **Plaintiff/** | ) | |
| **Counterclaim-Defendant,** | ) | **C.A. No. 05-747 (SLR)** |
| | ) | |
| v. | ) | |
| | ) | |
| **Andrew Corporation,** | ) | |
| | ) | |
| **Defendant/** | ) | |
| **Counterclaim-Plaintiff.** | ) | |
| | ) | |

**AMENDED STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, subject to the approval of the Court, that the Pretrial schedule shall be modified pursuant to D. Del. LR 16.3(d) as follows:

1. On or before July 18, 2007, the Parties shall serve:

    a. exhibit lists on issues in their respective cases in chief; and

    b. lists of witnesses each intends to call to testify in their respective cases in chief, along with a designation of whether the witness will testify in person or by deposition.

2. On or before July 25, 2007, the Parties shall serve:

    a. jury instructions on issues for which they bear the burden of proof; and

    b. deposition designations on issues in their respective cases in chief.

3. On or before August 1, 2007, TruePosition Inc. shall serve a draft pretrial order comprised of proposed language for the sections of the pretrial order to be jointly submitted by the Parties as well as the sections relating to Plaintiff's case.

4. On or before August 1, 2007, the Parties shall serve:

   a. proposed stipulations of fact;

   b. statements of intended proofs;

   c. statements of factual and legal issues that remain to be litigated; and,

   d. statements of evidentiary issues/motions in limine.

5. On or before August 10, 2007, Andrew Corporation shall serve its responses to the Plaintiff's draft pretrial order, including Andrew Corporation's response to TruePosition Inc.'s proposed language for the sections to be jointly submitted as well as the sections relating to Andrew Corporation's case.

6. On or before August 10, 2007, the Parties shall serve:

   a. counterdesignations and objections to deposition testimony;

   b. rebuttal deposition designations;

   c. objections to exhibits;

   d. rebuttal witness lists; and,

   e. rebuttal exhibit lists.

7. On or before August 17, 2007, the Parties shall serve:

   a. responses to draft jury instructions;

   b. counterdesignations and objections to rebuttal deposition designations;

   c. objections to rebuttal exhibits;

   d. responses to proposed fact stipulations;

  e. any miscellaneous matters;

  f. proposed voir dire;

  g. proposed jury interrogatories; and

  h. initial demonstratives.

8. On or before August 22, 2007, Plaintiff shall file the Pretrial Order.

Other than as set forth above, all other dates shall remain the same.

| **CONNOLLY BOVE LODGE & HUTZ LLP** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
|---|---|
| */s/ James D. Heisman* | */s/ Andrew A. Lundgren* |
| James D. Heisman (# 2746) | Andrew A. Lundgren (# 4429) |
| 1007 N. Orange Street | 1000 West Street, 17th Floor |
| P. O. Box 2207 | P. O. Box 391 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9141 | (302) 571-6600 |
| *Attorneys for TruePosition, Inc.* | *Attorneys for Andrew Corporation* |

**SO ORDERED** THIS \_\_\_\_ DAY OF JULY, 2007

_____
**UNITED STATES DISTRICT JUDGE**