## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., )<br><br>Plaintiff/ )<br>Counterclaim-Defendant )<br><br>v. )<br><br>ANDREW CORPORATION, )<br><br>Defendant/ )<br>Counterclaim-Plaintiff ) | Civil Action No. 05-747-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Andrew Corporation, hereby

certifies that copies of 1) Andrew Corporation's List of Witnesses To Be Called At Trial and

2) Andrew Corporation's Exhibit List for Its Case-In-Chief were caused to be served on July 18,

2007 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
*jheisman@cblh.com*

**BY E- MAIL**

Paul B. Milcetic, Esquire
Gary H. Levin, Esquire
Daniel J. Goettle, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA  19103
*pbmilcet@woodcock.com*
*levin@woodcock.com*
*dgoettle@woodcock.com*

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on July 19, 2007 upon the following counsel of record in the manner indicated:

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
*jheisman@cblh.com*

**BY E- MAIL**

Paul B. Milcetic, Esquire
David L. Marcus, Esquire
Daniel J. Goettle, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA  19103
*pbmilcet@woodcock.com*
*dmarcus@woodcock.com*
*dgoettle@woodcock.com*

2

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Andrew A. Lundgren (No. 4429)
*alundgren@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899-0391
(302) 571-6600

*Attorneys for Defendant Andrew Corporation*

Dated:  July 19, 2007