# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TruePosition Inc., )<br>)<br>    Plaintiff/ )<br>    Counterclaim-Defendant, )<br>)<br>    v. )<br>)<br>Andrew Corporation, )<br>)<br>    Defendant/ )<br>    Counterclaim-Plaintiff. )<br>_____ ) | Civil Action No. 05-00747-SLR |

## NOTICE OF SERVICE

    I, James D. Heisman, Esquire, hereby certify that on the 18th day of July, 2007, TruePosition Inc. served a true and correct copy of **TruePosition's Witness List and Trial Exhibit List** upon the below-listed counsel of record in the following manner:

*Via e-mail only*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail and Federal Express*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

    */s/ James D. Heisman*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated: July 20, 2007

553753