## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., ) <br> ) <br> Plaintiff/ ) <br> Counterclaim-Defendant ) <br> ) <br> v. ) <br> ) <br> ANDREW CORPORATION, ) <br> ) <br> Defendant/ ) <br> Counterclaim-Plaintiff ) <br> ) | Civil Action No. 05-747-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Andrew Corporation, hereby certifies that copies of 1) Andrew Corporation's Draft Jury Instructions for Issues On Which It Bears the Burden of Proof, and 2) Andrew Corporation's Deposition Designations For Case-In-Chief were caused to be served on July 25, 2007 by Regan A. Smith, Esquire of Kirkland & Ellis, LLP on the following counsel of record in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
*jheisman@cblh.com*

**BY E- MAIL**

> Paul B. Milcetic, Esquire
> Kathleen Milsark, Esquire
> Daniel J. Goettle, Esquire
> Woodcock Washburn LLP
> Circa Centre, 12[th] Floor
> 2929 Arch Street
> Philadelphia, PA  19104
> *pbmilcet@woodcock.com*
> *kmilsark@woodcock.com*
> *dgoettle@woodcock.com*

**BY FEDERAL EXPRESS**

> Paul B. Milcetic, Esquire
> Woodcock Washburn LLP
> Circa Centre, 12[th] Floor
> 2929 Arch Street
> Philadelphia, PA  19103

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on July 26, 2007 upon the following counsel of record in the manner indicated:

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

> James D. Heisman, Esquire
> Connolly Bove Lodge & Hutz LLP
> 1007 N. Orange Street
> Wilmington, DE 19801
> (302) 658-9141
> *jheisman@cblh.com*

**BY E- MAIL**

> Paul B. Milcetic, Esquire
> Kathleen Milsark, Esquire
> Daniel J. Goettle, Esquire
> Woodcock Washburn LLP
> Circa Centre, 12[th] Floor
> 2929 Arch Street
> Philadelphia, PA  19103
> *pbmilcet@woodcock.com*
> *kmilsark@woodcock.com*
> *dgoettle@woodcock.com*

YOUNG CONAWAY STARGATT &
   TAYLOR, LLP

_____

Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Andrew A. Lundgren (No. 4429)
*alundgren@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899-0391
(302) 571-6600

*Attorneys for Defendant Andrew Corporation*

Dated:  July 26, 2007