## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRUEPOSITION, INC., | : | |
| | : | |
|     Plaintiff/Counterclaim | : | |
|     Defendant, | : | |
| | : | |
|     v. | : | Civil Action No. 05-747-SLR |
| | : | |
| ANDREW CORPORATION, | : | |
| | : | |
|     Defendant/Counterclaim | : | |
|     Plaintiff. | : | |

### ORDER

At Wilmington this **26th** day of **July, 2006,**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, August 1, 2007 at 6:00 p.m. Eastern Time** with Judge Thynge to discuss the parties' further interest in court-assisted ADR. **Frederic Beckley, Esquire shall organize the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE