# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**, )<br>)<br>    **Plaintiff/** )<br>    **Counterclaim-Defendant,** )<br>)<br>    v. )<br>)<br>**Andrew Corporation,** )<br>)<br>    **Defendant/** )<br>    **Counterclaim-Plaintiff.** )<br>_____) | Civil Action No. 05-00747-SLR |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 26TH day of July, 2007, Daniel J. Goettle, Esquire, served a true and correct copy of **TRUEPOSITION'S DEPOSITION DESIGNATIONS & TRUEPOSITION'S PROPOSED JURY INSTRUCTIONS** upon the below-listed counsel of record in the following manner:

*Via e-mail*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

 

                                            **CONNOLLY BOVE LODGE & HUTZ LLP**

                                               */s/ James D. Heisman*
                                            James D. Heisman (# 2746)
                                            1007 N. Orange Street
                                            P. O. Box 2207
                                            Wilmington, DE 19899
                                            (302) 658-9141
                                            *Attorneys for Plaintiff*

Dated: July 27, 2007

554972

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 27th day of July, 2007, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered via CM/ECF to counsel as listed below:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

                                                         ___*/s/ James D. Heisman*_____
                                                          James D. Heisman (# 2746)

554972