IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., <br><br> Plaintiff/ <br> Counterclaim-Defendant <br><br> v. <br><br> ANDREW CORPORATION, <br><br> Defendant/ <br> Counterclaim-Plaintiff | Civil Action No. 05-747-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Andrew Corporation, hereby certifies that copies of 1) Andrew Corporation's Proposed Stipulated Facts; 2) Andrew Corporation's Statement of Intended Proofs; 3) Andrew Corporation's Statement of Issues of Fact That Remain to be Litigated; 4) Andrew Corporation's Statement of Issues of Law to be Tried, and 5) Andrew Corporation's Evidentiary Issues to be Addressed at the Pretrial Conference were caused to be served on August 1, 2007 by Regan A. Smith, Esquire of Kirkland & Ellis, LLP on the following counsel of record in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

>James D. Heisman, Esquire
>Connolly Bove Lodge & Hutz LLP
>1007 N. Orange Street
>P.O. Box 2207
>Wilmington, DE 19801
>(302) 658-9141
>*jheisman@cblh.com*

**BY E- MAIL**

    Paul B. Milcetic, Esquire
    Kathleen Milsark, Esquire
    Daniel J. Goettle, Esquire
    Woodcock Washburn LLP
    Circa Centre, 12th Floor
    2929 Arch Street
    Philadelphia, PA  19104
    *pbmilcet@woodcock.com*
    *kmilsark@woodcock.com*
    *dgoettle@woodcock.com*

**BY FEDERAL EXPRESS**

    Paul B. Milcetic, Esquire
    Woodcock Washburn LLP
    Circa Centre, 12th Floor
    2929 Arch Street
    Philadelphia, PA  19103

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 2, 2007 upon the following counsel of record in the manner indicated:

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

    James D. Heisman, Esquire
    Connolly Bove Lodge & Hutz LLP
    1007 N. Orange Street
    Wilmington, DE 19801
    (302) 658-9141
    *jheisman@cblh.com*

**BY E- MAIL**

    Paul B. Milcetic, Esquire
    Kathleen Milsark, Esquire
    Daniel J. Goettle, Esquire
    Woodcock Washburn LLP
    Circa Centre, 12th Floor
    2929 Arch Street
    Philadelphia, PA  19103
    *pbmilcet@woodcock.com*
    *kmilsark@woodcock.com*
    *dgoettle@woodcock.com*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Andrew A. Lundgren
_____
Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Andrew A. Lundgren (No. 4429)
*alundgren@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899-0391
(302) 571-6600

*Attorneys for Defendant Andrew Corporation*

Dated:  August 2, 2007