# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**           ) | |
|                                 ) | |
| **Plaintiff/**                  ) | |
| **Counterclaim-Defendant,**     ) | |
|                                 ) | |
|           v.                    ) | Civil Action No. 05-00747-SLR |
|                                 ) | |
| **Andrew Corporation,**         ) | |
|                                 ) | |
| **Defendant/**                  ) | |
| **Counterclaim-Plaintiff.**     ) | |
| _____  ) | |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 2nd day of August, 2007, a true and correct copy of the following was served:

1) TRUEPOSITION'S STATEMENT OF WHAT IT INTENDS TO PROVE;
2) JOINT STATEMENT OF UNCONTESTED FACTS;
3) TRUEPOSITION'S ISSUES OF FACT AND LAW REMAINING TO BE LITIGATED;
4) TRUEPOSITION'S LIST OF IN LIMINE ISSUES; and
5) DRAFT JOINT PRETRIAL ORDER

upon the below-listed counsel of record in the following manner:

*Via e-mail*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

*Via e-mail*
Josy W. Ingersoll, Esq.
Andrew Lundgren, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

556109

                                          **CONNOLLY BOVE LODGE & HUTZ LLP**

                                          */s/ James D. Heisman*
                                      James D. Heisman (# 2746)
                                      1007 N. Orange Street
                                      P. O. Box 2207
                                      Wilmington, DE 19899
                                      (302) 658-9141
                                      *Attorneys for Plaintiff*

Dated: August 3, 2007

556109

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 3rd day of August, 2007, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered via CM/ECF to counsel as listed below:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

                                             ___*/s/ James D. Heisman*_____
                                               James D. Heisman (# 2746)

556109