THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TruePosition, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-747 |
| | ) | |
| v. | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| Andrew Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Lynn B. Morreale, Esquire to represent TruePosition, Inc. in this matter.

**CONNOLLY BOVE LODGE & HUTZ LLP**

*/s/ James D. Heisman*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. BOX 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Plaintiff TruePosition, Inc.*

Dated: August 10, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this ____ day of August, 2007, that counsel's motion for admission *pro hac vice* is granted.

_____
Sue L. Robinson
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TruePosition, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-747 |
| | ) | |
| v. | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| Andrew Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Supreme Court of Pennsylvania, as well as the United State District Court for the Eastern District of Pennsylvania, the Northern District of Illinois and the Supreme Court of Illinois, and the United States Court of Appeals, Federal Circuit, and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and the annual *Pro Hac Vice* fee is enclosed herewith.

August 10, 2007

Lynn B. Morreale, Esquire
Woodcock Washburn LLP
One Liberty Place, 46th Floor
17th & Market Streets
Philadelphia, PA 19103
(215) 568-3100

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 10th day of August, 2007, I caused a true and correct copy of the foregoing **Motion and Order for Admission Pro Hac Vice of Lynn B. Morreale** to be served upon the following individuals in the manner indicated below:

*Via e-mail only*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail only*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail only*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

*/s/ James D. Heisman*
James D. Heisman (# 2746)