IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRUEPOSITION INC., | ) | |
| Plaintiff/ Counterclaim-Defendant | ) ) ) ) | |
| v. | ) | Civil Action No. 05-747-SLR |
| ANDREW CORPORATION, | ) ) ) | |
| Defendant/ Counterclaim-Plaintiff | ) ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Andrew Corporation, hereby certifies that copies of 1) Andrew Corporation's Edits to the Draft Joint Pre-Trial Order; 2) Andrew Corporation's Objections, Counter-Designations and Rebuttal Designations to TruePosition's Deposition Designations; 3) Andrew Corporation's Objections to TruePosition's Trial Exhibit List; 4) Andrew Corporation's List of Rebuttal Witnesses to be Called at Trial, and 5) Andrew Corporation's Rebuttal Exhibit List were caused to be served on August 10, 2007 by Regan A. Smith, Esquire of Kirkland & Ellis, LLP on the following counsel of record in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
jheisman@cblh.com

**BY E- MAIL**

>Paul B. Milcetic, Esquire
>Kathleen Milsark, Esquire
>Daniel J. Goettle, Esquire
>Woodcock Washburn LLP
>Circa Centre, 12th Floor
>2929 Arch Street
>Philadelphia, PA  19104
>*pbmilcet@woodcock.com*
>*kmilsark@woodcock.com*
>*dgoettle@woodcock.com*

**BY FEDERAL EXPRESS**

>Paul B. Milcetic, Esquire
>Woodcock Washburn LLP
>Circa Centre, 12th Floor
>2929 Arch Street
>Philadelphia, PA  19103

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 13, 2007 upon the following counsel of record in the manner indicated:

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

>James D. Heisman, Esquire
>Connolly Bove Lodge & Hutz LLP
>1007 N. Orange Street
>Wilmington, DE 19801
>(302) 658-9141
>*jheisman@cblh.com*

**BY E- MAIL**

>Paul B. Milcetic, Esquire
>Kathleen Milsark, Esquire
>Daniel J. Goettle, Esquire
>Woodcock Washburn LLP
>Circa Centre, 12th Floor
>2929 Arch Street
>Philadelphia, PA  19103
>*pbmilcet@woodcock.com*
>*kmilsark@woodcock.com*
>*dgoettle@woodcock.com*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Andrew A. Lundgren
_____
Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Andrew A. Lundgren (No. 4429)
*alundgren@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600

*Attorneys for Defendant Andrew Corporation*

Dated: August 13, 2007