IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.**  ) <br> ) <br> **Plaintiff/** ) <br> **Counterclaim-Defendant,** ) <br> ) <br> v.  ) <br> ) <br> **Andrew Corporation,** ) <br> ) <br> **Defendant/** ) <br> **Counterclaim-Plaintiff.** ) <br> _____) | Civil Action No. 05-00747-SLR |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 10th day of August, 2007, a true and correct copy of the following was served:

1) TRUEPOSITION'S REBUTTAL DEPOSITION DESIGNATIONS;
2) TRUEPOSITION'S OBJECTIONS AND COUNTER DESIGNATIONS TO ANDREW'S DEPOSITION DESIGNATIONS FOR ITS CASE-IN-CHIEF;
3) TRUEPOSITION'S REBUTTAL WITNESS LIST;
4) TRUEPOSITION'S TRIAL REBUTTAL EXHIBIT LIST; and
5) TRUEPOSITION'S OBJECTIONS TO ANDREW CORPORATION'S EXHIBIT LIST FOR ITS CASE-IN-CHIEF

upon the below-listed counsel of record in the following manner:

*Via e-mail*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

*Via e-mail*
Josy W. Ingersoll, Esq.
Andrew Lundgren, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

558257

                **CONNOLLY BOVE LODGE & HUTZ LLP**

                _/s/ **James D. Heisman**_
                James D. Heisman (# 2746)
                1007 N. Orange Street
                P. O. Box 2207
                Wilmington, DE 19899
                (302) 658-9141
                _Attorneys for Plaintiff_

Dated: August 14, 2007

558257

# CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 14th day of August, 2007, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered via CM/ECF to counsel as listed below:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

                                                    */s/ James D. Heisman*
                                                    James D. Heisman (# 2746)

558257