IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., <br><br> Plaintiff/ <br> Counterclaim-Defendant <br><br> v. <br><br> ANDREW CORPORATION, <br><br> Defendant/ <br> Counterclaim-Plaintiff | Civil Action No. 05-747-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Andrew Corporation, hereby certifies that copies of 1) Andrew Corporation's Response to TruePosition's Proposed Jury Instructions; 2) Andrew Corporation's Objections and Counter-Designations to TruePosition's Rebuttal Deposition Designations; 3) Andrew Corporation's Objections to TruePosition's Rebuttal Exhibits; 4) Andrew Corporation's Response to TruePosition's Proposed Stipulated Facts; 5) Andrew Corporation's Proposed Voir Dire, and 6) Andrew Corporation's Special Verdict Form were caused to be served on August 17, 2007 by Shira J. Kapplin, Esquire of Kirkland & Ellis, LLP on the following counsel of record in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
jheisman@cblh.com

**BY E- MAIL**

    Paul B. Milcetic, Esquire
    Kathleen Milsark, Esquire
    Daniel J. Goettle, Esquire
    Woodcock Washburn LLP
    Circa Centre, 12th Floor
    2929 Arch Street
    Philadelphia, PA  19104
    *pbmilcet@woodcock.com*
    *kmilsark@woodcock.com*
    *dgoettle@woodcock.com*

**BY FEDERAL EXPRESS**

    Paul B. Milcetic, Esquire
    Woodcock Washburn LLP
    Circa Centre, 12th Floor
    2929 Arch Street
    Philadelphia, PA  19103

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 20, 2007 upon the following counsel of record in the manner indicated:

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

    James D. Heisman, Esquire
    Connolly Bove Lodge & Hutz LLP
    1007 N. Orange Street
    Wilmington, DE 19801
    (302) 658-9141
    *jheisman@cblh.com*

**BY E- MAIL**

    Paul B. Milcetic, Esquire
    Kathleen Milsark, Esquire
    Daniel J. Goettle, Esquire
    Woodcock Washburn LLP
    Circa Centre, 12th Floor
    2929 Arch Street
    Philadelphia, PA  19103
    *pbmilcet@woodcock.com*
    *kmilsark@woodcock.com*
    *dgoettle@woodcock.com*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Andrew A. Lundgren*
_____
Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Andrew A. Lundgren (No. 4429)
*alundgren@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600

*Attorneys for Defendant Andrew Corporation*

Dated: August 20, 2007