IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition Inc.** )<br> )<br> **Plaintiff/** )<br> **Counterclaim-Defendant,** )<br> )<br>     v. )<br> )<br> **Andrew Corporation,** )<br> )<br> **Defendant/** )<br> **Counterclaim-Plaintiff.** )<br> _____) | Civil Action No. 05-00747-SLR |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 17th day of August, 2007, a true and correct copy of the following was served:

   1 -- TruePosition's Responses to Andrew's Draft Jury Instructions;
   2 -- TruePosition's Counter-designations and Objections to Andrew's Rebuttal
          Deposition Designations;
   3 -- TruePosition's Objections to Andrew's Rebuttal Exhibits;
   4 -- TruePosition's Responses to Andrew's Proposed Fact Stipulations;
   5 -- TruePosition's Proposed Voir Dire;
   6 -- TruePosition's Proposed Jury Verdict Form;
   7 -- TruePosition's Opening Demonstratives;
   8 -- TruePosition's response to Andrew's proposed edits to the Pre-Trial Order body; and
   9 -- TruePosition's List of In Limine Issues.

 upon the below-listed counsel of record in the following manner:

*Via e-mail*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

*Via e-mail*
Josy W. Ingersoll, Esq.
Andrew Lundgren, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

559338

                                         **CONNOLLY BOVE LODGE & HUTZ LLP**

                                          ____*/s/ **James D. Heisman**_____
                                          James D. Heisman (# 2746)
                                          1007 N. Orange Street
                                          P. O. Box 2207
                                          Wilmington, DE 19899
                                          (302) 658-9141
                                          *Attorneys for Plaintiff*

Dated:  August 21, 2007

559338

**CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 21st day of August, 2007, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered via CM/ECF to counsel as listed below:

Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Patrick D. McPherson, Esquire
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608

Rachel Pernic Waldron
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

                                                */s/ James D. Heisman*
                                                James D. Heisman (# 2746)

559338