IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-747-SLR |
| | ) |
| ANDREW CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 23rd day of August 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiff's motion for partial summary judgment that defendant cannot prove its invalidity claims (D.I. 134) is granted.

2. Plaintiff's motion for summary judgment on defendant's counterclaims II-VI and affirmative defenses III-V (D.I. 137) is granted in part and denied in part.

3. Defendant's motion for summary judgment of invalidity of claim 22 of the '144 patent for indefiniteness (D.I. 145) is denied.

4. Defendant's motion for summary judgment of noninfringement of the '144 patent (D.I. 147) is denied.

United States District Judge