IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TRUEPOSITION, INC.,**<br><br>　　　　Plaintiff and<br>　　　　Counterclaim-Defendant,<br><br>　　v.<br><br>**ANDREW CORPORATION,**<br><br>　　　　Defendant and Counterclaim<br>　　　　Plaintiff. | Civil Action No. 05-747-SLR |

**ANDREW CORPORATION'S PROPOSED SPECIAL VERDICT FORM**

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Josy W. Ingersoll (No. 1088) [*jingersoll@ycst.com*]<br>Andrew A. Lundgren (No. 4429) [*alundgren@ycst.com*]<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>302-571-6600 |
| OF COUNSEL: | *Attorneys for Defendant Andrew Corporation* |

John M. Desmarais
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: August 24, 2007

We, the jury, unanimously find as follows:

## **Infringement Claim**

1. Do you find by a preponderance of the evidence that Andrew has directly infringed any of the following claims of the '144 patent?

   (A "yes" answer to this question is a finding for TruePosition; a "no" answer is a finding for Andrew.)

           Answer:
   Claim 1   _____

2. Do you find by a preponderance of the evidence that Andrew has induced the infringement of any of the following claims of the '144?

   (A "yes" answer to this question is a finding for TruePosition; a "no" answer is a finding for Andrew.)

           Answer:
   Claim 1   _____
   Claim 22  _____
   Claim 31  _____

3. Do you find by a preponderance of the evidence that Andrew has contributed to the infringement of any of the following claims of the '144 patent?

   (A "yes" answer to this question is a finding for TruePosition; a "no" answer is a finding for Andrew.)

           Answer:
   Claim 1   _____
   Claim 22  _____
   Claim 31  _____

4. If you answered "yes" to questions 1, 2, or 3, do you also find that TruePosition has shown by clear and convincing evidence that Andrew has willfully infringed the 144 patent?

    (A "yes" answer to this question is a finding for TruePosition; a "no" answer is a finding for Andrew.)

    Answer: _____

## Invalidity Claim

5. Do you find by clear and convincing evidence that any of the following claims of the 144 patent are obvious or anticipated?

    (A "yes" answer is a finding for Andrew; a "no" answer is a finding for TruePosition.)

    Answer:
    Claim 1   _____
    Claim 22  _____
    Claim 31  _____

## Fraud Claim

6. Do you find by a preponderance of the evidence that TruePosition committed fraud?

    (A "yes" answer is a finding for Andrew; a "no" answer is a finding for TruePosition.)

    Answer: _____

7. Do you find by clear and convincing evidence that TruePosition committed fraud?

    (A "yes" answer is a finding for Andrew; a "no" answer is a finding for TruePosition.)

    Answer: _____

## Fraud Claim Damages

If you answered "yes" to question 6, you must answer the next question:

6a.  Do you find that Andrew is entitled to $1.00 in damages?

Answer: _____

If you answered "yes" to questions 6a and 7, you must answer the next question:

6b.   Do you find that Andrew is entitled to punitive damages?

Answer:

If you answered "yes" to question 6b, state the amount of punitive damages you wish to award to Andrew:

Amount:   $ _____

## Equitable Estoppel Claim

8. Do you find by a preponderance of the evidence that equitable estoppel bars TruePosition from asserting any of the claims of the '144 patent?

(A "yes" answer is a finding for Andrew; a "no" answer is a finding for TruePosition.)

Answer:

## Implied License Claim

9. Do you find by a preponderance of the evidence that as a result of TruePosition's conduct that Andrew has an implied license under the '144 patent?

(A "yes" answer is a finding for Andrew; a "no" answer is a finding for TruePosition.)

Answer:

## Promissory Estoppel Claim

10. Do you find by clear and convincing evidence that TruePosition's claims for patent infringement are barred due to promises TruePosition made?

(A "yes" answer is a finding for Andrew; a "no" answer is a finding for TruePosition.)

Answer:

## Unclean Hands Claim

11. Do you find by clear and convincing evidence that TruePosition's claims for patent infringement are barred due to TruePosition's unclean hands?

    (A "yes" answer is a finding for Andrew; a "no" answer is a finding for TruePosition.)

    Answer:

## Infringement Claim Damages

If you answered "yes" to questions 1, 2, or 3 <u>and</u> you answered "no" to questions 5-11, then you need to answer the following questions:

12. Do you find by a preponderance of the evidence that TruePosition has proven that it is entitled to lost profits?

    Answer:

    If you answered "yes" to question 12, what amount of lost profits has TruePosition proven it is entitled to?

    Amount:   $

You must each sign this verdict form:

Dated:

_____ (foreperson)
_____
_____
_____
_____
_____
_____
_____

**CERTIFICATE OF SERVICE**

I, Andrew A. Lundgren, Esquire, hereby certify that on August 24, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>James D. Heisman, Esquire
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801
>Email:  jheisman@cblh.com

I further certify that on August 24, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL**

>Paul B. Milcetic, Esquire
>David L. Marcus, Esquire
>Daniel J. Goettle, Esquire
>Woodcock Washburn LLP
>One Liberty Place, 46th Floor
>Philadelphia, PA  19103
>Phone: 215-988-2063
>Email:  pbmilcet@woodcock.com
>        marcus@woodcock.com
>        dgoettle@woodcock.com

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ *Andrew A. Lundgren*
>Josy W. Ingersoll (No. 1088)
>Andrew A. Lundgren (No. 4429)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>alundgren@ycst.com
>*Attorneys for Defendant Andrew Corporation*