IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., )<br>)<br>Plaintiff/ )<br>Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>ANDREW CORPORATION, )<br>)<br>Defendant/ )<br>Counterclaim-Plaintiff. )<br>) | Civil Action No. 05-747-SLR |

## ORDER

Having considered Defendant Andrew Corporation's Motion For Clarification Of The Court's August 23, 2007 Rulings Regarding Invalidity, IT IS HEREBY ORDERED that:

1. The Court's August 23 rulings (D.I. 256, 258) only exclude Dr. Goodman's invalidity testimony for claims 1 and 22;

2. Dr. Goodman may testify as to invalidity of claim 31.


Dated: _____, 2007

_____
United States District Judge