IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., <br><br> Plaintiff/ <br> Counterclaim-Defendant <br><br> v. <br><br> ANDREW CORPORATION, <br><br> Defendant/ <br> Counterclaim-Plaintiff | Civil Action No. 05-747-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Andrew Corporation, hereby certifies that copies of Andrew Corporation's Objections to TruePosition's Initial Demonstratives were caused to be served on August 23, 2007 by Regan A. Smith, Esquire of Kirkland & Ellis, LLP on the following counsel of record in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

James D. Heisman, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
*jheisman@cblh.com*

**BY E-MAIL**

>Paul B. Milcetic, Esquire
>Kathleen Milsark, Esquire
>Daniel J. Goettle, Esquire
>Woodcock Washburn LLP
>Circa Centre, 12th Floor
>2929 Arch Street
>Philadelphia, PA 19104
>*pbmilcet@woodcock.com*
>*kmilsark@woodcock.com*
>*dgoettle@woodcock.com*

**BY FEDERAL EXPRESS**

>Paul B. Milcetic, Esquire
>Woodcock Washburn LLP
>Circa Centre, 12th Floor
>2929 Arch Street
>Philadelphia, PA 19103

PLEASE TAKE FURTHER NOTICE that the undersigned, counsel for Andrew Corporation, hereby certifies that copies of Andrew Corporation's Amended List of Witnesses To Be Called At Trial were caused to be served on August 28, 2007 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL**

>James D. Heisman, Esquire
>Connolly Bove Lodge & Hutz LLP
>1007 N. Orange Street
>P.O. Box 2207
>Wilmington, DE 19801
>(302) 658-9141
>*jheisman@cblh.com*

**BY E- MAIL**

    Paul B. Milcetic, Esquire
    Kathleen Milsark, Esquire
    Daniel J. Goettle, Esquire
    Woodcock Washburn LLP
    Circa Centre, 12th Floor
    2929 Arch Street
    Philadelphia, PA  19103
    *pbmilcet@woodcock.com*
    *kmilsark@woodcock.com*
    *dgoettle@woodcock.com*

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 28, 2007 upon the following counsel of record in the manner indicated:

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

    James D. Heisman, Esquire
    Connolly Bove Lodge & Hutz LLP
    1007 N. Orange Street
    Wilmington, DE 19801
    (302) 658-9141
    *jheisman@cblh.com*

**BY E- MAIL**

    Paul B. Milcetic, Esquire
    Kathleen Milsark, Esquire
    Daniel J. Goettle, Esquire
    Woodcock Washburn LLP
    Circa Centre, 12th Floor
    2929 Arch Street
    Philadelphia, PA  19103
    *pbmilcet@woodcock.com*
    *kmilsark@woodcock.com*
    *dgoettle@woodcock.com*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*[signature]*

Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
Andrew A. Lundgren (No. 4429)
*alundgren@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600

*Attorneys for Defendant Andrew Corporation*

Dated: August 28, 2007