# YOUNG CONAWAY STARGATT & TAYLOR, LLP

DIRECT DIAL: 302-571-6743
DIRECT FAX: 302-576-3517
alundgren@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

August 30, 2007

**BY E-FILE AND HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, Delaware 19801

Re:   *TruePosition Inc. v. Andrew Corp.*, C.A. No. 05-747-SLR

Dear Judge Robinson:

      I write on behalf of Defendant Andrew Corporation regarding certain proposed changes to the Court's Preliminary Jury Instructions and Voir Dire in the captioned matter. Specifically, Andrew requests that the Court omit any reference to Claim 22 of the '144 patent in the Preliminary Jury Instructions. Andrew also requests that the Court add a statement to the instructions regarding Andrew's promissory estoppel claim. Finally, Andrew requests that Jason F. Choy, whose admission *pro hac vice* is pending before the Court, be added to the voir dire list. Counsel for TruePosition has informed us that they do not oppose these changes.

      For the Court's convenience, enclosed is a CD-ROM that contains a redlined version of the Preliminary Jury Instructions and a clean copy of the same, both in WordPerfect format. Should the Court require any additional information, counsel is available at the Court's convenience.

Respectfully submitted,

Andrew A. Lundgren (No. 4429)

AAL
Enclosure

cc:   James D. Heisman, Esquire (via e-filing and e-mail)