**EXHIBIT 1**

**TruePosition, Inc. v. Andrew Corporation, No. 05-747-SLR**
**Joint Statement of Uncontested Facts**

**THE PARTIES**

1. TruePosition, Inc. is a corporation organized and existing under the laws of Delaware, having a place of business at 1000 Chesterbrook Blvd, Suite 200, Berwyn, Pennsylvania 19312.

2. TruePosition markets and sells geolocation products under the Finder® brand name.

3. Andrew Corporation is a corporation organized and existing under the laws of Delaware, having a place of business at 3 Westbrook Corporate Center, Suite 900, Westchester, Illinois 60154.

4. Andrew Corporation markets and sells geolocation products under the Geometrix® brand name.

**THE '144 PATENT**

5. On July 5, 1994, the United States Patent and Trademark Office issued U.S. Patent No. 5,327,144 ("the 144 patent") in the names of Louis A. Stilp, Curtis A. Knight and John C. Webber. The application for the 144 patent was filed on May 7, 1993.

6. On January 11, 2001, the 144 patent was assigned to TruePosition. TruePosition owns the 144 patent.

**THE KONO REFERENCE**

7. The Kono reference's Application Filing Date was February 16, 1990.

8. The Kono reference's Laid-Open Publication Date was October 24, 1991.

- 2 -

      9.      The Kono reference was published more than one year before the 144 patent filing date.

      10.      The Kono reference is prior art to the 144 patent.