**EXHIBIT 9**

**TruePosition, Inc. v. Andrew Corporation, No. 05-747-SLR**
**TruePosition's Witness List**

The following is a list of witnesses that TruePosition may call at trial.

**In Person**

| | |
|---|---|
| Anderson, Robert<br>TruePosition Inc.<br>1000 Chesterbrook Blvd<br>Suite 200<br>Berwyn, PA 19312-1084<br><br>Agee, Brian G. Ph.D., P.E.<br>1596 Wawona Drive<br>San Jose, California 95125<br><br>Amarosa, Michael<br>650 Madison Avenue<br>New York, New York<br><br>Beckley, Frederick<br>TruePosition Inc.<br>1000 Chesterbrook Blvd.<br>Suite 200<br>Berwyn, PA 19312-1084<br><br>Donaghy, Kevin<br>111 Victoria Court<br>Malvern, PA. 19355 | Gottesman, Oded<br>Compandent, Inc.<br>1055 Tisha Court<br>Santa Barbara, CA 93111<br><br>Hoppman, Michael<br>TruePosition Inc.<br>1000 Chesterbrook Blvd.<br>Suite 200<br>Berwyn, PA 19312-1084<br><br>Mulhern, Carla<br>Analysis Group, Inc.<br>1899 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC 20006<br><br>Sheehan, Joseph<br>26 Canter Drive<br>Newton Square, PA 19073<br><br>Webber, John<br>National Radio Astronomy Observatory (NRAO)<br>3360 Brookside Drive<br>Charlottesville, VA 22901 |

**By Deposition**

| | |
|---|---|
| Al Mufti, Khalid<br>Andrew Corporation<br>19700 Janelia Farm Boulevard<br>Ashburn, VA 20147-2405<br><br>Andrew Corporation<br>Through the 30(b)(6) testimony of Gary Brown, John Carlson, Oskar Magnusson, & Joseph Kennedy | Inbar, Iris<br>Andrew Corporation<br>19700 Janelia Farm Boulevard<br>Ashburn, VA 20147-2405<br><br>Katz, Stuart<br>Andrew Corporation<br>19700 Janelia Farm Boulevard<br>Ashburn, VA 20147-2405 |

| | |
|---|---|
| 3 Westbrook Corporate Center, Suite 900<br>Westchester, IL 60154<br><br>Beck, Andrew<br>Andrew Corporation<br>19700 Janelia Farm Boulevard<br>Ashburn, VA 20147-2405<br><br>Carlson, John<br>Andrew Corporation<br>19700 Janelia Farm Boulevard<br>Ashburn, VA 20147-2405<br><br>Eissa, Mohamed<br>Andrew Corporation<br>Worldwide Headquarters<br>3 Westbrook Corporate Center<br>Suite 900<br>Westchester, IL 60154<br><br>Fagiri, Mazin<br>Andrew Corporation<br>19700 Janelia Farm Boulevard<br>Ashburn, VA 20147-2405<br><br>Garner, Terry<br>Andrew Corporation<br>19700 Janelia Farm Boulevard<br>Ashburn, VA 20147-2405<br><br>Gross, Robert<br>7218 E. Goodnight Lane<br>Prescott Valley, AR 86314<br><br>Hall, Douglass E.<br>Andrew Corporation<br>19700 Janelia Farm Boulevard<br>Ashburn, VA 20147-2405 | Kennedy, Joseph<br>Echo Ridge, LLC<br>11127 Elmview Place<br>Great Falls, VA 22066<br><br>Li, Alan<br>Acumen Consulting<br>10008 Columbine Street<br>Great Falls, VA 22066<br><br>Magnusson, Oskar<br>Andrew Corporation<br>19700 Janelia Farm Boulevard<br>Ashburn, VA 20147<br><br>McDaniel, James<br>Andrew Corporation<br>19700 Janelia Farm Boulevard<br>Ashburn, VA 20147-2405<br><br>Petelle, Jim<br>c/o Rachel P. Waldron<br>Kirkland & Ellis LLP<br>200 E. Randolph Drive<br>Chicago, IL 60601<br><br>Robinson, Rhys<br>Subject to TruePosition's objection to Andrew's designation of Mr. Robinson's testimony.<br><br>Wynn, Randy<br>5329 Glade Lane<br>Grapevine, TX 76051 |

TruePosition reserves the right to call any witness appearing on Andrew's witness list, to supplement this list after receiving Andrew's witness list, and to call additional witnesses to provide foundational testimony should Andrew question the admissibility or authenticity of any materials to be proffered at trial.