IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC.,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>ANDREW CORPORATION,<br><br>    Defendant and Counterclaim<br>    Plaintiff. | Civil Action No. 05-747-SLR |

## ANDREW CORPORATION'S LIST OF WITNESSES TO BE CALLED AT TRIAL

Andrew Corporation hereby serves its List of Witnesses To Be Called At Trial, pursuant to the amended stipulation entered by the Court on July 13, 2007 (D.I. 242).

Andrew reserves the right to call witnesses not identified on this list as rebuttal witnesses.

Andrew reserves the right to call additional witnesses to provide foundational testimony should TruePosition question the admissibility or authenticity of any materials to be proffered at trial. Andrew reserves the right to call substitute witnesses to the extent that a witness's circumstances change and/or a witness otherwise becomes unavailable for trial. Andrew further reserves the right to call any witness for impeachment purposes.

If any witness subpoenaed to testify at trial fails to appear at trial, Andrew reserves the right to use that witness's deposition testimony.

The following is a list of witnesses whom Andrew intends to call live at trial:

    Andrew Beck

    Gary Brown

    John Carlson

    Mohammed Eissa

    Terry N. Garner

    Iris Inbar

    Joseph Kennedy

    Oskar Magnusson[1]

    Dewayne Perry

    David Goodman

    Wayne Hoeberlein

    Rob Anderson

    Frederic Beckley

    Joseph Sheehan

    Kevin Donaghy

    Stuart C. Schwartz

    Robert L. Gross

The following is a list of witnesses whom Andrew intends to call by deposition at trial:

    Mazin Fagiri

    James T. McDaniel

    Curtis Knight

    Rhys Robinson

    John C. Webber

Andrew further reserves the right to use at trial any Rule 30(b)(6) deposition testimony.

---

[1] Andrew expects to call Mr. Magnusson live but is also designating his deposition as he resides in Singapore and may be unable to appear live at trial.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Andrew A. Lundgren*

Josy W. Ingersoll (No. 1088)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
302-571-6600
*alundgren@ycst.com*

*Attorneys for Defendant Andrew Corporation*

OF COUNSEL:

John M. Desmarais
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
Regan A. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: July 18, 2007

3

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on July 18, 2007, I caused copies of the foregoing document to be served upon the following counsel in the manner indicated:

### BY HAND DELIVERY and E-MAIL

James D. Heisman, Esq.
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*jheisman@cblh.com*

### BY E- MAIL

Paul B. Milcetic, Esq.
David L. Marcus, Esq.
Daniel J. Goettle, Esq.
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
*pbmilcet@woodcock.com*
*dmarcus@woodcock.com*
*dgoettle@woodcock.com*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren

Josy W. Ingersoll (No. 1088)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
alundgren@ycst.com
*Attorneys for Defendant Andrew Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC.,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>ANDREW CORPORATION,<br><br>    Defendant and Counterclaim<br>    Plaintiff. | Civil Action No. 05-747-SLR |

### ANDREW CORPORATION'S LIST OF REBUTTAL WITNESSES TO BE CALLED AT TRIAL

Andrew Corporation hereby serves its List of Rebuttal Witnesses To Be Called At Trial, pursuant to the amended stipulation entered by the Court on July 13, 2007 (D.I. 242).

Andrew reserves the right to call as a rebuttal witness any witness listed on its Opening List of Witnesses To Be Called At Trial:

    Andrew Beck

    Gary Brown

    John Carlson

    Mohammed Eissa

    Terry N. Garner

    Iris Inbar

    Joseph Kennedy

    Oskar Magnusson

    Dewayne Perry

    David Goodman

    Wayne Hoeberlein

    Rob Anderson

    Frederic Beckley

    Joseph Sheehan

    Kevin Donaghy

    Stuart C. Schwartz

    Robert L. Gross

Andrew reserves the right to call any witnesses appearing on TruePosition's Opening Witness List or Rebuttal Witness List:

    Michael Hoppman

    John Webber

    Brian Agee

    Oded Gottesman

    Carla Mulhern

Andrew reserves the right to call additional witnesses to provide foundational testimony should TruePosition question the admissibility or authenticity of any materials to be proffered at trial. Andrew reserves the right to call substitute witnesses to the extent that a witness's circumstances change and/or a witness otherwise becomes unavailable for trial. Andrew further reserves the right to call any witness for impeachment purposes.

If any witness subpoenaed to testify at trial fails to appear at trial, Andrew reserves the right to use that witness's deposition testimony.