**EXHIBIT 11**

**TruePosition, Inc. v. Andrew Corporation, No. 05-747-SLR**
**TruePosition's Deposition Designations**

The following is a list of the depositions or portions thereof that TruePosition may offer at trial. TruePosition has not designated testimony which is being relied on by TruePosition's experts, but not intended to be read into evidence or played as videotape at trial. TruePosition reserves the right to supplement these designations as it completes its work on the pretrial order, including without limitation to address any issues of authentication that may arise.

<u>**CASE-IN-CHIEF**</u>

**KHALID AL-MUFTI (11/21/06)**

6:10-9:14
9:16-11:15
11:22-12:18
12:20-13:3
13:5-13:9
13:11-14:3
14:5-15:25
16:9:17:6
19:20-19:22
19:24-21:3
21:5-21:9
21:12-22:7
22:9-24:5
24:7-24:14
24:19-26:17
27:3-28:9
28:11-29:18
30:6-32:12
32:20-33:20
33:23-36:6
49:14-50:22
50:24-51:5
58:5-62:10

**ANDREW BECK (9/22/06)**

8:6-20
11:15-14:3
21:9-22:2
22:4-16
22:17-25:8
36:21-25
37:10-39:22
39:25
40:22-41:7
41:9-13
41:15-42:9
42:11-46:4
46:7-23
49:7-16
49:18-20
51:7-25
54:15-55:18
56:25-57:2
57:5-22
57:25-58:22
59:18-61:25
62:3-64:7
83:12-16
114:24-116:22
116:25-120:15
120:18-125:22
132:7-23
139:16-19
139:21-24
140:1-11
140:13-17
142:7-143:6
175:10-13
175:16-25
176:24-177:22
179:18-22
197:20-199:14
199:25-202:11
202:13-23
207:3-207:6
207:8-13
207:16-208:2
209:7-25
215:8-19

215:21-217:25
238:15-239:6
255:13-15
255:17-256:4
256:6-9
261:12-19
295:2-297:2
297:6-298:12
302:24-303:7
303:16-17
303:23-304:22
304:24-305:4
305:6-13
305:15-17
305:19-306:3
306:6-306:8

**GARY BROWN 30(b)(6) (11/7/06)**

7:2-7:9
7:17-8:5
10:21-11:21
13:21-16:7
28:21-29:17
37:16-41:3
41:6-43:25
44:7-44:14
45:15-46:10
46:23-47:4
47-13-48:8
48:12-48:16
50:22-51:2
55:11-57:21
59:17-61:14
62:2-62:15
64:21-65:10
65:23-66:3
66:6-66:20
67:21-67:24
69:24-70:10
73:12-73:23
79:11-79-22
89:14-89:25
90:10-90:16
97:24-98:22
100:13-100:15

102:10-103:11
104:9-105:8
106:16-106:17
106:19-107:20
108:3-110-21
111:6-111:20
111:25-112:24
113:18-116:21
117:3-117:17
117:24-118:10
127:7-130:3
142:8-144:15
159:23-162:20
170:14-171:6
173:22-173:24
174:4-175:10
182-6-182:16

**JOHN CARLSON (10/2/06)**

8:3-6
8:23-10:7
10:17-11:2
12:4-13:13
13:17-14:15
15:4-15:6
15:24-16:7
16:13-17:5
18:13-19:24
20:11-21:7
22:24-23:14
25:17-25:25
26:4-26:11
26:15-27:6
27:13-29:23
30:17-19
35:10-36:7
36:10-36:21
38:2-38:15
40:17-40:20
42:18-43:6
49:19-49:24
50:12-50:18
50:21-51:3
51:6-51:8
54:6-54:11

55:14-55:17
56:11-57:9
57:14-57:25
58:10-58:22
58:25-59:14
61:6-63:4
63:23-63:25
64:4-64:5
64:19-64:23
65:4-65:6
65:10-66:19
66:25-67:14
67:20-71:6
71:24-72:25
73:8-73:12
73:18-74:3
74:17-76:2
76:9-76:11
76:18-77:15
78:15-80:13
80:18-80:20
81:15-83:4
83:18-85:6
85:9-85:17
86:5-86:6
86:22-87:8
88:11-88:24
90:24-91:12
91:15-96:11
96:14-97:20
98:1-102:9
103:5-103:16
104:10-104:14
105:4-105:12
105:25-109:14
109:19-112:15
113:3-113:12
113:25-114:15
115:5-115:13
115:18-116:20
118:7-118:12
120:2-126:11
126:14-128:8
128:16-129:4
129:6-130:4
130:7-132:6

135:19-137:14
137:17
138:5-139:13
139:18-148:20
149:25-150:21
151:10-151:22
161:5-163:22
165:14-165:19
173:6-176:2
176:24-177:3
177:15-178:25
188:15-189:23
196:24-197:25
199:12-199:22
201:18-202:25
216:12-217:6
217:14-217:23
220:18-223:22

**JOHN CARLSON 30(b)(6) (10/16/06)**

6:10-6:24
7:5-7:7
7:13-8:5
8:15-9:12
9:14-9:19
9:21-10:17
10:19-11:6
11:8-11:11
11:13-12:15
12:17-12:22
12:24-13:9
13:11-13:13
13:16-13:18
13:21-14:22
14:24-15:8
15:17-25
19:3-19:17
19:20-20:2
20:6-22:4
22:11-22:15
23:9-23:11
23:16-26:8
26:12-26:19
26:21-26:22
26:25-27:12

27:14-28:11
32:4-32:20
32:22-32:25
33:6-34:5
34:7-34:14
34:16-35:7
35:9-35:17
35:19-36:10
36:13-36:22
36:24-37:7
37:9-37:14
37:16-38:9
38:11-38:19
38:21-38:22
40:16-40:23
40:25-41:17
41:20-41:22
41:24-42:5
42:7-42:13
42:15-43:2
43:5-43:21
44:25-45:4
45:8-45:12
45:14-45:25
46:11-47:4
47:6-47:8
47:10-47:18
47:20-48:2
48:4-48:11
48:14-48:20
48:22-49:3
49:5-49:14
49:16-49:23
49:25-50:4
50:7-50:10
50:12-50:15
50:17-50:20
50:22-51:9
51:12-51:22
51:25-52:3
52:7-53:15
53:17-53:24
54:2-54:4

**MOHAMMED EISSA (10/31/06)**

5:4-5:12
7:12-8:24
9:9-10:17
12:12-12:17
12:20-13:22
14:1-17:14
21:12-21:24
34:18-37:20
39:13-40:14
43:12-43:14
43:16-44:13
49:22-49:23
50:2-50:8
50:11-50:16
50:19-51:1
51:3-52:3
55:14-55:16
55:19-56:21
57:14-57:15
57:17-58:3
58:5-58:21
58:23-59:3
60:2-60:3
60:6-62:10
62:12-62:21
62:23-62:24
63:2-63:9
63:11-64:3
64:5-64:19
64:21-65:19
67:3-67:6
81:8-83:8
83:10-84:6
84:15-86:24
87:8-89:14
92:11-94:16
94:18-95:17
95:19-96:1
96:4-96:7
96:9-96:24
97:3-98:13
98:16-99:4
99:7-99:21
103:24-107:8

107:10-108:20
108:22-110:3
112:9-114:9
120:17-122:10
122:13-123:5
128:21-129:2
129:4-129:8
136:8-137:9
137:11-139:15
139:17-139:22
139:24-140:7
140:9-140:18
140:20-141:20
141:22-146:23
147:1-147:2
147:4-148:15
148:17-149:15
149:17-152:23
153:2-154:7
154:10-155:2
155:4-155:20
155:22-156:1
156:3-156:7
156:9-156:21
156:23-157:3
161:16-161:23
162:2-162:7
162:9-162:17
163:12-163:15
168:7-168:11
169:18-171:19
172:22-177:7
178:6-181:23
186:17-187:14
194:9-194:10
194:12-194:20
194:22-194:23

**MAZIN FAGIRI (11/03/06)**

6:6-16
8:6-13:6
14:4-17:18
18:21-23
21:8-22:5
22:7-23:23

24:2-24:23
29:7-32:6
33:23-8:21
38:23-40:3
54:4-55:7
73:17-77:4
96:7-101:11
109:3-113:12
122:6-123:9

**TERRY GARNER (9/27/06)**

11:2-11
20:14-25
21:4-10
21:21-24:11
24:15-26:2
26:18-27:7
27:14-16
27:20-25
28:3-14
28:8-28:23
28:25-30:11
30:16-23
30:25-31:3
33:5-6
33:9-22
34:1-9
36:20-37:16
50:25-51:11
51:16-20
51:22-25
58:25-60:16
61:7-61:14
61:16-62:24
63:6-64:5
64:14-15
64:17-:19
64:23-24
65:2-10
66:3-12
66:14-15
70:23-71:5
71:7-73:4
73:7-18
73:21-25

75:14-76:15
76:17-18
80:4-8
80:10-81:14
82:8-82:20
84:5-84:23
87:23-88:22
89:14-22
89:24-90:17
90:19-23
91:19-92:11
92:23-93:10
93:21-94:17
96:3-7
96:20-21
96:23-97:15
97:20-25
98:4-10
99:17-100:8
100:14-102:6
102:23-103:11
107:21-108:11
110:4-9
110:12-21
110:24-111:4
111:7-8
111:15-112:2
112:8-113:6
113:9-10
114:17-25
115:3-14
115:19-116:3
116:15-116:21
116:23-117:5
117:-13-117:23
117:25-118:10
118:-12-14
119:4-10
119:13-18
124:14-125:11
125:13-126:5
126:20-24
127:3-7
127:9-12
127:15-20
132-6-21

133:9-11
133:21-134:23
139:4-139:22
153:2-6
153:9-13
153:16-17
154:2-5
154:8-10
156:21-158:14
159:4-20
159:23-160:6
160:9-10
160:23-24
161:2-3
164:20-165:14
166:4-166:11
166:16-17
166:20-25
173:2-8
176:13-14
176-177:2
177:5-10
177:12-16
178:4-179:9
179:18-19
179:22-180:8
180:12-181:15
186:19-187:2
188:5-8
189:3-189-12
192:4-11
192:19-22
193:2-196:12
196:15-198:6
198:9-200:5
200:7-202:22
205:19-206:12
207:21-209:2
210:7-24
218:8-18
219:20-220:10
221:24-222:22
225:16-227:6
227:8-9
227:11-13
227:22-228:5

228:19-25
229:3-229:23
236:22-239:2
239:21-240:20
243:10-245:20
246:12-247:3
250:11-16

**ROBERT GROSS (10/12/06)**

04:06 – 04:08
06:08 – 06:18
13:02 – 13:21
14:11 – 15:06
18:18 – 20:15
20:25 – 22:08
25:04 – 25:23
27:03 – 29:02
30:05 – 30:20
33:22 – 33:25
36:12 – 38:03
45:23 – 49:21
70:11 – 72:22
74:15 – 80:11
80:24 – 81:15
110:25 – 113:19

**DOUGLASS HALL  (10/24/06)**

7:9-7:11
8:23-11:2
11:8-11:11
11:21-11:25
36:24-37:11
38:24-39:8
39:16-40:6
40:9
50:18-50:22
51:5
51:7-51:10
51:13
59:7-60:19
71:25-73:24
78:10-79:19
80:13-80:20
80:23-81:4

81:12-81:17
82:8-83:10
85:3-85:18
86:9-86:11
86:13-86:14
99:19-104:3

**IRIS INBAR (11/21/06)**

6:7-7:14
8:6-8:13
9:2-9:6
9:11-9:18
9:21-10:5
10:7-11:7
11:15-12:14
12:25-13:2
13:4-13:25
14:8-15:22
19:7-19:12
21:15-23:20
23:22-25:10
25:12-25:19
25:23-26:4
26:9-30:6
30:8-31:8
31:10-31:22
31:24
38:12-38:24
39:10-39:20

**STUART KATZ (11/3/06)**

6:7-6:14
8:14-16:12
53:4-55:2
59:19-60:6
60:9-63:3
63:5-63:9
64:9-65:21
66:12-67:11
69:22-69:25
70:17-73:6
76:11-76:20
77:1-77:5
77:8

77:17-77:23
82:16-83:9
87:24-90:14
92:12-92:23
93:2-94:9
94:11-96:5
96:7-96:20
102:9-102:18
118:12-119:16

**JOSEPH KENNEDY 30(b)(6) VOLUME 1 (10/16/06)**

9:5-9:12
9:17-10:3
10:5-10:6
10:8-10:10
10:13-10:16
10:18-11:3
11:5-11:14
11:19-12:7
12:9-12:25
13:3-13:19
13:22-15:6
16:8-16:11
16:13-17:6
17:8-17:14
19:11-19:12
19:14-19:19
30:8-31:11
32:6-33:6
33:9-33:25
34:4-34:8
43:9-44:12
44:15-45:8
45:10-45:14
45:17-45:24
46:2-46:12
47:4-47:19
51:20-52:15
52:19-52:23
53:17-53:20
53:22-53:25
55:16-55:22
55:25-56:8
56:10-56:17
56:20-56:25

57:3-57:6
57:8
57:15-57:17
57:19-57:22
57:25-58:7
58:19-59:2
67:3-68:24
69:2-70:6
73:7-73:9
73:12-73:18
73:21-73:24
74:2-74:11
74:13-74:17
74:20-74:23
74:25-75:9
75:11-75:19
75:23-76:5
76:7-76:8
77:24-79:24
80:3-81:5
81:7-81:12
89:19-91:8
92:7-92:9
92:13-93:10
98:9-98:12
98:14-99:6
99:9-99:13
100:17-101:16
102:18-104:4
104:6-104:10
104:12-104:21
105:21-106:15
107:11-107:15
112:24-113:23
114:2-115:6
115:8-115:20
115:23-116:4
117:2-117:13
118:20-119:5
119:8-119:12
119:15-119:20
119:23-120:3
120:6-121:4
121:6-121:12
121:15-121:19
122:6-122:23

122:25-123:14
123:17-124:7
124:9-124:11
124:14-124:24
125:3-125:10
125:12-125:17
125:20-125:24
126:1-126:7
126:9-126:13
126:16-126:19
127:10-127:15
127:17-129:17
129:19-129:22
129:24-130:7
131:14-131:17
131:19-132:2
132:18-132:23
132:25-133:4
133:16-133:19
133:23-134:4
140:5-141:11
141:14-142:20
142:23-144:4

**JOSEPH KENNEDY 30(b)(6) VOLUME 2 (10/17/06)**

152:15-153:8
153:11-154:13
158:25-159:3
159:6-160:14
160:16-162:17
164:10-166:25
168:22-169:9
169:14-169:17
171:24-172:13
172:16-173:4
174:21-174:23
175:2-177:14
182:24-183:2
183:9-183:11
183:14
183:16-183:20
183:23-184:24
185:4-185:8
185:11-185:23
221:19-223:20

223:23-224:12
224:14-226:3
226:5-226:7
226:9-226:17
226:20-227:3
227:6-227:13
227:16-228:2
228:4-228:14
228:17-228:25
229:3-229:23
229:25-230:5
230:8-230:15
230:18-230:23
231:2-231:11
231:14-231:25
232:3-232:23
232:25-233:4
233:7-233:16
233:19-234:9
234:11-234:13
234:15-234:21
234:24-235:5
235:8-235:15
235:18-235:24
236:3-236:8
236:11-236:14
238:6-239:20
240:5-240:13
242:17-242:19
242:22-243:25
244:3-245:9
245:12-245:19
253:4-253:13
253:16-254:22
254:25-255:6
255:9-256:10
256:13-256:19
258:6-258:8
258:11
260:5-260:14
260:17-261:4
261:6-261:17
261:20-262:16
262:19-262:23

**JOSEPH KENNEDY- PERSONAL DEP (10/17/06)**

05:15 – 05:23
06:04 – 07:19
11:08 – 11:17
12:11 – 12:12
12:15 – 12:19
12:22 – 13:04
13:06 – 13:08
14:08 – 14:10
17:06 – 17:07
17:10 – 17:13
21:13 – 21:14
21:16 – 22:09
22:12 – 22:14
24:17 – 24:22
24:25 – 25:09
25:12 – 26:02
26:05 – 26:09
26:12 – 26:18
26:21
36:08 – 36:10
36:13 – 37:03
37:06 – 37:10
37:12 – 37:17
37:21 – 38:02
38:05 – 38:10
38:13 – 38:19
38:22 – 39:09
39:13
43:22 – 44:03
44:06 – 44:20
44:23 – 45:04
45:07 – 45:14
45:16 – 45:18
45:20 – 45:22
45:24 – 46:08
46:11
54:25 – 56:11
56:14 – 56:18
56:21 – 56:24
57:03 – 57:07
57:10
59:19 – 59:25
60:24 – 61:12
61:15 – 61:20

61:23 – 62:03
62:06 – 63:10
63:14 – 63:21
67:18 – 68:09
68:19 – 69:04
69:07 – 69:17
69:20 – 60:23
70:02 – 70:06
70:09
70:24 – 71:12
71:18 – 71:22
71:24 – 72:07
74:25 – 75:07
75:10 – 75:16
75:17 – 76:06
76:09 – 76:22

**JOSEPH KENNEDY - 2ND RULE 30(b)(6) (11/9/06)**

06:06 – 06:13
07:07 – 08:15
13:06 – 14:24
15:05 – 22:14
35:13 – 35:15
35:19 – 35:20
36:10 – 36:11
36:14 – 36:18
39:14 – 40:02
45:04 – 46:15
46:19 – 47:09
47:12 – 52:17
52:21 – 53:02
53:05 – 53:10
63:09 – 63:11
63:14 – 63:18
63:22 – 63:24
64:18 – 64:20
64:24 – 65:16
65:20 – 65:24
101:05 – 102:05
102:07 – 102:15
103:21 – 108:04
108:10 – 108:21
108:23
120:10 – 120:12
120:15 – 120:19

120:22 – 121:07
121:10 – 121:15
121:17
126:08 – 126:09
126:13 – 126:21
126:24 – 127:07
127:11 – 127:14
127:17
127:21 – 128:04
128:08 – 128:10
138:14 – 139:11
139:15 – 139:19
139:22

**JOSEPH KENNEDY - 3RD RULE 30(b)(6) (11/9/06)**

6:3-6:8
7:24-9:5
18:14-24
27:25-28-22
28:11-28-16
32:6-32-23
34:4-34:18
34:20-35:5
35:10-35:11
35:14-36:18
36:10-36:12
36:14-36:16
36:19-36:25
37:3-38:3
38:6-38:12
38:14-38:18
39:7-40:2
40:4-40:14
40:16-40:20
40:22-40:25
41:3-41:9
41:11-41:12
41:13-41:24
42:3-42:8
42:10-42:18
42:20-43:19
53:12-54:6
54:8-54:10
54:17-54:19
54:21-54:23

61:25-62:15
62:17-62:24
63:3-63:7
63:9-63:21
63:24-64:3
64:5-64:12
66:13-66:19
67:22-67:23
67:25-68:8
69:2-69:4
69:8-69:24
70:15-70:22
72:21-73:5
74:12-76:18
74:19-76:24
77:2-77:20
77:22-79:11
79:20-80:13
81:11-81:21
81:23-82:20
82:22-83:2
85:8-85:25

**TITSHING ALAN LI (10/14/06)**

6:6-6:11
6:24-7:17
7:21-8:2
8:10-9:16
10:2-11:18
12:10-12:17
12:20-16:14
17:23-19:22
19:24-20:21
24:16-27:10
27:25-28:20
28:24-29:10
29:15-31:22
32:4-32:7
32:10-32:22
33:2-33:7
33:9-34:8
34:11-35:1
36:8-36:23
37:4-38:9
42:24-45:23

46:9-47:5
48:17-48:21
49:4-50:1
51:15-52:5
53:2-54:1
54:20-55:19
57:4-58:1
60:3-60:6
60:17-61:11
62:15-65:15
65:18-65:24
66:1-66:12
66:14-66:24
67:2-67:6
67:8-67:13
67:15-68:8
68:22-69:9
70:13-71:18
72:2-73:15
73:22-76:3
76:6-77:3
77:15-78:2
78:6-78:7
78:9-79:17
80:7-81:22
82:14-82:18
82:25-83:18
83:21-84:9
86:10-86:22
87:12-88:1
92:19-93:3
95:6-95:15
95:18-96:25
98:1-98:12
99:17-100:6
100:10-100:14
101:6-104:11
111:6-111:25
112:19-112:23
120:9:122:4
123:1-124:1
126:25-127:18
135:4-135:15
135:21-136:3
137:8-140:23
144:24-145:13

147:19-147:23
149:1-149:13
152:9-152:17
152:23-153:13
154:2-154:6
159:5-159:14
161:2-161:9
162:13-162:16

**OSKAR MAGNUSSON PERSONAL DEP.  (11/8/06)**

06:08 – 06:10
06:24 – 07:02
11:10 – 12:11
21:06 – 21:25
37:05 – 38:19
38:21 – 40:13
40:15 – 44:02
53:05 – 54:11
62:03 – 63:10
63:12 – 64:11
64:13 – 65:05
65:07 – 65:13
65:16 – 67:04
67:08 – 67:22
67:25

**OSKAR MAGNUSSON 30(b)(6) (11/8/06)**

08:06 – 08:11
10:06 – 11:16
12:19 – 12:21
13:09 – 14:06
14:12 – 15:15
15:21 – 16:21
17:02 – 17:25
18:07 – 19:07
19:13 – 20:22
36:11 – 36:17
36:20 – 39:19
39:21 – 40:07
42:04 – 42:21
76:13 – 76:16
76:18 – 77:04
77:06 – 77:10

99:02 – 99:24
100:20 – 100:21
100:25 – 101:11
101:14 – 101:19
102:03 – 102:21
103:02 – 104:07
104:18 – 105:10
105:14 – 105:15
107:05 – 107:08
109:10 – 110:03
121:05 – 122:16
124:05 – 124:14
133:07 – 134:04
191:05 – 191:09
191:11 – 191:17
191:19 – 191:20
191:24 – 194:11
194:14 – 195:11
195:14 – 195:22
196:02 – 196:15

**JAMES MCDANIEL (9/29/06)**

7:7-7:12
11:16-11:18
13:3-13:9
13:15-14:17
21:13-22:3
22:11-22:16
24:15-24:18
24:23-24:25
25:6-25:11
26:8-26:12
26:16-27:4
29:12-30:17
31:12-31:17
36:25-37:5
37:15-37:22
41:21-42:5
51:15-52:2
52:20-52:25
54:8-54:23
59:5-60:7
75:16-76:3
114:23-115:11
116:15-117:17

117:22-117:25
118:11-118:24
119:3-122:10
122:21-122:24
128:10-128:11
128:13-129:2
129:4-129:17
132:10-133:21
133:23-136:18
138:3-139:3
139:5-139:14
142:12-143:3
143:13-145:4
147:9-149:23
151:23-153:11
159:21-160:6
160:9-160:20
183:2-183:12
183:16-183:24
184:1-184:14
203:7-203:22
216:23-218:6
219:1-219:19
220:3-220:12
224:5-224:15
240:9-241:21
242:3-244:16
244:19-244:20
245:12-248:4
253:8-253:9
253:12
253:15-254:3
254:5-254:7
254:9-254:20
255:6-259:5
259:8-260:5
260:7

**JAMES PETELLE (11/20/06)**

04:11 – 06:14
08:03 – 08:24
09:09 – 11:04
11:07 – 11:16
13:16 – 15:09
15:22 – 17:04

18:08 – 18:12
18:16 – 20:07
27:21 – 29:04
34:18 – 35:03
35:08 – 36:01

**RANDY WYNN (10/10/06)**

7:1-7:9
8:17-8:18
10:1-11:10
11:24-12:19
13:9-14:3
36:2-40:13
40:16-42:17
42:20-44:1
48:3-49:8
49:16-49:18
51:1-53:5
63:25-64:19
64:23-66:15
66:18-67:3
67:18-70:12
70:14-76:18
76:21-77:5
77:7-78:25
79:10-79:16
80:20-82:24
83:1-83:3
85:13-85:16
85:19-85:24
86:12-90:10
92:3-92:19
93:24-94:11
97:1-97:22
98:1-99:12
99:16-100:14
100:17-101:3
101:7-101:16
102:7-104:21
105:6-105:17
105:23-106:3
106:6-106:25
113:23-116:13
116:21-117:5
117:14-117:16

118:24-118:25
119:3-119:8
120:3-121:12
121:22-122:4
123:7-123:8
123:14-123:16
126:23-127:18
127:24-128:21
129:12-129:18
129:21-132:1
132:15-133:11
142:6-144:13
144:17-144:25
145:3-146:5
146:11-149:4
149:21-151:8
151:15-152:15
152:18-152:24
156:6-157:10
157:19-159:2
159:6-159:8
163:21-164:9
164:20-165:2
166:19-167:1
173:15-179:11
179:13-182:18
185:17-188:5
188:8-188:9

**<u>REBUTTAL</u>**

**ROBERT GROSS (10/12/06)**

27:03-27:18
30:05-30:20
36:12-38:05
38:08-38:09
43:07-43:16
45:23-50:22
74:15-80:11
80:24-81:15
99:21-100:10
115:10-117:9

**JOSEPH KENNEDY- PERSONAL DEP (10/17/06)**

23:21-24:4
24:7
46:21-24
64:12-13
64:18-24

**OSKAR MAGNUSSON PERSONAL DEP.  (11/8/06)**

34:06-34:15
34:17–34:18
34:25–35:04
35:7–35:10

**OSKAR MAGNUSSON 30(b)(6) (11/8/06)**

110:24-113:3
113:17-113:23
163:3-165:15
166:5-167:23

**RHYS ROBINSON (1/5/07)**

If the testimony of Mr. Robinson designated by Andrew is found to be admissible, then
TruePosition designates the following rebuttal testimony:

200:22-201:19
201:22-202:14
202:21
202:24-203:5
203:8-204:3
204:7-9
205:2-4
205:15-206:7
206:11-14
230:16-233:19
263:4-11
263:16-18
263:21-264:3
264:7-265:2
265:6-7
265:11-12
268:24-269:5
269:8-13
269:17-270:14
270:22-271:6

271:10-19
271:23-272:23
273:5-10
273:14-19
273:21-274:2
274:6-7
274:12-16
274:21-275:19
275:23
279:9-281:21
282:1-282:17
327:4-332:4
332:8-10
363:7-366:15
368:16-369:3
383:15-388:6