**TruePosition, Inc. v. Andrew Corporation, No. 05-747-SLR**
**Deposition Designations For Case-In-Chief**
**July 25, 2007**

| Deposition of Robert L. Gross October 12, 2006 ||
|---|---|
| Andrew's Designations | TruePosition's Objections |
| 4:6-8 | |
| 13:2-21 | |
| 14:2-7 | |
| 14:11-13 | |
| 19:14-20:15 | |
| 21:17-22:12 | |
| 25:24-26:21 | |
| 31:2-5 | |
| 31:7 | |
| 31:10-14 | |
| 31:17-20 | |
| 33:22-25 | |
| 34:18-22 | |
| 36:12-23 | |
| 37:11-14 | |
| 37:21-38:3 | |
| 50:23-51:23 | |
| 53:17-20 | |
| 53:23-54:3 | |
| 54:9-56:4 | |
| 68:9-21 | |
| 68:25-69:8 | |
| 71:18-72-7 | |
| 72:8-13 | |
| 72:16-22 | |
| 72:25-73:5 | |

| | |
|---|---|
| 73:8-13 | |
| 74:4-11 | |
| 76:20-24 | |
| 77:5-6 | |
| 77:20-22 | |
| 77:25-78:6 | |
| 78:10-15 | |
| 78:20-24 | |
| 81:21-83:11 | |
| 84:9-86:24 | |
| 87:3 | |
| 87:9-89:2 | |
| 91:8-21 | |
| 93:14--94:3 | |
| 96:18-20 | |

| Deposition of Curtis A. Knight<br>October 6, 2006 ||
|---|---|
| Andrew's Designations | TruePosition's Objections |
| 13:17-14:5 | |
| 14:8 | |
| 17:7-9 | |
| 17:11-17 | |
| 17:19-25 | |
| 18:6-13 | |
| 18:15-21 | |
| 19:13-17 | |
| 19:23-20:7 | |
| 20:24-21:4 | |
| 22:1-5 | |
| 22:12-16 | |
| 22:18-23:6 | |
| 23:8-11 | |
| 23:15-16 | |
| 25:24-26:10 | |
| 26:12-25 | |
| 27:2 | |
| 27:4-11 | |
| 27:13 | |
| 27:15-16 | |
| 27:18 | |
| 41:19-20 | |
| 41:22--25 | |
| 42:12-42:25 | |
| 65:3-6 | |
| 67:14-18 | |

| | |
|---|---|
| 68:24-25 | |
| 69:2 | |
| 75:18-21 | |
| 75:23-25 | |
| 77:1-8 | |
| 80:2-11 | |
| 80:16-20 | |
| 80:22 | |
| 89:3-8 | |
| 89:25-90:13 | |
| 91:24-92:1 | |
| 92:3-8 | |
| 93:11-20 | |
| 93:22-23 | |
| 94:9-15 | |
| 94:17-95:1 | |
| 97:12-14 | |
| 97:16-18 | |
| 97:20-21 | |
| 103:24-25 | |
| 104:2-3 | |
| 133:24-134:4 | |
| 145:7-8 | |
| 145:11-15 | |
| 161:19-162:8 | |
| 162:10-16 | |
| 162:18-19 | |
| 165:13-14 | |
| 165:17-18 | |
| 172:8-9 | |
| 172:11-15 | |

| Deposition of Oskar Magnusson<br>Individual Capacity<br>November 8, 2006 ||
|---|---|
| Andrew's Designations | TruePosition's Objections |
| 6:8-10 | |
| 6:24-9:1 | |
| 10:2-5 | |
| 11:10-21 | |
| 12:12-13:12 | |
| 44:9-18 | |
| 44:20 | |
| 44:22-25 | |

| Oskar S. Magnusson - Andrew Corporation Corporate Designee<br>Second Rule 30(b)(6) Deposition<br>November 8, 2006 ||
|---|---|
| Andrew's Designations | TruePosition's Objections |
| 8:6-13 | |
| 40:8-10 | |
| 40:21-25 | |
| 41:20-42:21 | |
| 59:6-14 | |
| 74:4-24 | |
| 81:10 | |
| 121:5-7 | |
| 121:11-122:8 | |
| 124:5-132:18 | |
| 164:21-165:16 | |
| 170:24-25-171:16 | |
| 173:23-25-175:3 | |
| 175:17-25-176:25 | |
| 176:2-25 | |
| 189:5-7 | |
| 189:9-190:4 | |

| Oskar S. Magnusson<br>Testimony Given In Individual Capacity In Second Rule 30(b)(6) Deposition<br>November 8, 2006 ||
|---|---|
| Andrew's Designations | TruePosition's Objections |
| 146:6-147:7 | |
| 147:21-148:13 | |
| 148:16-25 | |
| 164:13-18 | |

| Deposition of James T. McDaniel, Jr.<br>September 29, 2006 ||
|---|---|
| Andrew's Designations | TruePosition's Objections |
| 7:7-9 | |
| 11:16-18 | |
| 13:3-21 | |
| 26:8-23 | |
| 49:12-14 | |
| 49:16-23 | |
| 51:7-52:25 | |
| 53:15-18 | |
| 54:2-23 | |
| 160:14-20 | |
| 187:7-8 | |
| 187:12-188:18 | |
| 189:5-191:2 | |
| 197:22-201:22 | |
| 207:20-22 | |
| 209:23-211:12 | |
| 220:3-12 | |
| 220:17-18 | |
| 220:22-221:7 | |
| 227:9-25 | |
| 228:20-23 | |
| 248:5-7 | |
| 248:11-13 | |
| 248:15-16 | |
| 249:12-20 | |
| 249:23-250:8 | |
| 250:11-25 | |

| | |
|---|---|
| 251:11-12 | |
| 251:14-252:9 | |
| 253:18-25 | |

| Deposition of Rhys W. Robinson<br>November 15, 2006 ||
|---|---|
| Andrew's Designations | TruePosition's Objections |
| 4:15-21 | |
| 15:16-19 | |
| 16:4-18:3 | |
| 18:18-19:8 | |
| 19:25-20:19 | |
| 20:21-21:23 | |
| 22:7-12 | |
| 24:18-25:4 | |
| 27:17-20 | |
| 31:14-18 | |
| 31:22-32:9 | |
| 33:11-14 | |
| 33:19-21 | |
| 33:24-34:5 | |
| 36:6-20 | |
| 37:3-6 | |
| 37:9-11 | |
| 37:19-38:9 | |
| 38:12-14 | |
| 38:17-39:13 | |
| 40:3-10 | |
| 41:19-21 | |
| 41:24-42:4 | |
| 42:7-12 | |
| 46:18-48:17 | |
| 49:20-25 | |
| 50:18-51:18 | |

| | |
|---|---|
| 53:17-55:13 | |
| 57:3-60:12 | |
| 63:5-23 | |
| 68:12-21 | |
| 69:6-9 | |
| 70:3-5 | |
| 70:11-13 | |
| 71:18-25 | |
| 72:23 | |
| 75:9-76:23 | |
| 79:14-80:2 | |
| 82:9-16 | |
| 83:12-13 | |
| 84:6-10 | |
| 88:2-89:5 | |
| 90:3-11 | |
| 90:16-19 | |
| 90:22-25 | |
| 91:13-92:13 | |
| 92:19-22 | |
| 98:13-99:23 | |
| 100:15-25 | |
| 101:11-102:2 | |
| 102:20-103:4 | |
| 104:5-105:20 | |
| 106:21-24 | |
| 107:4-8 | |
| 107:11-18 | |
| 107:25-108:18 | |
| 119:11-24 | |
| 121:13-21 | |

| | |
|---|---|
| 121:24-122:5 | |
| 132:9-133:21 | |

| Deposition of John C. Webber<br>October 4, 2006 ||
|---|---|
| Andrew's Designations | TruePosition's Objections |
| 5:17-19 | |
| 17:1-20:11 | |
| 23:9-18 | |
| 23:24-24:13 | |
| 26:9-27:18 | |
| 28:12-22 | |
| 31:19-33:7 | |
| 35:11-36:9 | |
| 46:11-48:2 | |
| 61:14-17 | |
| 62:1-7 | |
| 69:9-70:20 | |
| 73:22-74:6 | |
| 74:9-17 | |
| 74:20-23 | |
| 75:1-18 | |
| 89:10-13 | |
| 89:16-23 | |
| 90:13-18 | |
| 90:22-25 | |
| 91:1 | |
| 91:4-5 | |
| 91:9-12 | |
| 91:15-20 | |
| 92:5-18 | |
| 111:19-112:17 | |
| 113:19-114:3 | |

| | |
|---|---|
| 120:15-121:10 | |
| 121:13-24 | |
| 134:4-135:10 | |
| 137:9-25 | |

| Deposition of Brian G. Agee, Ph.D<br>January 24, 2007 ||
|---|---|
| Andrew's Designations | TruePosition's Objections |
| 5:12-19 | |
| 3:3-4 | |
| 10:24-11:6 | |
| 36:8-10 | |
| 37:8-15 | |
| 38:15-18 | |
| 41:1-24 | |
| 45:4-8 | |
| 45:15-23 | |
| 45:25-46:2 | |
| 46:5-18 | |
| 46:20 | |
| 48:2-5 | |
| 69:3-8 | |
| 70:19-21 | |
| 71:9-11 | |
| 73:25-74:1 | |
| 74:4-6 | |
| 79:2-4 | |
| 79:19-23 | |
| 84:3-6 | |
| 85:1-2 | |
| 85:8 | |
| 100:3-5 | |
| 100:12 | |
| 113:12-15 | |
| 125:8-14 | |

| | |
|---|---|
| 127:13-20 | |
| 132:16-21 | |
| 142:18-143:1 | |
| 143:11-15 | |
| 146:10-13 | |
| 146:24-147:5 | |
| 149:10-15 | |
| 156:3-16 | |
| 156:22-157:1 | |

**Rebuttal Deposition Designations**
**REBUTTAL ROBERT GROSS (10/12/06)**

| |
|---|
| 4:6-8 |
| 13:2-21 |
| 14:2-7 |
| 14:11-13 |
| 19:14-20:15 |
| 21:17-22:12 |
| 25:24-26:21 |
| 31:2-5 |
| 31:7 |
| 31:10-14 |
| 31:17-20 |
| 33:22-25 |
| 34:18-22 |
| 36:12-23 |
| 37:11-14 |
| 37:21-38:3 |
| 50:23-51:23 |
| 53:17-20 |
| 53:23-54:3 |
| 54:9-56:4 |
| 68:9-21 |
| 68:25-69:8 |
| 71:18-72-7 |
| 72:8-13 |
| 72:16-22 |
| 72:25-73:5 |
| 73:8-13 |
| 74:4-11 |
| 76:20-24 |
| 77:5-6 |
| 77:20-22 |
| 77:25-78:6 |
| 78:10-15 |
| 78:20-24 |
| 81:21-83:11 |
| 84:9-86:24 |
| 87:3 |
| 87:9-89:2 |
| 91:8-21 |
| 93:14--94:3 |
| 96:18-20 |

**REBUTTAL IRIS INBAR (11/21/06)**

| |
|---|
| 12:15-24 |
| 16:5-16 |

**REBUTTAL JOSEPH KENNEDY 30(b)(6) VOLUME 2 (10/17/06)**

| |
|---|
| 265:22-266:15 |

**REBUTTAL JOSEPH KENNEDY- PERSONAL DEP (10/17/06)**

| |
|---|
| 30:11-13 |
| 30:16-23 |

**REBUTTAL JOSEPH KENNEDY - 2ND RULE 30(b)(6) (11/9/06)**

| |
|---|
| 53:20-23 |
| 53:24-54:17 |

**REBUTTAL OSKAR MAGNUSSON PERSONAL DEP. (11/8/06)**

| |
|---|
| 44:9-18 |
| 44:20 |
| 44:22-25 |

**REBUTTAL OSKAR MAGNUSSON 30(b)(6) (11/8/06)**

| |
|---|
| 124:15-132:18 |
| 146:6-147:7 |
| 147:21-148:13 |
| 148:16-25 |
| 164:13-18 |
| 164:21-165:16 |
| 170:24-171:16 |
| 173:23-175:3 |
| 175:17-176:25 |
| 189:5-7 |

**REBUTTAL JAMES MCDANIEL**

| |
|---|
| 49:12-14 |
| 49:16-23 |
| 187:7-8 |
| 187:12-18 |
| 189:5-191:2 |
| 207:20-22 |
| 209:23-211:12 |
| 227:9-25 |
| 228:20-23 |