# EXHIBIT 14

**TruePosition, Inc. v. Andrew Corporation, No. 05-747-SLR**
**TruePosition's Objections and Counter Designations to**
**Andrew's Deposition Designations For Its Case-In-Chief**

| Deposition of Robert L. Gross<br>October 12, 2006 | | |
|---|---|---|
| Andrew's Designations | TruePosition's Objections[1] | Counter Designations |
| 4:6-8 | | |
| 13:2-21 | | |
| 14:2-7 | | |
| 14:11-13 | | 14:14 – 15:06 |
| 19:14-20:15 | | 18:18 – 19:13 |
| 21:17-22:12 | | 20:25 – 21:16 |
| 25:24-26:21 | | 27:3-18 |
| 31:2-5 | Foundation, Speculation | 30:05-25<br><br>31:6 |
| 31:7 | Foundation, Speculation | 31:8-9 |
| 31:10-14 | Foundation, Speculation | |
| 31:17-20 | Foundation, Speculation | |
| 33:22-25 | | |
| 34:18-22 | Scope, Foundation | 34:23 – 35:4 |
| 36:12-23 | | 36:24 – 37:10 |
| 37:11-14 | | 37:15-20 |
| 37:21-38:3 | | 38:4-9<br><br>40:15-41:13<br><br>43:7-16 |
| 50:23-51:23 | 51:18-23 – Speculation | 45:23-50:22 |
| 53:17-20 | Speculation | 53:21-22 |

---

[1] TruePosition objects to each designation as irrelevant to the extent Andrew seeks to use such designations in connection with the issue of claim construction.

| | | |
|---|---|---|
| 53:23-54:3 | 53:23-24 – Speculation<br>53:25-54:3 – Relevance | |
| 54:9-56:4 | | 56:5 -57:25 |
| 68:9-21 | Hearsay, Relevance | 67:10-68:8 |
| 68:25-69:8 | Relevance | 68:22-24, 69:9-11 |
| 71:18-72-7 | | 70:11-71:18 |
| 72:8-13 | | 72:14-15 |
| 72:16-22 | | |
| 72:25-73:5 | | 73:6-7 |
| 73:8-13 | | 73:14-15 |
| 74:4-11 | Foundation | 74:12-14 |
| 76:20-24 | | 76:25-77:4 |
| 77:5-6 | | |
| 77:20-22 | | 77:23-24 |
| 77:25-78:6 | | 78:7-9 |
| 78:10-15 | | 78:16-19 |
| 78:20-24 | | |
| 81:21-83:11 | Relevance | 115:10-117:09 |
| 84:9-86:24 | Relevance | 86:25-87:2 |
| 87:3 | | 87:4-5 |
| 87:9-89:2 | Relevance | |
| 91:8-21 | Relevance | |
| 93:14--94:3 | | 94:4-8 |
| 96:18-20 | Relevance | |

| Deposition of Curtis A. Knight<br>October 6, 2006 | | |
|---|---|---|
| Andrew's Designations | TruePosition's Objections[2] | Counter Designations |
| 13:17-14:5 | | |

---

[2] TruePosition objects to each designation as irrelevant to the extent Andrew seeks to use such designations in connection with the issue of claim construction.

| | | |
|---|---|---|
| 14:8 | | 16:6-17:3; 17:5 |
| 17:7-9 | | |
| 17:11-17 | | |
| 17:19-25 | | |
| 18:6-13 | | |
| 18:15-21 | | |
| 19:13-17 | | |
| 19:23-20:7 | | |
| 20:24-21:4 | | |
| 22:1-5 | | |
| 22:12-16 | | |
| 22:18-23:6 | | |
| 23:8-11 | | |
| 23:15-16 | | |
| 25:24-26:10 | | |
| 26:12-25 | | |
| 27:2 | | |
| 27:4-11 | | |
| 27:13 | | |
| 27:15-16 | | |
| 27:18 | | |
| 41:19-20 | | |
| 41:22--25 | | |
| 42:12-42:25 | | |
| 65:3-6 | | |
| 67:14-18 | | |
| 68:24-25 | | |
| 69:2 | | |
| 75:18-21 | | 75:5-17 |
| 75:23-25 | | |
| 77:1-8 | | |

| | | |
|---|---|---|
| 80:2-11 | | |
| 80:16-20 | | |
| 80:22 | | |
| 89:3-8 | | |
| 89:25-90:13 | | |
| 91:24-92:1 | | |
| 92:3-8 | | |
| 93:11-20 | | |
| 93:22-23 | | |
| 94:9-15 | | |
| 94:17-95:1 | | |
| 97:12-14 | | |
| 97:16-18 | | |
| 97:20-21 | | 97:23-98:1 |
| 103:24-25 | | |
| 104:2-3 | | |
| 133:24-134:4 | | |
| 145:7-8 | | |
| 145:11-15 | | 159:5-6; 159:8-11 |
| 161:19-162:8 | | |
| 162:10-16 | | |
| 162:18-19 | | |
| 165:13-14 | | |
| 165:17-18 | | |
| 172:8-9 | | |
| 172:11-15 | | 184:20-185:7; 185:10-15; 185:18-21; 185:24-186:2; 186:5 |

4

| Deposition of Oskar Magnusson<br>Individual Capacity<br>November 8, 2006 | | |
|---|---|---|
| Andrew's Designations | TruePosition's Objections[3] | Counter Designations |
| 6:8-10 | | |
| 6:24-9:1 | | |
| 10:2-5 | | |
| 11:10-21 | | 11:22-12:11 |
| 12:12-13:12 | | |
| 44:9-18 | | |
| 44:20 | | |
| 44:22-25 | | |

| Oskar S. Magnusson - Andrew Corporation Corporate Designee<br>Second Rule 30(b)(6) Deposition<br>November 8, 2006 | | |
|---|---|---|
| Andrew's Designations | TruePosition's Objections[4] | Counter Designations |
| 8:6-13 | | |
| 40:8-10 | | |
| 40:21-25 | | |
| 41:20-42:21 | | |
| 59:6-14 | | |
| 74:4-24 | | |
| 81:10 | | 81:3-7 |
| 121:5-7 | | 121:05-121:10; 122:9-122:16 |
| 121:11-122:8 | | |
| 124:5-132:18 | Relevance | 162:20-163:18; 163:22-164:7, 164:10-15 |

---

[3] TruePosition objects to each and every designation of Mr. Magnusson's testimony as hearsay.

[4] TruePosition objects to each and every designation of Mr. Magnusson's testimony as hearsay.

5

| | | |
|---|---|---|
| 164:21-165:16 | Relevance | 171:17-23 |
| 170:24-25-171:16 | | 175:4-16 |
| 173:23-25-175:3 | | |
| 175:17-25-176:25 | | |
| 176:2-25 | | |
| 189:5-7 | | 187:24-188:16; 188:19-25 |
| 189:9-190:4 | Hearsay | 190:5-21; 190:24-191:3 |

| Oskar S. Magnusson<br>Testimony Given In Individual Capacity In Second Rule 30(b)(6) Deposition<br>November 8, 2006 | | |
|---|---|---|
| Andrew's Designations | TruePosition's Objections[5] | Counter Designations |
| 146:6-147:7 | Relevance | |
| 147:21-148:13 | Relevance | |
| 148:16-25 | Relevance | 149:2-5; 149:9-150:7; 150:11-20; 150:24-151:5, 151:7-13 |
| 164:13-18 | Relevance | |

| Deposition of James T. McDaniel, Jr.<br>September 29, 2006 | | |
|---|---|---|
| Andrew's Designations | TruePosition's Objections[6] | Counter Designations |
| 7:7-9 | | |
| 11:16-18 | | |
| 13:3-21 | | |
| 26:8-23 | | |
| 49:12-14 | | 48:9-12; 48:15-49:4 |

---

[5] TruePosition objects to each and every designation of Mr. Magnusson's testimony as hearsay.

[6] TruePosition objects to each and every designation of Mr. McDaniel's testimony as hearsay.

6

|  |  |  |
|---|---|---|
| 49:16-23 |  | 50:3-11; 50:14-23 |
| 51:7-52:25 |  |  |
| 53:15-18 |  |  |
| 54:2-23 |  |  |
| 160:14-20 |  | 161:16-162:2; 162:4 |
| 187:7-8 |  |  |
| 187:12-188:18 | Hearsay because ex. 93 is hearsay |  |
| 189:5-191:2 | 189:5-190:20 – Hearsay because ex. 93 is hearsay; 190:21-191:2 – Lacks personal knowledge | 191:3-5 |
| 197:22-201:22 | Hearsay because ex. 96 is hearsay | 197:5-9 |
| 207:20-22 | Hearsay because ex. 99 is hearsay |  |
| 209:23-211:12 |  |  |
| 220:3-12 |  |  |
| 220:17-18 |  |  |
| 220:22-221:7 | 220:24-221:7 - Hearsay |  |
| 227:9-25 |  | 228:2-3; 228:5-19 |
| 228:20-23 |  |  |
| 248:5-7 |  |  |
| 248:11-13 |  |  |
| 248:15-16 |  |  |
| 249:12-20 |  |  |
| 249:23-250:8 |  |  |
| 250:11-25 |  |  |
| 251:11-12 |  | 251:1-10 |
| 251:14-252:9 |  |  |
| 253:18-25 |  |  |

| Deposition of Rhys W. Robinson<br>November 15, 2006 |||
|---|---|---|
| Andrew's Designations | TruePosition's Objections[7] | Counter Designations |
| 4:15-21 | | |
| 15:16-19 | | 15:20-16:3 |
| 16:4-18:3 | | |
| 18:18-19:8 | | 18:4-8 |
| 19:25-20:19 | | 19:9-21 |
| 20:21-21:23 | | 20:20 |
| 22:7-12 | | |
| 24:18-25:4 | Hearsay, Relevance | |
| 27:17-20 | Relevance, Unfairly Prejudicial (FRE 403) | |
| 31:14-18 | Relevance, Unfairly Prejudicial (FRE 403) | |
| 31:22-32:9 | Relevance, Unfairly Prejudicial (FRE 403) | |
| 33:11-14 | Foundation | |
| 33:19-21 | Foundation | |
| 33:24-34:5 | | |
| 36:6-20 | Foundation | |
| 37:3-6 | | |
| 37:9-11 | | |
| 37:19-38:9 | 38:8-38:9 – Foundation | |
| 38:12-14 | | |
| 38:17-39:13 | | 39:14-25 |
| 40:3-10 | | 40:22-41:16 |
| 41:19-21 | | |
| 41:24-42:4 | | |

---

[7] TruePosition objects to each and every designation of Mr. Robinson's testimony as hearsay.

| | | |
|---|---|---|
| 42:7-12 | | 42:13-20; 42:24-43:9; 44:9-25 |
| 46:18-48:17 | | |
| 49:20-25 | | |
| 50:18-51:18 | | |
| 53:17-55:13 | 54:12 – Relevance<br>54:14-55:77 – Foundation | |
| 57:3-60:12 | 57:3-59:7 Hearsay | |
| 63:5-23 | 63:19-20 – Relevance, Unfairly Prejudicial (FRE 403); Hearsay<br><br>63:22-23 – Relevance, Unfairly Prejudicial (FRE 403); Hearsay | 64:2-7 |
| 68:12-21 | Privileged; Relevance; Unfairly Prejudicial (FRE 403); Hearsay | |
| 69:6-9 | Privileged; Relevance; Unfairly Prejudicial (FRE 403); Hearsay | |
| 70:3-5 | | |
| 70:11-13 | | |
| 71:18-25 | | |
| 72:23 | | |
| 75:9-76:23 | Relevance | 76:24-77:6 |
| 79:14-80:2 | Relevance | |
| 82:9-16 | | 81:16-82:8 |
| 83:12-13 | | |
| 84:6-10 | | |
| 88:2-89:5 | Relevance | |
| 90:3-11 | Relevance | |
| 90:16-19 | Relevance | 90:20-21 |
| 90:22-25 | Relevance | |
| 91:13-92:13 | Relevance | |
| 92:19-22 | Relevance | |

| | | |
|---|---|---|
| 98:13-99:23 | Relevance | |
| 100:15-25 | | |
| 101:11-102:2 | | |
| 102:20-103:4 | | |
| 104:5-105:20 | | |
| 106:21-24 | | |
| 107:4-8 | | |
| 107:11-18 | | |
| 107:25-108:18 | | 117:6-117:19 |
| 119:11-24 | | |
| 121:13-21 | | |
| 121:24-122:5 | | |
| 132:9-133:21 | Relevance | |

| Deposition of John C. Webber<br>October 4, 2006 | | |
|---|---|---|
| Andrew's Designations | TruePosition's Objections[8] | Counter Designations |
| 5:17-19 | | |
| 17:1-20:11 | | 13:3-16:25; 20:12-21:3;<br>22:13-23:8 |
| 23:9-18 | | |
| 23:24-24:13 | | |
| 26:9-27:18 | | |
| 28:12-22 | | |
| 31:19-33:7 | | 33:21-35:10 |
| 35:11-36:9 | | |
| 46:11-48:2 | | 53:4-23 |
| 61:14-17 | | |
| 62:1-7 | | 75:19-76:5 |

---

[8]   TruePosition objects to each designation as irrelevant to the extent Andrew seeks to use such designations in connection with the issue of claim construction.

| | | |
|---|---|---|
| 69:9-70:20 | | 70:21-71:15 |
| 73:22-74:6 | | |
| 74:9-17 | | |
| 74:20-23 | | |
| 75:1-18 | | |
| 89:10-13 | | 87:19-22; 87:25-89:9 |
| 89:16-23 | | |
| 90:13-18 | | |
| 90:22-25 | | |
| 91:1 | | |
| 91:4-5 | | |
| 91:9-12 | | |
| 91:15-20 | | 91:21-92:4 |
| 92:5-18 | | |
| 111:19-112:17 | | |
| 113:19-114:3 | | |
| 120:15-121:10 | | |
| 121:13-24 | | 148:21-149:20 |
| 134:4-135:10 | | |
| 137:9-25 | | |

| Deposition of Brian G. Agee, Ph.D<br>January 24, 2007 | | |
|---|---|---|
| Andrew's Designations | TruePosition's Objections[9] | Counter Designations |
| 5:12-19 | Relevance | |
| 3:3-4 | Relevance | 6:3-4 |
| 10:24-11:6 | | 11:8-12:6 |

---

[9] TruePosition objects to each and every designation of Dr. Agee's testimony as hearsay. TruePosition also objects to each designation as irrelevant to the extent Andrew seeks to use such designations in connection with the issue of claim construction.

| | | |
|---|---|---|
| 36:8-10 | | |
| 37:8-15 | | 37:16-38:14 |
| 38:15-18 | | 38:19-39:2 |
| 41:1-24 | | |
| 45:4-8 | | |
| 45:15-23 | | 45:24 |
| 45:25-46:2 | | |
| 46:5-18 | | 46:19 |
| 46:20 | | |
| 48:2-5 | | 48:7-8 |
| 69:3-8 | | |
| 70:19-21 | | |
| 71:9-11 | | 71:15-16 |
| 73:25-74:1 | | 74:2-3 |
| 74:4-6 | | |
| 79:2-4 | Legal conclusion | 79:12-14 |
| 79:19-23 | Legal conclusion | |
| 84:3-6 | | |
| 85:1-2 | | 85:7 |
| 85:8 | | |
| 100:3-5 | | 100:10-11 |
| 100:12 | | |
| 113:12-15 | | |
| 125:8-14 | | |
| 127:13-20 | | |
| 132:16-21 | | |
| 142:18-143:1 | | |
| 143:11-15 | | |
| 146:10-13 | Legal Conclusion | 146:14-15 |
| 146:24-147:5 | Legal Conclusion | |
| 149:10-15 | | |

| | | |
|---|---|---|
| 156:3-16 | Relevance | |
| 156:22-157:1 | Relevance | |

**TruePosition, Inc. v. Andrew Corporation, No. 05-747-SLR**
**TruePosition's Objections and Counter-Designations to**
**Andrew's Rebuttal Designations**

| Deposition of Robert Gross October 12, 2006 | | |
|---|---|---|
| Andrew's Rebuttal Designations | TruePosition's Objections | Counter Designations |
| 4:6-8 | | |
| 13:2-21 | | |
| 14:2-7 | | |
| 14:11-13 | | |
| 19:14-20:15 | | |
| 21:17-22:12 | | |
| 25:24-26:21 | | |
| 31:2-5 | FRE 602 | |
| 31:7 | | |
| 31:10-14 | | |
| 31:17-20 | | |
| 33:22-25 | | |
| 34:18-22 | | |
| 36:12-23 | | |
| 37:11-14 | | |
| 37:21-38:3 | | 45:23-50:22 |
| 50:23-51:23 | | |
| 53:17-20 | | |
| 53:23-54:3 | | |
| 54:9-56:4 | | |
| 68:9-21 | | |
| 68:25-69:8 | | |
| 71:18-72:7 | | |
| 72:8-13 | | |
| 72:16-22 | | |
| 72:25-73:5 | | |
| 73:8-13 | | |
| 74:4-11 | | |
| 76:20-24 | | |
| 77:5-6 | | |
| 77:20-22 | | |
| 77:25-78:6 | | |
| 78:10-15 | | |
| 78:20-24 | | |
| 81:21-83:11 | | |
| 84:9-86:24 | | |
| 87:3 | | |

| | | |
|---|---|---|
| 87:9-89:2 | | |
| 91:8-21 | | |
| 93:14-94:3 | | |
| 96:18-20 | | |

| Deposition of Iris Inbar November 21, 2006 | | |
|---|---|---|
| Andrew's Rebuttal Designations | TruePosition's Objections | Counter Designations |
| 12:15-24 | | |
| 16:5-16 | | |

| Deposition of Joseph Kennedy 30(b)(6) Volume 2 October 17, 2006 | | |
|---|---|---|
| Andrew's Rebuttal Designations | TruePosition's Objections[10] | Counter Designations |
| 265:22-266:15 | | |

| Deposition of Joseph Kennedy Personal October 17, 2006 | | |
|---|---|---|
| Andrew's Rebuttal Designations | TruePosition's Objections[11] | Counter Designations |
| 30:11-13 | | |
| 30:16-23 | | |

| Deposition of Joseph Kennedy 2nd Rule 30(b)(6) November 9, 2006 | | |
|---|---|---|
| Andrew's Rebuttal Designations | TruePosition's Objections[12] | Counter Designations |
| 53:20-23 | | |
| 53:24-54:17 | | |

---

[10] TruePosition objects to each and every designation of Mr. Kennedy's testimony as hearsay.

[11] TruePosition objects to each and every designation of Mr. Kennedy's testimony as hearsay.

[12] TruePosition objects to each and every designation of Mr. Kennedy's testimony as hearsay.

| Deposition of Oskar Magnusson Personal November 8, 2006 | | |
|---|---|---|
| Andrew's Rebuttal Designations | TruePosition's Objections[13] | Counter Designations |
| 44:9-18 | | |
| 44:20 | | |
| 44:22-25 | | |

| Deposition of Oskar Magnusson 30(b)(6) November 8, 2006 | | |
|---|---|---|
| Andrew's Rebuttal Designations | TruePosition's Objections[14] | Counter Designations |
| 124:15-132:18 | FRE 802 | |
| 146:6-147:7 | | |
| 147:21-148:13 | | |
| 148:16-25 | | |
| 164:13-18 | | |
| 164:21-165:16 | | |
| 170:24-171:16 | | |
| 173:23-175:3 | | |
| 175:17-176:25 | | |
| 189:5-7 | | |

| Deposition of James McDaniel September 29, 2006 | | |
|---|---|---|
| Andrew's Rebuttal Designations | TruePosition's Objections[15] | Counter Designations |
| 49:12-14 | | |
| 49:16-23 | | |
| 187:7-8 | | |
| 187:12-18 | | |
| 189:5-191:2 | | |
| 207:20-22 | | |

---

[13] TruePosition objects to each and every designation of Mr. Magnusson's testimony as hearsay.

[14] TruePosition objects to each and every designation of Mr. Magnusson's testimony as hearsay.

[15] TruePosition objects to each and every designation of Mr. McDaniel's testimony as hearsay.

| | | |
|---|---|---|
| 209:23-211:12 | | |
| 227:9-25 | | |
| 228:20-23 | | |