Trueposition, Inc.
v.
Andrew Corporation
<u>Civil Action No. 05-747-SLR</u>

**VOIR DIRE TO JURY PANEL**

Good morning, ladies and gentlemen. I am Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned **Trueposition, Inc. v. Andrew Corporation.** Briefly stated, this is a patent action arising under the patent laws of the United States.

The trial may last up to 9 days. I time my trials, so the attorneys have to complete their trial presentations within these limits. However, jury deliberations may require you to be present longer than the scheduled 9 days. Our trial days will run approximately from 9:30 a.m. to 4:30 p.m. I note that the Jewish holiday of Rosh Hashanah falls on September 13 and 14; please let me know, when the time comes, if that represents a concern for you.

In light of this brief summary, I will ask you certain questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel. If any of you answer any question "yes," please stand up and, upon being recognized by the court, state your juror number. When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

## HAVE CLERK ADMINISTER THE OATH TO THE PANEL

1.  You have been given a list of companies and organizations.

(a)  Have you, a family member or close friend, ever worked for any of these companies or organizations?

(b)  Do you or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of those companies or organizations?

(c)  Have you, any family member, or anyone close to you had any dealings with, or relied financially in any way on, any of the companies or organizations?

(d)  Have you, any family member, or anyone close to you had any experience with the products of any of those companies or otherwise have any strong feelings, positive or negative, toward any of these companies or organizations?

2. You have been given a list of the attorneys and law firms involved in this litigation.  Are you related to, or personally acquainted with, any of those attorneys, or have you ever been represented by any of those attorneys or other associates or members of the listed law firms?

3. You have been given a list of the individuals who might appear as witnesses in this case.  Are you related to, or personally acquainted with, any of those individuals?

4.  Do you have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

5.  Have you ever been a plaintiff, a defendant, or a witness in a civil lawsuit?

6.  Have you ever served as a juror in a civil lawsuit?

7.  You have been given a list of subject areas.  Have you, a close friend, or

a family member ever been educated, employed, trained, or had any experience in any of the following limited areas?

8. Do you have any knowledge about or experience with patents, including applying for a patent?

9. Have you ever worked for a company that had patented products or processes?

10. Have you ever been involved in the development of a new product or process?

11. Have you, any member of your immediate family, or anyone close to you ever had any dealings with the United States Patent and Trademark Office?

12. Do you have any strong opinions about a patent granting exclusive rights to the inventors or their employer?

13. Do you believe it would be wrong for someone to profit from his invention or discovery?

14. Have you ever worked for a company that has been alleged to have engaged in, or has alleged that another company has engaged in fraud?

15. Have you, a close friend, or a family member, or any person or company you have worked for, ever been a member of a technology standards-setting organization or been involved in setting any type of technology standards?

16. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

17. Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as

a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

Case 1:05-cv-00747-SLR    Document 280    Filed 09/04/2007    Page 4 of 8

## COMPANIES

TruePosition, Inc.
Liberty Media Corporation
Andrew Corporation
Saudi Telecom Company
Ericsson
Qatar Telecom (also known as Q-Tel)
European Telecommunication Standards Institute (or ETSI)
3GPP

**ATTORNEYS**

<u>Kirkland & Ellis LLP</u>
Gregory S. Arovas, P.C.
Jason F. Choy
John M. Desmarais
Todd M. Friedman
Shira J. Kapplin
Avinash S. Lele
Michael A. Parks
Regan A. Smith
Rachel Pernic Waldron

<u>Young Conaway Stargatt & Taylor LLP</u>
Josy Ingersoll
Andrew A. Lundgren

<u>Woodcock Washburn LLP</u>
Daniel J. Goettle
Dale Heist
Amanda M. Kessel
Paul B. Milcetic
Kathleen A. Milsark
Lynn B. Moreale

<u>Connolly Bove Lodge & Hutz LLP</u>
James D. Heisman

**WITNESSES**

Brian G. Agee
Khalid Al-Mufti
Michael Amarosa
Robert Anderson
Andrew Beck
Frederic Beckley
Gary Brown
John Carlson
Kevin Donaghy
Mohammed Eissa
Mazin Fagiri
Terry N. Garner
David Goodman
Oded Gottesman
Robert L. Gross
Douglass E. Hall
Wayne Hoberlein
Michael Hoppman
Iris Inbar
Stuart Katz
Joseph Kennedy
Curtis Knight
Alan Li
Oskar Magnusson
James T. McDaniel
Carla Mulhern
Dewayne Perry
James (or "Jim") Petelle
Rhys Robinson
Joseph Sheehan
Stuart C. Schwartz
John C. Webber
Randy Wynn

## SUBJECT AREAS

Cellular telephones
Telecommunications
Geolocation
Global Positioning Systems, or "GPS"
Cellular Phone Air Interface Standards (such as "AMPS," "IS-95," "IS-2000," or "GSM")
The process of setting technology standards
Electrical or Computer Engineering