IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TruePosition, Inc., )<br>)<br>    Plaintiff/ )<br>    Counterclaim-Defendant, )<br>)<br>    v. )<br>)<br>Andrew Corporation, )<br>)<br>    Defendant/ )<br>    Counterclaim-Plaintiff. )<br>_____) | Civil Action No. 05-747-SLR |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of TruePosition's Motion to Preclude Andrew from Suggesting that the 144 Patent is Invalid and From Offering Testimony Regarding the Invention of TDOA, together with the supporting memorandum and all opposing papers thereto, it is hereby ORDERED that TruePosition's motion is GRANTED.

BY THE COURT:

_____
Sue. L. Robinson
United States District Judge