# FILED UNDER SEAL

## **CERTIFICATE OF SERVICE**

I, Andrew A. Lundgren, Esquire, hereby certify that on September 10, 2007, I caused copies of the foregoing document to be served upon the following counsel in the manner indicated:

**BY HAND DELIVERY and E-MAIL**

James D. Heisman, Esq.
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
 *jheisman@cblh.com*

**BY E- MAIL**

Paul B. Milcetic, Esq.
Kathleen Milsark, Esq.
Daniel J. Goettle, Esq.
Woodcock Washburn LLP
Circa Centre, 12th Floor
2929 Arch Street
Philadelphia, PA  19103
*pbmilcet@woodcock.com*
*kmilsark@woodcock.com*
*dgoettle@woodcock.com*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren
Josy W. Ingersoll (No. 1088)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
alundgren@ycst.com
*Attorneys for Defendant Andrew Corporation*