IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TruePosition, Inc., | ) | |
| | ) | |
| Plaintiff/ | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | Civil Action No. 05-00747(SLR) |
| v. | ) | |
| | ) | |
| Andrew Corporation, | ) | |
| | ) | |
| Defendant/ | ) | |
| Counterclaim-Plaintiff. | ) | |
| | ) | |

**VERDICT FORM**

Dated: September 14, 2007

We, the jury, unanimously find as follows:

## I. INFRINGEMENT

1. Has TruePosition proven, by a preponderance of the evidence, that Andrew has directly infringed any of the following claims of U.S. Patent No. 5,327,144 ('144 patent)?

    *"Yes" is a finding for TruePosition. "No" is a finding for Andrew.*

    (A)  Claim 1    Yes  X    No ____

    (B)  Claim 31   Yes  X    No ____

2. Has TruePosition proven, by a preponderance of the evidence, that Andrew has induced infringement of the following claims of the '144 patent?

    *"Yes" is a finding for TruePosition. "No" is a finding for Andrew.*

    (A)  Claim 1    Yes  X    No ____

    (B)  Claim 22   Yes  X    No ____

    (C)  Claim 31   Yes  X    No ____

3. Has TruePosition proven, by a preponderance of the evidence, that Andrew has contributed to the infringement of the following claims of the '144 patent?

    *"Yes" is a finding for TruePosition. "No" is a finding for Andrew.*

    (A)  Claim 1    Yes  X    No ____

    (B)  Claim 22   Yes  X    No ____

    (C)  Claim 31   Yes  X    No ____

4. If you found that Andrew infringed any claim of the '144 patent, has TruePosition proven, by clear and convincing evidence, that Andrew's infringement was willful?

*"Yes" is a finding for TruePosition.  "No" is a finding for Andrew.*

Yes  X         No ____

## II. DAMAGES

Answer the following question only if you find any of the '144 patent claims infringed.

5. What is the total amount of damages that should be awarded to TruePosition?

$ 45,300,000.00

### III. DEFENSES

Answer the following questions only if you find any of the '144 patent claims infringed.

### FRAUD

6. Has Andrew proven, by a preponderance of the evidence, that TruePosition defrauded Andrew?

   *"Yes" is a finding for Andrew. "No" is a finding for TruePosition.*

   Yes_____   No __X__

### PROMISSORY ESTOPPEL

7. Has Andrew proven, by clear and convincing evidence, each and every one of the following elements of promissory estoppel?

   a. TruePosition made a promise.

      *"Yes" is a finding for Andrew. "No" is a finding for TruePosition.*

      Yes_____   No __X__

   b. TruePosition intended to induce Andrew's action or inaction based on the promise.

      *"Yes" is a finding for Andrew. "No" is a finding for TruePosition.*

      Yes_____   No __X__

   c. Andrew reasonably relied on the promise.

      *"Yes" is a finding for Andrew. "No" is a finding for TruePosition.*

      Yes_____   No __X__

   d. Andrew was injured by its reliance.

      *"Yes" is a finding for Andrew. "No" is a finding for TruePosition.*

      Yes_____   No __X__