IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civ. No. 05-747-SLR ) |
| ANDREW CORPORATION, | ) ) |
| Defendant. | ) ) |

# ORDER

At Wilmington this 14th day of September, 2007,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and is hereby directed to furnish lunch for eight (8) jurors in the above captioned case for the dates of September 4-7 and 10-14, 2007.

_____
United States District Judge

cc: Financial Administrator