※AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

TRUEPOSITION INC.

V.

ANDREW CORPORATION

**EXHIBIT AND WITNESS LIST**

Case Number:     05-747-SLR

| PRESIDING JUDGE Sue L. Robinson | PLAINTIFF'S ATTORNEY James Heisman, Esq. | DEFENDANT'S ATTORNEY Andrew Lundgren, Esq. |
|---|---|---|
| TRIAL DATE (S) 9/4/07-9/7/07, 9/10/07-9/14/07 | COURT REPORTER V. Gunning | COURTROOM DEPUTY F. Tassone |

| PLF. NO. | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/4/07 | | YES | U.S. Patent '144    (Sheehan) |
| 7 | | 9/4/07 | | YES | Letter dated 12/29/00 to Kennedy from Stein    (Sheehan) |
| 94 | | 9/4/07 | | YES | Request for Proposal-Saudi Telecom Company    (Sheehan) |
| 320 | | 9/4/07 | | YES | Response to Request for Proposal 12/2004 (Sheehan) |
| 17 | | 9/4/07 | | YES | Letter dated 9/30/05 to Petelle from Milcetic (Sheehan) |
| 18 | | 9/4/07 | | YES | Letter dated 10/13/05 to McPherson from Milcetic    (Sheehan) |
| 364 | | 9/4/07 | | YES | Feasibility Study (Sheehan) |
| 363 | | 9/4/07 | | YES | ETSI IPR Policy (Sheehan) |
| 326 | | 9/4/07 | | YES | Webraska Pricing Spreadsheet (Sheehan) |
| | 1011 | 9/4/07 | | YES | Handwritten notes 'Mr. Sheehan' - Demonstrative (Sheehan) |
| | 901 | 9/4/07 | | YES | Memo dated 12/3/01 to Anderson from Gross (Sheehan) |
| | 1012 | 9/4/07 | | YES | Timeline of some key events - Demonstrative (Sheehan) (admitted on 9/5/07) |
| | 62 | 9/4/07 | | YES | Associate Membership Agreement (Sheehan) |
| | 902 | 9/4/07 | | YES | 4/2/02 Email chain (Sheehan) |
| | 47 | 9/4/07 | | YES | Email from Robinson to LeBlanc, cc: Sheehan dated 11/7/2002  (Sheehan) |
| | 525 | 9/5/07 | | YES | Email from Robinson to Sheehan sent 11/7/02 (Sheehan) |
| | 45 | 9/5/07 | | YES | Emails re: Grayson Agreement 11/11/02(Sheehan) |
| | 224 | 9/5/07 | | YES | Email from Robinson 1/9/03 (Sheehan) |
| | 844a | 9/5/07 | | YES | Project Specification TDOA System Study (Sheehan) |
| | 1012 a | 9/5/07 | | YES | Timeline (Sheehan) |
| | 130 | 9/5/07 | | YES | Email 4/15/03 with approved version of "UTDOA System Study, |
| | 50 | 9/5/07 | | YES | Email from Gross dated 11/12/04 (Sheehan) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 7 _____ Pages

%AO 187A (Rev 7/87)         **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | TRUEPOSITION INC.  vs.  ANDREW CORPORATION | CASE NO. 05-747-SLR |
|---|---|---|---|---|---|---|
| PLF NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | \multicolumn{2}{l}{DESCRIPTION OF EXHIBITS AND WITNESSES} |
| | 846 | 9/5/07 | | YES | 3GPP TS (Sheehan) | |
| 472 | | 9/5/07 | | YES | Timeline of Some Key Events (Sheehan) | |
| 473 | | 9/5/07 | | YES | Amended Handwritten notes "Mr. Sheehan" (Sheehan) | |
| | 846a | 9/5/07 | | YES | 3GPP TS 43.059 V6.3.0 (2004-04)(Sheehan) | |
| | 19 | 9/5/07 | | YES | Email Subject: Info for proof of concept dated 2/26/01 (Anderson) | |
| | 21 | 9/5/07 | | YES | Draft Test Plan (Anderson) | |
| | 27 | 9/5/07 | | YES | The Evolution and Comparison of TruePosition Location Capabilities (Anderson) | |
| | 22 | 9/5/07 | -- | | (Anderson) | |
| | 146 | 9/5/07 | | YES | 3GPP TS 43.059 V6.4.0 (2004-11) (Anderson) | |
| 400 | | 9/5/07 | | YES | ETSI TS 143 059 V6.4.0 (2004-11)(Anderson) | |
| | 24 | 9/5/07 | | YES | Email from Czarnecki to Amayreh 10/5/05(Anderson) | |
| 254 | | 9/5/07 | | YES | U.S. Patent '392 (Anderson) | |
| | 8 | 9/5/07 | | YES | Email from Beckley subject: TruePosition Patents 11/6/02 (Beckley) | |
| 15r | | 9/5/07 | | YES | Redacted Settlement Agreement (Beckley) | |
| 474 | | 9/5/07 | | YES | Timeline of Some Key Events (Beckley) | |
| | 44 | 9/6/07 | | YES | Email from Beckley 11/8/02 to Donaghy re: Grayson Agreement(Beckley) | |
| | 1066 | 9/6/07 | | YES | Email from Robinson to Beckley 6/8/04 (Beckley) | |
| | 1065 | 9/6/07 | | YES | Email from Robinson to Beckley 6/14/04 (Beckley) | |
| | 1069 | 9/6/07 | | YES | Email from Robinson to Beckley 8/25/04 (Beckley) | |
| | 417 | 9/6/07 | | YES | 3GPP TSG-GERAN Meeting #16, New York, USA 25-29 August 2003 (Beckley) | |
| | 419 | 9/6/07 | | YES | 3GPP TSG-GERAN Meeting #17, Budapest, Hungary, 17-21 Nov 2003 (Beckley) | |
| 4 | | 9/6/07 | | YES | Assignment Form PTO-1595 (Webber) | |
| 5 | | 9/6/07 | | YES | Form PTO-1595 (Webber) | |
| | 1110 | 9/6/07 | | YES | Handwritten notes " '144 Patent" (Webber) | |

AO 187A (Rev. 7/87)            **EXHIBIT AND WITNESS LIST – CONTINUATION**

| TRUEPOSITION INC. | vs. | ANDREW CORPORATION | CASE NO. 05-747-SLR |
|---|---|---|---|

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 1111 | 9/6/07 |  | YES | Board with Fig. 2 of U.S. Patent '144 with writing (Webber) |
|  | 208 | 9/6/07 |  | YES | Statement of Work For A Radio Interferometry System (Webber) |
|  | 210 | 9/6/07 |  | YES | Final Report - Demonstration of a Cellular Radiolocation System 4/16/1993 (Webber) |
|  | 215 | 9/6/07 |  | YES | Letter to Webber from Marcus dated 1/16/06 (Webber) |
| 475 |  | 9/6/07 |  | YES | Handwritten notes "Dr. Webber" (Webber) |
| 141- | 176 | 9/6/07 |  | YES | admitted during video depo. Of Kennedy (Kennedy) |
| 303 |  | 9/6/07 |  | YES | email from Khan to Jarrar 9/10/06 enclosing 2 PowerPoint presentations (Kennedy) |
| 304 |  | 9/7/07 |  | YES | SMS Geolocation Demo, Andrew Corporation (Carlson) |
| 245 |  | 9/7/07 |  | YES | Email from Al-Mufti to Inbar 12/30/05 (Al-Mufti) |
| 393 |  | 9/7/07 |  | YES | Redacted version of Andrew Corp's Responses to 3rd set of interrogs (Gottesman) |
| 29 |  | 9/7/07 |  | YES | Print out of source code (Gottesman) |
| 237 |  | 9/7/07 |  | YES | Shipment information (Gottesman) |
| 389 |  | 9/10/07 |  | YES | Redacted version of Andrew Corp's responses to 2nd set of interrogs (Gottesman) |
| 136 |  | 9/10/07 |  | YES | GSM E7-Part C Project Processes, Procedures and Standards (Gottesman) |
| 33 |  | 9/10/07 |  | YES | Source Code (Gottesman) |
| 38 |  | 9/10/07 |  | YES | Source Code (Gottesman) |
| 37 |  | 9/10/07 |  | YES | Source Code (Gottesman) |
| 139 |  | 9/10/07 |  | YES | Andrew Proposal Volume 7: Technical (Gottesman) |
| 36 |  | 9/10/07 |  | YES | Schema (Gottesman) |
| 19 |  | 9/10/07 |  | YES | color photos (Gottesman) |
| 477 |  | 9/10/07 |  | adm on 9/11 | Demonstrative (Gottesman) |
| 478 |  | 9/10/07 |  | adm on 9/11 | Demonstrative (Gottesman) |
| 280 |  | 9/10/07 |  | YES | Email from McDaniel 6/18/06 subject: Preview MOI/STC discussion (Gottesman) |
| 294 |  | 9/10/07 |  | YES | Email from Corcoran 8/15/06 subject: Dammam Testing Issue (Gottesman) |

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | TRUEPOSITION | | vs. | ANDREW | CASE NO. 05-747-SLR |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 295 | | 9/10/07 | | YES | Email from McDaniel subject: LCS client application(s) 8/23/07 (Gottesman) |
| 287 | | 9/10/07 | | YES | Geometrix Software Release Notes 2005.2 (Gottesman) |
| | 1031 | 9/10/07 | -- | | (Gottesman) |
| | 104 | 9/10/07 | -- | | (Gottesman) |
| | 102 | 9/10/07 | -- | | (Gottesman) |
| | 242 | 9/10/07 | | YES | ETSI TS 144 018 V6.19.0 (2006-09) (Gottesman) |
| | 284 | 9/10/07 | | YES | Overview of the Global System for Mobile Communications (Gottesman) |
| | 1112 | 9/10/07 | | YES | Memo to Sheehan from Anderson date: 9/20/06 (Gottesman) |
| | 826 | 9/10/07 | | YES | Article "Source Location from Time Differences of Arrival:..."Delsome, et al |
| | 1013 | 9/10/07 | | YES | Picture of Tower (Gottesman) |
| | 1018 | 9/10/07 | | YES | Picture of Tower (Gottesman) |
| | 821 | 9/10/07 | | YES | Pictures (Gottesman) |
| | 1055 | 9/10/07 | | YES | Presentation - Geometrix Mobile Location System February 2006 (Gottesman) |
| | 1059 | 9/10/07 | | YES | Responses to STC Questions (Gottesman) |
| | 1074 | 9/10/07 | -- | | (Gottesman) |
| | 1117 | 9/11/07 | | YES | drawing (Gottesman) |
| 476 | | 9/11/07 | | YES | Demonstrative used with Gottesman (Gottesman) |
| 477 | | 9/11/07 | | YES | Demonstrative used with Gottesman (Gottesman) |
| | 274 | 9/11/07 | | NO | (Gottesman) |
| 478 | | 9/11/07 | | YES | Demonstrative used with Gottesman (Gottesman) |
| 402 | | 9/11/07 | | YES | CV (Mulhorn) |
| 186 | | 9/11/07 | | YES | Email from Kockum 2/28/05 subject: STC Update (Mulhorn) |
| 187 | | 9/11/07 | | YES | Email from Eissa to Garner 3/18/05 subject: STC GPRS Development (Mulhorn) |
| 313 | | 9/11/07 | | YES | ANS 2007 Revenue Plan (Mulhorn) |

AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| TRUEPOSITION | | | vs. | | ANDREW | CASE NO. 05-747-SLR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 321 | | 9/11/07 | | YES | Bide Review Sheet (Mulhorn) | |
| | 1118 | 9/11/07 | | YES | handwritten notes "C. Mulhern" (Mulhorn) | |
| | 1119 | 9/11/07 | | YES | Two Supplier Market Test (Mulhorn) | |
| | 1102 | 9/11/07 | -- | | Press Release (Mulhorn) | |
| | 1100 | 9/11/07 | -- | | Article (Mulhorn) | |
| | 1120 | 9/11/07 | | YES | Handwritten note "C. Mulhern" (Mulhorn) | |
| | 274 | 9/11/07 | -- | | Book (Goodman) | |
| | 1132 | 9/12/07 | | YES | Demonstratives (Goodman) | |
| | 116 | 9/12/07 | | YES | Source Code (Goodman) | |
| | 132 | 9/12/07 | | YES | U.S. Patent '144 Prosecution History (Goodman) | |
| | 296 | 9/12/07 | | YES | Myung, "Tutorial on maximum likelihood estimation" (Goodman) | |
| | 297 | 9/12/07 | | YES | Space-time-frequency filtering in Grayson Wireless Signaling Processing (Goodman) | |
| | 298 | 9/12/07 | | YES | Source Code(Goodman) | |
| | 321 | 9/12/07 | | YES | Geometrix System Overview Rev. D (Goodman) | |
| | 335 | 9/12/07 | | YES | Location based services (25 sites) (LBS) - Part I (Goodman) | |
| | 338 | 9/12/07 | | YES | Various Data Structures (Goodman) | |
| | 339 | 9/12/07 | | YES | Osunusi "Description of Direction Finding Results Packing."(Goodman) | |
| | 401 | 9/12/07 | | YES | Response to STC questions(Goodman) | |
| | 331 | 9/12/07 | | YES | "In standard circuit switched voice:..."(Goodman) | |
| | 1128 | 9/12/07 | | YES | TruPosition's Response to Andrew's Requests for Admission | |
| | 854 | 9/12/07 | | YES | 3 GPP TS 43.059 V5.3.0 (2002-4) (Magnusson) | |
| | 883 | 9/12/07 | -- | | DEMONSTRATIVE AID | |
| | 1121 | 9/12/07 | -- | | (Magnusson) | |
| | 1122 | 9/12/07 | -- | | (Magnusson) | |

≋AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| TRUEPOSITION | | | vs. | | ANDREW | CASE NO. 05-747-SLR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 1123 | 9/12/07 | -- | | (Magnusson) | |
| | 1124 | 9/12/07 | -- | | (Magnusson) | |
| | 404 | 9/12/07 | -- | | (Magnusson) | |
| | 405 | 9/12/07 | -- | | (Magnusson) | |
| | 1115 | 9/12/07 | -- | | (Magnusson) | |
| | 407 | 9/12/07 | -- | | (Magnusson) | |
| | 1116 | 9/12/07 | -- | | (Magnusson) | |
| | 409 | 9/12/07 | -- | | (Magnusson) | |
| | 410 | 9/12/07 | -- | | (Magnusson) | |
| | 412 | 9/12/07 | -- | | (Magnusson) | |
| | 1125 | 9/12/07 | | YES | Timeline- Standardization Meetings for U-TDOA (GSM & GPRS) (Magnusson) | |
| | 154 | 9/12/07 | | YES | Official Application Form for Associate Membership (Magnusson) | |
| | 414 | 9/12/07 | -- | | (Magnusson) | |
| | 416 | 9/12/07 | -- | | (Magnusson) | |
| | 417 | 9/12/07 | -- | | (Magnusson) | |
| | 419 | 9/12/07 | -- | | (Magnusson) | |
| | 421 | 9/12/07 | -- | | (Magnusson) | |
| | 423 | 9/12/07 | -- | | (Magnusson) | |
| | 425 | 9/12/07 | -- | | (Magnusson) | |
| | 426 | 9/12/07 | -- | | (Magnusson) | |
| | 428 | 9/12/07 | -- | | (Magnusson) | |
| | 861 | 9/12/07 | | YES | Emails 6/5/03 from Magnusson to Gross (Magnusson) | |
| | 1126 | 9/13/07 | -- | | (Magnusson) | |
| | 418 | 9/13/07 | | YES | Draft Meeting Report (Magnusson) | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| TRUEPOSITION | | | vs. | | ANDREW | CASE NO. 05-747-SLR |
|---|---|---|---|---|---|---|
| PLF NO | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 442 | 9/13/07 | | YES | Andrew Compilation Exhibit (Magnusson) | |
| | 1127 | 9/13/07 | | YES | Change Request (Magnusson) | |
| | 1114 | 9/13/07 | | YES | emails 8/11/04 from Anderson to Robinson(Magnusson) | |
| | 48 | 9/13/07 | | YES | emails 5/25/04 from Gross to Magnusson (Magnusson) | |
| | 1113 | 9/13/07 | | YES | emasils 5/26/04 from Robinson to Gross (Magnusson) | |
| | 1138 | 9/13/07 | | YES | handwritten notes "Standard" (Magnusson) | |
| | 1139 | 9/13/07 | | YES | handwritten notes "The Standard (Including options in it)" (Magnusson) | |
| | 419 | 9/13/07 | | already adm | on 9/6/07(Magnusson) | |
| | 1130 | 9/13/07 | | YES | TruePosition's Reply to Andrew's Answer and Counterclaim to 2nd Amended Complaint | |
| | 1108 | 9/13/07 | | obj/YES | Award/Contract(Garner) | |
| 102 | | 9/13/07 | -- | | (Garner) | |
| 232 | | 9/13/07 | | YES | Confirmation of Receipt of Andrew's Main Constract Documents (Garner) | |
| 216 | | 9/13/07 | | YES | Public Works Framework Contract (Garner) | |
| 233 | | 9/13/07 | | YES | Confirmation letter from Garner to STC (Garner) | |
| 220 | | 9/13/07 | | YES | Andrew Letter No.(#1002) 9/30/05(Garner) | |
| 219 | | 9/13/07 | | YES | Andrew Letter No. (#1001) 9/30/05(Garner) | |
| 479 | | 9/13/07 | | YES | News Release (Hoberlein) | |
| | 1140 | 9/13/07 | | YES | handwritten note "Acceptable Non-Infringing Alternatives" (Hoberlein) | |

Page 7 of 7 Pages