IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-747-SLR |
| ANDREW CORPORATION, | ) ) ) |
| Defendant. | ) ) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the jury verdict of September 14, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff TruePosition, Inc. and against defendant Andrew Corporation.

_____
United States District Judge

Dated: September 17, 2007

_____
(By) Deputy Clerk