# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

JAMES D. HEISMAN
Partner
Tel 658-9141
Fax 252-4208
Email jheisman@cblh.com
Reply to Wilmington Office

SEPTEMBER 18, 2007

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

August 30, 2007

*Via CM/ECF and hand-delivery*
The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 N. King Street
Route 6124, Lockbox 31
Wilmington, DE 19801

REDACTED
VERSION DI 274

RE: *TruePosition, Inc. v. Andrew Corporation*
C.A. No. 05-747-SLR

Dear Judge Robinson:

As discussed during yesterday's pretrial conference, we have attached the following documents relating to Andrew's *in limine* issues six, seven, and eight.

**Andrew's Motion in Limine #6:**

**REDACTED**

**Andrew's Motion in Limine #7:**
Andrew has moved to preclude TruePosition from referencing the prior mediation between the parties. TruePosition intends to offer the original handwritten settlement agreement and typed version of that agreement to rebut Andrew's fraud claim and "implied license" defense, and to prove willful infringement. See Exhibit B.

**Andrew's Motion in Limine #8:**
Andrew has moved to preclude TruePosition from offering the February, 2004 Settlement Agreement, that superseded the earlier settlement agreements. TruePosition intends to offer the February, 2004 Settlement Agreement to rebut Andrew Corporation's fraud claim and prove willful infringement. See Exhibit C.

The Honorable Sue L. Robinson
*TruePosition, Inc. v. Andrew Corp.*
August 30, 2007
Page 2

Respectfully,

James D. Heisman (# 2746)

xc:  Josy W. Ingersoll, Esq. (via hand-delivery only)
     Patrick D. McPherson, Esq. (via email only)
     Rachel Pernic Waldron, Esq. (via email only)
     561562/13846*1