# EXHIBIT A
# FULLY REDACTED