REDACTED – PUBLIC VERSION

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391 ·
WILMINGTON, DELAWARE 19899-0391

DIRECT DIAL: 302-571-6743
DIRECT FAX: 302-576-3517
alundgren@ycst.com

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

August 30, 2007

**BY E-FILE AND HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, Delaware 19801

   Re: *TruePosition Inc. v. Andrew Corp.*, C.A. No. 05-747-SLR

Dear Judge Robinson:

  Enclosed please find the following documents related to Defendant Andrew's Evidentiary Issues 7, 8, and 9 submitted pursuant to the Court's directions at the August 29, 2007 Pretrial Conference in the above case:

  **Andrew Evidentiary Issue No. 9: TruePosition should be precluded from arguing**

  June 20, 2006 Letter from Goettle to Waldron (stating that TruePosition would "not pursue this matter further in this litigation" at page 2).

  September 22, 2006 Deposition Testimony Excerpts of Andrew Beck at 167:14-25
            199:8-200:10

  Exhibit 12 referenced in Beck testimony at 199-200

**REDACTED – PUBLIC VERSION**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Sue L. Robinson
August 30, 2007
Page 2

**Andrew Evidentiary Issue Nos. 7 and 8:** TruePosition should be precluded from introducing any evidence or making any reference to the parties' prior mediation, Mediation Agreement, and prior Settlement Agreement.

> Proposed Redacted Settlement Agreement that redacts financial, litigation, mediation, and settlement-related provisions or references. Exclusion of the '144 Patent from the Agreement and the functionality of the product at the time of the Agreement are highlighted at pages 4-6.

> Unredacted Settlement Agreement.

Respectfully submitted,

*[signature]*

Andrew A. Lundgren (No. 4429)

AAL
Enclosure

cc:   James D. Heisman, Esquire (via e-filing and e-mail)