**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **TruePosition, Inc.,** )<br>)<br>**Plaintiff/** )<br>**Counterclaim-Defendant,** )<br>)<br>v. )<br>)<br>**Andrew Corporation,** )<br>)<br>**Defendant/** )<br>**Counterclaim-Plaintiff.** )<br>_____ ) | **Civil Action No. 05-747-SLR** |

## TRUEPOSITION'S MOTION FOR ENHANCED DAMAGES AND ATTORNEYS' FEES

TruePosition, Inc. respectfully moves this Court, pursuant to 35 U.S.C. § 284, to enhance the jury's compensatory damages award by a factor of three. TruePosition also respectfully moves this Court, pursuant to 35 U.S.C. § 285, to classify this case as exceptional and award TruePosition its attorneys' fees, disbursements and expert witness fees.

The grounds in support of this motion are set forth in the accompanying memorandum in support of this motion, which is incorporated herein by reference.

Respectfully submitted,

DATED: October 1, 2007          By:        */s/ James D. Heisman*
                                       CONNOLLY BOVE LODGE & HUTZ LLP
                                       James D. Heisman, Esq. (#2746)
                                       1007 N. Orange Street
                                       P.O. Box 2207
                                       Wilmington, DE 19899
                                       Telephone: (302) 658-9141
                                       Facsimile: (302) 658-5614

                                       WOODCOCK WASHBURN LLP
                                       Paul B. Milcetic, Esq. (pro hac vice)
                                       Dale M. Heist., Esq. (pro hac vice)
                                       Kathleen A. Milsark, Esq. (pro hac vice)
                                       Daniel J. Goettle, Esq. (pro hac vice)
                                       Amanda M. Kessel, Esq. (pro hac vice)
                                       Cira Centre, 12th Floor
                                       2929 Arch Street
                                       Philadelphia, PA 19104
                                       Telephone: (215) 568-3100
                                       Facsimile: (215) 568-3439

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition, Inc.,**            ) | |
| )| |
| **Plaintiff/**                     ) | |
| **Counterclaim-Defendant,**        ) | |
| )| **Civil Action No. 05-747-SLR** |
| v.                                 ) | |
| )| |
| **Andrew Corporation,**            ) | |
| )| |
| **Defendant/**                     ) | |
| **Counterclaim-Plaintiff.**        ) | |
| _____) | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of TruePosition's Motion for Enhanced Damages and Attorneys' Fees, together with the supporting memorandum and all opposing papers thereto, it is hereby ORDERED that TruePosition's motion is GRANTED as follows:

    a.    The jury's award of damages due TruePosition from Andrew's willful infringement of $45,300,000 (D.I. 293) is increased by a factor of three to $135,900,000; and

    b.    TruePosition is awarded its reasonable attorneys' fees, disbursements and expert witness fees in the amount of _____.

    BY THE COURT:

    _____
    The Honorable Sue. L. Robinson
    United States District Court Judge

- 2 -

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 1st day of October, 2007, I caused a true and correct copy of the foregoing **TRUEPOSITION'S MOTION FOR ENHANCED DAMAGES AND ATTORNEYS' FEES** to be served upon the following individuals in the manner indicated below:

*Via hand-delivery*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

                                      */s/ James D. Heisman*     .
                                        James D. Heisman, Esq. (#2746)

567624