# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TruePosition, Inc.,** ) | |
| ) | |
| **Plaintiff/** ) | |
| **Counterclaim-Defendant,** ) | |
| ) | **Civil Action No. 05-747-SLR** |
| v. ) | |
| ) | |
| **Andrew Corporation,** ) | |
| ) | |
| **Defendant/** ) | |
| **Counterclaim-Plaintiff.** ) | |
| ) | |

## TRUEPOSITION'S MOTION FOR PERMANENT INJUNCTIVE RELIEF

Plaintiff TruePosition, Inc. respectfully moves this Court for permanent injunctive relief as set forth in the proposed Injunction Order below. The grounds in support of this motion are set forth in the accompanying Memorandum, which is incorporated herein by reference.

Respectfully submitted,

DATED: October 1, 2007     By:     /s/ James D. Heisman
CONNOLLY BOVE LODGE & HUTZ LLP
James D. Heisman, Esq. (#2746)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614

WOODCOCK WASHBURN LLP
Paul B. Milcetic, Esq. (pro hac vice)
Dale M. Heist., Esq. (pro hac vice)
Kathleen A. Milsark, Esq. (pro hac vice)
Daniel J. Goettle, Esq. (pro hac vice)
Amanda M. Kessel, Esq. (pro hac vice)
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **TruePosition, Inc.,** ) | |
| ) | |
| **Plaintiff/** ) | |
| **Counterclaim-Defendant,** ) | |
| ) | **Civil Action No. 05-747-SLR** |
| v. ) | |
| ) | |
| **Andrew Corporation,** ) | |
| ) | |
| **Defendant/** ) | |
| **Counterclaim-Plaintiff.** ) | |
| _____) | |

## INJUNCTION ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of TruePosition's Motion for Permanent Injunctive Relief, together with the supporting memorandum and all opposing papers thereto, it is hereby ORDERED that TruePosition's motion is GRANTED as follows:

Andrew is hereby enjoined from making, using, selling, offering for sale, or supplying the components of any cellular telephone location system to STC for any expansion of STC's network beyond the scope of work described by the parties December 2004 bids to Saudi Telecom Co. ("STC") (PTX 141-176 and PTX 320). Andrew is further enjoined from making, using, selling, offering for sale, or supplying the components of any cellular telephone location system having the capability to perform Time Difference of Arrival using cellular telephone signals sent over a control channel, including but not limited to a standalone dedicated control channel, to any customer other than STC.

BY THE COURT:

_____
The Honorable Sue L. Robinson
United States District Court Judge

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 1st day of October, 2007, I caused a true and correct copy of the foregoing TRUEPOSITION'S MOTION FOR PERMANENT INJUNCTIVE RELIEF to be served upon the following individuals in the manner indicated below:

*Via hand-delivery*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

            */s/ James D. Heisman* .
            James D. Heisman, Esq. (#2746)

567716