IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUE POSITION INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-747-SLR |
| | ) |
| ANDREW CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 12th day of October, 2007, the parties being unable to reach agreement on a briefing schedule for their post-trial briefing;

IT IS ORDERED that:

1. **Plaintiff's motions for attorney fees and for a permanent injunction.** (D.I. 314, 316) Plaintiff has filed its opening briefs in support of these motions. (D.I. 315, 317) Defendant shall respond to said motions on or before **November 15, 2007.** Plaintiff may file reply papers on or before **November 30, 2007.**

2. **Defendant's motions for JMOL.** (D.I. 318) Defendant has filed a single motion, setting forth 11 grounds for granting JMOL. Defendant shall file its opening brief, which may not exceed 75 pages in length, on or before **November 1, 2007.** Plaintiff shall file its responsive brief (limited to 75 pages) on or before **November 30, 2007.** Defendant may file reply papers on or before **December 14, 2007.**

3. The court may require oral argument and/or supplemental briefing once the

above papers have been filed and reviewed.

                                                                            _____
                                                                             United States District Judge