IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., )<br>)<br>Plaintiff/ )<br>Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>ANDREW CORPORATION, )<br>)<br>Defendant/ )<br>Counterclaim-Plaintiff. )<br>) | Civil Action No. 05-747-SLR |

## LOCAL RULE 7.1.1 STATEMENT

I, Andrew A. Lundgren, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for Defendant, Andrew Corporation, has made reasonable efforts to reach agreement with counsel for the plaintiff on the matters set forth in the present motion.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Andrew A. Lundgren
_____
Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
Andrew A. Lundgren (No. 4429)
alundgren@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600

*Attorneys for Defendant Andrew Corporation*

Dated: October 17, 2007

OF COUNSEL:

KIRKLAND & ELLIS LLP
John D. Desmarais
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

KIRKLAND & ELLIS LLP
Michael A. Parks
Rachel P. Waldron
Shira J. Kapplin
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

2