IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC.,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>ANDREW CORPORATION,<br><br>    Defendant and Counterclaim<br>    Plaintiff. | Civil Action No. 05-747-SLR |

## ORDER

Having considered Defendant Andrew Corporation's Motion for Extension of Time, IT IS HEREBY ORDERED that:

1. Andrew's opening submission on its equitable defenses shall be filed on or before November 1, 2007.

2. The guidelines in the Court's Procedure for Briefing Following a Bench Trial shall otherwise control the parties' briefing of Andrew's equitable defenses.

Dated: _____, 2007

_____
United States District Judge