IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC.,<br><br>          Plaintiff and<br>          Counterclaim-Defendant,<br><br>  v.<br><br>ANDREW CORPORATION,<br><br>          Defendant and Counterclaim<br>          Plaintiff. | Civil Action No. 05-747-SLR |

## REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME

For the reasons stated in the Court's October 17, 2007, email directive and Andrew's Motion for Extension of Time (D.I. 321), Andrew wholly disagrees with TruePosition's contention that the Court has already "reject[ed] Andrew's [equitable] defenses." Andrew is, however, amenable to the briefing schedule proposed by TruePosition in its response to the motion to extend (D.I. 322).

        YOUNG CONAWAY STARGATT
        &amp; TAYLOR, LLP

        /s/ Andrew A. Lundgren
        _____
        Josy W. Ingersoll (No. 1088)
        Andrew A. Lundgren (No. 4429)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        302-571-6600
        *alundgren@ycst.com*

        *Attorneys for Defendant Andrew Corporation*

OF COUNSEL:

John M. Desmarais, P.C.
Gregory S. Arovas, P.C.
Avinash S. Lele
Todd M. Friedman
Jason Choy
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
Regan A. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: October 18, 2007

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on October 18, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James D. Heisman, Esquire
> Connolly, Bove, Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE 19801
> Email: jheisman@cblh.com

I further certify that on October 18, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL**

> Paul B. Milcetic, Esquire
> Kathleen Milsark, Esquire
> Daniel J. Goettle, Esquire
> Woodcock Washburn LLP
> Circa Centre, 12th Floor
> 2929 Arch Street
> Philadelphia, PA 19103
> Phone: 215-988-2063
> Email: pbmilcet@woodcock.com
> kmilsark@woodcock.com
> dgoettle@woodcock.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*
Josy W. Ingersoll (No. 1088)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
alundgren@ycst.com
*Attorneys for Defendant Andrew Corporation*