IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRUEPOSITION, INC.,

        Plaintiff and
        Counterclaim-Defendant,

v.

ANDREW CORPORATION,

        Defendant and Counterclaim
        Plaintiff.

Civil Action No. 05-747-SLR

## ORDER

Having considered Defendant Andrew Corporation's Motion for Extension of Time, IT IS HEREBY ORDERED that:

1.    Andrew's opening submission on its equitable defenses shall be filed on or before November 1, 2007.

2.    The guidelines in the Court's Procedure for Briefing Following a Bench Trial shall otherwise control the parties' briefing of Andrew's equitable defenses.

Dated: _____10 | 19_____, 2007

_____
United States District Judge