# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TRUEPOSITION, INC.,**<br><br>　　**Plaintiff and**<br>　　**Counterclaim-Defendant,**<br><br>　v.<br><br>**ANDREW CORPORATION,**<br><br>　　**Defendant and**<br>　　**Counterclaim Plaintiff.** | Civil Action No. 05-00747-SLR |

## NOTICE OF FILING WITH CLERK'S OFFICE

NOTICE IS HEREBY GIVEN that the document listed below is being manually filed with the Court because of its voluminous size and is available in paper form only:

**Appendix Of Exhibits To Andrew Corporation's**
**Post-Trial Brief In Support Of Its Remaining Equitable Defenses**

The original document is maintained in the case file in the Clerk's Office.

　　　　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT
　　　　　　　　　　　　　　　　　　 & TAYLOR, LLP

　　　　　　　　　　　　　　　　　　/s/ *Andrew A. Lundgren*
　　　　　　　　　　　　　　　　　　Josy W. Ingersoll (No. 1088)
　　　　　　　　　　　　　　　　　　Andrew A. Lundgren (No. 4429)
　　　　　　　　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　　　　　　　　　P.O. Box 391
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-0391
　　　　　　　　　　　　　　　　　　302-571-6600
　　　　　　　　　　　　　　　　　　*alundgren@ycst.com*

OF COUNSEL:

John M. Desmarais, P.C.
Gregory S. Arovas, P.C.
Avinash S. Lele
Todd M. Friedman
Jason Choy
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
Regan A. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: November 1, 2007

**CERTIFICATE OF SERVICE**

I, Andrew A. Lundgren, Esquire, hereby certify that on November 1, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James D. Heisman, Esquire
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> Email: jheisman@cblh.com

I further certify that on November 1, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY ELECTRONIC MAIL ON NOVEMBER 1, 2007**
> **AND FEDERAL EXPRESS ON NOVEMBER 2, 2007**
>
> Paul B. Milcetic, Esq. [pmbilcet@woodcock.com]
> Daniel J. Goettle, Esq. [dgoettle@woodcock.com]
> Woodcock Washburn LLP
> Circa Centre, 12th Floor
> 2929 Arch Street
> Philadelphia, PA  19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ *Andrew A. Lundgren*
> Andrew A. Lundgren (No. 4429)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
> alundgren@ycst.com
> *Attorneys for Defendant Andrew Corporation*