# YOUNG CONAWAY STARGATT & TAYLOR, LLP

|  | THE BRANDYWINE BUILDING | |
|---|---|---|
| ANDREW A. LUNDGREN | 1000 WEST STREET, 17TH FLOOR | (302) 571-6600 |
| DIRECT DIAL: 302-571-6743 | WILMINGTON, DELAWARE 19801 | (302) 571-1253 FAX |
| DIRECT FAX: 302-576-3517 | P.O. BOX 391 | (800) 253-2234 (DE ONLY) |
| alundgren@ycst.com | WILMINGTON, DELAWARE 19899-0391 | www.youngconaway.com |

November 6, 2007

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, Delaware 19801

Re:   *TruePosition Inc. v. Andrew Corp.*, C.A. No. 05-747-SLR

Dear Judge Robinson:

I write to alert the Court to a typographical error in Andrew Corporation's Post-Trial Opening Brief In Support Of Its Remaining Equitable Defenses (D.I. 325). The error appears in heading III.F, both in the table of contents and in the body of the brief at page 18:

| Incorrect Heading III.F | Corrected Heading III.F |
|---|---|
| Andrew's And TruePosition's Joint Efforts To Standardize UTDOA/SDCCH Joint Effort In The UDTOA Study Group | Andrew's And TruePosition's Joint Efforts To Standardize UTDOA/SDCCH |

The text that is removed from heading III.F ("**Joint Effort In The UDTOA Study Group**") should appear at the beginning of the first paragraph of section III.F on page 18.

We enclose replacement pages for the table of contents and page 18, and apologize for any inconvenience this may have caused.

Respectfully submitted,

/s/ Andrew A. Lundgren

Andrew A. Lundgren (No. 4429)

AAL
Enclosure

cc:   James D. Heisman, Esquire (by electronic filing and e-mail)

DB02:6352174.1                                                                                   065217.1001