## TABLE OF CONTENTS

I. NATURE AND STAGE OF THE PROCEEDINGS ..................................................1

II. SUMMARY OF ARGUMENT ....................................................................................1

III. STATEMENT OF FACTS ...........................................................................................5

    A. The Industry's Concern About Standardizing Technology That Only One Vendor Would Be Able To Sell ..........................................................................5

    B. TruePosition's Assurances To The Industry And Andrew That UTDOA/SDCCH Licenses Would Be Available ...............................................7

    C. TruePosition's Silence Concerning An Unwillingness To Grant UTDOA/SDCCH Licenses ................................................................................10

    D. Andrew's Decision To Develop UTDOA/SDCCH Products And Help TruePosition Standardize UTDOA/SDCCH ..................................................14

    E. TruePosition's Agreement To "Create A Solution That We All Benefit From" ..................................................................................................................16

    F. Andrew's And TruePosition's Joint Efforts To Standardize UTDOA/SDCCH ................................................................................................18

    G. TruePosition's Post-Standardization Refusal To Grant UTDOA/SDCCH Licenses To Other Vendors ................................................24

IV. ARGUMENT ................................................................................................................28

    A. TruePosition's Claims Should Be Barred Under The Doctrine Of Equitable Estoppel .............................................................................................28

        1. By Its Affirmative Conduct And Silence, TruePosition Led Andrew Reasonably To Infer That TruePosition Did Not Intend To Enforce Its Patent Against Andrew ...................................................31

        2. Relying On TruePosition's Conduct And Silence, Andrew Joined Forces With TruePosition To Get UTDOA/SDCCH Standardized And Successfully Bid On A Contract To Sell UTDOA/SDCCH Equipment ..............................................................................................36

        3. Due To Its Reliance, Andrew Will Be Materially Prejudiced If TruePosition Is Allowed To Recover Damages On Its Claims And Enjoin Andrew From Practicing UTDOA/SDCCH ..................38