> I think these ground rules were very much in line with what we had established earlier, in reading the feasibility study … so *this was just another green light for the go-ahead to introduce our technology into the GSM standard.*

A477:6-16.

### F. Andrew's And TruePosition's Joint Efforts To Standardize UTDOA/SDCCH.

**Joint Effort In The UTDOA Study Group.** Adhering to these Ground Rules, the participants met for several months in face-to-face meetings, had conference calls nearly every week, and exchanged close to a thousand emails as part of the effort. Andrew and TruePosition -- and specifically Andrew's standards representative Oskar Magnusson and TruePosition's standards representatives Rhys Robinson and Bob Gross -- worked together in the joint venture:

> We -- we looked out for UTDOA technology. We -- we had discussions on the technology. *We shared our ideas regarding how we wanted to get UTDOA into the study as well as into the standard.* We shared e-mails, conference calls, direct calls, and things of that nature.

A450.2:14-A451:12.

The result of the joint effort was the creation of a UTDOA solution described in a document titled "U-TDOA System Study, Architecture," which reflected "major changes" to the UTDOA positioning procedure that TruePosition initially had tried to get added to the standard on its own. A14; A25-A41; A46 (item 6); A451:13-A454:19. With these major changes, the participants agreed that their solution was ready to be submitted to the 3GPP standards body to be considered for incorporation into the GSM standard. A455:5-10.

**Joint Effort To Standardize UTDOA In 3GPP.** Between April 2003 and November 2004, Andrew and TruePosition traveled the world, attending 3GPP standards meetings in Germany, Fort Lauderdale, New York, Hungary, Iceland, Mexico, Spain, Canada, and South Africa in a joint effort to persuade the standards body to add UTDOA to the GSM standard. A133, A456:15-A458:2; A458:11-16. As TruePosition admitted, "Oskar Magnusson from

18