IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC.,<br><br>   **Plaintiff and<br>   Counterclaim-Defendant,**<br><br>  v.<br><br>ANDREW CORPORATION,<br><br>   **Defendant and<br>   Counterclaim Plaintiff.** | Civil Action No. 05-00747-SLR<br><br>REDACTED –<br><u>PUBLIC VERSION</u> |

**APPENDIX OF EXHIBITS TO**
**ANDREW CORPORATION'S ANSWERING BRIEF IN OPPOSITION TO**
**TRUEPOSITION'S MOTION FOR ENHANCED DAMAGES AND**
**ANDREW CORPORATION'S ANSWERING BRIEF IN OPPOSITION TO**
<u>**TRUEPOSITION'S MOTION FOR PERMANENT INJUNCTIVE RELIEF**</u>

OF COUNSEL:

John M. Desmarais, P.C.
Gregory S. Arovas, P.C.
Avinash S. Lele
Todd M. Friedman
Jason Choy
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
Regan A. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: November 15, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Josy W. Ingersoll (No. 1088) [*jingersoll@ycst.com*]
Andrew A. Lundgren (No. 4429) [*alundgren@ycst.com*]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
302-571-6600

# TABLE OF CONTENTS

| DESCRIPTION | PAGE NOS. |
|---|:---:|
| Excerpts of Liberty Capital March, 2007 Annual Report | B1-12 |
| Declaration of Gary Brown | B 13-14 |
| Declaration of Karl Heinz Rosenbrock | B 15-17 |
| Declaration of Dieter Kaiser | B 18-20 |
| TruePosition Press Release | B 21-22 |
| PTX 237 | B 23-33 |
| Excerpts of April 10, 2007 Hearing Transcript | B 34-37 |
| Excerpts from Trial Transcripts | B 38-58 |

## **CERTIFICATE OF SERVICE**

I, Andrew A. Lundgren, Esquire, hereby certify that on November 26, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James D. Heisman, Esquire
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> Email: jheisman@cblh.com

I further certify that on November 26, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

### **BY ELECTRONIC MAIL**

> Paul B. Milcetic, Esq. [pmbilcet@woodcock.com]
> Daniel J. Goettle, Esq. [dgoettle@woodcock.com]
> Woodcock Washburn LLP
> Circa Centre, 12th Floor
> 2929 Arch Street
> Philadelphia, PA  19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ *Andrew A. Lundgren*
> Andrew A. Lundgren (No. 4429)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
> alundgren@ycst.com
> *Attorneys for Defendant Andrew Corporation*