# YOUNG CONAWAY STARGATT & TAYLOR, LLP

ANDREW A. LUNDGREN
DIRECT DIAL:  302-571-6743
DIRECT FAX:   302-576-3517
alundgren@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

November 29, 2007

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, Delaware 19801

      Re:   *TruePosition, Inc. v. Andrew Corp.*, C.A. No. 05-747-SLR

Dear Judge Robinson:

    I write on behalf of Andrew Corporation regarding Civil Action No. 05-747-SLR (*TruePosition, Inc. v. Andrew Corp.*).

    Andrew wishes to inform you that there is an editing error in its "Opening Brief in Support of Its Renewed Motions for Judgment as a Matter of Law or Alternatively, a New Trial." (D.I. 327).  The brief states:

- "The evidence introduced at trial establishes the bid to STC was submitted to STC in Riyadh by Andrew Middle East, which is located in Dubai, Saudi Arabia." (D.I. 327 at p.10, l. 6).

- "This Offer was submitted to the Procurement Department of STC in Riyadh by Andrew Middle East, located in Dubai, Saudi Arabia, not the United States." (D.I. 327 at p. 15, l. 6).

    Andrew Middle East is located in Dubai, which is one of the emirates making up the United Arab Emirates.  Saudi Arabia is a separate country, and should not have been referenced in the above sentences.

    Andrew encloses replacement pages reflecting this change, and apologizes for any inconvenience this may have caused.

                            Respectfully submitted,

                            /s/ *Andrew A. Lundgren*
                            Andrew A. Lundgren (No. 4429)

AAL
Enclosure

cc:   James D. Heisman, Esquire (by electronic filing and e-mail, with enclosure)

DB02:6403811.1                                                                           065217.1001