IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> ANDREW CORPORATION, <br><br> Defendant and Counterclaim-Plaintiff. | Civil Action No. 05-747-SLR |

## UNOPPOSED MOTION TO EXTEND PAGE LIMIT OF REPLY BRIEF

Defendant Andrew Corporation hereby moves for an enlargement of the page limit for its reply brief in support of its Motion for Judgment as a Matter of Law (D.I. 318). Specifically, Andrew seeks leave to file a reply brief of 35 pages or less. The grounds for this motion are as follows:

1.  On October 12, 2007, the Court entered an order (D.I. 320) permitting Andrew and TruePosition to file 75-page opening and answering briefs, respectively, on Andrew's Motion for Judgment as a Matter of Law. The Court's order, however, did not specify a page limit for Andrew's reply.

2.  Andrew respectfully requests that, consistent with the page-limit ratio established by the local rules, the Court grant Andrew leave to file a reply brief not to exceed 35 pages, which is slightly less than half the length of TruePosition's answering brief (D.I. 345). *See* LR 7.1.3(a)(4) (establishing 2:1 page-limit ratio between answering and reply briefs).

3.  Andrew has discussed this application with TruePosition and has been informed that TruePosition does not oppose it.

WHEREFORE, Andrew respectfully requests that the Court enter an order granting Andrew's Unopposed Motion to Extend Page Limit of Reply Brief. A proposed form of order is attached hereto.

        YOUNG CONAWAY STARGATT
        & TAYLOR, LLP

        /s/ Andrew A. Lundgren
        _____
        Josy W. Ingersoll (No. 1088)
        Andrew A. Lundgren (No. 4429)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        302-571-6600
        *alundgren@ycst.com*

        *Attorneys for Defendant Andrew Corporation*

OF COUNSEL:

John M. Desmarais, P.C.
Gregory S. Arovas, P.C.
Avinash S. Lele
Todd M. Friedman
Jason Choy
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
Regan A. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: December 7, 2007

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on December 7, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>James D. Heisman, Esquire
>Connolly, Bove, Lodge & Hutz
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899
>(302) 658-9141
>Email: jheisman@cblh.com

I further certify that on December 7, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following in the manner indicated:

### BY ELECTRONIC MAIL

>Paul B. Milcetic, Esq. [pmbilcet@woodcock.com]
>Daniel J. Goettle, Esq. [dgoettle@woodcock.com]
>Woodcock Washburn LLP
>Circa Centre, 12th Floor
>2929 Arch Street
>Philadelphia, PA 19103

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_/s/ Andrew A. Lundgren_
>Andrew A. Lundgren (No. 4429)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>alundgren@ycst.com
>*Attorneys for Defendant Andrew Corporation*

DB02:5670383.1                                                         065217.1001