IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC.,<br><br>      Plaintiff and<br>      Counterclaim-Defendant,<br><br>v.<br><br>ANDREW CORPORATION,<br><br>      Defendant and Counterclaim-<br>      Plaintiff. | Civil Action No. 05-747-SLR |

## ORDER

At Wilmington, this ____ day of December, 2007, having reviewed Andrew's Unopposed Motion to Extend Page Limit of Reply Brief (D.I. 348), IT IS ORDERED that:

1. Andrew's unopposed motion is GRANTED.

2. Andrew's reply brief in support of its Motion for Judgment as a Matter of Law (D.I. 318) shall not exceed 35 pages.

 

                                                                                     _____<br>
                                                                                     United States District Judge