IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC.,<br><br>Plaintiff and<br>Counterclaim-Defendant,<br><br>v.<br><br>ANDREW CORPORATION,<br><br>Defendant and<br>Counterclaim Plaintiff. | Civil Action No. 05-00747-SLR |

APPENDIX OF EXHIBITS TO
ANDREW CORPORATION'S REPLY BRIEF
IN SUPPORT OF ITS RENEWED MOTION FOR JUDGMENTS
AS A MATTER OF LAW, OR ALTERNATIVELY, A NEW TRIAL

OF COUNSEL:

John M. Desmarais, P.C.
Gregory S. Arovas, P.C.
Avinash S. Lele
Todd M. Friedman
Jason Choy
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
Regan A. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: December 14, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Josy W. Ingersoll (No. 1088) [*jingersoll@ycst.com*]
Andrew A. Lundgren (No. 4429) [*alundgren@ycst.com*]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
302-571-6600

**TABLE OF CONTENTS OF
APPENDIX OF EXHIBITS TO
ANDREW CORPORATION'S REPLY BRIEF
IN SUPPORT OF ITS RENEWED MOTION FOR JUDGMENTS
<u>AS A MATTER OF LAW, OR ALTERNATIVELY, A NEW TRIAL</u>**

| **Description** | **Page Range** |
|---|---|
| Opposition Counsel's Response to E-Mail Request for Emergency Relief | C 1 |
| PTX 142 | C 2-5 |
| PTX 232 | C 6-7 |
| Excerpts of Trial Transcripts | C 8-58 |
| Broadcom Corp. v. Qualcomm, Inc. Civil Meeting Minutes | C 59-67 |

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on December 14, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James D. Heisman, Esquire
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> Email: jheisman@cblh.com

I further certify that on December 14, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL**

> Paul B. Milcetic, Esq. [pmbilcet@woodcock.com]
> Daniel J. Goettle, Esq. [dgoettle@woodcock.com]
> Woodcock Washburn LLP
> Circa Centre, 12th Floor
> 2929 Arch Street
> Philadelphia, PA 19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Andrew A. Lundgren
> _____
> Andrew A. Lundgren (No. 4429)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> alundgren@ycst.com
> *Attorneys for Defendant Andrew Corporation*