IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC.,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>ANDREW CORPORATION,<br><br>    Defendant and<br>    Counterclaim Plaintiff. | Civil Action No. 05-00747-SLR |

**DECLARATION OF OSKAR MAGNUSSON IN SUPPORT OF
ANDREW CORPORATION'S POST-TRIAL REPLY BRIEF
IN SUPPORT OF ITS REMAINING EQUITABLE DEFENSES**

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | Josy W. Ingersoll (No. 1088) [*jingersoll@ycst.com*] |
|  | Andrew A. Lundgren (No. 4429) [*alundgren@ycst.com*] |
|  | The Brandywine Building |
| OF COUNSEL: | 1000 West Street, 17th Floor |
| John M. Desmarais, P.C. | Wilmington, Delaware 19899-0391 |
| Gregory S. Arovas, P.C. | 302-571-6600 |
| Avinash S. Lele |  |
| Todd M. Friedman |  |
| Jason Choy |  |
| KIRKLAND & ELLIS LLP |  |
| 153 East 53rd Street |  |
| New York, New York 10022 |  |
| (212) 446-4800 |  |

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
Regan A. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: December 17, 2007

## DECLARATION OF OSKAR MAGNUSSON

1. I, Oskar Magnusson, make this declaration based on my personal knowledge, and if called to testify, could and would testify hereto.

2. I am currently the Business Director for Asia Pacific at Andrew Corporation and have worked on standardization issues since about January 2003. During the course of my standards work, I have attended 3GPP and ETSI meetings and am familiar with their practices and documentation, including their websites and the documentation that is located on those websites.

3. Attached as Exhibit A is a true and correct copy of a 19 October 2007 letter from the Director General of ETSI to Ms Terri Brooks of TruePosition, Inc, c/o Rob Anderson. I received a copy of this letter from ETSI in October 2007, shortly after the 19 October date on the letter.

4. Attached as Exhibit B is a true and correct copy of a document titled "ETSI/GA50 decisions/actions" from the ETSI 50th General Assembly meeting held in Nice, France on 27-28 November 2007. This document is available online to all ETSI members at the following URL: http://portal.etsi.org/docbox/ga/ga50/ga50_decisions.doc I downloaded this document on 17 December 2007. Based on my experience as a standards representative and attending standards meetings in 3GPP and ETSI, it is the regular practice of ETSI to document the decisions and actions taken in its General Assembly meetings, and to make the documentation available to ETSI members online in the regular course of business. As is indicated on the document itself, the GA Secretary prepares and records such documentation, and does so at or near the time of the meeting.

**I declare under penalty of perjury that to the best of my knowledge, the foregoing is true and correct.**

Oskar Magnusson

Date Dec. 17 '07

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on December 17, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>James D. Heisman, Esquire
>Connolly, Bove, Lodge & Hutz
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899
>(302) 658-9141
>Email: jheisman@cblh.com

I further certify that on December 17, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL**

>Paul B. Milcetic, Esq. [pmbilcet@woodcock.com]
>Daniel J. Goettle, Esq. [dgoettle@woodcock.com]
>Woodcock Washburn LLP
>Circa Centre, 12th Floor
>2929 Arch Street
>Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
alundgren@ycst.com
*Attorneys for Defendant Andrew Corporation*