# Exhibit A



Sophia Antipolis, 19 October 2007

**Ms Terri BROOKS**

**TRUE POSITION, INC.**
c/o Rob Anderson
1000 Chesterbrook Blvd.
3rd Floor Suite 200
PA 19312, Berwyn
UNITED STATES OF AMERICA

**Our ref.:**    L2007-034

**Subject:**    IPRs related to the ETSI TS 143 059, TS 144 060, TS 144 071, TS 148 018, TS 148 071 and TS 149 031

Dear Ms Brooks,

It has been brought to our attention that your company might have essential IPRs relating to the ETSI Technical Specifications TS 143 059, TS 144 060, TS 144 071, TS 148 018, TS 148 071 and TS 149 031. In this context, we have been informed that particularly TruePosition's U.S. Patent No. 5,327,144 may be essential to the ETSI Technical Specifications or options therein.

Under the ETSI IPR Policy, I am obliged to bring this matter to your attention to ascertain whether you are of the opinion that you hold essential, or potentially essential, IPRs related to the abovementioned Technical Specifications or options therein.

If this were the case, we would ask you to disclose any essential IPR and indicate if you are prepared to grant licenses for this/these IPR(s), in accordance with the terms and conditions set out in Clause 6.1 of the ETSI IPR Policy.

To assist you in your declaration, ETSI disposes of the so called IPR Information Statement and Licensing Declaration forms, which you can download from http://www.etsi.org/legal/IPR-Forms.

Please do not hesitate to contact me or our Legal Service (email: legal@etsi.org) for any question or remark you may have.

Yours sincerely,

Dr. Walter Weigel
Director General

European Telecommunications Standards Institute - Institut Européen des Normes de Télécommunication - Europäisches Institut für Telekommunikationsnormen

ETSI - 650, route des Lucioles F-06921 Sophia Antipolis Cedex - FRANCE                     Tél. : +33 (0)4 92 94 42 00
e-mail : Secretariat@etsi.org - http://www.etsi.org                                        Fax : +33 (0)4 93 65 47 16
Siret N° 348 623 562 00017 - NAF 742 C - Association à but non lucratif enregistrée à la Sous-Préfecture de Grasse (06) N° 7803/88 - N° TVA  FR 14 348 623 562
infoCentre : Tel. : +33 (0)4 92 94 42 22 - Fax : +33 (0)4 92 94 43 33 - e-mail : infocentre@etsi.org

# Exhibit B

 **ETSI/GA50 decisions/actions**

Julian Pritchard
5 December 2007
page 1 of 1

| ETSI 50th General Assembly meeting |
| :---: |
| Nice, 27-28 November 2007 |

**Source:**    **GA Secretary**

**Title:**    **Draft decisions and actions from GA#50**

# 1    Draft decisions from GA#50

| | |
| --- | --- |
| **D-GA50/1** | The GA approved a reduced first unit of contribution for Universities and Public Research Bodies set to 2000 EUR under the 2007 budget [D-GA49/12 {SCM}] [CL_07_2535] (Decision taken by Correspondence). |
| **D-GA50/2** | The GA approved an update to the scope of the 3GPP Agreement to allow 3GPP to contribute to the ITU's IMT-A work and authorized the Director-General to sign the revised agreement on behalf of ETSI [CL_07_2559] (Decision taken by Correspondence). |
| **D-GA50/3** | The GA unanimously approved the minutes of the 49th General Assembly [ETSI/GA49(07)42 rev.1]. |
| **D-GA50/4 {SCM}** | The GA unanimously approved a change to Article 10.3 of the ETSI Rules of Procedure concerning the date for declaration of membership fees [ETSI/GA50(07)SCM02]. |
| **D-GA50/5 {SCM}** | The GA unanimously approved changes to Annex 2 clauses 10 and 11 of the ETSI Rules of Procedure concerning the alignment of inconsistencies with the rest of the Annex [ETSI/GA50(07)SCM04 rev.1]. |
| **D-GA50/6 {SCM}** | The GA unanimously approved changes to Annex 1 and Annex 2 of the ETSI Rules of Procedure to allow Micro-Enterprises to pay a reduced first unit of contribution [ETSI/GA50(07)SCM03]. |
| **D-GA50/7** | The GA unanimously approved all applications for new membership and all modifications to the existing membership [ETSI/GA50(07)20 rev.2]. |
| **D-GA50/8** | The GA unanimously approved the allocation of a weighting of 7 to the National Delegation of Serbia and a consequential amendment to Annex 3 of the ETSI Rules of Procedure [ETSI/GA50(07)29]. |
| **D-GA50/9** | The GA unanimously approved the allocation of a weighting of 4 to the National Delegation of Georgia and a consequential amendment to Annex 3 of the ETSI Rules of Procedure [ETSI/GA50(07)30]. |
| **D-GA50/10** | The GA unanimously endorsed the Board decision related to the transfer of work from TISPAN to 3GPP that ETSI members who have participated in TISPAN meetings during 2007 are entitled to participate in 3GPP as ETSI members at no extra cost during the remaining part of 2007 - as an exception - in order to ensure a smooth transition, in particular for SMEs [ETSI/GA50(07)24 slide 3]. |
| **D-GA50/11** | The GA unanimously appointed:<br>• Mr. Didier Chauveau, Ministère de l'économie, des finances et de l'emploi (FR)<br>• Mr. Anders Gunnarsson, Telia SONERA AB (SE)<br>• Mr. Juergen A. Hammerschick, VODAFONE D2 GmbH (DE)<br>• Mr. Josef Schmid, Informatik Strategieorgan Bund (CH)<br>• Mr Jari Vainikka, Nokia Corporation (FI)<br>as members of the Finance Committee for two years from November 2007 until November 2009 [ETSI/GA50(07)08] – except for Mr. Gunnarsson who will stand down on 1 September 2008. |
| **D-GA50/12** | The GA unanimously approved the ETSI Strategy 2008 [ETSI/GA50(07)22]. |

| D-GA50/13 | The GA unanimously endorsed the ETSI Secretariat Business Plan 2008 [ETSI/GA50(07)33 rev.1]. |
|---|---|
| D-GA50/14 | The GA approved anticipation in 2007 of the STF funding earmarked for 2008 (180k EUR) [ETSI/GA50(07)07]. |
| D-GA50/15 | The GA approved a 2008 budget of 24,5 MEUR [ETSI/GA50(07)07] with:<br>• the first Unit of Contribution set to 6 000 EUR (unchanged),<br>• subsequent units set to 3 380 EUR (unchanged),<br>• the Observer fee maintained at 4 000 EUR (unchanged),<br>• the first Unit of Contribution for not-for-profit User Associations maintained at 2 000 EUR (unchanged),<br>• the first Unit of Contribution for Universities & Public Research Bodies maintained at 2 000 EUR (unchanged),<br>• the first unit of contribution for Micro-Enterprises set to 3 000 EUR (new),<br>• 3GPP minimum entry point of 3 Units of Contribution (reduced to 2 units for SMEs, Micro Enterprises, Users, Universities and Public Research Bodies). These minimum contribution levels need not apply where administrations or companies with more than one membership make an overall contribution that exceeds 20k€ multiplied by the number of 3GPP memberships held by the administrations or company (modified). |
| D-GA50/16 | ETSI members are reminded of their obligations to declare IPR under the ETSI IPR Policy, including its existing provisions relating to options. |
| D-GA50/17 | The GA approved a Memorandum of Understanding with the Organization for the Advancement of Structured Information Standards (OASIS) [ETSI/GA50(07)13]. |
| D-GA50/18 | The GA approved a Memorandum of Understanding with the European Research Consortium for Informatics and Mathematics (ERCIM) [ETSI/GA50(07)14]. |
| D-GA50/19 | The GA approved a Co-operation Agreement with the IPsphere Forum [ETSI/GA50(07)15]. |
| D-GA50/20 | The GA approved the renewal of the Co-operation Agreement between ETSI and the Telecommunications Industry Association of the USA (TIA) [ETSI/GA50(07)16 rev.1]. |
| D-GA50/21 | The GA approved the renewal of the Co-operation Agreement between ETSI and the DSL Forum [ETSI/GA50(07)17]. |
| D-GA50/22 | The GA approved a Memorandum of Understanding with the China Electronics Standardization Institute (CESI) [ETSI/GA50(07)19]. |
| D-GA50/23 | The GA endorsed a letter to CEN/CENELEC concerning the Future landscape of European standardization [ETSI/GA50(07)28 rev.1]. |

## 2    Draft actions from GA#50

| A-GA50/1 | ETSI Board | to consider if ETSI should deal with apparent inconsistencies in members' ECRT declarations and if so how. Consideration should take into account the discussion under agenda item 3 of the GA meeting. The Board should consult with the Finance Committee as necessary. |
|---|---|---|
| A-GA50/2 | GA Chairman & Director-General | in consultation with the Board, to further develop the Long Term Vision group proposal [ETSI/GA50(07)09] & [ETSI/GA50(07)10] and to bring a revised proposal to GA#51. |

### *ETSI/GA50 decisions/actions*
page 3 of 3

| A-GA50/3 | Finance Committee | to review the budget presentation proposals suggested in [ETSI/GA50(07)31] and to report back to GA#51.<br>Where necessary, this should include consultation with the authors of the proposal to clarify their intentions, and consultation with the Board and ETSI Secretariat, where necessary. |
| --- | --- | --- |
| A-GA50/4 | ETSI Board | to examine the issues of "rubber-stamping", "normative referencing" and PAS procedure in the context of ETSI re-use of standards from external organizations, and to report back to the GA. |
| A-GA50/5 | IPR Special Committee | to examine Section 5.1a), b) (1) & c) of [ETSI/GA50(07)18] and Section 5a of [ETSI/GA50(07)36] in the context of IPR issues which may arise, and to report back to the GA. |
| A-GA50/6 | GA Chairman | to prepare proposals concerning the expiry in June 2009 of the term of office of the current Deputy Director-General [ETSI/GA50(07)11]. |
| A-GA50/7 | ETSI Board | to consider the issues raised in document [ETSI/GA50(07)35] bring back to the GA only if necessary. |