# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TRUEPOSITION, INC.,**<br><br>        **Plaintiff and**<br>        **Counterclaim-Defendant,**<br><br>    **v.**<br><br>**ANDREW CORPORATION,**<br><br>        **Defendant and**<br>        **Counterclaim Plaintiff.** | **Civil Action No. 05-00747-SLR** |

## APPENDIX OF EXHIBITS TO
## ANDREW CORPORATION'S POST-TRIAL REPLY BRIEF
## IN SUPPORT OF ITS REMAINING EQUITABLE DEFENSES

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Josy W. Ingersoll (No. 1088) [*jingersoll@ycst.com*]
Andrew A. Lundgren (No. 4429) [*alundgren@ycst.com*]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
302-571-6600

OF COUNSEL:
John M. Desmarais, P.C.
Gregory S. Arovas, P.C.
Avinash S. Lele
Todd M. Friedman
Jason Choy
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
Regan A. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: December 17, 2007

**TABLE OF CONTENTS OF**
**APPENDIX OF EXHIBITS TO**
**ANDREW CORPORATION'S POST-TRIAL REPLY BRIEF**
**IN SUPPORT OF ITS REMAINING EQUITABLE DEFENSES**

| Description | Page Range |
|---|---|
| Excerpts of Trial Transcripts | X 1-16 |
| Declaration of Dieter Kaiser, former Chairman of the ETSI Board | X 17-19 |
| Excerpts from PTX-15R | X 20-21 |

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on December 17, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James D. Heisman, Esquire
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> Email: jheisman@cblh.com

I further certify that on December 17, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following in the manner indicated:

### BY ELECTRONIC MAIL

> Paul B. Milcetic, Esq. [pmbilcet@woodcock.com]
> Daniel J. Goettle, Esq. [dgoettle@woodcock.com]
> Woodcock Washburn LLP
> Circa Centre, 12th Floor
> 2929 Arch Street
> Philadelphia, PA  19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> Andrew A. Lundgren (No. 4429)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
> alundgren@ycst.com
> *Attorneys for Defendant Andrew Corporation*