## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TruePosition, Inc., | ) | |
| | ) | |
| **Plaintiff/** | ) | |
| **Counterclaim-Defendant,** | ) | |
| | ) | **Civil Action No. 05-00747(SLR)** |
| **v.** | ) | |
| | ) | |
| Andrew Corporation, | ) | |
| | ) | |
| **Defendant/** | ) | |
| **Counterclaim-Plaintiff.** | ) | |
| | ) | |

### TRUPOSITION'S MOTION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1963 TO ALLOW THE REGISTRATION OF JUDGMENT IN ILLINOIS AND VIRGINIA

Plaintiff TruePosition, Inc. moves pursuant to 28 U.S.C. § 1963 for an Order that allows TruePosition to register the Judgment in the amount of $45,300,000.00 entered in this action on September 18, 2007, and any amendment thereto, in the Northern District of Illinois and the Western District of Virginia and in such other districts where TruePosition determines that the defendant Andrew Corporation has assets.

The grounds in support of this motion are set forth in the accompanying Memorandum of Law.

WHEREFORE, it is respectfully requested that the Court enter an Order pursuant to 28 U.S.C. § 1963 that allows TruePosition to register this Court's Judgment of September 18, 2007 and any amendment thereto, in the Northern District of Illinois, the Western District of Virginia and in such other districts where Andrew has assets.

Respectfully submitted,

DATED: December 18, 2007        By:    ___/s/ James D. Heisman_____
                                       CONNOLLY BOVE LODGE & HUTZ LLP
                                       James D. Heisman, Esq. (#2746)
                                       1007 N. Orange Street
                                       P.O. Box 2207
                                       Wilmington, DE 19899
                                       Telephone: (302) 658-9141
                                       Facsimile: (302) 658-5614
                                       jheisman@cblh.com

                                       WOODCOCK WASHBURN LLP
                                       Paul B. Milcetic, Esq. (pro hac vice)
                                       Dale M. Heist, Esq. (pro hac vice)
                                       Kathleen A. Milsark, Esq. (pro hac vice)
                                       Daniel J. Goettle, Esq. (pro hac vice)
                                       Amanda M. Kessel, Esq. (pro hac vice)
                                       Cira Centre, 12th Floor
                                       2929 Arch Street
                                       Philadelphia, PA 19104
                                       Telephone: (215) 568-3100
                                       Facsimile: (215) 568-3439

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

I, James D. Heisman, Esq., an attorney for Plaintiff, hereby state that the parties attempted to reach an agreement on the matters set forth in Plaintiff TRUEPOSITION'S MOTION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1963 TO ALLOW THE REGISTRATION OF JUDGMENT IN ILLINOIS AND VIRGINIA, but no agreement was reached as evidenced by the Brief in Support of the Motion and exhibits thereto.

Date:   December 18, 2007           /s/ James D. Heisman
                                    James D. Heisman (#2746)

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 18th day of December, 2007, I caused a true and correct copy of the foregoing **PLAINTIFF TRUEPOSITION'S MOTION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1963 TO ALLOW THE REGISTRATION OF JUDGMENT IN ILLINOIS AND VIRGINIA** to be served upon the following individuals in the manner indicated below:

***Via hand-delivery***
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

***Via e-mail***
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

***Via e-mail***
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

*/s/ James D. Heisman* .
James D. Heisman, Esq. (#2746)