# EXHIBIT B



**INTELLECTUAL PROPERTY LAW**
ATLANTA • PHILADELPHIA • SEATTLE

PHILADELPHIA OFFICE
CIRA CENTRE, 12TH FLOOR
2929 ARCH STREET
PHILADELPHIA, PA 19104-2891
215.568.3100
FAX: 215.568.3439

AMANDA M. KESSEL
215-564-8996
akessel@woodcock.com

November 9, 2007

*VIA EMAIL AND FIRST CLASS MAIL*

Michael A. Parks, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

       **Re:**    *TruePosition, Inc. v. Andrew Corp.* (D.Del. 05-747)

Dear Michael:

I write in response to your letter of November 7, 2007.

The discovery sought by TruePosition is warranted and timely. TruePosition's Notice of 30(b)(6) Deposition in Aid of Execution and Request for Production is expressly authorized by Fed. R. Civ. P. 69(a). Such post-judgment document requests and depositions are appropriate and routinely endorsed by courts. *See, e.g., Greater St. Louis Construction Laborers Welfare Fund v. Rock N Blast L.L.C.*, 2007 U.S. Dist. LEXIS 64340, *5-6 (E.D. Mo. Aug. 30, 2007) (compelling post-judgment deposition in aid of execution of judgment); *Nat'l Satellite Sports v. Elizondo*, 2003 U.S. Dist. LEXIS 5527, *2-3 (N.D. Tex. Apr. 3, 2003) (compelling post-judgment discovery). Such discovery also is not premature in light of the Court's entry of judgment in TruePosition's favor. *See Banco Central de Paraguay v. Paraguay Humanitarian Foundation*, 2006 U.S. Dist. LEXIS 87093, *25 (S.D.N.Y. Nov. 30, 2006) ("Absent the entry of a stay of judgment, a judgment creditor is entitled to seek discovery, even during the pendency of an appeal."). Finally, such a deposition is particularly warranted in light of CommScope's pending acquisition of Andrew in order for TruePosition to protect its interest in its judgment.

Without waiving its rights to proceed with its discovery, TruePosition is willing to postpone the deposition if Andrew agrees to post a bond sufficient to cover the judgment entered in this action, together with post-judgment interest and to provide assurances that the impending sale will not somehow effect the judgment. Please let me know no later than Thursday, November 15, 2007, whether Andrew will post such a bond. Otherwise, TruePosition will continue to take the steps necessary to protect its judgment.



Michael Parks, Esq.
November 9, 2007
Page 2

Sincerely,

Amanda M. Kessel

cc:    Andrew Lundgren, Esq. (via email only)
       Rachel Pernic Waldron, Esq. (via email only)
       James D. Heisman, Esq. (via email only)