# EXHIBIT C

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Michael A. Parks
To Call Writer Directly:
312-861-3211
mparks@kirkland.com

200 East Randolph Drive
Chicago, Illinois 60601

(312) 861 2000

www.kirkland.com

Facsimile:
(312) 861-2200

Dir. Fax: 312-660-9781

November 7, 2007

**Via Electronic Mail;
Confirmation Via U.S. Mail**

Amanda M. Kessel, Esq.
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891

Re:   *TruePosition v. Andrew*

Dear Amanda:

I write in response to your October 19, 2007 letter and the "Notice of 30(b)(6) Deposition in Aid of Execution and Request for Production" included with your letter.

TruePosition is not entitled to any additional discovery in this matter. Andrew produced its financial information relevant to TruePosition's claims during the discovery period in this case. Andrew even supplemented its production of financial information after discovery closed to accommodate TruePosition's repeated requests. Likewise, TruePosition took numerous depositions during the fact and expert discovery period, including Rule 30(b)(6) depositions related to financial issues and a deposition of Andrew's damages expert. TruePosition had ample opportunity to ask all its questions and seek whatever documents it wanted during the discovery period. We see no need to reopen that process now that the trial has ended.

Even if TruePosition had a basis for requesting further documents and a deposition, the deposition notice and document requests included with your October 19 letter would be premature. The Court has not yet ruled on Andrew's equitable defenses to TruePosition claims. The Court also has not yet ruled on Andrew's JMOLs. Indeed, the parties are still briefing Andrew's equitable claims and JMOLs. Until the Court rules on both Andrew's equitable claims and JMOLs, it is premature for TruePosition to take steps toward executing a judgment.

Andrew requests TruePosition confirm in writing that it withdraws the "Notice of 30(b)(6) Deposition in Aid of Execution and Request for Production" included with your

Hong Kong    London    Los Angeles    Munich    New York    San Francisco    Washington, D.C.

KIRKLAND & ELLIS LLP

Amanda M. Kessel, Esq,
November 7, 2007
Page 2


October 19 letter. If TruePosition will not agree to withdraw it, please let me know when you are available for a meet and confer on the matter.

  Andrew reserves all other objections to TruePosition's Notice of 30(b)(6) Deposition in Aid of Execution and Request for Production.


            Very truly yours,

            Michael A. Parks

MAP/amr

cc: Andrew Lundgren, Esq. (via email only)
   James D. Heisman, Esq. (via email only)