IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC., <br><br> Plaintiff and <br> Counterclaim-Defendant, <br><br> v. <br><br> ANDREW CORPORATION, <br><br> Defendant and Counterclaim-Plaintiff. | Civil Action No. 05-747-SLR |

**DEFENDANT ANDREW CORPORATION'S**
**REQUEST FOR ORAL ARGUMENT AND EVIDENTIARY HEARING**

WHEREAS, Defendant Andrew Corporation requested oral argument on Plaintiff TruePosition Inc.'s Motion for Permanent Injunction (D.I. 316) and Motion for Attorneys' Fees (D.I. 314) on December 5, 2007 (D.I. 347);

WHEREAS, the parties have completed briefing on Andrew's Motion for Judgment as a Matter of Law (D.I. 327, 345, 349) and Andrew's Remaining Equitable Defenses (D.I. 325, 340, 351) on December 14 and 17, 2007, respectively;

WHEREAS, the Court stated to the parties at the conclusion of the jury trial that "something along the lines of an evidentiary hearing" may be necessary to resolve TruePosition's request for injunctive relief, *see* Tr. 2157:07-11 (attached as Exhibit A);

NOW, THEREFORE, pursuant to Local Rule 7.1.4, Andrew respectfully requests oral argument on its Motion for Judgment as a Matter of Law (D.I. 318). Andrew also respectfully requests that the Court hold an evidentiary hearing on Andrew's Remaining Equitable Defenses and TruePosition's Motion for Permanent Injunction.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Andrew A. Lundgren*
_____
Josy W. Ingersoll (No. 1088)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
302-571-6600
*alundgren@ycst.com*

*Attorneys for Defendant Andrew Corporation*

OF COUNSEL:

John M. Desmarais, P.C.
Gregory S. Arovas, P.C.
Avinash S. Lele
Todd M. Friedman
Jason Choy
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
Regan A. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: December 19, 2007

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on December 19, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James D. Heisman, Esquire
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> Email: jheisman@cblh.com

I further certify that on December 19, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL**

> Paul B. Milcetic, Esq. [pmbilcet@woodcock.com]
> Daniel J. Goettle, Esq. [dgoettle@woodcock.com]
> Woodcock Washburn LLP
> Circa Centre, 12th Floor
> 2929 Arch Street
> Philadelphia, PA 19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Andrew A. Lundgren
> _____
> Andrew A. Lundgren (No. 4429)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> alundgren@ycst.com
> *Attorneys for Defendant Andrew Corporation*