# EXHIBIT A

1   within that ten-day period, we're good to go.
2           MR. MILCETIC:  Your Honor, will there be a
3   post-trial injunction hearing or not?
4           THE COURT:  Well, given -- I mean, I'm still
5   finding my way with this.
6           MR. MILCETIC:  Got it.
7           THE COURT:  But certainly my experience thus
8   far has been that there needs to be a whole lot more on the
9   record than there used to be, so I would suspect that if an
10  injunction is requested, that we're going to have to do
11  something along the lines of an evidentiary hearing.
12          MR. MILCETIC:  Fair enough.  Thank you.
13          THE COURT:  Thank you.
14          (Court recessed at 3:53 p.m.)
15                      - - -
16
17
18
19
20
21
22
23
24
25