IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRUEPOSITION, INC., | ) | |
|     Plaintiff and Counterclaim-Defendant, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 05-747-SLR |
| ANDREW CORPORATION, | ) ) | |
|     Defendant and Counterclaim-Plaintiff. | ) ) ) | |

### DEFENDANT'S MOTION TO CLARIFY THE DOCKET

Defendant Andrew Corporation hereby moves for the entry of an order clarifying Docket Item No. 308 to make clear that no executable judgment exists and that the jury's verdict remains subject to Andrew's pending equitable defenses. The grounds for this motion are set forth in Defendant's opening brief in support of this motion, filed contemporaneously herewith.

WHEREFORE, Defendant Andrew Corporation respectfully requests that the Court grant this motion and enter the attached order clarifying the docket.

                                            YOUNG CONAWAY STARGATT
                                            & TAYLOR, LLP

                                            /s/ Andrew A. Lundgren
                                            Josy W. Ingersoll (No. 1088)
                                            John W. Shaw (No. 3362)
                                            Andrew A. Lundgren (No. 4429)
                                            The Brandywine Building
                                            1000 West Street, 17th Floor
                                            P.O. Box 391
                                            Wilmington, Delaware 19899-0391
                                            302-571-6600
                                            *alundgren@ycst.com*

                                            *Attorneys for Defendant Andrew Corporation*

OF COUNSEL:

John M. Desmarais, P.C.
Gregory S. Arovas, P.C.
Avinash S. Lele
Todd M. Friedman
Jason Choy
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
Regan A. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: January 10, 2008

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on January 10, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James D. Heisman, Esquire
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> Email: jheisman@cblh.com

I further certify that on January 10, 2008, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL**

> Paul B. Milcetic, Esq. [pmbilcet@woodcock.com]
> Daniel J. Goettle, Esq. [dgoettle@woodcock.com]
> Woodcock Washburn LLP
> Circa Centre, 12th Floor
> 2929 Arch Street
> Philadelphia, PA 19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Andrew A. Lundgren
> Andrew A. Lundgren (No. 4429)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> alundgren@ycst.com
> *Attorneys for Defendant Andrew Corporation*