IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRUEPOSITION, INC., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-747-SLR |
| | ) | |
| ANDREW CORPORATION, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim-Plaintiff. | ) | |

**ORDER**

At Wilmington this ___ day of _____, 2008, having reviewed Andrew's Motion to Clarify the Docket;

IT IS ORDERED that:

1. Andrew's Motion to Clarify the Docket is granted.

2. The jury's verdict of September 14, 2007, shall remain subject to the Court's decision on Andrew's pending equitable defenses.

3. TruePosition shall not seek to execute any judgment in the captioned matter (D.I. 308) until the Court decides Andrew's pending equitable defenses.

_____
United States District Judge