IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRUEPOSITION, INC., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-747-SLR |
| | ) | |
| ANDREW CORPORATION, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim-Plaintiff. | ) | |

**APPENDIX OF EXHIBITS TO ANDREW CORPORATION'S ANSWERING BRIEF IN OPPOSITION TO TRUEPOSITION'S MOTION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1963 TO ALLOW THE REGISTRATION OF JUDGMENT IN ILLINOIS AND VIRGINIA AND ANDREW CORPORATION'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO CLARIFY THE DOCKET**

| | |
|---|---|
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | Josy W. Ingersoll (No. 1088) [*jingersoll@ycst.com*] |
| John M. Desmarais, P.C. | John W. Shaw (No. 3362) [*jshaw@ycst.com*] |
| Gregory S. Arovas, P.C. | Andrew A. Lundgren (No. 4429) [*alundgren@ycst.com*] |
| Avinash S. Lele | The Brandywine Building |
| Todd M. Freidman | 1000 West Street, 17th Floor |
| Jason Choy | Wilmington, Delaware 19899-0391 |
| KIRKLAND & ELLIS LLP | 302-571-6600 |
| 153 East 53rd Street | |
| New York, New York 10022 | |
| (212) 446-4800 | |

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
Regan A. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: January 10, 2008

**APPENDIX TO ANDREW CORPORATION'S ANSWERING BRIEF IN OPPOSITION TO TRUEPOSITION'S MOTION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1963 TO ALLOW THE REGISTRATION OF JUDGMENT IN ILLINOIS AND VIRGINIA AND ANDREW CORPORATION'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO CLARIFY THE DOCKET**

| Description | Pages |
|---|---|
| Andrew Corporation EX-2.1 Filed on 6/27/2007 | B1-74 |
| Email from James Heisman to Judge Robinson Dated 10/16/2007 | B75 |

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on January 10, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James D. Heisman, Esquire
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> Email: jheisman@cblh.com

I further certify that on January 10, 2008, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL**

> Paul B. Milcetic, Esq. [pmbilcet@woodcock.com]
> Daniel J. Goettle, Esq. [dgoettle@woodcock.com]
> Woodcock Washburn LLP
> Circa Centre, 12th Floor
> 2929 Arch Street
> Philadelphia, PA 19103

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Andrew A. Lundgren
> Andrew A. Lundgren (No. 4429)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> alundgren@ycst.com
> *Attorneys for Defendant Andrew Corporation*