IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRUEPOSITION, INC., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-747-SLR |
| | ) | |
| ANDREW CORPORATION, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim-Plaintiff. | ) | |

## ORDER

At Wilmington this ___ day of _____, 2008, having reviewed Defendant's Conditional Motion to Reopen the Record on Equitable Issues Being Tried to the Court, IT IS HEREBY ORDERED that:

1. Defendant's Conditional Motion to Reopen the Record on Equitable Issues Being Tried to the Court is granted.

2. The record for trial of Andrew's equitable defenses shall include the materials cited and discussed in the parties' briefing on Andrew's equitable defenses (Docket Items 325, 330, 340, 341, 351, 352, 353).

_____
United States District Judge