IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC., ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim-Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 05-747-SLR |
| ) | |
| ANDREW CORPORATION, ) | |
| ) | |
| Defendant and ) | |
| Counterclaim-Plaintiff. ) | |

**APPENDIX OF EXHIBITS TO
ANDREW CORPORATION'S ANSWERING BRIEF IN OPPOSITION
TO TRUEPOSITION'S MOTION TO STRIKE AND ANDREW CORPORATION'S
OPENING BRIEF IN SUPPORT OF ITS CONDITIONAL MOTION TO
<u>REOPEN THE RECORD ON EQUITABLE ISSUES BEING TRIED TO THE COURT</u>**

OF COUNSEL:
John M. Desmarais, P.C.
Gregory S. Arovas, P.C.
Avinash S. Lele
Todd M. Freidman
Jason Choy
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Michael A. Parks
Rachel Pernic Waldron
Shira J. Kapplin
Regan A. Smith
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: January 14, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Josy W. Ingersoll (No. 1088) [*jingersoll@ycst.com*]
John W. Shaw (No. 3362) [*jshaw@ycst.com*]
Andrew A. Lundgren (No. 4429) [*alundgren@ycst.com*]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
302-571-6600

i

**APPENDIX OF EXHIBITS TO**
**ANDREW CORPORATION'S ANSWERING BRIEF IN OPPOSITION**
**TO TRUEPOSITION'S MOTION TO STRIKE AND ANDREW CORPORATION'S**
**OPENING BRIEF IN SUPPORT OF ITS CONDITIONAL MOTION TO**
**<u>REOPEN THE RECORD ON EQUITABLE ISSUES BEING TRIED TO THE COURT</u>**

| DESCRIPTION | PAGE NUMBERS |
|---|---|
| Andrew 9/14/2007 Press Release | B 1-2 |
| Series of Emails Regarding Mr. Rosenbrock's Testimony | B 3-7 |
| Declaration of Oskar Magnusson in Support of Andrew's Opposition to TruePosition's Motion to Strike (with Exhibits) | B 10-37 |

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on January 14, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>James D. Heisman, Esquire
>Connolly, Bove, Lodge & Hutz
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899
>(302) 658-9141
>Email: jheisman@cblh.com

I further certify that on January 14, 2008, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following in the manner indicated:

### BY ELECTRONIC MAIL

>Paul B. Milcetic, Esq. [pmbilcet@woodcock.com]
>Daniel J. Goettle, Esq. [dgoettle@woodcock.com]
>Woodcock Washburn LLP
>Circa Centre, 12th Floor
>2929 Arch Street
>Philadelphia, PA 19103

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Andrew A. Lundgren*
>Andrew A. Lundgren (No. 4420)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>alundgren@ycst.com
>*Attorneys for Defendant Andrew Corporation*