# Andrew 9/14/2007 Press Release

Log In

Product Resource    ☑ Go

Andrew Institute | Contact Us | Careers | Events | Investors | Press Room | Software

☒

⌐

Search:

> Advanced Search

Industry Solutions Products Support About UsShop Andrew

Home > Press Room

Press Room

Press Releases Media Relations Contacts About Andrew

**Media Contact**
Rick Aspan, APR
Telephone: +1 (708) 236-6568

publicrelations@andrew.com

**Investor Contact**
Lisa Fortuna
Telephone: +1 (708) 236-6507

Lisa.Fortuna@andrew.com

# Andrew Will Seek to Overturn US Court Decision in Geolocation Patent Suit

☒ print this page    Printer Friendly Page

**WESTCHESTER, IL, September 14, 2007**—Andrew Corporation, a global leader in communications systems and products, will seek to set aside today's US District Court jury verdict in a patent infringement lawsuit and continue its focus on providing innovative mobile location systems that benefit the world's wireless operators and their customers.

Federal court jurors in Wilmington, Del., ruled in favor of TruePosition, Inc., finding that Andrew had willfully infringed a single TruePosition patent in providing a geolocation system to a customer in the Middle East. The jury's decision to award $45.3 million in damages, as well as the underlying issue of Andrew's liability, is subject to the outcome of various post trial motions and appeals that Andrew will vigorously pursue. Although TruePosition may seek to increase the damages awarded, up to trebling the amount, Andrew believes any damages awarded, including any increase, is inappropriate.

"We are extremely disappointed in the jury's ruling and strongly disagree with this outcome," said Terry Garner, group president, Andrew Network Solutions. "We will fight aggressively to overturn this verdict, either at the trial court level or on appeal, so that wireless operators all over the world are not restricted from choosing geolocation systems that work best for their networks. Andrew believes that this verdict ultimately will be reversed.

"Our number one focus has been, and continues to be, on the needs of our customers. We look forward to competing and winning where it matters most—in the global communications marketplace where wireless operators benefit from our industry leading geolocation offerings."

TruePosition filed its complaint on October 25, 2005 in the US District Court for the District of Delaware. At issue was a patent that TruePosition argued was infringed by an Andrew uplink time difference of arrival (U-TDOA) mobile location system that is being deployed under a multiyear contract with a Tier 1 operator in the Middle East. Andrew has since won two additional contracts with

**B 1**

this customer for an expanded deployment of this strategic project which, when completed, will cover a network of thousands of cell sites.

Andrew does not believe today's ruling will affect its Middle East customer or its installed mobile location system. In addition, the patent at issue relates only to certain implementations using U-TDOA technology. As a result, other Andrew Geometrix® customer installations, including E-911 systems and Mobile Location Center offerings, that use different geolocation technologies also are not impacted.

Geolocation systems installed in wireless networks are used to determine the position of mobile devices. With more than 30 customers around the world, Andrew's Geometrix location systems have been installed by more operators than any competing system. Geometrix precisely meets the location-based service performance, deployment, and cost requirements of operators worldwide.

*Geometrix is a registered trademark of Andrew Corporation.*

**Forward-Looking Statements**
Some of the statements in this news release are forward-looking statements and we caution our stockholders and others that these statements involve certain risks and uncertainties. Factors that may cause actual results to differ from expected results include fluctuations in commodity costs, the company's ability to integrate acquisitions and to realize the anticipated synergies and cost savings, the effects of competitive products and pricing, economic and political conditions that may impact customers' ability to fund purchases of our products and services, the company's ability to achieve the cost savings anticipated from cost reduction programs, fluctuations in foreign currency exchange rates, the timing of cash payments and receipts, end use demands for wireless communication services, the loss of one or more significant customers, and other business factors. Investors should also review other risks and uncertainties discussed in company documents filed with the Securities and Exchange Commission.

*Andrew Corporation (NASDAQ: ANDW) designs, manufactures, and delivers innovative and essential equipment and solutions for the global communications infrastructure market. The company serves operators and equipment manufacturers from facilities in 35 countries. Andrew (www.andrew.com), headquartered in Westchester, IL, is an S&P MidCap 400 company founded in 1937.*

Site Map | Policies | Copyrights & Trademarks | ©CommScope
    Comment on this site

**B 2**

# Series of Emails Regarding Mr. Rosenbrock's Testimony

| Shira Kapplin/Chicago/Kirkland-Ellis | To | pbmilcet@woodcock.com, akessel@woodcock.com |
| 08/28/2007 12:36 PM | cc | Michael Parks/Chicago/Kirkland-Ellis, Rachel Pernic Waldron/Chicago/Kirkland-Ellis, Avi Lele/New York/Kirkland-Ellis@K&E, Greg Arovas/New York/Kirkland-Ellis@K&E |
| | Subject | TruePosition v. Andrew |

Counsel:

If TruePosition would like to take the deposition of Mr. Rosenbrock, who appears on Andrew's Amended Witness List, please email me to schedule a date.

Regards,
Shira

**Shira J. Kapplin | KIRKLAND & ELLIS LLP**
            J.
200 E. Randolph Dr. - 54th Floor | Chicago, IL 60601
312.861.3170 PH | 312.861.2200 FAX
773.396.3426 CELL | 011.81.80.5193.4077 JP CELL

skapplin@kirkland.com | www.kirkland.com/skapplin

**B 3**

"Milcetic, Paul B. (Woodcock Washburn)" <pbmilcet@woodcock.com>



"Milcetic, Paul B. (Woodcock Washburn)" <pbmilcet@woodcock.com>

08/28/2007 07:00 PM

To "Shira Kapplin" <SKapplin@kirkland.com>, "Kessel, Amanda M. (Woodcock Washburn)" <akessel@woodcock.com>

cc "Michael Parks" <mparks@kirkland.com>, "Rachel Pernic Waldron" <rpernicwaldron@kirkland.com>, "Avi Lele" <alele@kirkland.com>, "Greg Arovas" <garovas@kirkland.com>

Subject RE: TruePosition v. Andrew

Shira:

Just a couple of questions.  Where and when is Mr. Rosenbrock available for deposition?

Also is he a client of Kirkland & Ellis? Is he an expert witness?  Would he be made available to testify during TruePosition's case in chief?

Regards,

Paul

-----Original Message-----
**From:** Shira Kapplin [mailto:SKapplin@kirkland.com]
**Sent:** Tuesday, August 28, 2007 1:37 PM
**To:** Milcetic, Paul B. (Woodcock Washburn); Kessel, Amanda M. (Woodcock Washburn)
**Cc:** Michael Parks; Rachel Pernic Waldron; Avi Lele; Greg Arovas
**Subject:** TruePosition v. Andrew

Counsel:

If TruePosition would like to take the deposition of Mr. Rosenbrock, who appears on Andrew's Amended Witness List, please email me to schedule a date.

Regards,
Shira

**Shira J. Kapplin | KIRKLAND & ELLIS LLP**
     J.
200 E. Randolph Dr. - 54th Floor | Chicago, IL 60601
312.861.3170 PH | 312.861.2200 FAX
773.396.3426 CELL | 011.81.80.5193.4077 JP CELL

skapplin@kirkland.com | www.kirkland.com/skapplin

**B 4**

***********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***********************************************************

**B 5**

Shira
Kapplin/Chicago/Kirkland-Elli
s

08/29/2007 02:35 PM

To  "Milcetic, Paul B. (Woodcock Washburn)"
&lt;pbmilcet@woodcock.com&gt;

cc  "Kessel, Amanda M. (Woodcock Washburn)"
&lt;akessel@woodcock.com&gt;, "Avi Lele"
&lt;alele@kirkland.com&gt;, "Greg Arovas"
&lt;garovas@kirkland.com&gt;, "Michael Parks"
&lt;mparks@kirkland.com&gt;, "Rachel Pernic Waldron"
&lt;rpernicwaldron@kirkland.com&gt;

Subject  RE: TruePosition v. Andrew 📄

Counsel:

Thanks for your email.  We will inquire as to Mr. Rosenbrock's availability, etc. and get back to you.

Shira

**Shira J. Kapplin | KIRKLAND & ELLIS LLP**
J.
200 E. Randolph Dr. - 54th Floor | Chicago, IL 60601
312.861.3170 PH | 312.861.2200 FAX
773.396.3426 CELL | 011.81.80.5193.4077 JP CELL

skapplin@kirkland.com | www.kirkland.com/skapplin

**B 6**

Shira Kapplin/Chicago/Kirkland-Ellis

08/31/2007 12:27 PM

To  pbmilcet@woodcock.com, akessel@woodcock.com

cc  Avi Lele/New York/Kirkland-Ellis@K&E

Subject  TruePosition v. Andrew

Counsel:

We have inquired into Mr. Rosenbrock's availability.  He is available for a deposition in Wilmington starting midweek the week of the 3rd, or possibly by telephone or video this Sunday the 2nd.  Please let us know what you prefer.

Regards,
Shira

**Shira J. Kapplin | Kirkland & Ellis LLP**
J.
200 E. Randolph Dr. - 54th Floor | Chicago, IL 60601
312.861.3170 PH | 312.861.2200 FAX
773.396.3426 CELL | 011.81.80.5193.4077 JP CELL

skapplin@kirkland.com | www.kirkland.com/skapplin

**B 7**

THIS PAGE INTENTIONALLY LEFT BLANK

THIS PAGE INTENTIONALLY LEFT BLANK

# Declaration of Oskar Magnusson In Support of Andrew's Opposition to TruePosition's Motion to Strike

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRUEPOSITION, INC.,

      Plaintiff and
      Counterclaim-Defendant,

    v.

ANDREW CORPORATION,

      Defendant and
      Counterclaim Plaintiff.

Civil Action No. 05-00747-SLR

**DECLARATION OF OSKAR MAGNUSSON IN SUPPORT OF ANDREW'S
OPPOSITION TO TRUEPOSITION'S MOTION TO STRIKE**

B 10

1.  I, Oskar Magnusson, make this declaration upon personal knowledge, and if called to testify, could and would testify as follows.

2.  I am currently the Business Director for Asia Pacific at Andrew Corporation and have worked on standardization issues since about January 2003.  During the course of my standards work, I have attended 3GPP and ETSI meetings and am familiar with their practices and documentation, including their websites and the documentation that is located on those websites.

3.  At its 27-28 November 2007 meeting, the ETSI General Assembly decided to issue the following reminder to all ETSI members:  "ETSI members are reminded of their obligations to declare IPR under the ETSI IPR Policy, including its existing provisions relating to options."  This decision is reported in a document titled "ETSI/GA50 decisions/actions," a true and correct copy of which was attached as Exhibit B of my December 17, 2007 declaration and is also attached to this declaration as Exhibit 1 for convenience.  This document is available online to all ETSI members at the ETSI website.

4.  Attached as Exhibit 2 is a true and correct copy of a document titled "GA#50 - List of Participants" for the 27-28 November 2007 General Assembly meeting.  This document is available online to all ETSI members at the ETSI website.  All participants were free to speak at the GA meeting to express any of their views.  No one objected to the reminder (see paragraph 3 above) that the GA decided to issue.

5.  On 18-19 December 2007, ETSI held a meeting of its Intellectual Property Rights Committee (IPRC) at ETSI headquarters in Sophia Antipolis, France.  I attended both days of the IPRC meeting, as did two representatives from TruePosition, Fred

**B 11**

Beckley and Matthew Ward. Also in attendance were representatives from a number of other companies (including, for example, Qualcomm, T-Mobile, Nokia, Motorola, Ericsson, Interdigital, Vodafone, and IBM), and the ETSI Secretariat (for example, the ETSI Legal Advisor).

6. Attached as Exhibit 3 is a true and correct copy of an "Attendees List" for the IPRC meeting. This document is available online to all ETSI members at the ETSI website.

7. A true and correct copy of a "Draft Agenda and Timetable" for the IPRC meeting is attached as Exhibit 4. This document is available online to all ETSI members at the ETSI website. Item 6 on the agenda is "Options within Standards and Technical Specification." That agenda item is directed to the reminder that the ETSI General Assembly issued to all ETSI members (see paragraph 3 above).

8. Agenda items were covered at the IPRC meeting in numerical order. When the Chairman of the IPRC got to item 6, he described the agenda item and the corresponding decision of the General Assembly to issue the reminder. He asked if there were any "comments, questions, objections" to that particular GA decision. No one in the room said anything, not even the representatives from TruePosition. The IPRC Chairman then declared agenda item 6 to be closed, and moved on to the next agenda item.

9. Exhibit A of my December 17, 2007 declaration is a copy of an October 19, 2007 letter that the Director-General of ETSI sent to Ms. Terri Brooks of TruePosition, Inc., c/o Rob Anderson. ETSI sent me a courtesy copy of the letter the following week. Attached as Exhibit 5 are true and correct copies of the October 19, 2007 letter to

**B 12**

TruePosition, and an October 23, 2007 cover letter addressed to me enclosing the courtesy copy of the October 19 letter.

10. Earlier today, I contacted ETSI and learned that TruePosition has never responded to the October 19, 2007 letter it received from the ETSI Director-General to object to anything in the letter, ask questions about the letter, comment on the letter, seek clarification of any aspect of the letter, or for any other purpose. In short, there has been no communication from TruePosition back to ETSI regarding the Director-General's October 19 letter.

11. Based on my experience as a standards representative and attending standards meetings in 3GPP and ETSI, it is the regular practice of ETSI to document the decisions and actions taken in its meetings, and to make the documentation available to ETSI members online in the regular course of business. An ETSI official (e.g., the Secretary of the relevant committee) prepares and records such documentation, and does so at or near the time of the meeting.

**I declare under penalty of perjury that to the best of my knowledge, the foregoing is true and correct.**

Oskar Magnusson

Jan. 14, 2008
Date

4

B 13

# Exhibit 1



***ETSI/GA50 decisions/actions***
Julian Pritchard
5 December 2007
page 1 of 1

<div align="center">

| **ETSI 50th General Assembly meeting**<br>**Nice, 27-28 November 2007** |
| :---: |

</div>

**Source:**      **GA Secretary**

**Title:**        **Draft decisions and actions from GA#50**

# 1    Draft decisions from GA#50

| | |
|---|---|
| **D-GA50/1** | The GA approved a reduced first unit of contribution for Universities and Public Research Bodies set to 2000 EUR under the 2007 budget [**D-GA49/12 {SCM}**] [CL_07_2535] (Decision taken by Correspondence). |
| **D-GA50/2** | The GA approved an update to the scope of the 3GPP Agreement to allow 3GPP to contribute to the ITU's IMT-A work and authorized the Director-General to sign the revised agreement on behalf of ETSI [CL_07_2559] (Decision taken by Correspondence). |
| **D-GA50/3** | The GA unanimously approved the minutes of the 49th General Assembly [ETSI/GA49(07)42 rev.1]. |
| **D-GA50/4 {SCM}** | The GA unanimously approved a change to Article 10.3 of the ETSI Rules of Procedure concerning the date for declaration of membership fees [ETSI/GA50(07)SCM02]. |
| **D-GA50/5 {SCM}** | The GA unanimously approved changes to Annex 2 clauses 10 and 11 of the ETSI Rules of Procedure concerning the alignment of inconsistencies with the rest of the Annex [ETSI/GA50(07)SCM04 rev.1]. |
| **D-GA50/6 {SCM}** | The GA unanimously approved changes to Annex 1 and Annex 2 of the ETSI Rules of Procedure to allow Micro-Enterprises to pay a reduced first unit of contribution [ETSI/GA50(07)SCM03]. |
| **D-GA50/7** | The GA unanimously approved all applications for new membership and all modifications to the existing membership [ETSI/GA50(07)20 rev.2]. |
| **D-GA50/8** | The GA unanimously approved the allocation of a weighting of 7 to the National Delegation of Serbia and a consequential amendment to Annex 3 of the ETSI Rules of Procedure [ETSI/GA50(07)29]. |
| **D-GA50/9** | The GA unanimously approved the allocation of a weighting of 4 to the National Delegation of Georgia and a consequential amendment to Annex 3 of the ETSI Rules of Procedure [ETSI/GA50(07)30]. |
| **D-GA50/10** | The GA unanimously endorsed the Board decision related to the transfer of work from TISPAN to 3GPP that ETSI members who have participated in TISPAN meetings during 2007 are entitled to participate in 3GPP as ETSI members at no extra cost during the remaining part of 2007 - as an exception - in order to ensure a smooth transition, in particular for SMEs [ETSI/GA50(07)24 slide 3]. |
| **D-GA50/11** | The GA unanimously appointed:<br>• Mr. Didier Chauveau, Ministère de l'économie, des finances et de l'emploi (FR)<br>• Mr. Anders Gunnarsson, Telia SONERA AB (SE)<br>• Mr. Juergen A. Hammerschick, VODAFONE D2 GmbH (DE)<br>• Mr. Josef Schmid, Informatik Strategieorgan Bund (CH)<br>• Mr Jari Vainikka, Nokia Corporation (FI)<br>as members of the Finance Committee for two years from November 2007 until November 2009 [ETSI/GA50(07)08] – except for Mr. Gunnarsson who will stand down on 1 September 2008. |
| **D-GA50/12** | The GA unanimously approved the ETSI Strategy 2008 [ETSI/GA50(07)22]. |

| D-GA50/13 | The GA unanimously endorsed the ETSI Secretariat Business Plan 2008 [ETSI/GA50(07)33 rev.1]. |
|---|---|
| D-GA50/14 | The GA approved anticipation in 2007 of the STF funding earmarked for 2008 (180k EUR) [ETSI/GA50(07)07]. |
| D-GA50/15 | The GA approved a 2008 budget of 24,5 MEUR [ETSI/GA50(07)07] with:<br>• the first Unit of Contribution set to 6 000 EUR (unchanged),<br>• subsequent units set to 3 380 EUR (unchanged),<br>• the Observer fee maintained at 4 000 EUR (unchanged),<br>• the first Unit of Contribution for not-for-profit User Associations maintained at 2 000 EUR (unchanged),<br>• the first Unit of Contribution for Universities & Public Research Bodies maintained at 2 000 EUR (unchanged),<br>• the first unit of contribution for Micro-Enterprises set to 3 000 EUR (new),<br>• 3GPP minimum entry point of 3 Units of Contribution (reduced to 2 units for SMEs, Micro Enterprises, Users, Universities and Public Research Bodies). These minimum contribution levels need not apply where administrations or companies with more than one membership make an overall contribution that exceeds 20k€ multiplied by the number of 3GPP memberships held by the administrations or company (modified). |
| D-GA50/16 | ETSI members are reminded of their obligations to declare IPR under the ETSI IPR Policy, including its existing provisions relating to options. |
| D-GA50/17 | The GA approved a Memorandum of Understanding with the Organization for the Advancement of Structured Information Standards (OASIS) [ETSI/GA50(07)13]. |
| D-GA50/18 | The GA approved a Memorandum of Understanding with the European Research Consortium for Informatics and Mathematics (ERCIM) [ETSI/GA50(07)14]. |
| D-GA50/19 | The GA approved a Co-operation Agreement with the IPsphere Forum [ETSI/GA50(07)15]. |
| D-GA50/20 | The GA approved the renewal of the Co-operation Agreement between ETSI and the Telecommunications Industry Association of the USA (TIA) [ETSI/GA50(07)16 rev.1]. |
| D-GA50/21 | The GA approved the renewal of the Co-operation Agreement between ETSI and the DSL Forum [ETSI/GA50(07)17]. |
| D-GA50/22 | The GA approved a Memorandum of Understanding with the China Electronics Standardization Institute (CESI) [ETSI/GA50(07)19]. |
| D-GA50/23 | The GA endorsed a letter to CEN/CENELEC concerning the Future landscape of European standardization [ETSI/GA50(07)28 rev.1]. |

## 2    Draft actions from GA#50

| A-GA50/1 | ETSI Board | to consider if ETSI should deal with apparent inconsistencies in members' ECRT declarations and if so how. Consideration should take into account the discussion under agenda item 3 of the GA meeting. The Board should consult with the Finance Committee as necessary. |
|---|---|---|
| A-GA50/2 | GA Chairman & Director-General | in consultation with the Board, to further develop the Long Term Vision group proposal [ETSI/GA50(07)09] & [ETSI/GA50(07)10] and to bring a revised proposal to GA#51. |

**B 16**

## *ETSI/GA50 decisions/actions*
page 3 of 3

| A-GA50/3 | Finance Committee | to review the budget presentation proposals suggested in [ETSI/GA50(07)31] and to report back to GA#51. Where necessary, this should include consultation with the authors of the proposal to clarify their intentions, and consultation with the Board and ETSI Secretariat, where necessary. |
|---|---|---|
| A-GA50/4 | ETSI Board | to examine the issues of "rubber-stamping", "normative referencing" and PAS procedure in the context of ETSI re-use of standards from external organizations, and to report back to the GA. |
| A-GA50/5 | IPR Special Committee | to examine Section 5.1a), b) (1) & c) of [ETSI/GA50(07)18] and Section 5a of [ETSI/GA50(07)36] in the context of IPR issues which may arise, and to report back to the GA. |
| A-GA50/6 | GA Chairman | to prepare proposals concerning the expiry in June 2009 of the term of office of the current Deputy Director-General [ETSI/GA50(07)11]. |
| A-GA50/7 | ETSI Board | to consider the issues raised in document [ETSI/GA50(07)35] bring back to the GA only if necessary. |

**B 17**

# Exhibit 2



**ETSI/GA50(07)03**
CB
Submission date: 28 November 2007
page 1 of 1

| ETSI 50th General Assembly meeting<br>Nice, 27-28 November 2007 |
|---|

**Source:**    GA Secretary

**Title:**    GA#50 - List of Participants

**Agenda item:**  -

**Document for:**

| Decision |   |
|---|---|
| Discussion |   |
| Information | **X** |

| Late submission |   |
|---|---|

**B 19**

## Participants List

### ETSI General Assembly #50
### Nice, 27-28 November 2007

| Name | Organisation | Cty | Phone/e-mail |
|------|-------------|-----|--------------|
| Miss Chelo Abarca | Research in Motion UK Limited<br>Manufacturers | GB | +44 7 785 303 962<br>cabarca@rim.com |
| Mr. Massimo Actis Dato | Uninfo<br>Service Providers and Others | IT | +39 0 115 176 011<br>massimo.actisdato@fastwebnet.it |
| Mr. Jasminko Aksamija | BH Telecom<br>Network Operators | BA | +387 33 224 602<br>jasminko.aksamija@bhtelecom.ba |
| Ms. Ban Al -Bakri | Motorola Ltd<br>Manufacturers | FR | 33603602888<br>ban.al-bakri@motorola.com |
| Mr. Jari Alvinen<br>Guest | Nokia Corporation<br>Manufacturers | FI | +358 505 642 627<br>jari.alvinen@nokia.com |
| Mr. Niels Peter Skov Andersen | Qualcomm Europe S.A.R.L.<br>Manufacturers | DK | +45 40 18 47 93<br>npa@qualcomm.com |
| Mr. Costas Andropoulos | European Commission<br>Counsellors | BE | +32 2 299 1111<br>costas.andropoulos@ec.europa.eu |
| Mr. Nikolaos Apostolakis | OTE SA<br>Network Operators | GR | +30 210 611 1018<br>napostolakis@ote.gr |
| Mr. Javier Arregui Alvarez | European Commission<br>Counsellors | BE | +32 2 296 70 16<br>javier.arregui-alvarez@ec.europa.eu |
| Mr. Freddy Baert<br>Head of National Delegation | BIPT<br>Administrations | BE | +32 2 226 88 99<br>freddy.baert@bipt.be |
| Ms. Miloslava Baginova | Ministry of Posts & Tel.<br>Administrations | SK | +421 2 594 94327<br>miloslava.baginova@telecom.gov.sk |
| Mr. Miklos Balas | NCAH<br>Administrations | HU | +36 1 4577 467<br>balas.miklos@nhh.hu |
| Mr. Gilles Barberi | INTEL Corporation SAS<br>Manufacturers | FR | +33 4 93 00 14 11<br>gilles.barberi@intel.com |
| Dr. Rudi Bekkers | Dialogic NL<br>Guests | NL | +31 30 215 05 94<br>bekkers@dialogic.nl |
| Mr. Malcolm Bermange | Microsoft Ltd<br>Manufacturers | GB | +44 1 923 857 606<br>malcolm@bermange.org |
| Mr. Georges Berthet | Texas Instruments<br>Manufacturers | FR | +33 4 93 22 21 93<br>gberthet@ti.com |
| Mr. Jean-Pierre Bienaimé<br>Guest | UMTS Forum<br>Partner Organisation | FX | +33 1 55 22 11 37<br>jeanpierre.bienaime@orange-ftgroup.com |
| Mr. Eckart Bierdümpel<br>Guest | ERCIM<br>Fora | FR | +33 4 92 38 50 10<br>eckart.bierduempelercim.org |

## Participants List

## ETSI General Assembly #50
## Nice, 27-28 November 2007

| Name | Organisation | Cty | Phone/e-mail |
|---|---|---|---|
| Mr. Craig Bishop | SAMSUNG Electronics<br>Manufacturers | GB | +44 17844 28604<br>Craig.Bishop@samsung.com |
| Mr. Armin Blum | OFCOM<br>Administrations | CH | +41 32 327 55 79<br>armin.blum@bakom.admin.ch |
| Mr. Knut Bryn<br>  Head of National Delegation | Norwegian P & T Authority<br>National Standards Organizations | NO | +47 22 82 48 51<br>kbr@npt.no |
| Mr. Martin Buechter | T-Mobile International AG<br>Network Operators | DE | +49 22 893 618 497<br>martin.buechter@t-mobile.de |
| Mr. Jerome Chailloux<br>  Guest | ERCIM<br>Fora | FR | +33 4 92 38 50 10<br>jerome.chailloux@ercim.org |
| Mr. Didier Chauveau | MINEFI-France<br>Administrations | FR | +33 1 45 18 77 04<br>chauveau@anfr.fr |
| Ms. Sookyung Chin<br>  Guest | TTA<br>Other Important Institutions | KR | +82 31 724 0064<br>chinsk@tta.or.kr |
| Mr. Paul Coebergh van den Braak | Philips International B.V.<br>Manufacturers | NL | +31 40 27 35637<br>paul.coebergh.van.den.braak@philips.com |
| Mr. Nicola Colecchia<br>  GA Vice Chairman | ANUIT<br>Users | IT | +39 06 59 42 724<br>n.colecchia@anuit.it |
| Dr. Ian Cowan<br>  Head of National Delegation | NSAI<br>National Standards Organizations | IE | +353 1 807 38 76<br>ian.cowan@nsai.ie |
| Mr. Alan Cox | Vodafone Group Plc<br>Network Operators | GB | +44 7 785 200 147<br>Alan.Cox@vodafone.com |
| Mr. Marc Cumps | Agoria ICT<br>Manufacturers | BE | +32 2 706 8004<br>marc.cumps@agoria.be |
| Mr. Francisco Da Silva<br>  Board Chairman | Portugal Telecom SGPS SA<br>Network Operators | PT | +351 21 500 1465<br>francisco-a-silva@telecom.pt |
| Mr. Firmin Danneels | NBN<br>National Standards Organizations | BE | +32 2 738 0116<br>firmin.danneels@ibn.be |
| Mr. Daniel Dardailler<br>  Guest | W3C | FR | +33 492 38 79 83<br>danield@w3.org |
| Mr. Emmanuel Darmois | Alcatel-Lucent<br>Manufacturers | FR | +33 1 40 76 16 37<br>Emmanuel.Darmois@alcatel-lucent.fr |
| Mr. Pierre de Courcel | ETSI Secretariat<br>ETSI | FR | +33 4 92 94 42 08<br>pierre.decourcel@etsi.org |
| Mr. Javier de la Rosa | UNESA<br>Users | ES | +34 915 674 837<br>jdelarosa@unesa.es |

**B 21**

## Participants List

## ETSI General Assembly #50
## Nice, 27-28 November 2007

| Name | Organisation | Cty | Phone/e-mail |
|------|-------------|-----|--------------|
| Mr. Ton De Liefde | Ministry of Economic Affairs<br>Administrations | NL | +31 703 966 999<br>ton@tdlbv.nl |
| Dr. Renaud Di Francesco | Sony UK Limited<br>Manufacturers | GB | +44 7 795 490 384<br>renaud.difrancesco@eu.sony.com |
| Dr. Keith Dickerson | BT Group Plc<br>Network Operators | GB | +44 1 473 643 235<br>keith.dickerson@bt.com |
| Mr. Gert J. Dirkse | NEC<br>National Standards Organizations | NL | +31 15 269 0201<br>gert.dirkse@nen.nl |
| Mr. Bernard Dugerdil | Freescale Semiconductor SA<br>Manufacturers | CH | +41 79 43 86179<br>b.dugerdil@freescale.com |
| Dr. Klaus-Dieter Ehrhardt | DFS Deutsche Flugsicherung<br>Service Providers and Others | DE | +49 6103 7074 215<br>klaus-dieter.ehrhardt@dfs.de |
| Mr. Oscar Espallargas Lacueva | AER<br>Users | ES | +34 932 641 105<br>oespallargas@aerac.org |
| Ms. Benedicte Federspiel | ANEC<br>Users | BE | +32 2 743 2470<br>anec@anec.eu |
| Dr. Ermanno Fionda | Fondazione UGO BORDONI<br>Research Body | IT | +39 6 5480 2118<br>ermanno@fub.it |
| Mr. Christophe Fondin | Andrew Corporation<br>Associate Manufacturers | US | +1 7037 265 900 |
| Ms. Marie-Claire Forgue<br>Guest | W3C | FR | +33 4.92.38.75.94<br>mcf@w3.org |
| Mr. Cyril Francisci<br>Head of National Delegation | Ministry of Posts & Tel.<br>Administrations | SK | +421 48 4324 112<br>cyril.francisci@vus.sk |
| Dr. Jochen Friedrich | IBM Europe<br>Manufacturers | DE | +49 621 469 285<br>jochen@de.ibm.com |
| Mr. Jørgen Friis<br>Deputy Director-General | ETSI Secretariat<br>ETSI | FR | +33 4 92 94 42 11<br>jorgen.friis@etsi.org |
| Ms. Paloma García López | AENOR<br>National Standards Organizations | ES | +34 91 432 60 70<br>mlopez@aenor.es |
| Mr. Claudio Gentile<br>Board Vice Chairman | Telecom Italia S.p.A.<br>Network Operators | IT | +39 0 112 288 753<br>claudio.gentile@telecomitalia.it |
| Ing. Michele Guglielmucci<br>Head of National Delegation | Ministero delle Comunicazioni<br>Administrations | IT | +39 06 5444 2171<br>michele.guglielmucci@comunicazioni.it |
| Mr. Anders Gunnarsson | TeliaSonera AB<br>Network Operators | SE | +46 8 504 625 37<br>anders.j.gunnarsson@teliasonera.com |

## Participants List

## ETSI General Assembly #50
## Nice, 27-28 November 2007

| Name | Organisation | Cty | Phone/e-mail |
|---|---|---|---|
| Mr. Juergen Hammerschick | Vodafone D2 GmbH<br>Network Operators | DE | +49 2 118 202 373<br>juergen.hammerschick@vodafone.com |
| Dr. Rolf Bjorn S. Haugen | TELENOR ASA<br>Network Operators | NO | +47 900 511 01<br>rolf-bjorn.haugen@telenor.com |
| Mr. Jean-Pierre Henninot<br>    Head of National Delegation | MINEFI-France<br>Administrations | FR | +33 1 53 44 92 58<br>jean-pierre.henninot@industrie.gouv.fr |
| Mr. Simon Hicks | BERR<br>Administrations | GB | +442 072 151 028<br>Simon.Hicks@berr.gsi.gov.uk |
| Mr. Takeshi Higuchi | DoCoMo Communications Lab.<br>Research Body | DE | +49 89 568 24230<br>higuchi@docomolab-euro.com |
| Mr. Friedhelm Hillebrand<br>    New Applicant Representative | Hillebrand & Partners<br>Consultancy for Company/Partnership | DE | +49 228 474 770<br>fred@hillebrand-partners.com |
| Mr. Janez Hocevar | SIST<br>National Standards Organizations | SI | +386 1 478 3001<br>janez@sist.si |
| Mr. Jean-Paul Hoffmann<br>    Head of National Delegation | SEE<br>Other Government Body | LU | +352 46 97 46 20<br>jean-paul.hoffmann@eg.etat.lu |
| Ms. Karine Iffour | NORMAPME<br>Users | BE | +32 2 282 0534<br>k.iffour@normapme.com |
| Mrs. Iordanka Iontcheva<br>    Head of National Delegation | CRC<br>National Standards Organizations | BG | +359 2 949 27 46<br>iiontcheva@crc.bg |
| Dr. Milan Jankovic<br>    New Applicant Representative | RATEL<br>Administrations | RS | +381 11 3229 970<br>milan.jankovic@ratel.org.yu |
| Mr. Keith Jeffrey<br>    Guest | ERCIM<br>Fora | GB | keith.jeffery@ercim.org |
| Ms. Elma Kadrispahic | BH Telecom<br>Network Operators | BA | + 387 33 207 102<br>elma.kadrispahic@bhtelecom.ba |
| Mr. Joseph Karis<br>    Head of National Delegation | CYS<br>National Standards Organizations | CY | +357 22 411 420<br>j.karis@cys.org.cy |
| Mr. Rimgaudas Kazlauskas<br>    Head of National Delegation | Lithuanian Standards Board<br>National Standards Organizations | LT | + 370 5 279 11 32<br>rimgaudas.kazlauskas@lsd.lt |
| Mr. John Ketchell | CEN<br>Observers | BE | +32 2 550 08 46<br>John.Ketchell@cen.eu |
| Mr. Jan Klátil | Czech Telecommunication Office<br>Administrations | CZ | +420 224 004 714<br>klatilj@ctu.cz |
| Mr. Mark Klerer | Flarion Technologies<br>Associate Manufacturers | US | +1 9 084 438 092<br>mklerer@qualcomm.com |

**B 23**

## Participants List

## ETSI General Assembly #50
## Nice, 27-28 November 2007

| Name | Organisation | Cty | Phone/e-mail |
|---|---|---|---|
| Mr. Dimitris Kolokotronis | Powerwave Technologies<br>Manufacturers | GB | +30 6944 600 472<br>dk@fasmetrics.gr |
| Mr. Joachim Koss | Siemens AG<br>Manufacturers | DE | +49 30 386 25596<br>Joachim.Koss@siemens.com |
| Mrs. Tatiana Kovacikova<br>New Applicant Representative | University of Zilina<br>Research Body | SK | +42 1415 134 335<br>tatiana.kovacikova@kis.fri.uniza.sk |
| Mr. Algirdas Krupovnickas | Lithuanian Standards Board<br>National Standards Organizations | LT | +370 5 270 9345<br>algirdas.krupovnickas@lsd.lt |
| Mr. Kari Lang | NOKIA Corporation<br>Manufacturers | FI | +358 50 1846<br>kari.j.lang@nokia.com |
| Ing. Kiritkumar P. Lathia | Nokia Siemens Networks S.p.A<br>Manufacturers | IT | + 39 02 2437 7000<br>kiritkumar.lathia@nsn.com |
| Mr. Herman Leenders | NXP Semiconductors<br>Manufacturers | NL | +31 6 515 30 815<br>herman.leenders@nxp.com |
| Mr. Walter Legrand | EADS Secure Networks<br>Manufacturers | FR | +33 1 61388493<br>walter.legrand@eads.com |
| Mr. Jan Karel Lenstra<br>Guest | ERCIM<br>Fora | NL | +33 4 92 38 50 10<br>Jan.Karel.Lenstra@cwi.nl |
| Mr. Timo Leppinen<br>Head of National Delegation | FICORA<br>National Standards Organizations | FI | +358 9 6966 865<br>timo.leppinen@ficora.fi |
| Mrs. Anne Lise Lillebo | TELENOR ASA<br>Network Operators | NO | +47 90 037 879<br>anne-lise.lillebo@telenor.com |
| Ms Jenni Lukander | NOKIA Corporation<br>Manufacturers | FI | +358 504877328<br>jenni.k.lukander@nokia.com |
| Mr. Ian Lund | BAPCO Ltd<br>Users | GB | +44 1 347 848 962<br>ianatisl@aol.com |
| Mr. Oskar Magnusson | Andrew Corporation<br>Associate Manufacturers | US | +1 7 039 553 702<br>oskar.magnusson@andrew.com |
| Mr. Drago Majcen | MOBITEL d.d.<br>Network Operators | SI | +386 1 472 8617<br>drago.majcen@mobitel.si |
| Ms. Catherine Marchand<br>Guest | ERCIM<br>Fora | FR | +33 4 92 38 50 10<br>catherine.marchand@ercim.org |
| Mr. Antonin Mareska<br>Head of National Delegation | TESTCOM<br>Research Body | CZ | +420 2 7119 2364<br>mareska@testcom.cz |
| Mr. Bernard Marti | France Telecom<br>Network Operators | FR | +33 2 99 00 56 41<br>bernard-marti@wanadoo.fr |

**B 24**

## Participants List

## ETSI General Assembly #50
## Nice, 27-28 November 2007

| Name | Organisation | Cty | Phone/e-mail |
|---|---|---|---|
| Mr. Walter C. Marxt<br>    Head of National Delegation | Fed. Ministry for Transport<br>Administrations | AT | +43 1 797 31 4200<br>walter.marxt@bmvit.gv.at |
| Mr. Hans Meierhofer | BMWi<br>Administrations | DE | +49 228 14 3000<br>hans.meierhofer@bnetza.de |
| Mr. Karsten Meinhold | Nokia Siemens Networks<br>Manufacturers | DE | +49 89 722 474 73<br>karsten.meinhold@nsn.com |
| Ms. Elina Miettinen | FICORA<br>National Standards Organizations | FI | +358 9 696 6881<br>elina.miettinen@ficora.fi |
| Mr. Mohamed Mokdad<br>    Head of National Delegation | SWISSCOM<br>Network Operators | CH | +41 31 342 95 71<br>mohamed.mokdad@swisscom.com |
| Mr. Dominik Mueller | Asut<br>Other | CH | +41 31 560 66 66<br>info@asut.ch |
| Dr. Waltraud Muellner | Telekom Austria TA AG<br>Network Operators | AT | +43 59 059 143 805<br>Waltraud.Muellner@telekom.at |
| Dr. Zygmunt Niechoda | PKN<br>National Standards Organizations | PL | +48 22 55 67 591<br>intdoc@pkn.pl |
| Ms. Julia Nyerges<br>    Head of National Delegation | Ministry of Economy<br>Administrations | HU | +36 1 472 8774<br>nyerges.julia@gkm.gov.hu |
| Mr. Massimo Perino | Vodafone Omnitel N.V<br>Network Operators | IT | 390 125 624 545<br>massimo.perino@vodafone.com |
| Mr. Helmer Petersen<br>    Head of National Delegation | NITA<br>National Standards Organizations | DK | +45 35 450 259<br>hbp@itst.dk |
| Mr. John Phillips<br>    GA Chairman | Nortel Networks (Europe)<br>Manufacturers | GB | +44 1279 40 2139<br>jap@nortel.com |
| Mr. Julian Pritchard<br>    GA Secretary | ETSI Secretariat<br>ETSI | FR | +33 4 92 94 42 55<br>julian.pritchard@etsi.org |
| Dr. Sivasubramaniam Ramanan | NEC EUROPE LTD<br>Manufacturers | GB | +44 20 8752 3866<br>s.ramanan@ttd.neceur.com |
| Mr. Roy Reed | Sun Microsystems Ltd<br>Manufacturers | GB | 447 747 761 576<br>roy.reed@sun.com |
| Mr. Michel Renaldo | SAGEM Communication<br>Manufacturers | FR | +33 1 53 23 27 55<br>michel.renaldo@sagem.com |
| Mr. Karl Heinz Rosenbrock<br>    Honorary Director | Retired friends of ETSI | FR | +33 4 93 64 07 40<br>karl.heinz@rosenbrock.de |
| Mr. Stephen Russell | ANEC<br>Users | BE | +32 2 743 24 70<br>stephen.russell@anec.eu |

**B 25**

## Participants List

## ETSI General Assembly #50
## Nice, 27-28 November 2007

| Name | Organisation | Cty | Phone/e-mail |
|------|-------------|-----|--------------|
| Mr. Akif Sabic<br>Head of National Delegation | BH Telecom<br>Network Operators | BA | +387 33 207 102<br>akif.sabic@bhtelecom.ba |
| Mr. Jean-Marc Salles | TDC Tele Danmark A/S<br>Network Operators | DK | +45 66 65 20 13<br>jms@tdc.dk |
| Mr. Miloslav Sandera | Czech Telecommunication Office<br>Administrations | CZ | +420 224 004 764<br>sanderam@ctu.cz |
| Mr. Ulrich Sandl<br>Head of National Delegation | BMWi<br>Administrations | DE | +49 30 18 615 6080<br>ulrich.sandl@bmwi.bund.de |
| Mr. Bernd Schwarzzenberger | DKE<br>National Standards Organizations | DE | +49 69 63 08 298<br>bernd.schwarzzenberger@vde.com |
| Mr. Tomasz Schweitzer | PKN<br>National Standards Organizations | PL | +48 22 55 67 484<br>tomasz.schweitzer@pkn.pl |
| Mr. Christian Sckerl | Deutsche Telekom AG<br>Network Operators | DE | +49 30 8353-58460<br>christian.sckerl@telekom.de |
| Mr. Adrian Scrase | ETSI Secretariat<br>ETSI | FR | +33 4 92 94 42 54<br>adrian.scrase@etsi.org |
| Mr. Paulo Serra | ICP-ANACOM<br>Administrations | PT | +351 21721 2355<br>paulo.serra@anacom.pt |
| Ms. Marta Serrano Clamagirand<br>Head of National Delegation | Ministerio de Industria<br>Administrations | ES | +34 91 346 28 05<br>mserranoc@mityc.es |
| Dr. Michael Sharpe | ETSI Secretariat<br>ETSI | FR | +33 4 92 94 43 02<br>michael.sharpe@etsi.org |
| Mr. Alois Sieber | European Commission<br>Counsellors | IT | +39 0 332 789 089<br>alois.sieber@ec.europa.eu |
| Mr. Arne Solvberg<br>Guest | ERCIM<br>Fora | NO | asolvber@idi.ntnu.no |
| Mr. Fernando Soriano | TELEFONICA S.A.<br>Network Operators | ES | fernando.sorianovallejo@telefonica.es |
| Mr. Kjell Strandberg | ITS<br>National Standards Organizations | SE | +33 4 92 94 42 20<br>kjell.strandberg@ksbtele.com |
| Ing. Arnau Sumpsi-Colom | AER<br>Users | ES | +34-93-2634484<br>arnau@aerac.org |
| Mr. Jonas Sundborg | Telefon AB LM Ericsson<br>Manufacturers | SE | +46 8 404 8035<br>jonas.sundborg@ericsson.com |
| Mr. Bokinakere Sundresh | Research in Motion UK Limited<br>Manufacturers | GB | +44 1 753 667 000<br>bsundresh@rim.com |

**B 26**

## Participants List

## ETSI General Assembly #50
## Nice, 27-28 November 2007

| Name | Organisation | Cty | Phone/e-mail |
|------|-------------|-----|--------------|
| Mr. Bogdan Topic<br>   Head of National Delegation | SIST<br>National Standards Organizations | SI | +38 614 783 060<br>bogdan.topic@sist.si |
| Mr. Bjorn Troili<br>   Head of National Delegation | ITS<br>National Standards Organizations | SE | +46 8 444 14 24<br>bjorn.troili@its.se |
| Mr. Stephane Tronchon | Qualcomm Europe S.A.R.L.<br>Manufacturers | FR | +33 4 92 94 42 60<br>stephane.tronchon@qualcomm.com |
| Mr. Alistair Urie<br>   Board Vice Chairman | Alcatel-Lucent<br>Manufacturers | FR | +33 1 40 76 13 49<br>alistair.urie@alcatel-lucent.com |
| Mr. Jean-Marc Uze | Juniper Networks<br>Associate Manufacturers | FR | +33 6 79 06 59 86<br>juze@juniper.net |
| Mr. Jari Vaario | NOKIA Corporation<br>Manufacturers | FI | +358 9 511 23797<br>Jari.Vaario@nokia.com |
| Mr. Jari Vainikka | NOKIA Corporation<br>Manufacturers | FI | +358 71 807 3056<br>jari.vainikka@nokia.com |
| Ms. Isabelle Valet-Harper | Microsoft Europe SARL<br>Manufacturers | US | +1 6 506 932 809<br>isavh@microsoft.com |
| Mr. Hans Van der Veer | Alcatel-Lucent Nederland B.V.<br>Manufacturers | NL | +31 35 687 2622<br>hveer@alcatel-lucent.com |
| Mr. Alejandro Vidal | TELEFONICA S.A.<br>Network Operators | ES | + 34 91 5808703<br>alejandro.vidal@telefonica.es |
| Ms. Catherine Vigneron | CENELEC<br>Observers | BE | +32 2 519 68 71<br>operations@cenelec.org |
| Mr. Cornelis Wansbeek<br>   Head of National Delegation | Ministry of Economic Affairs<br>Administrations | NL | +31 70 379 81 46<br>C.J.Wansbeek@minez.nl |
| Mr. Shlomo Waxe | IAESI<br>Associate Manufacturers | IL | +972 3 516 8862<br>shlomo@iaesi.org.il |
| Mr. Walter Weigel<br>   Director-General | ETSI Secretariat<br>ETSI | FR | +33 4 92 94 42 12<br>walter.weigel@etsi.org |
| Mr. Dirk Weiler | Nokia Siemens Networks<br>Manufacturers | DE | +49 89 636 75134<br>dirk.weiler@nsn.com |
| Mr. Oliver Wheaton<br>   Head of National Delegation | BERR<br>Administrations | GB | +44 1732 458 789<br>oliver.wheaton@lineone.net |
| Mr. Anthony Wiener | T-Mobile (UK)<br>Network Operators | GB | +44 1707 31 2290<br>tony.wiener@t-mobile.co.uk |
| Dr. David Hugh Williams | Qualcomm UK Ltd<br>Manufacturers | ES | +34 952 578 150<br>dwilliams@qualcomm.com |

**B 27**

## Participants List

## ETSI General Assembly #50
## Nice, 27-28 November 2007

| Name | Organisation | Cty | Phone/e-mail |
|---|---|---|---|
| Mr. Andy Wilton | Motorola Ltd<br>Manufacturers | GB | + 44 1 793 566 240<br>andy.wilton@motorola.com |
| Mr. Marek Wysocki<br>　Head of National Delegation | Ministry of Transport<br>Administrations | PL | +48 22 522 5006<br>mwysocki@mtib.gov.pl |
| Mr. Tadaaki Yokoo<br>　Guest | ARIB<br>Other Important Institutions | JP | +81 3 5510 8592<br>yokoo.t-ia@arib.or.jp |
| **148 attendees** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**B 28**

# Exhibit 3

# ATTENDEES LIST

**Meeting :    IPR#1**

**IPR#1**

**Sophia Antipolis, 18 - 19 December 2 007**

**Chairman**

| MEINHOLD Karsten | Nokia Siemens Networks | DE |
|---|---|---|

**SECRETARY**

| PRITCHARD Julian | ETSI Secretariat | FR |
|---|---|---|

| ABARCA Chelo | Research in Motion UK Limited | GB |
|---|---|---|
| ANDERSEN Niels Peter Skov | QUALCOMM EUROPE S.A.R.L. | FR |
| ASTHANA Atul | Research in Motion UK Limited | GB |
| BECKLEY Frederic | TruePosition Inc. | US |
| BERGMANN Ansgar | Hillebrand & Partners | DE |
| BOLES Donald | INTERDIGITAL COMMUNICATIONS | US |
| CARPENTER Paul | Research in Motion UK Limited | GB |
| CUNNINGHAM Nick | INTERDIGITAL COMMUNICATIONS | US |
| DAVIES William | Research in Motion UK Limited | GB |
| DECKER Ute | Microsoft Ltd | GB |
| DIETRICH yann | INTEL CORPORATION SAS | FR |
| DOR Margot | ETSI Secretariat | FR |
| DUGERDIL Bernard | Freescale Semiconductor SA | CH |
| FRIIS Jørgen | ETSI Secretariat | FR |
| FRÖHLICH Michael | ETSI Secretariat | FR |
| FUJIKI Minoru | NEC EUROPE LTD | GB |
| GONELL Fabian | QUALCOMM UK Ltd | GB |
| GORDON Latonia | MOTOROLA Ltd | GB |
| GOSSON Hervé | SFR | FR |
| GROOT KOERKAMP Jasper | NXP Semiconductors | NL |
| HEISKE Harald | Siemens AG | DE |
| HENGEVOß Karl-Heinrich | ROHDE & SCHWARZ | DE |
| JUTHSTRÖM Bernt | NOKIA Corporation | FI |
| KONSTANTINOS Karachalius | European Patent Organisation | NL |
| LEGRAND Walter | EADS Secure Networks | FR |
| LEHOUCK Anne | European Commission | BE |
| LELE Avi | ANDREW AG | GB |
| MAGNUSSON Oskar | Andrew Corporation | US |
| MARASCO Amy | Microsoft Ltd | GB |
| MUNKLER Markus | VODAFONE Group Plc | GB |
| OHANA Gilad | Cisco Systems Belgium | BE |
| PEHLGRIM Gabi | BNetzA | DE |
| PHILLIPS John | NORTEL NETWORKS (EUROPE) | GB |
| RAES Serge | France Telecom | FR |
| ROSENBROCK Karl Heinz | Retired friends of ETSI | FR |
| SCHIFANO Nicolas | IBM EUROPE | DE |
| SORIANO Fernando | TELEFONICA S.A. | ES |
| TAPIA Claudia | Siemens AG | DE |
| TIERNEY Serena | Telefónica O2 Europe plc | GB |
| TRONCHON Stephane | QUALCOMM UK Ltd | GB |
| TYSON Shannon | BROADCOM CORPORATION | US |
| VAARIO Jari | NOKIA Corporation | FI |

# ATTENDEES LIST

**Meeting :     IPR#1**

**IPR#1**

**Sophia Antipolis, 18 - 19 December 2 007**

| | | |
|---|---|---|
| VAN DER VEER Hans | Alcatel-Lucent Nederland B.V. | NL |
| VERMEER Anouk | Philips International B.V. | NL |
| VIRMANI Shival | INTERDIGITAL COMMUNICATIONS | US |
| WANJURA Harald | T-Mobile Austria GmbH | AT |
| WARD Matthew | TruePosition Inc. | US |
| WEILER Dirk | Nokia Siemens Networks | DE |

**Number of Attendees:     50**

**B 31**

# Exhibit 4

**ETSI IPR#01**
**Sophia Antipolis**
**18-19 December 2007**

**ETSI/IPR01(07)01**
Author: Karsten Meinhold
Submission date: 13 September 2007
page 1 of 2

| | |
|---|---|
| **Source:** | **Karsten Meinhold, Chairman** |
| **Title:** | **Draft Agenda & Timetable** |
| **Agenda item:** | **all** |

**Document for:**

| Decision | X |
|---|---|
| Discussion | |
| Information | |

| Late submission | |
|---|---|

## 1    Draft Agenda

| Agenda Item | Subject | Document |
|---|---|---|
| 1 | Opening of the meeting and introduction of delegates | |
| 2 | Adoption of agenda | IPR01(07)01 |
| 3 | Appointment of Vice-Chairman | IPR01(07)13 |
| 4 | Clarifications on Scope, Terms of Reference and group participation | IPR01(07)02 |
| 5 | IPR R AHG Recommendation 7 – Regrouping Patent families in the ETSI IPR Database | IPR01(07)03 IPR01(07)17 IPR01(07)04 IPR01(07)05 IPR01(07)10r1 IPR01(07)11 IPR01(07)16 IPR01(07)18r1 |
| 6 | Options within Standards and Technical Specification | IPR01(07)06 IPR01(07)17 |
| 7 | Handling of antitrust issues in ETSI | IPR01(07)07 IPR01(07)17 IPR01(07)08 IPR01(07)12 IPR01(07)15 IPR01(07)19r1 |
| 8 | IPR Information Statement and Licensing Declaration | IPR01(07)17 IPR01(07)09 IPR01(07)14 |
| 9 | Any other business | |

## 2    Timetable

**Tuesday 18th December 2007**
10h00        Start of meeting
18h00        End of 1st day

**Wednesday 19th December 2007**

**B 33**

09h00          Start of meeting
16h00          Closure of meeting

# Exhibit 5



Sophia Antipolis, 23 October 2007

**Mr. Óskar S. MAGNÚSSON**
Business and Regulatory Director
**ANDREW CORPORATION**
51 Changi Business Park Central 2
#08-04 The Signature
SINGAPORE 486066

Our ref.:    L2007-034

Dear Mr. Magnússon,

Thank you for your e-mail of 23 October 2007.

As per your request, please find enclosed a copy of the letter that ETSI has sent to TruePosition Inc.

Sincerely,

Dr. Walter Weigel
Director General

Jørgen Friis
Deputy Director-General
ETSI

Enclosure

**B 36**

European Telecommunications Standards Institute - Institut Européen des Normes de Télécommunication - Europäisches Institut für Telekommunikationsnormen

ETSI - 650, route des Lucioles F-06921 Sophia Antipolis Cedex - FRANCE                    Tél. : +33 (0)4 92 94 42 00
e-mail : Secretariat@etsi.org - http://www.etsi.org                                        Fax : +33 (0)4 93 65 47 16
Siret N° 348 623 562 00017 - NAF 742 C - Association à but non lucratif enregistrée à la Sous-Préfecture de Grasse (06) N° 7803/88 - N° TVA  FR 14 348 623 562
nfoCentre : Tel. : +33 (0)4 92 94 42 22 - Fax : +33 (0)4 92 94 43 33 - e-mail : infocentre@etsi.org



Sophia Antipolis, 19 October 2007

**Ms Terri BROOKS**

**TRUE POSITION, INC.**
c/o Rob Anderson
1000 Chesterbrook Blvd.
3rd Floor Suite 200
PA 19312, Berwyn
UNITED STATES OF AMERICA

**Our ref.:**    L2007-034

**Subject:**    IPRs related to the ETSI TS 143 059, TS 144 060, TS 144 071, TS 148 018, TS 148 071 and TS 149 031

Dear Ms Brooks,

It has been brought to our attention that your company might have essential IPRs relating to the ETSI Technical Specifications TS 143 059, TS 144 060, TS 144 071, TS 148 018, TS 148 071 and TS 149 031. In this context, we have been informed that particularly TruePosition's U.S. Patent No. 5,327,144 may be essential to the ETSI Technical Specifications or options therein.

Under the ETSI IPR Policy, I am obliged to bring this matter to your attention to ascertain whether you are of the opinion that you hold essential, or potentially essential, IPRs related to the abovementioned Technical Specifications or options therein.

If this were the case, we would ask you to disclose any essential IPR and indicate if you are prepared to grant licenses for this/these IPR(s), in accordance with the terms and conditions set out in Clause 6.1 of the ETSI IPR Policy.

To assist you in your declaration, ETSI disposes of the so called IPR Information Statement and Licensing Declaration forms, which you can download from http://www.etsi.org/legal/IPR-Forms.

Please do not hesitate to contact me or our Legal Service (email: legal@etsi.org) for any question or remark you may have.

Yours sincerely

Dr. Walter Weigel
Director General

---

*European Telecommunications Standards Institute - Institut Européen des Normes de Télécommunication - Europäisches Institut für Telekommunikationsnormen*

ETSI - 650, route des Lucioles F-06921 Sophia Antipolis Cedex - FRANCE                    Tél. : +33 (0)4 92 94 42 00
e-mail : Secretariat@etsi.org - http://www.etsi.org                                        Fax : +33 (0)4 93 65 47 16
Siret N° 348 623 562 00017 - NAF 742 C - Association à but non lucratif enregistrée à la Sous-Préfecture de Grasse (06) N° 7803/88 - N° TVA  FR 14 348 623 562
infoCentre : Tél. : +33 (0)4 92 94 42 22 - Fax : +33 (0)4 92 94 43 33 - e-mail : infocentre@etsi.org

**B 37**