IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-747-SLR ) |
| ANDREW CORPORATION, | ) ) |
| Defendant. | ) |

ORDER

At Wilmington this 14th day of January, 2008,

IT IS ORDERED that oral argument on plaintiff's pending motions for permanent injunction (D.I. 316) and motion for attorney fees (D.I. 314) shall be heard on **Friday, January 25, 2008, at 10:00 a.m.** in courtroom 6B on the 6th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each party shall be given one and one half hours to present its argument.

_____
United States District Judge