IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-747-SLR |
| | ) |
| ANDREW CORPORATION, | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington this 23d day of January, 2008,

IT IS HEREBY ORDERED that the oral argument on plaintiff's pending motions for permanent injunction (D.I. 316) and motion for attorney fees (D.I. 314) scheduled for 10:00 a.m. on Friday, January 25, 2008 is hereby rescheduled to **Friday, February 29, 2008, at 10:00 a.m.** in courtroom 6B on the 6th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each party shall be given one and one half hours to present its argument.

*[signature]*
United States District Judge