TruePosition

AnyPhone AnyWhere ™
WIRELESS LOCATION TECHNOLOGY

# TruePosition v. Andrew

## TruePosition's Motion for Enhanced Damages and Attorneys' Fees

and

## TruePosition's Motion for Permanent Injunctive Relief



**TruePos/tion**

AnyPhone AnyWhere ™
WIRELESS LOCATION TECHNOLOGY

DECEMBER 2000

1st NOTICE
OF TRUEPOSTION'S
PATENTS,
INCLUDING 144

December 29, 2000

Dear Mr. Kennedy:

areas of TDOA, AOA, accuracy enhancement techniques, etc. We specifically would like to bring the following patents to your attention, as it appears that you may be in need of a license with respect to your Geometrix E911 Wireless Location System. We have

2.  U.S. Patent No. 5,372,144, July 5, 1994, "Cellular Telephone Location System," relating to the use of time difference of arrival (TDOA) and the reverse control channel (RCC) to locate cell phones.

PTX-7

3

**TruePosition**

**AnyPhone AnyWhere™**
**WIRELESS LOCATION TECHNOLOGY**

DECEMBER 2000

1st NOTICE
OF TRUEPOSTION'S
PATENTS,
INCLUDING 144

system employs TruePosition's patented TDOA and AOA processing methods and systems. If you would like to inquire about a license or need further information, please contact me directly.

CONFIDENTIAL

PTX-7

4





### 3.3.5.    Intellectual Property Considerations

TruePosition, Incorporated may hold one or more patents or copyrights that cover information contained in this document. A license will be made available to applicants under reasonable terms and conditions that are demonstrably free of any unfair discrimination.

TruePosition

AnyPhone AnyWhere™
WIRELESS LOCATION TECHNOLOGY

NOVEMBER 2002

2nd NOTICE
OF TRUEPOSTION'S
PATENTS,
INCLUDING 144

From:       Beckley, Fred
Sent:       Wednesday, November 06, 2002 1
To:         Patrick D. McPherson (E-mail); Lat
Cc:         Glenn J. Blumstein (E-mail)
Subject:    TruePosition Patents

Following our conversation yesterday, listed below are the patents that we anticipate the license would cover. As I mentioned, we would be happy to provide you with copies of any or all of these.

- 4,728,959 - Direction Finding Localization (3/1/1988)
- 5,327,144 - Cellular Telephone Location System (7/5/1994)
- 5,608,410 - System for locating a source of bursty transmissions cross reference to related applications (3/4/1997)
- 5,959,580 - Communications Localization System (9/28/1999)
- 6,047,192 - Robust Efficient Localization System (4/4/2000)
- 6,091,362 - Bandwidth Synthesis for Wireless Location System (7/18/2000)
- 6,097,336 - Method for Improving the Accuracy of a Wireless Location System (8/01/2000)
- 6,101,178 - Pseudolite-augmented GPS for locating wireless telephones (8/08/2000)
- 6,108,555 - Enhanced Time Difference Localization System (8/22/2000)
- 6,115,599 - Directed Retry Method for use in a Wireless Location System (9/05/2000)
- 6,119,013 - Enhanced Time Difference Localization System (9/12/2000)

PTX-8

7

TruePosition
Any Phone Any Where ™
WIRELESS LOCATION TECHNOLOGY

# ETSI IPR Policy



3.2 IPR holders whether members of ETSI and their AFFILIATES or third parties, should be adequately and fairly rewarded for the use of their IPRs in the implementation of STANDARDS and TECHNICAL SPECIFICATIONS.



PTX-363