# TruePosition v. Andrew

## TruePosition's Motion for Enhanced Damages and Attorneys' Fees

and

## TruePosition's Motion for Permanent Injunctive Relief

TruePosition
AnyPhone AnyWhere TM
WIRELESS LOCATION TECHNOLOGY
Andrew's Voice Channel Product (TDOA)
Andrew's Control Channel Product (TDOA)
12/04 Andrew's willful infringement begins
Ericsson study group
12/00
1st notice
12/01
1st lawsuit
4/02
Feasibility study
11/02
2nd notice
3/03
Andrew joins ETSI
5/03
Andrew lawyers study patent
2/04
Settlement agreement
9/05
3rd notice
10/05
4th notice & this lawsuit
IPR Holders. . .should be adequately and fairly rewarded

**TruePosition**
AnyPhone AnyWhere™
WIRELESS LOCATION TECHNOLOGY

## DECEMBER 2000

### 1st NOTICE OF TRUEPOSTION'S PATENTS, INCLUDING 144

December 29, 2000

Dear Mr. Kennedy:

areas of TDOA, AOA, accuracy enhancement techniques, etc. We specifically would like to bring the following patents to your attention, as it appears that you may be in need of a license with respect to your Geometrix E911 Wireless Location System. We have

2. U.S. Patent No. 5,372,(144,) July 5, 1994, "Cellular Telephone Location System," relating to the use of time difference of arrival (TDOA) and the reverse control channel (RCC) to locate cell phones.

PTX-7

3




system employs TruePosition's patented TDOA and AOA processing methods and systems. If you would like to inquire about a license or need further information, please contact me directly.



**TruePosition** — Any Phone Any Where™ — WIRELESS LOCATION TECHNOLOGY

# U-TDOA in GSM and GPRS Feasibility Study

DOCUMENTATION – DISCUSSION and DECISION

At GERAN #7 plenary 26-30 November, 2001 in Cancun, Mexico, TruePosition received approval to prepare a feasibility study examining U-TDOA location method in GPRS networks (GP-011999). A draft of the feasibility study was presented for comment at the G2 #8 bis meeting in Kista, Sweden and this document for consideration is the completed U-TDOA in GSM and GPRS Feasibility Study. Approval of this feasibility study will result in the creation of a Rel-6 work item. Release 6 timeframe is foreseen for completion of the required CRs.

EXHIBIT Gross 2 10/12/06

PTX-364



### 3.3.5. Intellectual Property Considerations

TruePosition, Incorporated may hold one or more patents or copyrights that cover information contained in this document. A license will be made available to applicants under reasonable terms and conditions that are demonstrably free of any unfair discrimination.

**TruePosition**
*AnyPhone AnyWhere™*
WIRELESS LOCATION TECHNOLOGY

NOVEMBER 2002

**2nd NOTICE OF TRUEPOSITION'S PATENTS, INCLUDING 144**

From: Beckley, Fred
Sent: Wednesday, November 06, 2002 1
To: Patrick D. McPherson (E-mail); La
Cc: Glenn J. Blumstein (E-mail)
Subject: TruePosition Patents

- 6,097,336 - Method for Improving the Accuracy of a Wireless Location System (8/1/2000)
- 6,101,178 - Pseudolite-augmented GPS for locating wireless telephones (8/8/2000)

Following our conversation yesterday, listed below are the patents that we anticipate the license would cover. As I mentioned, we would be happy to provide you with copies of any or all of these.

- 4,728,959 - Direction Finding Localization (3/1/1988)
- 5,327,144 - Cellular Telephone Location System (7/5/1994)
- 5,608,410 - System for locating a source of bursty transmissions cross reference to related applications (3/4/1997)
- 5,959,580 - Communications Localization System (9/28/1999)
- 6,047,192 - Robust Efficient Localization System (4/4/2000)
- 6,091,362 - Bandwidth Synthesis for Wireless Location System (7/18/2000)
- 6,097,336 - Method for Improving the Accuracy of a Wireless Location System (8/01/2000)
- 6,101,178 - Pseudolite-augmented GPS for locating wireless telephones (8/08/2000)
- 6,108,555 - Enhanced Time Difference Localization System (8/22/2000)
- 6,115,599 - Directed Retry Method for use in a Wireless Location System (9/05/2000)
- 6,119,013 - Enhanced Time Difference Localization System (9/12/2000)

PTX-8

## ETSI IPR Policy



3.2 IPR holders whether members of ETSI and their AFFILIATES or third parties, should be adequately and fairly rewarded for the use of their IPRs in the implementation of STANDARDS and TECHNICAL SPECIFICATIONS.



PTX-363