

**TDOA**

4.2.1

**Andrew Voice Channel Product**

4.2.2

**TruePosition Control Channel Product**

4.2.3

4.2.4    Uplink Time Difference of Arrival (U-TDOA) positioning mechanism

The U-TDOA positioning method is based on network measurements of the Time Of Arrival (TOA) of a known signal sent from the mobile and received at three or more LMUs. The known signal is the normal bursts generated by a mobile while in the dedicated mode; either on the SDCCH or TCH. The method requires LMUs in the geographic vicinity of the mobile to be positioned to accurately measure the TOA of the bursts. Since the geographical coordinates of the measurement units are known, the mobile position can be calculated via hyperbolic trilateration. This method will work with existing mobiles without any modification.

NOT COVERED

T COVERED

TCH NOT COVERED

SDCCH COVERED





**TruePosition**

AnyPhone AnyWhere™
WIRELESS LOCATION TECHNOLOGY

SEPTEMBER 2005

3rd NOTICE REGARDING
ANDREW'S CONTROL
CHANNEL PRODUCT

September 30, 2005

TruePosition is concerned that Andrew is or may in the future be supplying geolocation
equipment from the United States to Saudi Arabia or elsewhere in violation of its 144 Patent.

PTX-17

PLAINTIFF'S
EXHIBIT

**TruePosition**

Any Phone Any Where ™
WIRELESS LOCATION TECHNOLOGY

SEPTEMBER 2005

3rd NOTICE REGARDING
ANDREW'S CONTROL
CHANNEL PRODUCT



**September 30, 2005**

WOODCOCK WASHBURN
INTELLECTUAL PROPERTY LAW

One Liberty Place - 46th Floor
Philadelphia, PA 19103
Seattle, WA 98104
206-903-1823
Fax 206-624-7317

ryoffice
woodcock.com

Andrew Corporation
10500 West 153rd Street
Orland Park, IL 60462

Mr. Penrice:

Re:     STC RFP ID: GSMEF VASAIN Location-Based Services and U.S. 5,327,144

As you are aware, we represent TruePosition, Inc. in intellectual property matters. It has
come to TruePosition's attention that Andrew has responded to STC RFP ID: GSMEF VASAIN
Location-Based Services (LBS) (the "RFP").

Certain requirements set forth in the RFP contemplate products that may be within the
scope of the claims of TruePosition's U.S. Patent No. 5,327,144 (the "'144 Patent"). In

TruePosition has not licensed the '144 Patent to Andrew, or anyone else.  Further,
TruePosition does not intend to grant a license to Andrew or any third-party vendor with respect
to fulfillment of the RFP.



Woodcock Washburn LLP
A Partnership Including Professional Corporations
www.woodcock.com

PTX-17

PLAINTIFF'S
EXHIBIT
144
9/24/07

**TruePosition**

AnyPhone AnyWhere™
WIRELESS LOCATION TECHNOLOGY



OCTOBER 2005
4th NOTICE REGARDING ANDREW'S CONTROL CHANNEL PRODUCT

WOODCOCK WASHBURN
INTELLECTUAL PROPERTY LAW

Paul R. Falletz
Philadelphia Office
215-586-2001
mfalletz@woodcock.com

October 13, 2005

VIA FACSIMILE 202-776-7801

Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street
N.W., Suite 700
Washington, D.C. 20006-1608

Re:  STC RFP ID: GSME7 VAS&IN Location-Based Services and U.S. 5,327,144

Dear Pat:

We write to express our disappointment with Andrew's October 6 communication and to

apparent or contemplated activities with STC, as indicated by the STC RFP, on the other. Other claims of the 144 Patent may be at issue as well. If you have any questions about the charts in Attachment A, please let me know.

We trust that the charts in Attachment A address Andrew's concerns.

Woodcock Washburn LLP
A Partnership Including Professional Corporation
www.woodcock.com

PTX-18

PLAINTIFF'S EXHIBIT

We write to express our disappointment with Andrew's October 6 communication and to repeat TruePosition's request that Andrew provide written notification that it will terminate any offers to supply infringing equipment to STC.

22



**TruePosition**

Any Phone Any Where™
WIRELESS LOCATION TECHNOLOGY

**"** I have some real concerns about how you are using some of those admissions . . . It sounded to me like some of them could only be used for a validity argument or to argue the claim construction that I already rejected. So I just wanted to let you know that I am aware of the mischief that could come from those admissions, and I will publicly correct you if you step over the line that I've drawn in this case. **"**

– The Court

Trial Transcript page 1616



25

TruePosition's Motion for Permanent Injunctive Relief

TruePosition

AnyPhone AnyWhere™
WIRELESS LOCATION TECHNOLOGY