**"I have some real concerns about how you are using some of those admissions . . . It sounded to me like some of them could only be used for a validity argument or to argue the claim construction that I already rejected. So I just wanted to let you know that I am aware of the mischief that could come from those admissions, and I will publicly correct you if you step over the line that I've drawn in this case."**

**- The Court**

Trial Transcript page 1616

# *Read* Factor #4: Andrew's Size and Financial Condition Support Increased Damages

- "Defendant's size and financial condition." *Read*, 970 F.2d at 827.
- Andrew is a $2 billion company with a diverse product line (PTX 154; Tr. at 358 & 1852)
- Trebling is equal to no more than 7% of Andrew's revenues for one year (PTX 154)

TruePosition
AnyPhone AnyWhere™
WIRELESS LOCATION TECHNOLOGY

# *Read* Factor #5: Damages Should be Increased Because The Case Was Not Close

- "Closeness of the case." *Read*, 970 F.2d at 827.
- Andrew asserted its defenses in bad faith
- Court and jury rejected each of Andrew's 10 excuses for its willful infringement

36

TruePosition
AnyPhone AnyWhere™
WIRELESS LOCATION TECHNOLOGY

# Andrew's Excuses

- Excuse #1: Technical Non-Infringement
- Raised: In Andrew's Answer
- Status: Rejected By the Jury

37

# Andrew's Excuses

- Excuse #2: Anticipation
- Raised: In Andrew's Answer
- Status: Rejected on Summary Judgment

TruePosition
AnyPhone AnyWhere™
WIRELESS LOCATION TECHNOLOGY
Andrew's Excuses
• Excuse #3: Indefiniteness
• Raised: For the First Time on Summary Judgment
• Status: Rejected on Summary Judgment
39

# Andrew's Excuses

- Excuse #4: Unfair Competition
- Raised: Andrew's Amended Answer
- Status: Rejected on Summary Judgment

# Andrew's Excuses

- Excuse #5: Government Use Defense
- Raised: For the First Time at Trial
- Status: Rejected by the Jury