# EXHIBIT A

## PART 2

**TruePosition's Position**

> It's an implementation of an option in the GSM standard to use the reverse control channel signal data to implement TDOA; is that right?
>
> A.  Yes.
>
> Q.  And you believe your '144 patent is essential to that implementation of that option?  Right?
>
> A.  Yes.

Tr. Joe Sheehan 232:7-13

**TruePosition's Position**

> Does, in your view, the patent, the '144 patent, cover time difference of arrival on the control channel?
>
> A. Yes, it does.

Tr. Joe Sheehan 354:10-12



# Adequate Remedy At Law

➤ **TruePosition repeatedly expressed a willingness to license Andrew despite being direct competitors**

➤ **TruePosition agreed to the ETSI rules that include FRAND licensing**

➤ **TruePosition sought only monetary relief for the STC contract despite suing Andrew before the STC shipments even began**

➤ **TruePosition's claims of reputational and other harm due to losing the STC deal are irrelevant because damages were awarded**

24

## PTX 7 – December 29, 2000 Letter

2. ==U.S. Patent No. 5,372,144,== July 5, 1994, "Cellular Telephone Location System,"
relating to the use of time difference of arrival (TDOA) and the reverse control
channel (RCC) to locate cell phones.

*     *     *

Accordingly, we ask that you kindly investigate whether Grayson's Geometrix location
system employs TruePosition's patented TDOA and AOA processing methods and
systems. ==If you would like to inquire about a license or need further information, please
contact me directly.==

PTX 7 at A31-32

## DTX 901 – December 3, 2001 Email

Significant to note the importance with which ==acceptance of U-TDOA into the GERAN specs depends
on it being a "Multi-vendor" system.== This means that we may need to cooperatively share the concepts
and system designs but ==license the higher-value IPRs, as required to allow other vendors to produce
U-TDOA systems.== One strategy may be to share the concepts required to produce moderately accurate
systems, but retain the high-value algorithms that allow for higher accuracy.

DTX 901 at 2

## PTX 364 – April 15, 2002 – Feasibility study to ETSI

TruePosition, Incorporated may hold one or more patents or copyrights that cover information contained in
this document. ==A license will be made available to applicants under reasonable terms and conditions that are
demonstrably free of any unfair discrimination.==

PTX 364 at 3-5

25

# TruePosition Repeatedly Expressed A Willingness To License The '144 Patent

## PTX 8 – November 6, 2002 Email

Following our conversation yesterday, listed below are the patents that we anticipate the license would cover. As I mentioned, we would be happy to provide you with copies of any or all of these.

\* \* \*

- 5,327,144 - Cellular Telephone Location System (7/5/1994)

PTX 8 at 1

## DTX 45 – November 11, 2002 Email

While having them involved in no way guarantees success, it does have the following benefits:

1. Reduces/eliminates the perception that U-TDOA is a proprietary technology.
2. Adds additional resources to the U-TDOA standardization effort
3. Grayson will (hopefully) leverage additional carrier support and participation

DTX 45 at 1

## DTX 224 – January 9, 2003 Email

Situation is that it will help our cause in getting U-TDOA standardized if we report that we are collaborating with Grayson (Because then the major infrastructure vendors will believe that U-TDOA is NOT a proprietary solution). Also, while Allen Telecom (and Grayson) is NOT a 3GPP members, Grayson likely will attend the 3GPP meetings as a delegate of AWS – unquestionably the major vendors will ask this guy whether we are working with Grayson.

DTX 224 at 1

## DTX 844A – February 7, 2003

We understand that we all come from different companies that to some extent are competitors and to some extent are customers and suppliers. We all work with the understanding that what we do here is to create a solution that we all benefit from.

DTX 844A at 10-11

26

# TruePosition Agreed To Comply With ETSI's Rules

## Official Application Form for

## ASSOCIATE MEMBERSHIP

\*        \*        \*

Cognizant of the Statutes and the Rules of Procedure of ETSI, copies of which have been forwarded to him/her, applies for Associate Membership of ETSI in the category of:

\*        \*        \*

**Commits itself to comply with provisions of the Statutes and Rules of Procedure of ETSI and other decisions taken by the General Assembly,** to contribute to the relevant work, to make use of the relevant standards produced to the extent practicable and to support those relevant standards for use as the basis for world standards and recommendations.

\*        \*        \*

Pour l'Administration / la Société / l'Organisation, lu et approuvé

Date/Le — 1-24-02

Signature

DTX 062 at TPI0041653

**DTX 062**

27

# ETSI FRAND Licensing Requirements

## Section 6.1 – FRAND Licensing

6.1    When an ESSENTIAL IPR relating to a particular STANDARD or TECHNICAL SPECIFICATION is brought to the attention of ETSI, the Director-General of ETSI shall immediately request the owner to give within three months an undertaking in writing that it is prepared to grant irrevocable licences on fair, reasonable and non-discriminatory terms and conditions under such IPR to at least the following extent:

## Section 8.1 – No Standardization If Refusal to License

8.1    MEMBERS' refusal to license

8.1.1    Where a MEMBER notifies ETSI that it is not prepared to license an IPR in respect of a STANDARD or TECHNICAL SPECIFICATION, the General Assembly shall review the requirement for that STANDARD or TECHNICAL SPECIFICATION and satisfy itself that a viable alternative technology is available for the STANDARD or TECHNICAL SPECIFICATION which:

- is not blocked by that IPR; and
- satisfies ETSI's requirements.

8.1.2    Where, in the opinion of the General Assembly, no such viable alternative technology exists, work on the STANDARD or TECHNICAL SPECIFICATION shall cease, and the Director-General of ETSI shall request that MEMBER to

28

# TruePosition Sought Monetary Damages For Entire STC Contract Despite Suing Before It Even Started



**2004**

**2008**

**Sept. 2007**
**Jury Trial Seeking Future Damages On Phases 3, 4, and 5**

**Oct. 25, 2005**
**TruePosition Sues Andrew**

**Nov. 2004**
**UTDOA Standard Final For GSM and GPRS**

**Oct. 24, 2005**
**Date of STC Contract**

**Nov. 2005**
**Phase 1 Shipments Start**

**June 2006**
**Phase 2 Awarded**

**June 2006**
**Phase 2 Shipments Start**

**Aug. 2007**
**Phase 3 Awarded**

29

# Balance Of Hardship

## TruePosition

➢ **Required to honor FRAND license commitment**

## Andrew

➢ **Cannot sell products that are not standards compliant**

➢ **Lost investment in product development**

➢ **Lost years of investment in joint development of standard**

➢ **Lost ability to develop open standard using available technology as required by ETSI**

30

# Standards Compliance Is Required By The Market

Q.  How, if at all, does conforming to standards matter for your products in their markets?

A.  It's absolutely critical that we adhere to standards

\*        \*        \*

Q.  How, if at all, would your location products be impacted if you used non-industry standard technology as opposed to standardized technology?

A.  If we didn't adhere to industry standards, we simply wouldn't sell any products.

Garner Testimony; Tr: p.1856, ln 12-14; p. 1856, ln 22-p. 1857, ln 1

# Andrew's Lost Investment If An Injunction is Granted

Q.  And Andrew and TruePosition worked together to build the standard; right?

A.  Yes.

Rob Anderson, Tr. 438:21-23

Q.  But you are aware over a two-year period they worked together, they worked collaboratively, they traveled together, they ate together, all for the unified goal of presenting these contributions, technical contributions to the third-generation partnership project.  Am I right?

A.  Yes, that's correct.

Rob Anderson, Tr. 440:13-18

Q.  And the way that it worked between our two companies, Andrew and TruePosition, is, we were exchanging ideas and comments and strategy prior to the meetings and at the meetings; right?
A.  Yes.

*          *          *          Joe Sheehan, Tr. 293:1-5

Q.  And what they were trying to do together collaboratively was get the standards body to adopt U-TDOA and GSM and GPRS; right?
A.  Yes.

*          *          *          *Id.*, Tr. 293:17-20

Q.  And this joint effort of Andrew and TruePosition was, in fact, successful in November 2004.  U-TDOA was accepted by the entire industry worldwide for GSM and GPRS; right?
A.  Yes.

*Id.*, Tr. 294:7-10

33

# Andrew's Lost Investment If An Injunction Is Granted

| Meeting # | Date | Exhibit # | ETSI Doc. ID | Subject | Sponsors |
|---|---|---|---|---|---|
| 14 | 7-11 April 2003 | 414 | GP-031064 | U-TDOA | Andrew, TruePosition and Others |
| 14 | 7-11 April 2003 | 414 | GP-031032 | U-TDOA | Andrew, TruePosition and Others |
| 14 | 7-11 April 2003 | 414 | GP-031031 | U-TDOA | Andrew, TruePosition and Others |
| 14 | 7-11 April 2003 | 414 | GP-030987 | U-TDOA | Andrew, TruePosition and Others |
| 14 | 7-11 April 2003 | 414 | GP-030656 | U-TDOA | Andrew, TruePosition and Others |
| 14 | 7-11 April 2003 | 414 | GP-030571 | U-TDOA | Andrew, TruePosition and Others |
| 14 | 7-11 April 2003 | 414 | GP-030570 | U-TDOA | Andrew, TruePosition and Others |
| 14bis | 19-23 May 2003 | 415 | G2-030411 | U-TDOA | Andrew, TruePosition and Others |
| 14bis | 19-23 May 2003 | 415 | G2-030281 | U-TDOA | Andrew, TruePosition and Others |
| 14bis | 19-23 May 2003 | 415 | G2-030282 | U-TDOA | Andrew, TruePosition and Others |
| 14bis | 19-23 May 2003 | 415 | G2-030413 | U-TDOA | Andrew, TruePosition and Others |
| 15 | 23-27 June 2003 | 416 | GP-031657 | U-TDOA | Andrew, TruePosition and Others |
| 15 | 23-27 June 2003 | 416 | G2-031183 | U-TDOA | Andrew, TruePosition and Others |
| 15 | 23-27 June 2003 | 416 | G2-031076 | U-TDOA | Andrew, TruePosition and Others |
| 16 | 25-29 August 2003 | 417 | GP-03XXXX | U-TDOA | Andrew, TruePosition and Others |
| 16 | 25-29 August 2003 | 417 | GP-031956 | U-TDOA | Andrew, TruePosition |
| 16bis | 6-10 October 2003 | 418 | G2-030472 | U-TDOA | Andrew, TruePosition and Others |
| 16bis | 6-10 October 2003 | 418 | G2-030545 | U-TDOA | Andrew, TruePosition and Others |
| 16bis | 6-10 October 2003 | 418 | G2-030552 | U-TDOA | Andrew, TruePosition and Others |
| 16bis | 6-10 October 2003 | 418 | G2-030560 | U-TDOA | Andrew, TruePosition and Others |
| 16bis | 6-10 October 2003 | 418 | G2-030562 | U-TDOA | Andrew, TruePosition and Others |
| 17 | 17-21 November 2003 | 419 | G2-032501 | U-TDOA | Andrew, TruePosition |
| 17 | 17-21 November 2003 | 419 | G2-032502 | U-TDOA | Andrew, TruePosition and Others |
| 17bis | 12-16 January 2004 | 420 | G2-040055 | U-TDOA | Andrew, TruePosition and Others |
| 17bis | 12-16 January 2004 | 420 | G2-040056 | U-TDOA | Andrew, TruePosition and Others |
| 18 | 9-13 February 2004 | 442 | S3-040116 | U-TDOA | Andrew, TruePosition and Others |
| 18 | 9-13 February 2004 | 421 | GP-040XXX | U-TDOA | Andrew, TruePosition and Others |
| 18 | 9-13 February 2004 | 421 | GP-040142 | U-TDOA | Andrew, TruePosition and Others |
| 18 | 9-13 February 2004 | 421 | GP-040144 | U-TDOA | Andrew, TruePosition and Others |
| 18 | 9-13 February 2004 | 421 | GP-040145 | U-TDOA | Andrew, TruePosition and Others |
| 18 | 9-13 February 2004 | 421 | GP-040146 | U-TDOA | Andrew, TruePosition and Others |
| 18bis | 22-26 March 2004 | 422 | G2-040187 | U-TDOA | Andrew, TruePosition and Others |
| 19 | 19-23 April 2004 | 423 | G2-040634 | U-TDOA | Andrew, TruePosition and Others |
| 19 | 19-23 April 2004 | 423 | GP-040635 | U-TDOA | Andrew, TruePosition and Others |
| 19 | 19-23 April 2004 | 423 | GP-040636 | U-TDOA | Andrew, TruePosition and Others |
| 20 | 21-25 June 2004 | 425 | GP-041273 | U-TDOA | Andrew, TruePosition and Others |
| 20 | 21-25 June 2004 | 425 | GP-041274 | U-TDOA | Andrew, TruePosition and Others |
| 20 | 21-25 June 2004 | 425 | GP-041275 | U-TDOA | Andrew, TruePosition and Others |
| 21 | 23-27 August 2004 | 426 | GP-042140 | U-TDOA | Andrew, TruePosition and Others |
| 21 | 23-27 August 2004 | 426 | GP-041751 | U-TDOA | Andrew, TruePosition and Others |
| 21 | 23-27 August 2004 | 426 | GP-041752 | U-TDOA | Andrew, TruePosition and Others |
| 21bis | 4-8 October 2004 | 427 | G2-040590 | U-TDOA | Andrew, TruePosition and Others |
| 22 | 8-12 November 2004 | 428 | GP-042572 | U-TDOA | Andrew, TruePosition and Others |
| 22 | 8-12 November 2004 | 428 | GP-042701 | U-TDOA | Andrew, TruePosition and Others |
| 22 | 8-12 November 2004 | 428 | GP-042330 | U-TDOA | Andrew, TruePosition and Others |
| 22 | 8-12 November 2004 | 428 | GP-042332 | U-TDOA | Andrew, TruePosition and Others |

34

## Section 6.1 – FRAND Licensing Requirement

6.1    When an <mark>ESSENTIAL IPR</mark> relating to a particular STANDARD or TECHNICAL SPECIFICATION is brought to the attention of ETSI, the Director-General of ETSI shall immediately request the owner to give within three months an undertaking in writing that it is prepared to grant <mark>irrevocable licences on fair, reasonable and non-discriminatory terms and conditions under such IPR</mark> to at least the following extent:

## Section 8.1 – No Standardization If Refusal to License

8.1    <mark>MEMBERS' refusal to license</mark>

8.1.1    <mark>Where a MEMBER notifies ETSI that it is not prepared to license an IPR</mark> in respect of a STANDARD or TECHNICAL SPECIFICATION, the General Assembly shall review the requirement for that STANDARD or TECHNICAL SPECIFICATION and satisfy itself that a viable alternative technology is available for the STANDARD or TECHNICAL SPECIFICATION which:

- is not blocked by that IPR; and
- satisfies ETSI's requirements.

8.1.2    Where, in the opinion of the General Assembly, no such viable alternative technology exists, <mark>work on the STANDARD or TECHNICAL SPECIFICATION shall cease,</mark> and the Director-General of ETSI shall request that MEMBER to

35

# Public Interest

➢ **Open standards benefit the public.**

➢ **Integrity of open standardization process is critical to the public interest**

➢ **TruePosition's less than candid conduct in the standardization process should not be rewarded.**

# ETSI's IPR Policy Expressly Covers Options

## ETSI IPR Policy

\*          \*          \*

11  "STANDARD" shall mean any standard adopted by ETSI including options therein or amended versions and shall include European Standards (ENs) (telecommunications series), ETSI Standards (ESs), Common Technical Regulations (CTRs) which are taken from ENs (telecommunications series) and including drafts of any of the foregoing, and documents made under the previous nomenclature, including ETSs, I-ETSs, parts of NETs and TBRs, the technical specifications of which are available to all MEMBERS, but not including any standards, or parts thereof, not made by ETSI.

\*          \*          \*

12  "TECHNICAL SPECIFICATION" shall mean any Technical Specification (TS) adopted by ETSI including options therein or amended version including drafts, the Technical Specifications of which are available to all MEMBERS, but not including any technical specifications, or parts thereof, not made by ETSI.

PTX 363 at 6-7



**ETSI IPR Policy**
**PTX 363**
37

**Ms Terri BROOKS**

**TRUE POSITION, INC.**
c/o Rob Anderson
1000 Chesterbrook Blvd.
3rd Floor Suite 200
PA 19312, Berwyn
UNITED STATES OF AMERICA

Dear Ms Brooks,

&ast;  &ast;  &ast;

Under the ETSI IPR Policy, I am obliged to bring this matter to your attention to ascertain whether you are of the opinion that you hold essential, or potentially essential, IPRs related to the abovementioned Technical Specifications or options therein.

&ast;  &ast;  &ast;

Dr. Walter Weigel
Director General

38

# The ETSI General Assembly Reminded All Members That ETSI's IPR Policy Applies to Options



**ETSI/GA50 decisions/actions**

Julian Pritchard
5 December 2007
page 1 of 3

**ETSI 50th General Assembly meeting
Nice, 27-28 November 2007**

\*     \*     \*

| | |
|---|---|
| **D-GA50/16** | ETSI members are reminded of their obligations to declare IPR under the ETSI IPR Policy, including its existing provisions relating to options. |

39

## Dieter Kaiser – Former Chairman of ETSI Board

5.    It is and has been a fundamental principle of standardization used in ETSI that anyone may use technology that has been incorporated into an ETSI Standard or an ETSI Technical Specification.  It does not matter whether the technology is minor or substantial and no matter whether the technology is mandatory or optional to the ETSI Standard or ETSI Technical Specification. No part of a public standard may be off-limits to some but accessible to others.

## Karl Heinz Rosenbrock – ETSI Director-General (1990-2006)

8.  Another key objective was to ensure that ETSI standards would be accessible by everyone.  That is, licenses had to be available to everyone (whether or not an ETSI member) to implement any mandatory or optional feature in a standard.  It was a central goal of the ETSI IPR Policy to ensure that IPR owners could not demand excessive license fees or block others from using their IPR once their IPR was included in the standard.

# TruePosition's Standards Conduct Should Not Be Rewarded

THE COURT: Well, tell me something. Your company, with the help of Grayson, took the yellow sliver, the U-TDOA, and took it to the standards committee and proposed it, but yet you're saying, because it's policy to use other technology, that your patent isn't essential?

MS. MILSARK: We took the whole wedge.

THE COURT: You took the whole wedge?

MS. MILSARK: The whole wedge is U-TDOA. The whole wedge is what is covered by the U-TDOA location finding mechanism in what we understand to be the standard.

THE COURT: And the fact -- but the fact that the '144 patent only covers part of that -- I mean, it just strikes me that you weren't being completely honest.

Summary Judgement Hearing at p. 106:23-107:10

41