IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-747-SLR |
| | ) |
| ANDREW CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 31st day of July 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion for judgment as a matter of law or, in the alternative, a new trial (D.I. 318) is denied.

2. Plaintiff's motion for enhanced damages, attorney fees and other related expenses (D.I. 314) is granted in part, to wit:

    a. The damages due plaintiff from defendant's willful infringement, $18,600,000, is increased by 25% percent to $23,250,000.

    b. Plaintiff's motion for attorney fees and costs, pursuant to 35 U.S.C. § 285, is denied.

3. Defendant shall pay prejudgment interest, pursuant to 35 U.S.C. § 284, on the award of $18,600,000, compounded quarterly and at the prime rate.

4. Defendant shall pay post-judgment interest, pursuant to 28 U.S.C. § 1961(a), on the award of $18,600,000, calculated from the date of entry of the judgment,

September 19, 2007, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System for the calendar week preceding.

    5. Plaintiff's motion for a permanent injunction (D.I. 316) is granted. The parties shall submit a more detailed permanent injunction order, commensurate with the court's opinion, on or before August 27, 2008.

                                          _____
                                         United States District Judge