IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TruePosition, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-747-SLR |
| v. | ) | |
| | ) | |
| Andrew Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**TRUEPOSITION'S MOTION TO AMEND THE COURT'S AUGUST 1 ORDER WITH RESPECT TO PRE-JUDGMENT AND POST-JUDGMENT INTEREST**

Pursuant to Fed. R. Civ. P. 59(e), plaintiff TruePosition, Inc. ("TruePosition") hereby respectfully moves to amend the Court's August 1, 2008 order (D.I. 374) to assess post-judgment interest on the pre-judgment interest accrued to the date of the judgment and to the enhanced damage award specified in that order.

The grounds in support of this motion are set forth in the accompanying memorandum in support of this motion, which is incorporated herein by reference.

Respectfully submitted,

DATED: August 15, 2008    By:    _____/s/ James D. Heisman_____
CONNOLLY BOVE LODGE & HUTZ LLP
James D. Heisman, Esq. (#2746)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
jheisman@cblh.com

WOODCOCK WASHBURN LLP
Paul B. Milcetic, Esq. (pro hac vice)
Dale M. Heist., Esq. (pro hac vice)
Kathleen A. Milsark, Esq. (pro hac vice)
Daniel J. Goettle, Esq. (pro hac vice)
Amanda M. Kessel, Esq. (pro hac vice)
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 568-3100
Facsimile: (215) 568-3439