## CERTIFICATE UNDER D. DEL. L. R. 7.1.1

I, James D. Heisman, Esq., an attorney for plaintiff, hereby state that the parties attempted to reach an agreement on Plaintiff's Motion to Amend the Court's August 1 Order with Respect to Pre-judgment and Post-Judgment Interest. Specifically, Amanda M. Kessel, Esq. of Woodcock Washburn LLP emailed Michael Parks, Esq., attorney for Andrew Corporation, on August 14, 2008, and subsequently was informed that Andrew Corporation would not consent to the relief sought in the motion. Despite Ms. Kessel advising Mr. Parks of the subject matter of the motion and attaching the proposed Order as amended, Mr. Parks reserved taking a position on whether Andrew would oppose the motion until it had an opportunity to review the Plaintiff's motion or specific relief and legal and factual basis therefore.

DATED: August 15, 2008     By:     */s/ James D. Heisman*
CONNOLLY BOVE LODGE & HUTZ LLP
James D. Heisman, Esq. (#2746)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
jheisman@cblh.com


OF COUNSEL:

WOODCOCK WASHBURN LLP
Paul B. Milcetic, Esq. (pro hac vice)
Dale M. Heist, Esq. (pro hac vice)
Daniel J. Goettle, Esq. (pro hac vice)
Amanda M. Kessel, Esq. (pro hac vice)
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 568-3100
Facsimile: (215) 568-3439