## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2008, I caused a true and correct copy of the foregoing **TRUEPOSITION'S MOTION TO AMEND THE COURT'S AUGUST 1 ORDER WITH RESPECT TO PRE-JUDGMENT AND POST-JUDGMENT INTEREST** to be served upon the following individuals in the manner indicated below:

*Via hand-delivery*
Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
Wilmington, DE 19801
jingersoll@ycst.com

*Via e-mail*
Patrick D. McPherson, Esq.
Duane Morris LLP
1667 K Street, N.W.
Washington, DC 20006-1608
PDMcPherson@duanemorris.com

*Via e-mail*
Rachel Pernic Waldron, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
rpernicwaldron@kirkland.com

                                       */s/ James D. Heisman*
                                       James D. Heisman, Esq. (#2746)

629717