IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-747-SLR |
| ANDREW CORPORATION, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington, this 27th day of August 2008;

IT IS ORDERED that:

1.      Defendant Andrew Corporation and its officers, directors, agents, servants, employees, representatives, attorneys, and all other persons or entities acting or claiming to act on behalf of Defendant Andrew Corporation, or in concert or participation with Defendant Andrew Corporation, are permanently enjoined until July 5, 2011, (a) from infringing U.S. Patent No. 5,327,144, such as by promoting, making, using, selling or offering for sale within the United States, or exporting from the United States, any system that is capable of using uplink time difference of arrival using standalone dedicated control channel to locate a cell phone, including but not limited to the infringing Geometrix® system that was sold to Saudi Telecom, Inc. ("STC") and shipped pursuant to phases 1 and 2 of the Defendant's contract with STC (any "UTDOA/SDCCH system"), and (b) from exporting or supplying from the United States any component, accessory, subassembly, spare parts or servicing of any UTDOA/SDCCH system. This injunction specifically prohibits Defendant Andrew Corporation from maintaining or servicing, and from exporting or supplying from the United States any software, hardware,

equipment, component, accessory, subassembly or spare parts of, any UTDOA/SDCCH system or portion thereof supplied to STC pursuant to anything other than phases 1 and 2 of the Defendant's contract with STC. This injunction does not apply to any software, hardware, equipment, component, accessory, subassembly, spare parts, servicing, operation, maintenance or other acts related to phases 1 and 2 of Defendant's contract with STC.

_____
United States District Judge