IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-747-SLR |
| ANDREW CORPORATION, | ) ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington, this 27th day of August 2008;

IT IS ORDERED that:

Based on the jury's finding of literal infringement of claims 1, 22 and 31 of U.S. Patent No. 5,327,144 (the "'144 patent"), effective fifteen days from the entry of this Order and until July 5, 2011, defendant and its officers, directors, agents, servants, attorneys, employees and those persons in active concert or participation with them, shall be enjoined from making, using, selling or offering for sale within the United States, and from importing into or exporting from the United States, the actual Geometrix® product adjudicated at trial, except that this injunction shall not apply to: (i) any version of the Geometrix® system that does not infringe claim 1, 22 or 31 of the '144 patent; and (ii) any software, hardware, equipment, component, accessory, subassembly, spare parts, servicing, operation, maintenance or other acts related to phases 1, 2 and 3 of defendant's contract with Saudi Telecom Company.

                                                                             _____
                                                                             United States District Judge